# Plaintiff's Exhibit A

# LAST WILL AND TESTAMENT

THIS IS THE LAST WILL of me, Terrence Hunter, of 1374 Grant Street, Vancouver, BC V5L 2X5, and is made this 1st day of September, 2019.

1.     I HEREBY REVOKE all prior Wills and Codicils.

2.     I CONFIRM that in this Will the term "Trustee" or "Trustees" mean both the Executor of this Will and the Trustee or Trustees of my estate and any reference to my Trustee or my Trustees includes all genders and the singular or the plural as the context requires.

3.     I APPOINT my friend, Robert Ryan Johnson ("Robert") to be my Executor and Trustee.

4.     I GIVE all of my property of every kind and wherever located, including any property over which I may have a general power of appointment to my Trustee to administer as I direct in this Will.

5.     I DIRECT my Trustee to pay any and all of my debts, funeral expenses and testamentary expenses and any and all succession duties and probate fees and inheritance, gift and death taxes out of the capital of my estate in exoneration of all beneficiaries. My Trustee may pay these taxes and duties whether they are imposed by the law of this jurisdiction or any other, and my Trustee may prepay or delay payment of any taxes or duties.

6.     It is my hope and I request that my Trustee (without imposing any binding trust in that regard) distribute any items of personal property in accordance with any written direction of mine for the distribution thereof that may be

| | | |
|---|---|---|
| _____ | _____ | _____ |
| WILL-MAKER | WITNESS | WITNESS |

found with this Will or among my papers after my death, notwithstanding any such written direction may not be a legal testamentary instrument.

7.    I DIRECT my Trustee to pay and transfer the rest and residue of my estate to my friend, Robert.

8.    When my Trustee administers my estate:

   a.    my Trustee may convert my estate or any part of my estate into money or any other form of property or security, and decide how, when, and on what terms;

   b.    my Trustee may keep my estate, or any part of it, in the form it is in at my death and for as long as my Trustee decides, even for the duration of the trusts in this Will. This power applies even if the property is not an investment authorized under this Will, is a debt owing on the property, or the property does not include income;

   c.    my Trustee may invest my estate or any part of my estate in any form of property or security in which a prudent investor might invest; and

   d.    if at any time one of my Trustees is a corporate trustee, the Trustee may invest in that corporation's common trust funds and the corporate trustee need not account for any profit that accrues to it as a result of that investment.

9.    When my Trustee divides or distributes my estate, my Trustee may decide which assets of my estate to allocate to any share or interest in my estate and the value of each of those assets. Whatever value my Trustee places on those assets will be final and binding on everyone interested in my estate.

10.    When holding, keeping or investing, my Trustee may invest in any investments authorized by the *Trustee Act* of British Columbia for the investment of trust funds. The standard of care expected of my Trustee will be that of a prudent investor investing his or her funds, and whether or not

_____          _____          _____
WILL-MAKER                              WITNESS                              WITNESS

my Trustee has discharged that standard will be determined having regard to the portfolio as a whole rather than on an investment-by-investment basis.

11. My Trustee, with respect to any property (personal or real) forming part of my estate, may exercise any rights, powers, and privileges in connection with that property to the same extent as I could if I were alive and the only owner of that property.

12. My Trustee may claim remuneration for acting as Trustee in addition to any gift or benefit I give to my Trustee in this Will or any Codicil to it.

I have signed this Will on the day and year first above written.

| We were both present, at the request of the Will-Maker when he signed this Will. We then signed as witnesses in his presence and in the presence of each other. | ) ) ) ) ) | |
|---|---|---|
| | ) | _____ |
| | ) | Terrence Hunter |
| | ) ) ) | |
| Witness: _____ | ) | Witness: _____ ) |
| Name: _____ | ) | Name: ERIC Tong ) |
| Address: _____ | ) | Address: #5160-4000 No. 3 Road ) |
| **Cheryl Hoi Yan Kwok** | ) | Richmond, B.C. V6X 0J8 ) |
| **Notary Public** | ) | Occupation: Tel/Fax: 604-330-2088 ) |
| Occupation: _____ | | conveyancer |
| #5160-4000 No. 3 Road | | |
| Richmond, B.C., Canada. V6X 0J8 | | |
| Tel/Fax: 604-330-2088 | | |

_____   _____   _____
WILL-MAKER                                WITNESS                                           WITNESS