# Plaintiff's Exhibit C



P213403

VANCOUVER REGISTRY

# IN THE SUPREME COURT OF BRITISH COLUMBIA

In the Matter of the Estate of TERRENCE BLAIR HUNTER, deceased

## IN PROBATE



WHEREAS TERRENCE BLAIR HUNTER, also known as
TERRY HUNTER and TERRENCE HUNTER (the "deceased")
whose last known address was
Puerto Aventuras, Quintana Roo, Mexico
died on September 3, 2019 and left a will dated September 1, 2019,
a copy of which is attached.

Administration of the estate of the deceased is granted to
ROBERT RYAN JOHNSON.

This grant is ancillary to a foreign grant dated August 7, 2020, a copy of which is attached, and is limited to property in British Columbia.

Certified a true copy according to
the records of the Supreme Court
at Vancouver, B.C.
DATED:

OCT 2 6 2021

Authorized Signing Officer
Alicia Aparicio

Sealed by the Supreme Court of British Columbia

on the October 26, 2021.

By the Court

_____
Registrar

K. DAY
DEPUTY DISTRICT REGISTRAR