Exhibit "A"

## 3RD DISTRICT COURT
## SALT LAKE, STATE OF UTAH
### JOHNSON, ROBERT RYAN  vs.  STANDARD REGISTRAR & TRANSFER, et al.

CASE NUMBER   210903485 - Miscellaneous

CURRENT ASSIGNED JUDGE: BARRY LAWRENCE

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Defendant | STANDARD REGISTRAR & TRANSFER | J MICHAEL COOMBS |
| Defendant | KURT SCHAEFER | |
| Defendant | MICHAEL TISMER | |
| Plaintiff | ROBERT RYAN JOHNSON | BRODY VALERGA<br>BRODY VALERGA<br>BRODY VALERGA |

**Events**

| Date | Event |
|---|---|
| July 01, 2021 | Filed: Complaint |
| July 01, 2021 | Case filed by efiler |
| July 01, 2021 | Fee Payment |
| July 01, 2021 | Fee Account created |
| July 01, 2021 | Filed: Return of Electronic Notification |
| July 13, 2021 | Filed: Return of Service upon AMY MERRILL for |
| July 13, 2021 | Filed: Return of Electronic Notification |
| July 20, 2021 | Filed: Exhibits to Complaint |
| July 20, 2021 | Filed: Return of Electronic Notification |
| July 27, 2021 | Filed: Notice of Appearance of Counsel |
| July 27, 2021 | Filed: Return of Electronic Notification |
| July 29, 2021 | Filed: Motion to Dismiss and for Summary Judgment |
| July 29, 2021 | Filed: Return of Electronic Notification |
| July 29, 2021 | Filed: Exhibits A-F to Motion to Dismiss and for SJ |
| July 29, 2021 | Filed: Affidavit/Declaration of J. Michael Coombs |
| July 29, 2021 | Filed: Return of Electronic Notification |
| July 29, 2021 | Filed: Return of Electronic Notification |
| July 30, 2021 | Filed: Erratum |
| July 30, 2021 | Filed: Return of Electronic Notification |
| July 30, 2021 | Filed: Affidavit/Declaration:  corrected Affidavit/Declaration of J. Michael Coombs |
| July 30, 2021 | Filed: Return of Electronic Notification |
| August 17, 2021 | Filed: Opposition to Motion to Dismiss and for Summary Judgment |
| August 17, 2021 | Filed: Affidavit/Declaration of Robert Ryan Johnson |
| August 17, 2021 | Filed: Return of Electronic Notification |
| August 21, 2021 | Filed: Reply Memorandum Supporting Dismissal and Summary Judgment |
| August 21, 2021 | Filed: Return of Electronic Notification |
| August 21, 2021 | Filed: Request/Notice to Submit |
| August 21, 2021 | Filed: Return of Electronic Notification |
| August 26, 2021 | NOTICE for Case 210903485 ID 22092658 |
| August 26, 2021 | WEBEX MOTION HEARING set on 09/20/2021 |
| August 26, 2021 | Filed: Notice for Case 210903485 MI: Judge BARRY LAWRENCE |
| August 27, 2021 | Filed: Return of Electronic Notification |
| September 20, 2021 | MOTION HEARING |
| September 20, 2021 | Filed: MOTION HEARING |

| September 21, 2021 | Filed: Return of Electronic Notification |
| October 04, 2021 | Filed: Answer to Complaint |
| October 04, 2021 | Filed: Return of Electronic Notification |
| October 04, 2021 | Filed: NOTICE OF EVENT DUE DATES |
| October 05, 2021 | Filed: Return of Electronic Notification |
| October 05, 2021 | Filed: Motion to Dismiss under Rule 12(j) |
| October 05, 2021 | Filed: Return of Electronic Notification |
| October 12, 2021 | Filed: Notice of Withdrawal as Counsel for Plaintiff Robert Ryan Johnson |
| October 12, 2021 | Filed: Return of Electronic Notification |
| October 13, 2021 | Filed: Objection to Plaintiffs Counsels Notice of Withdrawal |
| October 13, 2021 | Filed: Return of Electronic Notification |
| October 13, 2021 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| October 13, 2021 | Filed: Return of Electronic Notification |
| October 13, 2021 | Filed: Notice of Withdrawal of Notice of Withdrawal as Counsel for Plaintiff |
| October 13, 2021 | Filed: Opposition to Defendants Motion to Dismiss under Rule 12(J) |
| October 13, 2021 | Filed: Return of Electronic Notification |
| October 19, 2021 | Filed: Motion (Hearing Requested) for Extension of Time to File $5000 Undertaking |
| October 19, 2021 | Filed: Return of Electronic Notification |
| November 02, 2021 | Filed: Opposition to Motion for Extension to File Costs Bond |
| November 02, 2021 | Filed: Return of Electronic Notification |
| November 10, 2021 | Filed: Request/Notice to Submit |
| November 10, 2021 | Filed: Return of Electronic Notification |
| November 10, 2021 | ORDER OF DISMISSAL |
| November 10, 2021 | Filed: ORDER OF DISMISSAL |
| November 11, 2021 | Filed: Return of Electronic Notification |
| November 16, 2021 | Case Disposition is Dismissed |

**Account Summary**

| Account | Details | | |
|---|---|---|---|
| REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S | Amount Due: | $ | 375.00 |
| | Amount Paid: | $ | 375.00 |
| | Amount Credit: | $ | 0.00 |
| | **Balance:** | | *** $ 0.00** |

**Valerga LLP**
Brody Valerga (11789)
650 W Fine Drive
South Salt Lake, UT 84119
(801) 893-3635
brody@valergalawyers.com
Attorney for Plaintiff

Date 7-8-21 Time 1/45
Upon ATM
By MRJ 1101
WASATCH CONSTABLES • SLCo, UT
Matt Jennings, Constable • 801.392.9400

IN THE THIRD JUDICIAL DISTRICT COURT, STATE OF UTAH
SALT LAKE COUNTY, SALT LAKE CITY DEPARTMENT

| ROBERT RYAN JOHNSON, as Executor and Trustee of the Estate of Terrence Blair Hunter, <br><br> Plaintiff, <br><br> vs. <br><br> STANDARD REGISTRAR & TRANSFER COMPANY, INC., a Utah corporation; KURT SCHAEFER, an individual, aka, KURT WINDLIN-MATHIS; MICHAEL TISMER, an individual; DOES 1-10. <br><br> Defendant. | **SUMMONS** <br><br><br><br> Civil No. 210903485 <br><br> Judge BARRY LAWRENCE |
|---|---|

THE STATE OF UTAH TO STANDARD REGISTRAR & TRANSFER COMPANY, INC.

You are summoned and required to answer the attached complaint. Within 21 days after service of this summons, you must file your written, signed answer with the clerk of the court at the court address: Matheson Courthouse 450 South State St, P.O. Box 1860, Salt Lake City, UT 84114-1860

Within that 21 days you must also mail or deliver a copy of your answer to the party's attorney at the address shown above. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. A copy of the complaint is on file with the court.

Dated July 1, 2021.

/s/Brody Valerga
Brody Valerga
Attorney for Plaintiff

Bilingual Notice to Responding Party for In-State Summons (for compliance with URCP 4)

| | |
|---|---|
| A lawsuit has been filed against you. You must respond in writing by the deadline for the court to consider your side. The written response is called an Answer. | Se ha presentado una demanda en su contra. Si desea que el juez considere su lado, deberá presentar una respuesta por escrito dentro del periodo de tiempo establecido. La respuesta por escrito es conocida como la Respuesta. |
| **Deadline!** Your Answer must be filed with the court and served on the other party **within 21 days** of the date you were served with this Summons. | **¡Fecha límite para contestar!** Su Respuesta debe ser presentada en el tribunal y también con la debida entrega formal a la otra parte **dentro de 21 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. |
| If you do not file and serve your Answer by the deadline, the other party can ask the court for a default judgment. A default judgment means the other party can get what they asked for, and you do not get the chance to tell your side of the story. | Si usted no presenta una respuesta ni hace la entrega formal dentro del plazo establecido, la otra parte podrá pedirle al juez que asiente un fallo por incumplimiento. Un fallo por incumplimiento significa que la otra parte recibe lo que pidió, y usted no tendrá la oportunidad de decir su versión de los hechos. |
| **Read the complaint/petition** The Complaint or Petition has been filed with the court and explains what the other party is asking for in their lawsuit. Read it carefully. | **Lea la demanda o petición** La demanda o petición fue presentada en el tribunal y ésta explica lo que la otra parte pide. Léala cuidadosamente. |
| **Answer the complaint/petition** You must file your Answer in writing with the court **within 21 days** of the date you were served with this Summons. You can find an Answer form on the court's website: utcourts.gov/ans  Scan QR code to visit page | **Cómo responder a la demanda o petición** Usted debe presentar su Respuesta por escrito en el tribunal **dentro de 21 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. Puede encontrar el formulario para la presentación de la Respuesta en la página del tribunal: utcourts.gov/ans-span  Para accesar esta página escanee el código QR |
| **Serve the Answer on the other party** You must email, mail or hand deliver a | **Entrega formal de la respuesta a la otra parte** |

Bilingual Notice to Responding Party for In-State Summons (for compliance with URCP 4)

copy of your Answer to the other party (or their attorney or licensed paralegal practitioner, if they have one) at the address shown at the top left corner of the first page of this Summons.

### Finding help
The court's Finding Legal Help web page (utcourts.gov/help) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.


Scan QR code to visit page

Usted deberá enviar por correo electrónico, correo o entregar personalmente una copia de su Respuesta a la otra parte (o a su abogado o asistente legal, si tiene) a la dirección localizada en la esquina izquierda superior de la primera hoja del citatorio.

### Cómo encontrar ayuda legal
Para información sobre maneras de obtener ayuda legal, vea nuestra página de Internet Cómo Encontrar Ayuda Legal. (utcourts.gov/help-span) Algunas maneras de obtener ayuda legal son por medio de una visita a un taller jurídico gratuito, o mediante el Centro de Ayuda. También hay ayuda legal a precios de descuento y consejo legal breve.


Para accesar esta página escanee el código QR


بالامسح قم لرمز الـ ضوئي الصفحة لزيارة

An Arabic version of this document is available on the court's website:
نسخة عربية من هذه الوثيقة على موقع المحكمة على الإنترنت:ت وجد
utcourts.gov/arabic

A Simplified Chinese version of this document is available on the court's website:
本文件的简体中文版可在法院网站上找到：
utcourts.gov/chinese


请扫描QR码访问网页

A Vietnamese version of this document is available on the court's website:
Một bản tiếng Việt của tài liệu này có sẵn trên trang web của tòa:
utcourts.gov/viet


Xin vui lòng quét mã QR (Trả lời nhanh)để viếng trang

**Valerga LLP**
Brody Valerga (11789)
650 W Fine Drive
South Salt Lake, UT 84119
(801) 893-3635
brody@valergalawyers.com
Attorney for Plaintiff

IN THE THIRD JUDICIAL DISTRICT COURT, STATE OF UTAH
SALT LAKE COUNTY, SALT LAKE CITY DEPARTMENT

| | |
|---|---|
| ROBERT RYAN JOHNSON, as Executor and Trustee of the Estate of Terrence Blair Hunter,<br><br>Plaintiff,<br>vs.<br><br>STANDARD REGISTRAR & TRANSFER COMPANY, INC., a Utah corporation; KURT SCHAEFER, an individual, aka, KURT WINDLIN-MATHIS; MICHAEL TISMER, an individual; DOES 1-10.<br><br>Defendant. | **COMPLAINT**<br><br>Civil No. 210903485<br><br>Judge BARRY LAWRENCE<br><br>This is a Tier 3 case. |

Plaintiff, ROBERT RYAN JOHNSON, as Executor and Trustee of the Estate of Terrence Blair Hunter, complains against Defendants STANDARD REGISTRAR & TRANSFER COMPANY, INC., a Utah corporation; KURT SCHAEFER, an individual, aka, KURT WINDLIN-MATHIS; MICHAEL TISMER, an individual; DOES 1-10.as follows:

**PARTIES AND JURISDICTION**

1) Plaintiff ROBERT RYAN JOHNSON, Executor and Trustee of the Estate of Terrence Blair Hunter, is a Canadian citizen and resides in Vancouver, British Columbia, Canada.

2) Defendant STANDARD REGISTRAR & TRANSFER COMPANY, INC. (hereafter "SRTC") is Utah corporation, with its principal place of business in Salt Lake City, Utah. SRTC is a stock transfer agent that is registered with the Securities Exchange Commission of the United States (hereafter "SEC") and is subject to state and federal regulation as such.

3) Defendant KURT SCHAEFER, aka KURT WINDLIN-MATHIS, (hereafter "Schaefer") is a Swiss citizen whose whereabouts are unknown.

4) Defendant MICHAEL TISMER, (hereafter "Tismer") is a German citizen whose whereabouts are unknown.

5) The events and occurrences that are the subject of this complaint took place in the State of Utah. According to UCA 78B-3-306, Venue and Jurisdiction are appropriate in this Court.

**BACKGROUND**

6) Robert Ryan Johnson is the Executor and Trustee of the Estate of Terrence Blair Hunter. Terrence Blair Hunter ("Terry") died on September 3, 2019, in Richmond, British Columbia, Canada. Terry was 72 years of age.

7) Terry passed away after a long battle with chronic obstructive pulmonary disease (COPD). COPD is a chronic, progressive lung disease that is not curable.

8) Schaefer is believed to be involved in criminal activity, including an international Ponzi scheme, and is believed to have fraudulently obtained many of the shares of Terry's estate. Schaefer is believed to have known Terry for approximately ten years and knew of his debilitative physical and mental state.

9) Michael Tismer is a convicted criminal who is believed to have fraudulently obtained many of the shares of Terry's estate. Tismer is believed to have known Terry for approximately ten years and knew of his debilitative physical and mental state.

10) Because of his deteriorating health, Terry elected to give Robert Ryan Johnson power of attorney on August 1st, 2017, so that Robert could handle his affairs.

11) Terry was an open and trusting person and thus the perpetrators of the fraud, Schaefer and Tismer, knew that Terry had no wife, children or next of kin. Schaefer and Tismer were criminally minded individuals that decided to seize this opportunity to prey on Terry as the COPD cut off oxygen going to his brain, making it very difficult for him to think clearly or make even simple decisions. The perpetrators figured that, since Terry had no blood related next of kin, nobody would come looking for his assets after he passed and they would get away with their fraud.

12) Terry owned – directly and indirectly, through several companies or trusts, a total of 15,010,041 common shares of Rainforest Resources, Inc ("RRIF") stock.

13) RRIF is a publicly traded company involved in mining and/or cultivating natural resources including rainforests.

14) All but 37 of the 15,010,041 common shares of RRIF stock owned by Terry have been fraudulently transferred away to Schaefer and Tismer, or to companies or people they control.

15) SRTC has acted and still is acting as the SEC registered transfer agent of the common shares of RRIF stock owned by Terry and his companies.

16) SRTC has been negligent in allowing the shares to be fraudulently transferred away from Terry and his estate by Tismer and Schaefer, relying on easily detectible forged and defective stock powers.

17) Robert Ryan Johnson has repeatedly requested that SRTC provide information and documentation regarding the transfer of Terry's common shares of RRIF stock (and those held by his companies or trusts) to the Estate, but the requests have been denied and SRTC has refused to provide the requested information in violation of state and federal law 17 CFR § 240.17Ad-2.

## FACTUAL ALLEGATIONS

18) On October 30, 2019, counsel for Robert Ryan Johnson sent a written request to SRTC for information regarding the shares held by Terry. SRTC has refused to provide the information requested. See attached Exhbit 1.

19) Two months later, on December 15, 2020, counsel for Robert Ryan Johnson sent another formal, written letter requesting, among other things, information on the RRIF shares owned by Terry, shareholder lists, transfer logs, and communications between Terry Hunter and SRTC. SRTC has refused to provide the information requested. See attached Exhibit 2.

20) Robert Ryan Johnson, as Executor and Trustee of Terry's estate, steps into his shoes and is entitled to information as an account holder with SRTC.

21) Upon information and belief, SRTC has negligently allowed the following transfers of Terry shares based on accepting forged and deficient stock powers:

a) On May 31, 2016, 10,004 common shares of RRIF stock owned by Terry's company Whitehall Trust were illegally transferred to SKM, a company controlled by Schaefer.

b) On June 29, 2016, 13,700,000 common shares of RRIF stock owned by Terry's company Whitehall Trust were transferred to a group of companies all associated with Schaeffer.

c) On July 20, 2016, 550,000 common shares of RRIF stock owned by Terry's company Tropical II Ventures LTD, were transferred to Schaefer.

d) On Nov 30, 2016, 20,000 common shares of RRIF stock shares (with stock certificate #2224) were transferred from Terry's personal name to an unknown recipient.

e) On September 21, 2017, 70,000 common shares of RRIF stock (with stock certificate #2233) were transferred from Terry's personal name to an unknown recipient.

f) On June 21, 2019, 20,000 common shares of RRIF stock were transferred from Terry's personal name to an unknown recipient.

g) On July 02, 2019, 10,000 common shares of RRIF stock were transferred from Tropical to Stephanie McNeil, Tismer's daughter.

h) On Aug 21, 2019, 90,000 common shares of RRIF stock were transferred from Terry's personal name to Astutia, a company controlled by Tismer.

i)  Aug 21, 2019, 540,000 common shares of RRIF stock were transferred from Tropical to to Astutia, a company controlled by Tismer.

**First Cause of Action**
(Violation of Utah Code Ann. 70A-8-404 against SRTC)

22) Plaintiff here incorporates paragraphs 1 through 21 as though set forth in full.

23) SRTC wrongfully transferred Plaintiff's common shares in RRIF stock pursuant to an ineffective indorsement or instruction, in violation of Section 70A-8-404.

24) SRTC refuses to make Plaintiff whole as required by Utah law.

25) As a direct result of SRTC's conduct, Plaintiff was damaged in an amount of at least $200,000,000.

**Second Cause of Action**
(Violation of Utah Code Ann. 70A-8-407 against SRTC)

26) Plaintiff here incorporates paragraphs 1 through 25 as though set forth in full.

27) SRTC wrongfully transferred Plaintiff's common shares of RRIF stock pursuant to an ineffective indorsement or instruction, thereby violating Section 70A-8-407.

28) SRTC refuses to make Plaintiff whole as required by Utah law.

29) As a direct result of SRTC's conduct, Plaintiff was damaged in an amount of at least $200,000,000.

### Third Cause of Action
(Breach of Fiduciary Duty against SRTC)

30) Plaintiff here incorporates paragraphs 1 through 29 as though set forth in full.

31) Plaintiff reasonably relied on SRTC to provide transfer agent services and to adhere to industry standards for security of indorsements and/or transfer instructions. Because of the nature of stock certificates, ownership, and transfers, consumers such as Plaintiff must place special trust in and reliance on transfer agents, such as SRTC. SRTC voluntarily assumed this role of special trust, and knew or should have known that Plaintiff relied on SRTC as its fiduciary for stock transfer matters.

32) SRTC failed to adhere to industry standards, instead accepting unreliable and easily detectable forged or altered documents.

33) SRTC breached its fiduciary duties in making the transfers.

34) SRTC breached its fiduciary duties by refusing to provide information to Plaintiff in a timely manner.

35) As a direct result of SRTC's conduct, Plaintiff was damaged in an amount of at least $200,000,000.

### Fourth Cause of Action
(Breach of Contract against SRTC)

36) Plaintiff here incorporates paragraphs 1 through 35 as though set forth in full.

37) SRTC promised and agreed not to transfer Plaintiff's stock except when specifically directed to do so by Plaintiff. SRTC also promised and agreed to adhere to at least industry standards for security and reliability of any purported instructions or signatures with respect to Plaintiff's stock.

38) SRTC promised to provide information to Plaintiff as a shareholder in RRIF.

39) SRTC breached those promises in making the transfers and by not providing information in a timely manner.

40) As a direct result of SRTC's conduct, Plaintiff was damaged in an amount of at least $200,000,000.

## PRAYER

Wherefore, Plaintiff asks that the Court enter judgment in their favor and against Defendants as follows:

1. For damages in an amount to be proven at trial, but at least $200,000,000;
2. For punitive damages;
3. For pre-judgment and post judgment interest;
3. For costs and attorney fees to the extent provided or permitted by law; and
4. Such other and further relief as the Court may deem just and proper in the circumstances.

Dated July 1, 2021.

/s/Brody Valerga
Brody Valerga
Attorney for Plaintiff