Exhibit "B"

The Order of the Court is stated below:
Dated: September 20, 2021    /s/ BARRY LAWRENCE
04:50:30 PM                  District Court Judge

3RD DISTRICT COURT

SALT LAKE COUNTY, STATE OF UTAH

| ROBERT RYAN JOHNSON, Plaintiff, | MINUTES |
| --- | --- |
|  | MOTION HEARING |
| vs. | Case No: 210903485 MI |
| STANDARD REGISTRAR & TRANSFER Et al, | Judge: BARRY LAWRENCE |
| Defendant. | Date: September 20, 2021 |

Clerk: amylh

**PRESENT**

Plaintiff's Attorney(s): BRODY VALERGA

Defendant's Attorney(s): J MICHAEL COOMBS

Audio

Tape Number: w37 Tape Count: 1:00 - 2:24

**HEARING**

1:00 Court addresses all parties.
1:03 Mr. Coombs addresses the court.
1:17 Mr. Valerga addresses the court.
1:36 Mr. Coombs responds.
1:47 Mr. Valerga responds.
1:51 Court is at recess.
2:11 Court is back in session.

The Court took the matter under advisement and then issued its oral Ruling and Order which is incorporated herein, and is stated as follows:

1. The Motion to Dismiss is DENIED. Defendant has failed to show that under the Rule 12

standard, it is entitled to a dismissal of any of the plaintiff's claims as a matter of law. First, the Court is not persuaded that the co-defendants (who have not been served) are indispensable parties under Rule 19(a). Second, based on the allegations of the Complaint, Mr. Johnson is the executor of the Estate and thus, if true, has standing to bring this claim. The Motion is denied, and Defendant must file an Answer to the Complaint within fourteen (14) days.

2. The Motion for a Cost Bond is GRANTED. Plaintiff must file a cost bond in the amount of $5,000 within fourteen (14) days.

3. The Court imposes the following ORDER upon the plaintiff, in order to demonstrate that the plaintiff has the appropriate power and authority to legally act on behalf of the Estate and bring these claims. Within 90 days (or a reasonable time thereafter if 90 days is not feasible), Plaintiff must file a brief with the Court supporting Mr. Johnson's power and authority to act on behalf of the Estate. Ideally, that would include an Order from a Court (in Mexico or Canada) providing the basis for that authority. If, for whatever reason, that is not possible, then Plaintiff must file a reasonable substitute which should include either: i) opinion letters from law firms in Canada or Mexico upon which this Court may rely, and/or ii) a legal brief with argument and citation to Canadian, Mexican and/or International law reflecting Mr. Johnson's authority to act under these circumstances.

The matter shall otherwise proceed in the normal course in accord with the Utah Rules of Civil Procedure.

2:18 Mr. Valerga responds
2:21 Mr. Coombs responds.

**End Of Order - Signature at the Top of the First Page**