# Exhibit "C"

| | The Order of the Court is stated below: | |
|---|---|---|
| | Dated: November 10, 2021<br>02:23:59 PM | At the direction of:<br>/s/ BARRY LAWRENCE<br>District Court Judge |
| | by | /s/ ELSA YOUNG<br>District Court Clerk |

3RD DISTRICT COURT

SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| ROBERT RYAN JOHNSON,<br>Plaintiff,<br><br>vs.<br><br>STANDARD REGISTRAR & TRANSFER,<br>Defendant. | RULING<br><br>ORDER OF DISMISSAL<br><br>Case No: 210903485<br><br>Judge: BARRY LAWRENCE<br><br>Date: November 10, 2021 |

On September 20, 2021, the Court issued an Order requiring plaintiff to file a Cost Bond in the amount of $5,000 within fourteen (14) days. Plaintiff failed to do so and Defendant, Standard Registrar & Transfer Co., Inc,. filed a Motion to Dismiss. In response plaintiff asked for additional time until October 20, 2021 to file the Cost Bond; yet, as of today, no cost bond has been filed.

Accordingly, the Court grants the defendant's motion and hereby dismisses this case without prejudice.

**End Of Order - Signature at the Top of the First Page**

**CERTIFICATE OF NOTIFICATION**

I certify that a copy of the attached document was sent to the following people for case 210903485 by the method and on the date specified.

MAIL: STANDARD REGISTRAR & TRANSFER

MAIL: MICHAEL TISMER

EMAIL: J MICHAEL COOMBS JMCOOMBS77@GMAIL.COM

EMAIL: BRODY VALERGA BRODY.VALERGA@MJFIRM.COM

| 11/10/21 | /s/ ELSA YOUNG |
|---|---|
| Date: _____ | _____ |
| | Signature |