Exhibit "D"

```
                         3RD DISTRICT COURT
                   SALT LAKE COUNTY, STATE OF UTAH



             IN THE MATTER OF THE ESTATE OF TERRENCE HUNTER
CASE NUMBER 213902711 Estate Personal Rep
```

CURRENT ASSIGNED JUDGE
    VERNICE TREASE

PARTIES
    Petitioner - ROBERT RYAN JOHNSON
    Represented by: MARK WOODBURY

    Petitioner - REGISTRAR & TRANSFER CO
    Represented by: J MICHAEL COOMBS

    Decedent - TERRENCE HUNTER


ACCOUNT SUMMARY
```
              Total Revenue Amount Due:        375.00
                          Amount Paid:         375.00
                        Amount Credit:           0.00
                              Balance:           0.00
     REVENUE DETAIL - TYPE: COMPLNT-NO AMT PROBA
                  Original Amount Due:         375.00
                   Amended Amount Due:         375.00
                          Amount Paid:         375.00
                        Amount Credit:           0.00
                              Balance:           0.00
```

CASE NOTE
    DOD: 9/3/19; 72 years

PROCEEDINGS
```
11-19-2021   Filed: Petition for Informal Probate
11-19-2021   Filed: Petition
11-19-2021   Fee Account created Total Due: 375.00
11-19-2021   COMPLNT-NO AMT PROBA Payment Received:  375.00
11-19-2021   Judge VERNICE TREASE assigned.
11-19-2021   Note: discovery tier set to 2
11-19-2021   Filed: Return of Electronic Notification
11-19-2021   Filed: Acceptance of Appointment
11-19-2021   Filed: Death Certificate
11-19-2021   Filed: Letters (Proposed) Testamentary
11-19-2021   Filed: Order (Proposed) of Informal Probate
11-19-2021   Filed: Will
11-19-2021   Filed: Return of Electronic Notification
11-22-2021   Filed order: Order STATEMENT OF INFORMAL PROBATE OF WILL AND
             INFORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE
```

```
                        Judge VERNICE TREASE
                        Signed November 22, 2021
11-22-2021  Case Disposition is Granted
            Disposition Judge is ROBERT FAUST
11-22-2021  Filed order: Letters Testamentary
                        Judge VERNICE TREASE
                        Signed November 22, 2021
11-22-2021  Filed: Return of Electronic Notification
11-22-2021  Filed: Return of Electronic Notification
12-06-2021  Filed: Notice of Appearance of Counsel to Respond to Subpoena
12-06-2021  Filed: Return of Electronic Notification
12-17-2021  Filed: Declaration in Support of Objection to Subpoena
12-17-2021  Filed: Objection to Subpoena Duces Tecum
12-17-2021  Filed: Return of Electronic Notification
01-07-2022  Note: Sch Hrg on Obj to PR 2/2 at 9 AM.
01-18-2022  NOTICE for Case 213902711 ID 22452849
                Notice is hereby given that on December 17, 2021 REGISTRAR
                & TRANSFER CO filed a Objection to Subpoena Duces Tecum and
                the Personal Representative s Standing.
                A copy of the petition is on file with the clerk of the
                court and may be reviewed upon request.
                The, WEB EX - OBJCTN TO SUBPNA & PR, is scheduled on
                February 02, 2022, at 09:00 o'clock a.m. Before Judge:
                ROBERT FAUST
                Dated: January 18, 2022
                _____
                Deputy Clerk
                J MICHAEL COOMBS
                4568 S HIGHLAND DR
                STE 290
                SALT LAKE CITY, UT  84117
                (Attorney)
                    **This hearing by video via webex - details attached.**
                                CERTIFICATE OF POSTING
                I certify that on January 21, 2022 I posted copies of the
                attached notice in three public places in SALT LAKE COUNTY,
                as follows:
                Third District Court
                450 South State
                Salt Lake City UT  84111
                Utah Public Notice Website
                www.utah.gov/pmn
                On the web at:
                www.utcourts.gov/notices
                And that the copies of the notice remained posted for ten
                consecutive days immediately preceding the time for the
                hearing referred to in the notice.
                Dated: January 21, 2022
                _____
                Deputy Clerk
01-18-2022  WEB EX - OBJCTN TO SUBPNA & PR scheduled on February 02, 2022
            at 09:00 AM with Judge ROBERT FAUST
01-18-2022  Filed: Signed Notice of Petition and Hearing and WebEx Invite
            2/2
01-19-2022  Filed: Return of Electronic Notification
```

| | |
|---|---|
| 02-02-2022 | Minute Entry - OBJECTION TO SUBPOENA AND PR |

        Judge: ROBERT FAUST
        Clerk: katiej

PRESENT
    Petitioner's Attorney: MARK WOODBURY
    Petitioner's Attorney: J MICHAEL COOMBS
    Audio
    Tape Number: N41 WebEx Tape Count: 906-12/923

HEARING
    Objection to Subpoena Duces Tecum and the Personal Representative's standing, comes now before the Court for a hearing via WebEx.

    Mr. Coombs states a brief history of the case for the record. Counsel may file a motion to dismissed based on the information stated for the record.

    The Court having considered and having heard objections, waives mediation and refers the matter to Judge Trease for determination on quashing the subpoenas and validity of the appointment of the personal representative.