Exhibit "E"

CANADA
## BRITISH COLUMBIA

## CERTIFICATE OF DEATH

30742731

**PROVINCE OF BRITISH COLUMBIA**
**Vital Statistics Agency**

This is to certify that the following is an extract from the registration on file with the Vital Statistics Agency, Victoria, British Columbia, concerning the death of

Name          TERRENCE BLAIR HUNTER

Date of Death    SEP 03, 2019

Place of Death   RICHMOND

Age           72 YEAR(S)                         Sex  MALE

Birthplace      ALBERTA, CANADA

Residence       VANCOUVER, BRITISH COLUMBIA

Registration No.  2019-59-025896

Given under my hand at Victoria, British Columbia

this 08 day of SEP  2019



Jack Shewchuk
Registrar General
Vital Statistics Agency

VSA 435L (14/06)

BRITISH COLUMBIA