Exhibit "A"

JF  Jose Massas Farell <jmassas@basham.com.mx>  February 5th, 2020

To: papersurgeon@protonmail.com, Victor Manuel Barajas Barrera  Show details

Dear Mr. Johnson,

This e-mail is to summarize our today conversation:

1.- Your counsel in Canada has advised that the succession could not be processed in Canada due the fact that Mr. Hunter, at the time of his passing, was not a Canadian resident and his estate has not point of contact with that country.

2.- Based on the above and considering that Mr. Hunter resided in Mexico for 25 years and his last domicile was in Quintana Roo, the succession could be processed under the laws of Quintana Roo. For this purpose, the following evidences have to be obtained and produced to the relevant authority (court or Notary Public):

A. Lease agreement or similar document to proof Mr. Hunter's last domicile in Mexico;
B. Original Certificate of death, legalized in Canada;
C. Original Last Will and Testament, legalized in Canada (the images we receive legalization seems to be in good shape);
D. Certified copies by the relevant Canadian authority of the pertinent Canadian law to evidence that the Last Will and testament was granted accordingly and is valid in that country to be valid in Mexico.
E. All the documents in English should be translated into Spanish by an authorized translator. We can arrange this to be made.

3.- The interest of having the succession processed is to obtain a legal document whereby you are recognized as executor/heir, in order to be able to take control and manage Mr. Hunter´s investments in the US; so far there is no knowledge of any assets in Mexico. Typically the processing of successions in Mexico to obtain this type of document is six months and should be apostilled to be effective in the US.

4.- Quintana Roo's procedural law and the local law of Notaries Public allow a succession to be processed before Notary Publics; yet the applicable provisions wording are not clear enough to assure that this particular succession could be processed with such authorities. I will contact some notaries to obtain their feedback and will get back to you as soon as possible.

Please let me know if I missed something and look forward to receiving any comment you might have.

Sincerely,