MABEY & COOMBS, L.C.
J. Michael Coombs (Bar No. 3639)
4568 So. Highland Drive, Suite 290
Salt Lake City, UT  84117-4237
Telephone: (801) 467-2779
Facsimile: (801) 812-8469
Email address:  jmcoombs77@gmail.com

*Attorneys for Defendant Standard Registrar &*
*Transfer Co., Inc.*

---

## IN AND BEFORE THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT RYAN JOHNSON, as Executor and Trustee of the Estate of Terrence Blair Hunter,<br><br>        Plaintiff,<br><br>vs.<br><br>STANDARD REGISTRAR & TRANSFER COMPANY, INC., a Utah corporation,<br><br>        Defendant. | **NOTICE TO SUBMIT MOTIONS FOR DECISION**<br><br><br>Case No. 2:22-cv-591-JNP<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Dustin Pead |

Defendant Standard Registrar & Transfer Co., Inc. ("SRTC"), pursuant to Local DUCivR

7-3, hereby gives notice that the following two (2) Motions, one of which is dispositive, have

been briefed and are ready for decision in the above matter.  Neither party has requested a

hearing.

All documents identified below have been filed with the Court in support of and in

opposition to the two Motions:

     **1.**   (a)  Type of motion:  **DEFENDANT STANDARD REGISTRAR'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER RULES 12(b)(1), 12(b)(6), and 9(b), *Fed. R. Civ. Pro.***

     (b)    <u>**Party submitting motion**</u>:  Defendant Standard Registrar & Transfer Co., Inc. ("SRTC")

     (c)    <u>**Date filed**</u>:  October 20, 2022, <u>Motion to Dismiss and Supporting Memorandum</u> (Document No. 5), along with Exhibits A thru E and a Declaration of SRTC's counsel

     (d)    <u>Opposition</u> filed by Plaintiff Johnson on November 17, 2022, along with Exhibit 1 (Document No. 14)

     (e)    <u>Reply Memorandum</u> filed by Defendant SRTC on December 1, 2022 (Document No. 16)

     **2.**   (a)  Type of motion:  **DEFENDANT STANDARD REGISTRAR'S MOTION FOR RULE 11 SANCTIONS AND 28 U.S.C. § 1927 FEES AND COSTS**

     (b)    <u>**Party submitting motion**</u>:  Defendant Standard Registrar & Transfer Co., Inc. ("SRTC")

     (c)    <u>**Date filed**</u>:  October 26, 2022, <u>Motion for Rule 11 Sanctions and § 1927 Fees and Costs and Supporting Memorandum</u> (Document No. 9), along with Exhibits A thru E, and a Declaration of SRTC's counsel, coupled with a motion for leave to file an overlength memorandum (Document No. 7) granted by the Court on Oct. 26, 2022 (Document No. 8)

     (d)    <u>Opposition</u> filed by Plaintiff Johnson on Nov. 9, 2022, along with Exhibits 1 thru 7 (Document No. 10)

(e)      Reply Memorandum filed by Defendant SRTC on November 22, 2022, along with

Exhibit A (Document No. 15)

**Neither party has requested a hearing.**

DATED this <u>2nd</u> day of December, 2022.


MABEY & COOMBS, L.C.


<u>/s/ *J. Michael Coombs*          </u>
J. Michael Coombs
*Attorneys for Defendant*


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the <u>2nd</u> day of December, 2022, the undersigned caused a true and

correct copy of the foregoing **NOTICE TO SUBMIT MOTIONS FOR DECISION**, to be

served on those identified below via email as per the court's electronic filing system:

*Andrew G. Deiss*
*David Ferguson*
*Corey Riley*
*DEISS LAW, P.C.*
*10 West 100 South, Suite 700*
*Salt Lake City, Utah 84101*
*deiss@deisslaw.com*
*dferguson@deisslaw.com*
*criley@deisslaw.com*


<u>/s/ *J. Michael Coombs*      </u>
*J. Michael Coombs*