Exhibit "A"

# CANADA
# BRITISH COLUMBIA
## CERTIFICATE OF DEATH

**PROVINCE OF BRITISH COLUMBIA**
**Vital Statistics Agency**

This is to certify that the following is an extract from the registration on file with the Vital Statistics Agency, Victoria, British Columbia, concerning the death of

| | |
|---|---|
| Name | TERRENCE BLAIR HUNTER |
| Date of Death | SEP 03, 2019 |
| Place of Death | RICHMOND |
| Age | 72 YEAR(S) |
| Birthplace | ALBERTA, CANADA |
| Residence | VANCOUVER, BRITISH COLUMBIA |

Registration No. 2019-59-025896

Sex MALE

30742731

Given under my hand at Victoria, British Columbia
this 08 day of SEP 2019



Jack Shewchuk
Registrar General
Vital Statistics Agency

VSA 435I (14/08)



# PASSPORT / PASSEPORT — CANADA

| Field | Value |
|---|---|
| Type/Type | P |
| Issuing Country/Pays émetteur | CAN |
| Passport No./N° de passeport | HK162335 |
| Surname/Nom | HUNTER |
| Given names/Prénoms | TERRENCE |
| Nationality/Nationalité | CANADIAN/CANADIENNE |
| Date of birth/Date de naissance | 15 MAR /MARS 47 |
| Sex/Sexe | M |
| Place of birth/Lieu de naissance | CALGARY CAN |
| Date of issue/Date de délivrance | 30 JUNE/JUIN 16 |
| Date of expiry/Date d'expiration | 30 JUNE/JUIN 26 |
| Issuing Authority/Autorité de délivrance | VANCOUVER |

P<CANHUNTER<<TERRENCE<<<<<<<<<<<<<<<<<<<<<<<
HK162335<7CAN4703158M2606303<<<<<<<<<<<<<<08

