Exhibit "C"

**ANNEX I**

**(Articles 155, 156 and 157 of the Code of Civil Procedure of Quintana Roo, jurisdiction and/or competence)**

**Article 155.- Proceedings by a judge who is declared incompetent shall be null and void**. Except:

I.- The provisions of Article 164;

II.- When the incompetence is due to the territory and the parties agree on the validity;

III.- If it is supervening incompetence, and

IV.- The cases that the law excepts.

**Article 156.- The nullity referred to in the preceding article is automatically null and void**. The Courts declared competent shall restore things to the state they were in before the null proceedings were carried out; Unless otherwise provided by law.

**Article 157.-** The following shall be competent judges:

I.- That of the place that the debtor has designated to be judicially required to pay;

II.- That of the place indicated in the contract for the fulfillment of the obligation. Both in this case, as in the previous one, it supplies the jurisdiction not only for the execution or fulfillment of the contract, but for the rescission or nullity;

III.- That of the location of the thing, if a real action is exercised on real property. The same shall apply to matters arising from the lease of immovable property. When they are included in two or more matches, it will be for prevention;

IV.- That of the domicile of the defendant, if it is a question of the exercise of an action on movable property, or of personal actions or civil status. When there are several defendants and they have different domicile, the judge of the domicile chosen by the plaintiff shall have jurisdiction;

**V.- In hereditary proceedings, the judge in whose understanding the author of the inheritance had his last domicile; in the absence of such domicile, it will be that of the location of the real estate that forms the inheritance, and if they are in several districts, the judge of any of them to prevention; and in the absence of domicile and real estate, that of the place of death of the author of the inheritance. The same shall be observed in cases of absence;**

VI.- The one in whose territory lies a probate trial to know:

a).- Of the actions of petition of inheritance.

The competent judge initiating succession proceedings must request a report on the existence or non-existence of any testamentary disposition granted by the author of the succession to the Public Registry of Property and Commerce and the General Directorate of Notaries;

b) actions against succession before the partition and adjudication of assets;

c).- of the actions of nullity, rescission and eviction of the hereditary partition;

VII.- In bankruptcy proceedings, the judge of the debtor's domicile;

VIII.- In acts of voluntary jurisdiction, that of the domicile of the one who promotes, but in the case of real estate, it will be that of the place where they are located;

IX.- In matters relating to the guardianship of minors and incapacitated persons, the judge of their residence, for the appointment of the guardian, and in other cases that of the latter's domicile;

X. In business relating to the supply of impediments to marriage, that of the place where the suitors have appeared;

XI.- To decide the conjugal differences and the judgments of nullity of the marriage, it is that of the conjugal domicile;

XII.- In divorce proceedings, the court of the marital domicile and in case of abandonment of home, that of the domicile of the abandoned spouse;

XIII.- In cases of maintenance claim, that of the domicile of the maintenance creditor.