Exhibit "D"

## CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO

*Última reforma publicada en el Periódico Oficial del Estado el 14 de junio de 2019*

## DISPOSICIONES GENERALES

### TÍTULO PRIMERO
### De las acciones y excepciones

### CAPÍTULO I
### De las Acciones

**Artículo 1o.-** El ejercicio de las acciones civiles requiere:

**I.-** La existencia de un derecho;

**II.-** La violación de un derecho o el desconocimiento de una obligación, o la necesidad de declarar, preservar o constituir un derecho;

**III.-** La capacidad para ejercitar la acción por sí o por legítimo representante;

**IV.-** El interés en el actor para deducirla.

Falta el requisito del interés siempre que no pueda alcanzarse el objeto de una acción, aun suponiendo favorable la sentencia.

La existencia de los requisitos esenciales de la acción, deberá ser estudiada de oficio, por el tribunal de la sentencia definitiva.

**Artículo 2o.-** La acción procede en juicio, aun cuando no se exprese su nombre, con tal que se determine con claridad la clase de prestación que se exija del demandado y el título o causa de la acción.

**Artículo 3o.-** Por las acciones reales se reclamarán la herencia, los derechos reales o la declaración de libertad de gravámenes reales. Se dan y se ejercitan contra el que tiene en su poder la cosa y tiene obligación real, con excepción de la petición de herencia y la negatoria.

**Artículo 4o.-** La reivindicación compete a quien no está en posesión de la cosa, de la cual tiene la propiedad, y su efecto será declarar que el actor tiene el dominio sobre ella y se le entregue el demandado con sus frutos y accesiones en los términos prescritos por el Código Civil.

*Artículo reformado POE 21-10-2009*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

---

**Artículo 5o.-** El tenedor de la cosa puede declinar la responsabilidad del juicio designando al poseedor que lo sea a título de dueño.

**Artículo 6o.-** El poseedor que niegue la posesión la perderá en beneficio del demandante.

**Artículo 7o.-** Pueden ser demandados en reivindicación, aunque no posean la cosa, el poseedor que para evitar los efectos de la acción reivindicatoria dejó de poseer y el que está obligado a restituir la cosa o su estimación si la sentencia fuere condenatoria. El demandado que paga la estimación de la cosa puede ejercitar a su vez la reivindicación.

**Artículo 8o.-** No pueden reivindicarse las cosas que están fuera del comercio; los géneros no determinados al entablarse la demanda; las cosas unidas a otras por vía de accesión, según lo dispuesto por el Código Civil, ni las cosas muebles perdidas o robadas que un tercero haya adquirido de buena fe en almoneda o de comerciante que en mercado público se dedica a la venta de objetos de la misma especie, sin previo reembolso del precio que se pagó. Se presume que no hay buena fe si de la pérdida o robo se dio aviso público y oportunamente.

**Artículo 9o.-** Al adquirente con justo título y de buena fe le compete la acción para que, aun cuando no haya prescrito, le restituya la cosa con sus frutos y accesiones en los términos del artículo 4o. el poseedor de mala fe, o el que teniendo título de igual calidad ha poseído por menos tiempo que el actor.

No procede esta acción en los casos en que ambas posesiones fuesen dudosas o el demandado tuviere su título registrado y el actor no, así como contra el legítimo dueño.

**Artículo 10.-** Procederá la acción negatoria para obtener la declaración de libertad o la de reducción de gravámenes de bien inmueble y la demolición de obras o señales que importen gravámenes, la tildación o anotación en el Registro de la Propiedad, y conjuntamente, en su caso, la indemnización de daños y perjuicios. Cuando la sentencia sea condenatoria, el actor puede exigir del demandado que caucione el respeto de la libertad del inmueble. Sólo se dará esta acción al poseedor a título de dueño o que tenga derecho real sobre la heredad.

*Artículo reformado POE 10-12-2010*

**Artículo 11.-** Compete la acción confesoria al titular del derecho real inmueble y al poseedor del predio dominante que esté interesado en la existencia de la servidumbre, se da esta acción contra el tenedor o poseedor jurídico que contraría el gravamen para que se obtenga el reconocimiento, la declaración de los derechos y obligaciones del gravamen y el pago de frutos, daños y perjuicios, en su caso, y se haga cesar la violación. Si fuere la sentencia condenatoria, el actor puede exigir del demandado que afiance el respeto del derecho.

*Artículo reformado POE 10-12-2010*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 12.-** Se intentará la acción hipotecaria por la vía ordinaria para constituir, ampliar, dividir, registrar, extinguir una hipoteca, su nulidad o cancelación o bien para la prelación del crédito que la hipoteca garantice. Procederá contra el poseedor a título de dueño del fundo hipotecado y, en su caso contra los otros acreedores.

La acción hipotecaria para obtener el pago, se tramitará por la vía especial sujetándose a lo dispuesto en el Título Vigésimo Segundo, Capítulo V, de este Código y demás relativos aplicables.

*Artículo reformado POE 14-06-2019*

**Artículo 13.-** La petición de herencia se deducirá por el heredero testamentario o abintestato, o por el que haga sus veces en la disposición testamentaria; y se da contra el albacea o contra el poseedor de las cosas hereditarias con el carácter de heredero o cesionario de éste y contra el que no alega título ninguno de posesión del bien hereditario o dolosamente dejó de poseerlo.

**Artículo 14.-** La petición de herencia se ejercitará para que sea declarado heredero el demandante, se le haga entrega de los bienes hereditarios con sus accesiones, sea indemnizado y le rindan cuentas.

**Artículo 15.-** El comunero puede deducir las acciones relativas a la cosa común, en calidad de dueño, salvo pacto en contrario, o ley especial. No puede, sin embargo, transigir ni comprometer en árbitros el negocio, sin consentimiento unánime de los demás condueños.

**Artículo 16.-** Al perturbado en la posesión jurídica o derivada de un bien inmueble compete el interdicto de retener la posesión contra el perturbador, el que mandó tal perturbación o contra el que a sabiendas y directamente se aproveche de ella, y contra el sucesor del despojante. El objeto de esta acción es poner término a la perturbación, indemnizar al poseedor y que el demandado afiance no volver a perturbar y sea conminado con multa o arresto para el caso de reincidencia.

La procedencia de esta acción requiere que la perturbación consista en actos preparatorios, tendientes directamente a la usurpación violenta o a impedir el ejercicio del derecho; que se reclame dentro de un año y el poseedor no haya obtenido la posesión de su contrario, por fuerza, clandestinamente o a ruegos.

**Artículo 17.-** El que es despojado de la posesión jurídica o derivada de un bien inmueble, debe ser ante todo restituido y le compete la acción de recobrar contra el despojador, contra el que ha mandado el despojo, contra el que a sabiendas y directamente se aprovecha del despojo y contra el sucesor del despojante. Tiene por objeto reponer al despojado en la posesión, indemnizarlo de los daños y perjuicios, obtener del demandado que afiance su abstención y a la vez conminarlo con multa y arresto para el caso de reincidencia.

**Artículo 18.-** La acción de recuperar la posesión se deducirá dentro del año siguiente a los actos violentos o vías de hecho causantes del despojo. No procede en favor de

aquel que, con relación al demandado, poseía clandestinamente, por la fuerza o a ruego, pero sí contra el propietario despojante que transfirió el uso y aprovechamiento de la cosa por medio de contrato.

**Artículo 19.-** Al poseedor de predio o derecho real sobre él compete la acción para suspender la conclusión de una obra perjudicial a sus posesiones, su demolición o modificación, en su caso, y a la restitución de las cosas al estado anterior a la obra nueva. Compete también al vecino del lugar cuando la obra nueva se construye en bienes de uso común.

Se da contra quien la mandó construir, sea poseedor o detentador de la heredad donde se construye.

Para los efectos de esta acción por obra nueva, se entiende por tal no sólo la construcción de nueva planta, sino también la que se realiza sobre edificio antiguo, añadiéndole, quitándole o dándole una forma distinta.

El juez que conozca del negocio podrá ordenar la suspensión de la construcción hasta que el juicio se resuelva. La suspensión quedará sin efecto si el propietario de la obra nueva da fianza bastante para restituir las cosas al estado que guardaban antes y pagar los daños y perjuicios que sobrevengan al actor, en caso de que se declare procedente su acción, salvo que la restitución se haga físicamente imposible con la conclusión de la obra o, con ésta, se siga perjuicio al interés social o se contravengan disposiciones de orden público.

**Artículo 20.-** La acción de obra peligrosa se da al poseedor jurídico o derivado de una propiedad contigua o cercana que pueda resentirse o padecer por la ruina o derrumbe de la otra, caída de un árbol y otro objeto análogo; y su finalidad es la de adoptar medidas urgentes para evitar los riesgos que ofrezca el mal estado de los objetos referidos; obtener la demolición total o parcial de la obra o la destrucción del objeto peligroso. Compete la misma acción a quienes tengan derecho privado o público de paso por las inmediaciones de la obra, árbol u otro objeto peligroso.

El juez que conozca del negocio podrá ordenar desde luego y sin esperar la sentencia, que el demandado suspenda la obra o realice las obras indispensables para evitar daños al actor.

La suspensión quedará sin efecto si el propietario de la obra peligrosa da fianza bastante para restituir las cosas al estado que guardaban antes y pagar los daños y perjuicios que sobrevengan al actor, en caso de que se declare procedente su acción, salvo que la restitución se haga físicamente imposible con la conclusión de la obra o, con ésta, se siga perjuicio al interés social o se contravengan disposiciones de orden público.

**Artículo 21.-** Compete acción a un tercero para coadyuvar en el juicio seguido contra su codeudor solidario. Igual facultad corresponde al tercero cuyo derecho depende de la subsistencia del derecho del demandado o del actor. El deudor de obligación

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

indivisible que sea demandado por la totalidad de la prestación, puede hacer concurrir a juicio a sus codeudores, siempre y cuando su cumplimiento no sea de tal naturaleza que solo pueda satisfacerse por el demandado.

**Artículo 22.-** El tercero obligado a la evicción deberá ser citado a juicio oportunamente para que le pare perjuicio la sentencia.

El demandado que pida sea llamado el tercero, deberá proporcionar el domicilio de éste, y si no lo hace no se dará curso a la petición respectiva; si afirmare que lo desconoce, deberá exhibir el importe de la publicación de los edictos para notificar al tercero en esta forma.

**Artículo 23.-** El tercero que, aduciendo derecho propio, intente excluir los derechos de actor y demandado o los del primero solamente, tiene la facultad de concurrir al pleito, aun cuando ya esté dictada sentencia ejecutoria.

**Artículo 24.-** Las acciones de estado civil tienen por objeto las cuestiones relativas al nacimiento, defunción, matrimonio, o nulidad de éste, filiación, reconocimiento, emancipación, tutela, adopción, divorcio y ausencia, o atacar el contenido de las constancias del Registro Civil para que se anulen o rectifiquen, así como todas aquellas relaciones a las que el Código Civil les concede tal carácter. Las decisiones judiciales recaídas en el ejercicio de acciones de estado civil perjudican aún a los que no litigaron.

Las acciones de estado civil fundadas en la posesión de estado producirán el efecto de que se ampare o restituya a quien la disfrute contra cualquier perturbador.

**Artículo 25.-** Las acciones personales se deducirán para exigir el cumplimiento de una obligación personal, ya sea de dar, de hacer o no hacer determinado acto.

**Artículo 26.-** El enriquecimiento sin causa de una parte, con detrimento de otra, presta mérito al perjudicado para ejercitar la acción de indemnización en la medida en que aquélla se enriqueció.

**Artículo 27.-** El perjudicado por falta de título legal tiene acción para exigir que el obligado le extienda el documento correspondiente.

**Artículo 28.-** En las acciones mancomunadas por título de herencia o legado, sean reales o personales, se observarán las reglas siguientes:

**I.-** Si no se ha nombrado interventor ni albacea, puede ejercitarlas cualquiera de los herederos o legatarios.

**II.-** Si se ha nombrado interventor o albacea, sólo a éstos compete la facultad de deducirlas en juicio, y sólo podrán hacerlo los herederos o legatarios cuando, requeridos por ellos, el albacea o el interventor se rehusen a hacerlo.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 29.-** Ninguna acción puede ejercitarse sino por aquel a quién compete o por su representante legítimo. No obstante esto, el acreedor puede ejercitar las acciones que competan a su deudor cuando conste el crédito de aquél en título ejecutivo y, excitado éste para deducirlas, descuide o rehuse hacerlo. El tercero demandado puede paralizar la acción pagando al demandante el monto de su crédito.

Las acciones derivadas de derechos inherentes a la persona del deudor nunca se ejercitarán por el acreedor.

Los acreedores que acepten la herencia que corresponda a su deudor ejercitarán las acciones pertenecientes a éste, en los términos en que el Código Civil lo permita.

**Artículo 30.-** Las acciones que se transmiten contra los herederos no obligan a éstos sino en proporción a sus cuotas, salvo en todo caso la responsabilidad que les resulte cuando sea solidaria su obligación con el autor de la herencia, por ocultación de bienes o por dolo o fraude en la administración de bienes indivisos.

**Artículo 31.-** Cuando haya varias acciones contra una misma persona, respecto de una misma cosa, y provenga de una misma causa, deben intentarse en una sola demanda; por el ejercicio de una o más quedan extinguidas las otras.

No pueden acumularse en la misma demanda las acciones contrarias o contradictorias, ni las posesorias con las petitorias, ni cuando una dependa del resultado de la otra.

Tampoco son acumulables acciones que por su cuantía o naturaleza corresponden a jurisdicciones diferentes.

Queda abolida la práctica de deducir subsidiariamente acciones contrarias o contradictorias.

**Artículo 32.-** A nadie puede obligarse a intentar o proseguir una acción contra su voluntad excepto en los casos siguientes:

**I.-** Cuando alguno públicamente se jacte de que otro es su deudor, o de que tiene que deducir derechos sobre alguna cosa que otro posee. En este caso el poseedor, o aquel de quién se dice que es deudor, puede ocurrir al juez de su propio domicilio, pidiéndole que señale un término al jactancioso para que deduzca la acción que ha sido objeto de la jactancia. No se reputará jactancioso al que en algún acto judicial o administrativo se reserva los derechos que pueda tener contra alguna persona o sobre alguna cosa. La acción de jactancia prescribe a los tres meses desde la fecha en que tuvieron lugar los dichos y hechos que la originen;

**II.-** Cuando por haberse interpuesto tercería ante un Juez Menor por cuantía mayor de la que fija la ley para los negocios de su competencia, se hayan remitido los autos a otro juzgado y el tercer opositor no concurra a continuar la tercería;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**III.-** Cuando alguno tenga acción o excepción que dependa del ejercicio de la acción de otro, a quien pueda exigir que la deduzca, oponga o continúe desde luego; y si excitado para ello se rehusare, lo podrá hacer aquél.

**Artículo 33.-** Las acciones duran lo que la obligación que representan menos en los casos en que la ley señala distintos plazos.

**Artículo 34.-** Intentada la acción y fijados los puntos cuestionados, no podrá modificarse ni alterarse, salvo en los casos en que la ley lo permita. El desistimiento de la demanda sólo importa la pérdida de la instancia y requiere el consentimiento del demandado. El desistimiento de la acción extingue ésta aun sin consentirlo el demandado. En todos los casos el desistimiento produce el efecto de que las cosas vuelvan al estado que tenían antes de la presentación de la demanda y obliga al que lo hizo a pagar las costas y los daños y perjuicios a la contraparte, salvo convenio en contrario.

*Artículo reformado POE 21-10-2009, 10-12-2010*

## CAPÍTULO II
### De las excepciones y defensas

**Artículo 35.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 36.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 37.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 38.-** La excepción de litispendencia procede cuando un juez conoce ya del mismo negocio sobre el cual es procesado el demandado. El que la oponga debe de señalar precisamente el juzgado donde se tramita el primer juicio. Del escrito en que se oponga se dará traslado por tres días a la contraria y el juez dictará resolución dentro de las veinticuatro horas siguientes pudiendo previamente mandar inspeccionar el primer juicio. Si se declara procedente, se remitirán los autos al juzgado que primero conoció del negocio cuando ambos jueces se encuentren dentro de la jurisdicción del mismo tribunal de apelación. Dará por concluido el procedimiento si el primer juicio se tramita en juzgado que no pertenezca a la misma jurisdicción de apelación

*Artículo derogado POE 21-10-2009. Reformado POE 10-12-2010*

**Artículo 39.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 40.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 41.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 42.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 43.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

## TÍTULO SEGUNDO
### Reglas Generales del Procedimiento

### CAPÍTULO I
### De la Capacidad y Personalidad

**Artículo 44.-** Toda persona física o moral que, conforme a la Ley, esté en el pleno ejercicio de sus derechos civiles puede comparecer en juicio.

**Artículo 45.-** Por los que no se hallen en el caso del artículo anterior comparecerán sus representantes legítimos o los que deban suplir su incapacidad conforme a derecho. Los ausentes e ignorados serán representados como se previene en el Código Civil.

**Artículo 46.-** Los interesados y sus representantes legítimos podrán comparecer en juicio por sí o por medio de mandatario.

**Artículo 47.-** El Tribunal de Oficio examinará la personalidad de las partes; no obstante, el litigante tiene el derecho de impugnarla cuando tenga razones para ello.

*Artículo reformado POE 21-10-2009*

**Artículo 48.-** El que no estuviere presente en el lugar del juicio, ni tuviere persona que legítimamente lo presente, será citado en la forma prescrita en el capítulo IV de este Título, pero si la diligencia de que se trata fuere urgente o perjudicial la dilación, a juicio del tribunal, el ausente será representado por el Ministerio Público.

**Artículo 49.-** En el caso del artículo anterior, si se presentare por el ausente una persona que pueda comparecer en juicio, será admitida como gestor judicial.

**Artículo 50.-** La gestión judicial es admisible para representar al actor o al demandado.

El gestor debe sujetarse a las disposiciones de los artículos 44 y 57 del Código Civil y gozará de los derechos y facultades de un mandatario.

**Artículo 51.-** El gestor judicial, antes de ser admitido, debe dar fianza de que el interesado pasará por lo que él haga, y de pagar lo juzgado y sentenciado e indemnizar los perjuicios y gastos que se causen. La fianza será calificada por el tribunal bajo su responsabilidad.

**Artículo 52.-** El fiador del gestor judicial renunciará todos los beneficios legales, observándose en este caso lo dispuesto en los artículos 3012 y 3017 del Código Civil.

**Artículo 53.-** Siempre que dos o más personas ejerciten una misma acción u opongan la misma excepción, deberán litigar unidas y bajo una misma representación. A este efecto deberán dentro de tres días, nombrar un mandatario judicial que los represente a todos, con las facultades necesarias para la continuación del juicio, o elegir de entre ellos mismos un representante común. Si no nombraren mandatario ni hicieren la elección de representante, o no se pusieren de acuerdo en ella, el juez nombrará al representante común escogiendo a alguno de los que hayan sido propuestos; y si nadie lo hubiere sido, a cualquiera de los interesados. El Mandatario nombrado tendrá las facultades que en su poder le haya concedido. El representante común tendrá las mismas facultades que si litigara exclusivamente por su propio derecho, excepto las de transigir, desistirse y comprometer en árbitros, a menos de que expresamente le fueran también concedidas por los interesados.

**Artículo 54.-** Mientras continúe el mandatario o representante común en su encargo, los emplazamientos, notificaciones, y citaciones de todas clases que se le hagan tendrán la misma fuerza que si se hicieren a los representados, sin que le sea permitido pedir que se entiendan con éstos.

En cualquier estado del juicio por unanimidad, los interesados pueden revocar el nombramiento de representante común aunque éste haya sido nombrado por el juez. En este caso el representante continuará desempeñando el cargo, mientras se hace nuevo nombramiento y se da a conocer al juez en la forma legal.

**Artículo 55.-** Cuando alguno de los interesados a que aluden los artículos anteriores se presente haciendo alguna promoción fundamental para los intereses o derechos de los demás o pretenda rendir alguna prueba especial, se citará a una audiencia dentro del término de tres días al representante común y a los demás interesados que radiquen en el lugar del juicio, y el juez, discrecionalmente, después de oírlos, resolverá si admite o no la petición. Cuando la promoción se refiera a intereses personales del solicitante, la audiencia solamente se verificará con citación de éste y del representante común. Fuera de los casos a que éste artículo se refiere, será desechada toda promoción que no sea hecha por conducto del representante.

**CAPITULO II**
**De las actuaciones y resoluciones judiciales,**
**correcciones disciplinarias y medidas de apremio**
*Denominación reformada POE 21-10-2009*

**SECCIÓN PRIMERA**
**De las Actuaciones**

**Artículo 56.-** Para la tramitación y resolución de los asuntos ante los tribunales ordinarios se estará a lo dispuesto por este Código, sin que por convenio de los interesados puedan renunciarse los recursos ni el derecho de recusación, ni alterarse, modificarse o renunciarse las normas del procedimiento.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Salvo los casos que no lo permita la Ley, los magistrados o jueces durante el juicio, están facultados para exhortar en todo tiempo a las partes a tener voluntariamente, un avenimiento sobre el fondo de la controversia, resolviendo sus diferencias mediante convenio con el que pueda darse por terminado el litigio.

**Artículo 57.-** Las actuaciones judiciales y los ocursos deberán escribirse en castellano. Los documentos redactados en otro idioma deberán acompañarse con la correspondiente traducción al castellano. Las fechas y cantidades se escribirán con letra.

Todos los escritos de las partes y actuaciones judiciales deberán estar firmados por quienes intervengan en ellos. Cuando alguna de las partes no supiere o no pudiere firmar, pondrá su huella digital, firmando otra persona a su nombre, a su ruego y súplica, en dicho caso se indicará esta circunstancia. La falta de cumplimiento de estos requisitos dará lugar a que no se acuerde favorable la petición que se contenga en el escrito respectivo.

Salvo en los casos que prevé el artículo 109 Bis, los cuales serán válidos si son enviados desde el correo electrónico oficial proporcionado por el Tribunal a los litigantes, para tal efecto se dejará constancia respectiva en el expediente electrónico y en el expediente original.

*Párrafo adicionado POE 15-04-2013*
*Artículo reformado POE 21-10-2009*

**Artículo 58.-** En las actuaciones judiciales no se emplearán abreviaturas ni se rasparán las frases equivocadas, sobre las que sólo se pondrá una línea delgada que permita la lectura, salvándose al final con toda precisión el error cometido. Igualmente se salvarán las frases escritas entre renglones.

**Artículo 59.-** Las actuaciones judiciales deberán ser autorizadas bajo pena de nulidad por el funcionario público a quien corresponda dar fe o certificar el acto.

**Artículo 60.-** Las audiencias en los negocios serán públicas, exceptuándose las que se refieren a divorcio, nulidad de matrimonio y las demás en que a juicio del tribunal convenga que sean secretas. El acuerdo será reservado.

**Artículo 61.-** Los jueces y magistrados a quienes corresponda, recibirán por sí mismos las declaraciones y presidirán todos los actos de prueba, bajo su responsabilidad.

**Artículo 62.-** Las actuaciones judiciales se practicarán en días y horas hábiles. Son días hábiles todos los días del año, menos los sábados y domingos y aquellos que las leyes y el Pleno declaren inhábiles.

Se entienden horas hábiles las que median desde las siete hasta las veintiún horas. En los juicios sobre alimentos, impedimentos de matrimonio, diferencias que surjan entre marido y mujer, sobre administración de bienes comunes, educación de hijos, servidumbres legales, interdictos posesorios y las demás que determinen las leyes, no

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

hay días ni horas inhábiles. En los demás casos, el Juez puede habilitar los días y horas inhábiles para actuar o para que se practiquen diligencias, cuando hubiere causa urgente que lo exija, expresando cual sea ésta y las diligencias que hayan de practicarse.

*Párrafo reformado POE 24-07-2015*

**Artículo 63.-** Las copias simples de los documentos que se presenten, confrontadas y autorizadas por el secretario, correrán en los autos, quedando los originales en el tribunal, donde podrá verlos la parte contraria, si lo pidiere.

Los interesados pueden presentar una copia simple de sus escritos, a fin de que se les devuelva con la anotación de la fecha y hora de presentación, sellada y firmada por el empleado que la reciba en el tribunal.

Tratándose de los escritos señalados en el Artículo 109 Bis, pueden ser remitidos vía electrónica al correo institucional del oficial de partes del Juzgado correspondiente, para efectos de identificación de la petición correspondiente deberá aportar los requisitos señalados en el Artículo 120 párrafo segundo; Por lo que el Juez tendrá a su disposición la citada promoción a más tardar al día siguiente, acordando lo conducente en términos de ley.

*Párrafo adicionado POE 15-04-2013*

**Artículo 64.-** El secretario hará constar el día y la hora en que se presenta un escrito y dará cuenta con él, a más tardar dentro de veinticuatro horas. Así mismo cuando éste sea presentado vía correo electrónico.

*Artículo reformado POE 15-04-2013*

**Artículo 65.-** Los secretarios cuidarán de que los expedientes sean cosidos y exactamente foliados, al agregarse cada una de las hojas; rubricarán todas éstas en el centro de los escritos y pondrán el sello de la Secretaría en el fondo del cuaderno, de manera que queden debidamente selladas las dos caras

**Artículo 66.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 67.-** En ningún caso se entregarán los autos a las partes para que los lleven fuera del tribunal. Las frases "dar vista" o "correr traslado" sólo significan que los autos quedan en la Secretaría para que se impongan de ellos los interesados, para que se les entreguen copias, para tomar apuntes, alegar, o glosar cuentas. Las disposiciones de este artículo comprenden al Ministerio Público.

**Artículo 68.-** Los autos que se perdieren serán repuestos a costa del que fuere responsable de la pérdida, quien además pagará los daños y perjuicios, quedando sujeto a las disposiciones del Código Penal.

La reposición se substanciará incidentalmente y sin necesidad de acuerdo previo; el secretario hará constar desde luego la existencia anterior y la falta posterior del expediente.

Quedan los jueces facultados para investigar de oficio la existencia de las piezas de autos desaparecidos, valiéndose para ello de todos los medios que no sean contrarios a la moral o al derecho.

**Artículo 69.-** El Tribunal está obligado a expedir a costa de las partes y personas autorizadas, sin demora alguna, copia fotostática de los documentos o resoluciones que obren en autos, así como también podrán obtener copias del expediente valiéndose de cualquier otro medio tecnológico, bastando que las partes lo soliciten verbalmente, sin que se requiera decreto judicial, dejando constancia en autos de su recepción.

Para obtener copia certificada de cualquier documento que obre en juicio, la parte interesada debe solicitarlo en comparecencia, por escrito o correo electrónico, requiriéndose decreto judicial, y cuando se pidiere copia o testimonio de parte de un documento o pieza, el contrario tendrá derecho de que a su costa se adicione con lo que crea conducente del mismo documento o pieza. Cuando la parte interesada solicite copia certificada de uno o varios documentos completos, en ningún caso se dará vista a la contraria. Al entregarse las copias certificadas, el que las reciba debe dejar en autos razón y constancia de su recibo.

*Párrafo reformado POE 15-04-2013*
*Artículo reformado POE 21-10-2009, 30-10-2012*

**Artículo 70.-** Los tribunales no admitirán nunca recursos notoriamente frívolos o improcedentes; los desecharán de plano, e impondrán cuando sea procedente, una corrección disciplinaria en los términos de la fracción II del artículo 87, al que los hubiere promovido y en su caso cuando los hechos constituyan un delito se pondrá en conocimiento del Ministerio Público, para que se apliquen las sanciones del Código Penal.

Los incidentes ajenos al negocio principal o notoriamente frívolos e improcedentes, deberán ser repelidos de oficio.

**Artículo 71.-** La acumulación de juicios sólo procederá una vez concluido el desahogo de pruebas. Se tramitará incidentalmente y la resolución prevendrá que se manden acumular los autos del juicio al más antiguo, para que se falle en una misma sentencia.

## SECCIÓN SEGUNDA
### De las Resoluciones Judiciales

**Artículo 72.-** Las resoluciones son:

**I.-** Simples determinaciones de trámite y entonces se llamarán decretos;

**II.-** Decisiones que resuelven un incidente promovido antes o después de dictada la sentencia, que son las sentencias interlocutorias;

**III.-** Sentencias definitivas;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**IV.-** Las determinaciones no contempladas en los casos anteriores se denominarán autos.

**Artículo 73.-** Todas las resoluciones de primera y segunda instancia serán autorizadas por jueces, secretarios y magistrados con firma entera.

**Artículo 74.-** Las sentencias deben ser claras, precisas y congruentes con las demandas y las contestaciones y con las demás pretensiones deducidas oportunamente en el pleito, condenando o absolviendo al demandado, y decidiendo todos los puntos litigiosos que hayan sido objeto del debate. Cuando éstos hubieren sido varios, se hará el pronunciamiento correspondiente a cada uno de ellos.

**Artículo 75.-** Para dictar sentencia basta con que el juez apoye sus puntos resolutivos en preceptos legales o principios jurídicos, de acuerdo con el artículo 14 constitucional.

**Artículo 76.-** Los jueces y tribunales no podrán, bajo ningún pretexto, aplazar, dilatar, ni negar la resolución de las cuestiones que hayan sido discutidas en el pleito.

**Artículo 77.-** Tampoco podrán los jueces y tribunales variar, ni modificar sus sentencias después de firmadas, pero sí aclarar algún concepto o suplir cualquiera omisión que contengan sobre punto discutido en el litigio.

Estas aclaraciones podrán hacerse de oficio dentro del día hábil siguiente al de la publicación de la sentencia, o a instancia de parte presentada dentro del día siguiente al de la notificación.

En este último caso, el juez o tribunal resolverá de plano lo que estime procedente dentro del día siguiente al de la presentación del escrito en que se solicite la aclaración.

**Artículo 78.-** Cuando hubiere condena de frutos, intereses, daños o perjuicios, se fijará su importe en cantidad líquida o se establecerán, por lo menos, las bases con arreglo a las cuales deba hacerse la liquidación.

Sólo en el caso de no ser posible lo uno ni lo otro, se hará la condena, a reserva de fijar su importe y hacerla efectiva en la ejecución de la sentencia.

**Artículo 79.-** Las sentencias deben tener el lugar, fecha y juez o tribunal que las pronuncie, los nombres de las partes contendientes y el carácter con que litiguen y el objeto del procedimiento.

**Artículo 80.-** Las sentencias deben dictarse dentro del plazo de quince días contados a partir de la citación para sentencia. Sólo cuando el expediente excediere de doscientas cincuenta fojas, por cada cincuenta de exceso o fracción, se aumentara un día al término señalado sin que pueda exceder de ocho días para dicho efecto.

*Artículo reformado POE 21-10-2009*

**Artículo 81.-** Los autos o decretos deben dictarse dentro de tres días después del último trámite, o de la promoción correspondiente.

**Artículo 82.-** Toda sentencia tiene a su favor la presunción de haberse pronunciado según la forma prescrita por el derecho, con conocimiento de causa y por juez legítimo con jurisdicción para darla

**Artículo 83.-** La sentencia firme produce acción y excepción contra los que litigaron y contra terceros llamados legalmente al juicio.

**Artículo 84.-** El tercero puede excepcionarse contra la sentencia firme, pero no contra la que recayó en juicio de estado civil, a menos que alegue colusión de los litigantes para perjudicarlo.

**Artículo 85.-** Las resoluciones judiciales dictadas con el carácter de provisionales pueden modificarse en sentencia interlocutoria o en la definitiva.

Las resoluciones judiciales firmes dictadas en negocios de alimentos, ejercicio y suspensión de la patria potestad, interdicción, jurisdicción voluntaria y las demás que prevengan las leyes, pueden alterarse y modificarse cuando cambien las circunstancias que afecten el ejercicio de la acción que se dedujo en el juicio correspondiente.

## SECCIÓN TERCERA
### De las Correcciones Disciplinarias

**Artículo 86.-** Los jueces y magistrados tienen el deber de mantener el buen orden y de exigir de quienes asistan a las audiencias o se encuentren dentro del recinto de los tribunales que se les guarde el respeto y la consideración debidos, corrigiendo en el acto las faltas que se cometieron con multas que no podrán pasar, en los juzgados de paz, de un día de salario mínimo de la zona económica; en los menores de diez días de salario mínimo; en los de primera instancia de quince días de salario mínimo y de veinte días del salario mínimo en el Tribunal Superior. Pueden también emplear el auxilio de la fuerza pública. Si las faltas llegaren a constituir delitos, se procederá contra los que las cometieren, con arreglo a lo dispuesto en el Código Penal, consignando al culpable a la autoridad competente, con testimonio de lo conducente.

**Artículo 87.-** Se entenderá corrección disciplinaria:

**I.-** El apercibimiento o amonestación;

**II.-** La multa de diez días del salario mínimo de la época de la sanción en los términos del artículo 86;

**III.-** DEROGADA;

*Fracción derogada POE 21-10-2009*

**IV.-** El arresto hasta por 36 horas.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

*Fracción reformada POE 21-10-2009*

**Artículo 88.** Dentro de los tres días de haberse hecho saber una corrección disciplinaria a la persona a quien se le impuso, podrá ésta pedir al Juez que la oiga en justicia, con esta petición se le citará para la audiencia dentro del tercer día, en que se dictará resolución, confirmando, revocando, suspendiendo o modificando la corrección.

**Artículo 89.-** Los jueces y magistrados para hacer cumplir sus determinaciones, pueden emplear cualquier de los siguientes medios de apremio que juzguen eficaz:

*Párrafo reformado POE 24-07-2015*

**I.-** La multa por la cantidad equivalente de entre 15 y 120 días de salario mínimo general vigente en el Estado;

*Fracción reformada POE 30-10-2012*

**II.-** Doble multa en caso de reincidencia;

*Fracción adicionada POE 30-10-2012*

**III.-** El auxilio de la fuerza pública y la fractura de cerraduras si fuere necesario;

*Fracción recorrida (antes II) POE 30-10-2012*

**IV.-** El cateo por orden escrita;

*Fracción recorrida (antes III) POE 30-10-2012*

**V.-** El arresto hasta por 36 horas;

*Fracción reformada POE 21-10-2009, 30-10-2012. Recorrida (antes IV) POE 30-10-2012*

**VI.-** La presentación del testigo;

*Fracción adicionada POE 30-10-2012*

Respecto a las multas que impongan los jueces y magistrados en el ejercicio de sus funciones, se notificará al infractor que debe acudir a pagarla ante el Fondo para el Mejoramiento de Administración de Justicia dentro del término de tres días, debiendo acreditar dentro de los dos días siguientes a su pago que ya cumplió con la determinación, en caso contrario, se le dará vista al ministerio público por desobediencia a un mandato judicial.

*Párrafo reformado POE 24-07-2015*

**CAPITULO III**
**De la presentación de documentos**

**Artículo 90.-** A toda demanda o contestación deberá acompañarse necesariamente: 1o. El poder que acredite la personalidad del que comparece en nombre de otro; 2o. El documento o documentos que acrediten el carácter con el que el litigante se presente en juicio en el caso de tener representación legal de alguna persona o corporación o cuando el derecho que reclame provenga de habérsele transmitido por otra persona; 3o. Copia del escrito y de los documentos para correr traslado a la contraparte, pudiendo ser en papel común, fotostática o cualquiera otra, siempre que sea legible.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y
SOBERANO DE QUINTANA ROO**

**Artículo 91.-** También deberá acompañarse a toda demanda o contestación, el documento o documentos en que la parte interesada funde su derecho.

Si no los tuviere a su disposición designará el archivo o lugar en que se encuentren los originales.

Se entenderá que el actor tiene a su disposición los documentos y deberá acompañarlos precisamente a la demanda siempre que existan los originales en un protocolo o archivo público del que puede pedir y obtener copias autorizadas de ellos.

**Artículo 92.-** La presentación de documentos de que habla el artículo anterior, cuando sean públicos, podrá hacerse por copia simple, si el interesado manifestare que carece de otra fehaciente, pero no producirá aquélla ningún efecto si durante el término de prueba o en la audiencia respectiva no se presentare una copia del documento con los requisitos necesarios para que haga fe en juicio.

**Artículo 93.-** Después de la demanda y contestación, no se admitirán al actor ni al demandado, respectivamente, otros documentos fundatorios del derecho que los que se hallen en alguno de los casos siguientes: 1o. Ser de fecha posterior a dichos escritos; 2o. Los anteriores respecto de los cuales, protestando decir verdad, asevera la parte que los presente no haber tenido antes conocimiento de su existencia; 3o. Los que no haya sido posible adquirir con anterioridad por causas que no sean imputables a la parte interesada, y siempre que haya hecho oportunamente la designación expresa en el párrafo segundo del artículo 91.

**Artículo 94.-** No se admitirá documento alguno después de iniciada la celebración de la audiencia de pruebas y alegatos. El juez repelerá de oficio los que se presenten, mandando devolverlos a la parte, sin ulterior recurso.

**Artículo 95.-** De todo documento que se presente después del término de ofrecimiento de pruebas se dará traslado a la otra parte, para que dentro del tercer día manifieste lo que a su derecho convenga.

**Artículo 96.-** Cuando la impugnación del documento nuevo se refiere a su admisión por no hallarse en ningún caso de los expresados en el artículo 91, el juez reservará para la definitiva la resolución de lo que estime pertinente.

**Artículo 97.-** Las copias de los escritos y documentos se entregarán a la parte o partes contrarias al notificarles la providencia que haya recaído en el escrito respectivo, o al hacérseles la citación o emplazamiento que proceda.

**Artículo 98.-** La omisión de las copias no será motivo para dejar de admitir los escritos y documentos que se presenten en tiempo oportuno. En este caso, el juez señalará sin ulterior recurso, un término que no excederá de tres días para exhibir las copias, y si no se presentaren en dicho plazo, se tendrán por no admitidas.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Se exceptúan de esta disposición los escritos de demanda principal o incidental y los en que se pidan liquidaciones, que no serán admitidos si no se acompañan de las copias correspondientes.

## CAPITULO IV
### De los Exhortos y Despachos

**Artículo 99.-** Los exhortos y despachos que reciban las autoridades judiciales del Estado, se proveerán dentro de las veinticuatro horas siguientes a su recepción, siempre y cuando se ajusten a los preceptos de este Código y demás leyes del Estado y se diligenciarán dentro de los cinco días siguientes, a no ser que lo que haya de practicarse exija, necesariamente mayor tiempo.

**Artículo 100.-** Las diligencias que no puedan practicarse en el partido en que se sigue el juicio, deberán encomendarse precisamente al tribunal de aquel en que han de ejecutarse.

También puede un tribunal, aunque una diligencia deba practicarse dentro de su propia jurisdicción, encomendarla a otro de inferior categoría del mismo partido, si por razón de la distancia fuere más obvio que éste la practique.

**Artículo 101.-** El Tribunal Superior puede, en su caso, encomendar la práctica de diligencias a los jueces inferiores de su jurisdicción.

**Artículo 102.-** En los despachos y exhortos no se requiere la legalización de las firmas del tribunal que los expida, a menos que la exija el tribunal requerido, por ordenarla la ley de su jurisdicción, como requisito para obsequiarlos.

Para que los exhortos de los tribunales de los demás Estados de la Federación y del Distrito Federal, sean diligenciados por los de este Estado, no será necesaria la legalización de las firmas de los funcionarios que los expidan.

**Artículo 103.-** Los exhortos que se remitan al extranjero o se reciban de él se sujetarán, en cuanto a sus formalidades, a las disposiciones relativas del Código Federal de Procedimientos Civiles.

**Artículo 104.-** Pueden los tribunales acordar que los exhortos y despachos que manden expedir se entreguen, para hacerlos llegar a su destino, a la parte interesada que hubiere solicitado la práctica de la diligencia, quién tendrá la obligación de devolverlos con lo que practicare, si por su conducto se hiciere la devolución.

**Artículo 104 Bis.** Los despachos, exhortos o cualquier otra comunicación similar que tengan que diligenciarse entre las autoridades judiciales del Estado, deberán ser remitidos de juez a juez, sin necesidad de pasar a la Presidencia del Tribunal Superior de Justicia del Estado.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Los exhortos y despachos a los que alude el párrafo anterior, se deberán remitir al juzgado que deba cumplir la encomienda, a través del correo electrónico institucional de la Administración de Gestión Judicial que corresponda o de la oficialía de partes en su caso, conjuntamente con los archivos digitalizados, de las constancias conducentes y del recibo de pago de los derechos inherentes. Sin estos requisitos no se procederá a su diligenciación. Una vez recepcionado, se procederá a la impresión de los documentos digitalizados y el fedatario hará constar en el citado documento, la fecha y hora de su recepción. De la misma manera, se devolverán las constancias que deriven de la diligenciación de dichos exhortos, independientemente de la remisión que se hagan mediante correo certificado.

*Artículo adicionado POE 24-07-2015*

**Artículo 104 Ter.** Tratándose de exhortos o despachos que libren jueces o magistrados del Estado a otras entidades federativas o al extranjero que deban realizarse, estos serán remitidos por medio del correo electrónico institucional, de manera directa a los jueces o magistrados que por razón de jurisdicción y competencia deban diligenciarlos, o en su caso, a través de sus respectivas oficialías comunes de partes, siempre y cuando exista convenio entre los Tribunales respectivos, que así lo justifiquen. Los exhortos o despachos provenientes de otros Tribunales, que deban ser diligenciados en nuestro Estado, podrán ser enviados de manera directa o por conducto de las oficialías comunes, así como por las Administraciones de Gestión Judicial, por medio del correo electrónico institucional, previo convenio realizado entre los diversos Tribunales; mismos que una vez diligenciados deberán ser devueltos por la misma vía.

De no existir convenio respecto a la tramitación de los exhortos vía electrónica, los juzgados de la Entidad los enviarán por esa vía a la Administración de Gestión de Exhortos, debiendo recibirlos el fedatario de la adscripción, quien una vez impreso y cotejado al igual que los documentos que se acompañan, los remitirá al Tribunal Superior de Justicia donde se vaya a realizar la diligencia. Tratándose de los exhortos o despachos que provengan de otra Entidad Federativa, éstos serán enviados a la Administración de Gestión de Exhortos, quien por conducto de su fedatario lo escaneará y lo enviará vía correo electrónico institucional al juez competente; quien por ese mismo conducto, lo devolverá a dicha Administración. Los exhortos y despachos respectivos, serán canalizados por el Presidente del Tribunal.

*Artículo adicionado POE 24-07-2015*

**CAPITULO V**
**De las Notificaciones**

**Artículo 105.-** Las notificaciones, citaciones y emplazamientos se efectuarán dentro de los tres días siguientes al en que se dicten las resoluciones que las prevengan, cuando el juez o la ley no dispusieren otra cosa.

**Artículo 106.-** Las notificaciones se harán personalmente, por cédula, por lista electrónica, por edictos, por radiodifusión, por telégrafo, correo y por correo electrónico.

*Artículo reformado POE 15-04-2013*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 107.-** Todos los litigantes en su primer escrito o en la primera diligencia judicial en que intervengan, deben designar casa ubicada en la población en que resida el tribunal, para que se les hagan las notificaciones y se practiquen las diligencias que sean necesarias, así mismo deberán manifestar su voluntad para notificarse a través del correo electrónico que el Poder Judicial les otorgue siempre que no impliquen una notificación personal. En caso de no proporcionarlo, la notificación se le hará por medio de la lista electrónica, sin embargo podrá visualizar el acuerdo dictado siempre y cuando de su alta en la administración, misma que le proporcionará su correo electrónico, o en su defecto acudir personalmente al juzgado.

*Párrafo reformado POE 15-04-2013*

Igualmente el litigante debe designar la casa en que ha de hacerse la primera notificación a la persona o personas contra quienes promuevan.

Para el caso del correo electrónico que el Poder Judicial le otorgue a los litigantes estos deberán presentarse ante el administrador de correos del Poder Judicial, quien le proporcionará su cuenta respectiva, la que le servirá para todos los juicios en que sea parte litigante y se ventilen en cualquiera de los Juzgados, mismo que deberá ser utilizado para los juicios única y exclusivamente; y para efectos de almacenamiento durará un plazo no mayor de sesenta días, luego del cual serán depurados del correo.

*Párrafo adicionado POE 15-04-2013*

Si durante el transcurso de la tramitación del juicio, el abogado litigante es revocado o sustituido por otro, se suspenderá las notificaciones respectivas, a partir del dictado del acuerdo correspondiente, debiendo el Juzgado realizar la limitación en el sistema únicamente por lo que ha ese juicio se refiere y dará acceso al sustituto si cuenta con un correo electrónico ya proporcionado por el Poder Judicial o este deberá presentarse ante el administrador de correos quien le proporcionará la cuenta que le corresponda

*Párrafo adicionado POE 15-04-2013*

Cuando el litigante no cumpla con lo prevenido en la primera parte de este artículo, las notificaciones, aun las que, conforme a las reglas generales, deban hacerse personalmente, se le harán por lista electrónica, si faltare a lo dispuesto en el párrafo segundo, no se hará notificación alguna a la persona contra quien promueva, hasta que se subsane la omisión.

*Párrafo recorrido (antes tercero) y reformado POE 15-04-2013*

Todo Licenciado en Derecho deberá presentar en su primer escrito o diligencia judicial en la que intervenga, su cédula profesional y copia simple de ésta, para el efecto de que el juez o magistrado, mediante el acuerdo correspondiente, coteje la misma y reconozca al compareciente su calidad como profesional en derecho. Asimismo se le asignará una cuenta de acceso al sistema de notificaciones electrónicas la cual deberá mantenerla activa, misma donde recibirá todas y cada una de las notificaciones, inclusive las personales, cuando así lo solicite, y que le servirá para identificarse en los diversos juicios que promueva en los distintos distritos judiciales del Estado.

*Párrafo adicionado POE 24-07-2015*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Los profesionales en derecho que aún no hayan iniciado un procedimiento civil y deseen obtener su número de usuario para futuros trámites ante diversas instancias judiciales pueden acudir ante la Administración de Gestión Judicial, en donde se le otorgará el número de usuario que le corresponda.

*Párrafo adicionado POE 24-07-2015*

Respecto al registro de Licenciados en Derecho, los datos mínimos que se requieren para que al usuario se le asigne un correo institucional, serán: nombre, edad, profesión, correo electrónico y domicilio. El administrador del sistema deberá verificar el cumplimiento estricto de estos.

*Párrafo adicionado POE 24-07-2015*

**Artículo 108.-** Entretanto que el litigante no hiciere nueva designación de la casa en donde se practiquen las diligencias y se hagan las notificaciones, seguirán haciéndosele en la que para ello hubiere designado y las diligencias en que debiere tener intervención se practicarán en la lista electrónica.

*Artículo reformado POE 15-04-2013*

**Artículo 109.-** Será notificado personalmente en el domicilio de los litigantes:

**I.-** El emplazamiento del demandado, y siempre que se trate de la primera notificación en el juicio, aunque sean diligencias preparatorias;

**II.-** El auto que ordena la absolución de posiciones o reconocimiento de documentos;

**III.-** Derogado;

*Fracción derogada POE 15-04-2013*

**IV.-** Cuando el tribunal lo estime necesario y así se ordene;

**V.-** El requerimiento de un acto a la parte que deba cumplirlo;

**VI.-** La sentencia definitiva; y

**VII.-** La sentencia que decrete el lanzamiento del inquilino de la casa habitación y la resolución que decrete su ejecución.

**Artículo 109-Bis.-** Serán notificados a las partes por medio de correo electrónico, los acuerdos que recaigan a las siguientes peticiones:

**I.-** Solicitud de copias simples o certificadas;

**II.-** Cambio o señalamientos de nuevos domicilios;

**III.-** Autorización para oír y recibir notificaciones;

**IV.-** Reconocimiento de personalidad;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**V.-** Consignación de pensión alimenticia;

**VI.-** Audiencias de avenimiento en divorcio voluntario;

**VII.-** Cambio de depositario.

En virtud de la notificación por correo electrónico, tratándose de las fracciones III y IV, una vez realizado el acuerdo correspondiente por el Juzgado, se notificará a la administración de correos, a fin de que éste haga el registro y la actualización del mismo a que se refieren tales fracciones.

*Artículo adicionado POE 15-04-2013*

**Artículo 110.-** Cuando variare el personal de un tribunal, no se proveerá decreto haciendo saber el cambio, sino que al margen del primer proveído que se dictare, después de ocurrido, se pondrán completos los nombres y apellidos de los nuevos funcionarios. Sólo que el cambio ocurriere cuando el negocio esté pendiente únicamente de la sentencia, se mandará hacer saber a las partes.

**Artículo 111.-** La primera notificación se hará personalmente al interesado, o a su representante o mandatario, en la casa designada; y no encontrándolo el notificador, le dejará cédula en la que hará constar la fecha y hora en que la entregue, el nombre y apellido del promovente, el juez o tribunal que manda practicar la diligencia, la determinación que se manda notificar y el nombre y apellido de la persona a quién se entrega, recogiéndole la firma. Si ésta no supiere o no quisiere firmar se hará constar en la razón que se asentará del acto.

**Artículo 112.-** Si se tratare de la notificación de la demanda y a la primera busca no se encontrare el demandado ni persona alguna con quien entender la diligencia o habiéndola se negara; una vez cerciorado debidamente el actuario de que ahí vive la persona buscada, se fijará el citatorio en el domicilio señalado, en lugar visible, y el actuario a través de los medios electrónicos dejará constancia de ello, como puede ser la impresión fotográfica, o cualquier otro medio, y si no espera se le hará la notificación por cédula.

*Párrafo reformado POE 25-07-2014*

La cédula, en los casos de este artículo y del anterior, se entregará a los parientes, empleados o domésticos del interesado o a cualquier otra persona que viva en el domicilio señalado, después de que el notificador se haya cerciorado de que ahí lo tiene la persona que debe ser citada; se expondrán en todo caso los medios por los cuales el notificador se haya cerciorado de que ahí tiene su domicilio la persona que debe ser notificada.

Además de la cédula, se entregarán a la persona con quien se entienda la diligencia, copia simple de la demanda debidamente cotejada y sellada y en su caso, copias simples de los demás documentos que el actor haya exhibido con su libelo inicial.

Si ninguna persona quisiere recibir la cédula, se fijará en la puerta, asentándose razón de tal circunstancia, quedando en todo caso en el Juzgado, y a su disposición las copias de traslado.

En ambos casos el actuario tendrá la obligación de tomar fotografías del inmueble donde se realiza la diligencia, las cuales correrán agregadas en autos.

*Párrafo adicionado POE 25-07-2014*

Cuando el acceso a la casa, local, oficina o despacho, donde se haya ordenado la notificación personal, se encuentre restringido por estar en el interior de negociaciones mercantiles, establecimientos abiertos al público, clubes privados, unidades habitacionales, fraccionamientos, condominios, colonias o cualquier otro lugar similar; el actuario solicitará el ingreso a quien se encuentre resguardando la entrada, y en caso de negativa, dará cuenta de ésta al juez competente mediante acta pormenorizada.

*Párrafo adicionado POE 24-07-2015*

En este caso, el Juez ordenará el auxilio de la fuerza pública, a fin de que ésta ejecute todos los actos tendientes a permitir el ingreso del actuario para que se constituya en el domicilio y realice la notificación personal en los términos de este artículo; lo anterior sin perjuicio de la decisión judicial de dar vista al Ministerio Público por desobediencia a un mandato judicial y la aplicación de otras medidas de apremio que se determinen ordenar.

*Párrafo adicionado POE 24-07-2015*

**Artículo 113.-** Cuando se trate de citar a peritos, terceros que sirvan de testigos y personas que no sean parte en el juicio, se puede hacer personalmente o por cédula en sobre cerrado y sellado conteniendo la determinación del juez o tribunal que mande practicar la diligencia. Estas células pueden entregarse por conducto de la policía, de las partes mismas y de los notificadores, recogiendo la firma del notificado en el sobre que será devuelto para agregarse a los autos.

**Artículo 114.-** Cuando se trate de citar testigos o peritos o terceros que no constituyan parte, pueden ser citados también por correo certificado con acuse de recibo; o por telégrafo con contestación pagada; en ambos casos a costa del promovente.

Estas notificaciones surtirán sus efectos al día siguiente de su recepción.

**Artículo 115.-** Cuando hubiere que emplazar a juicio a personas inciertas, a alguna persona que haya desaparecido, no tenga domicilio fijo o se ignore donde se encuentra, el emplazamiento se hará por edictos, que deberán publicarse por tres veces dentro del plazo de nueve días, entendiéndose que el primero de los anuncios habrá de hacerse el primer día del citado plazo y el tercero el noveno, pudiendo efectuarse el segundo de ellos en cualquier tiempo, en uno de los periódicos de mayor circulación en el Estado, haciéndosele saber al demandado que debe presentarse dentro del término de nueve días, contados a partir del día siguiente al de la última publicación. Se publicará, además, en la lista electrónica, el auto de inicio, por todo el tiempo del emplazamiento.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Si pasado este término, no comparece por sí, por apoderado o por gestor que pueda representarla, se seguirá el juicio en rebeldía.

*Artículo reformado POE 21-10-2009, 15-04-2013*

**Artículo 116.-** Las notificaciones que no deban ser personales se harán en el Tribunal si acuden las personas que han de recibirlas a más tardar el día siguiente al en que se dicten las resoluciones que han de notificarse, sin perjuicio de hacerlo desde luego, por la lista electrónica, que se publicará diariamente en la página oficial del Tribunal, expresando únicamente el número de expediente y el nombre de las partes, de lo cual se asentará en el expediente razón de ello. Así también el litigante podrá accesar a su correo electrónico proporcionado por el Tribunal para poder visualizar el acuerdo y se le podrá notificar por el mismo medio electrónico enviándole el acuerdo correspondiente.

*Artículo reformado POE 15-04-2013*

**Artículo 117.-** Deben firmar las notificaciones personales, emplazamientos, citatorios y requerimientos, las personas que las hacen y aquellas a quién se hacen. Si ésta no se supiere o no quisiere firmar, lo hará el secretario, haciendo constar esta circunstancia.

**Artículo 118.-** Si las partes o sus mandatarios no ocurren al tribunal a notificarse en los términos del artículo 116, la notificación se dará por hecha e iniciara su término a partir de las doce horas del día siguiente a su publicación electrónica en la página del Tribunal.

*Párrafo reformado POE 15-04-2013*

Las notificaciones personales o por cédula surten sus efectos el día que se verifican. Cuando es por edictos a las doce horas del día siguiente a la fecha de la última publicación.

**Artículo 119.-** La lista electrónica y las notificaciones vía correo electrónico, a que se refiere el artículo 116 se publicará y enviará, respectivamente, a más tardar a las doce horas del día siguiente a la fecha que se pronuncia la determinación legal sin perjuicio que desde que el momento en que se dicte el acuerdo las partes se den por notificados si acuden al Tribunal; siendo que en el primer caso se publicará diariamente en la página oficial del Tribunal, una lista electrónica de los negocios que se hayan acordado ese día. Su término empezará a correr a las doce horas del día siguiente de su publicación. De igual manera las partes pueden acudir a los juzgados a notificarse sin que por eso se les impida checar todo el acuerdo por medio de su correo y contraseña que el propio Tribunal le otorgará.

*Párrafo reformado POE 15-04-2013*

Sólo por errores u omisiones sustanciales que hagan no identificables los juicios, podrá pedirse la nulidad de las notificaciones.

**Artículo 120.-** En las salas del tribunal y en los juzgados, los Secretarios harán constar en los autos respectivos la fecha de la lista electrónica en que se haya hecho la publicación, a que se refiere el artículo anterior.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Para efectos de tener por enviado el correo electrónico se utilizará la herramienta del manejador de la cuenta de correo electrónico respectivo, para tal fin, el actuario insertará en el expediente electrónico, como en el expediente original, constancia actuarial señalando la fecha y hora en la que fue enviado, nombre del destinatario, número de expediente y fecha del acuerdo.

*Artículo reformado POE 15-04-2013*

## CAPITULO VI
## De los términos judiciales

**Artículo 121.-** Los términos judiciales empezarán a correr desde el día siguiente a aquel en que se hubiere hecho el emplazamiento o notificación personal y fuera de estos casos desde el día siguiente a aquel en que surtió sus efectos la notificación.

**Artículo 122.-** Cuando fueren varias las partes y el término común, se contará desde el día siguiente a aquel en que todas hayan quedado notificadas.

**Artículo 123.-** En ningún término se contarán los días en que no puedan tener lugar actuaciones judiciales.

**Artículo 124.-** En los autos se harán constar el día en que comienzan a correr los términos y aquél en que deben concluir.

**Artículo 125.-** Una vez concluidos los términos fijados a las partes, sin necesidad de que se acuse rebeldía, seguirá el juicio su curso y se tendrá por perdido el derecho que, dentro de ellos, debió ejercitarse.

**Artículo 126.-** Siempre que la práctica de un acto judicial requiera citación de las personas que estén fuera del lugar del juicio, para que concurran ante el tribunal, se debe fijar un término en el que se aumente al señalado por la Ley, un día más por cada doscientos kilómetros de distancia o fracción que exceda de la mitad salvo que la ley disponga otra cosa expresamente o que el Juez estime que deba ampliarse. Si el demandado residiere en el extranjero el juez ampliará el término del emplazamiento a todo el que considere necesario, atendidas las distancias y la mayor o menor facilidad de las comunicaciones.

**Artículo 127.-** Los términos que por disposición expresa de la ley o por la naturaleza del caso no son individuales, se tienen por comunes para las partes.

**Artículo 128.-** Para fijar la duración de los términos, los meses se regularán por el número de días que les correspondan, y los días se entenderán de veinticuatro horas naturales, contadas de las veinticuatro a las veinticuatro. Las horas se contarán de una a otra.

**Artículo 129.-** Cuando este Código no señale términos para la práctica de algún acto judicial, o para el ejercicio de algún derecho, se tendrán por señalados tres días, a no ser que por circunstancias especiales creyere necesario el juez ampliar el término.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

## CAPITULO VII
### De la Caducidad de la Instancia

**Artículo 130.-** La caducidad de la instancia es de orden público e irrenunciable y no puede ser materia de convenio. Operará de pleno derecho y el tribunal la declarará de oficio o a petición de cualquiera de las partes.

**Artículo 131.-** La caducidad tiene por finalidad en la primera instancia dejar sin efecto el proceso pero no la acción y en la segunda convertir en firmes las resoluciones recurridas. La caducidad de la instancia operará de pleno derecho cualquiera que sea el estado del juicio, desde el primer auto que se dicte en el mismo y hasta antes de la citación para oír la sentencia definitiva, cuando concurra cualquiera de las siguientes circunstancias:

**a)** Que hayan transcurrido ciento veinte días hábiles, contados a partir del día siguiente a aquel en que surtió efectos la notificación de la última resolución dictada, y

*Inciso reformado POE 25-07-2014*

**b)** Que no hubiere promoción de cualquiera de las partes, dando impulso al procedimiento para su trámite, solicitando la continuación para la conclusión del mismo. Entendiéndose por meses los períodos comprendidos de treinta días.

*Artículo reformado POE 30-10-2012*

**Artículo 132.-** La declaración de caducidad tendrá los siguientes efectos:

**I.-** En la Primera Instancia.

**a).-** Las cosas deben volver al estado que tenían antes de la presentación de la demanda.

**b).-** Se puede iniciar nuevo juicio ejercitando la misma acción.

**c).-** Las pruebas desahogadas en el procedimiento extinguido por caducidad pueden ser rendidas en el nuevo.

**d).-** La caducidad de los incidentes se causa por el transcurso de dos meses contados a partir de la notificación de la última determinación Judicial sin promoción. La declaración respectiva sólo afectará a las actuaciones del incidente sin abarcar las de la Instancia principal aunque haya quedado en suspenso ésta por la aprobación de aquel.

**e).-** Las resoluciones firmes sobre competencia, litispendencia, conexidad, personalidad, y capacidad de los litigantes, seguirán rigiendo dentro del nuevo juicio.

**f).-** Si se ejercita la misma acción el demandante está obligado a pagar los gastos y costas causadas en el primer juicio.

**g).-** La suspensión del procedimiento interrumpe el término de la caducidad.

**h).-** En los Juicios Ejecutivos procede la caducidad en cualquier estado del procedimiento, mientras no quede cumplida la obligación.

**i).-** Contra la declaración de caducidad en los juicios que admitan apelación procederá este recurso en ambos efectos.

**II.-** En la Segunda Instancia:

**a).-** El tribunal Superior declarará que han quedado firmes las resoluciones recurridas por virtud de la caducidad.

**b).-** Contra la declaración de caducidad se admitirá la reposición

**Artículo 133.-** En contra de la resolución que determina la negativa de la caducidad no procede recurso alguno.

**Artículo 134.-** No tiene lugar la declaración de caducidad en los siguientes casos:

**I.-** En los juicios universales de concursos y sucesiones, pero sí en los juicio con ellos relacionados;

**II.-** En los procedimientos de Jurisdicción Voluntaria;

**III.-** En los juicios de alimentos;

**IV.-** En los juicios seguidos ante la Justicia de Paz;

**V.-** Rectificación de actas del estado civil y filiación;

**VI.-** Cuando se encuentre pendiente de resolver algún recurso en el Tribunal Superior.

**Artículo 135.-** El término de la caducidad se interrumpe en los siguientes casos:

**I.-** Cuando por fuerza mayor el Tribunal o las partes no puedan actuar.

**II.-** En los casos en que sea necesario esperar la resolución de una cuestión previa o conexa por el mismo juez o por otras actividades.

**Artículo 136.-** Podrá pedirse la anulación de la resolución que determinó la procedencia de la caducidad mediante procedimiento incidental en el que se probará que aquella se consumó por maquinaciones dolosas de una de las partes en perjuicio de la otra, o por fuerza mayor e insuperable para la parte interesada.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 137.-** Salvo los casos de excepción, no se dará curso a toda solicitud dirigida a continuar un procedimiento en el que hayan transcurrido los términos de la caducidad, aun cuando la resolución correspondiente no se haya pronunciado.

## CAPITULO VIII
### De las Costas

**Artículo 138.-** Por ningún acto judicial se cobrarán costas, ni aun cuando se actuare con testigos de asistencia, o se practicaren diligencias fuera del lugar del juicio.

**Artículo 139.-** En principio, cada parte será inmediatamente responsable de las costas que originen las diligencias que promueva.

**Artículo 140.-** La condenación en costas se hará cuando así lo prevenga la ley, o cuando, a juicio del juez, se haya procedido con temeridad o mala fe.

Siempre serán condenados:

**I.-** El que ninguna prueba rinda para justificar su acción o su excepción, si se funda en hechos disputados;

**II.-** El que presentare instrumentos o documentos falsos, o testigos falsos o sobornados;

**III.-** El que fuere condenado en los juicios ejecutivo, hipotecario, en los interdictos de retener y recuperar, el que intente alguno de estos juicios si no obtiene sentencia favorable. En estos casos la condenación se hará en la primera instancia, observándose en la segunda lo dispuesto en la fracción siguiente;

**IV.-** El que fuere condenado por dos sentencias conformes de toda conformidad en su parte resolutiva, sin tomar en cuenta la declaración sobre costas. En este caso, la condenación comprenderá las costas de ambas instancias;

**V.-** En el caso del artículo 257.

**Artículo 141.-** La condenación no comprenderá la remuneración del mandatario ni la del patrono, sino cuando fueren abogados recibidos.

Los abogados extranjeros no podrán cobrar costas, sino cuando estén autorizados legalmente para ejercer su profesión y haya reciprocidad internacional con el país de su origen en el ejercicio de la abogacía.

**Artículo 142.-** Las costas serán reguladas por la parte a cuyo favor se hubieren declarado y se substanciará el incidente con un escrito de cada parte, resolviéndose dentro del tercer día.

**Artículo 143.-** En los negocios ante los jueces menores no se causarán costas, cualquiera que sea la naturaleza del juicio

## TITULO TERCERO
### De la Competencia

## CAPITULO I
### Disposiciones Generales

**Artículo 144.-** Toda demanda debe formularse ante juez competente.

**Artículo 145.-** La competencia de los tribunales se determinará por la materia, la cuantía, el grado y el territorio.

**Artículo 146.-** Ningún tribunal puede negarse a conocer de un asunto sino por considerarse incompetente. En este caso debe expresar en su resolución los fundamentos legales en que se apoye.

**Artículo 147.-** Ningún juez puede sostener competencia con un Tribunal Superior bajo cuya jurisdicción se halle; pero sí con otro tribunal que, aunque sea superior en su clase, no ejerza jurisdicción sobre él.

**Artículo 148.-** El Tribunal que reconozca la jurisdicción de otro por providencia expresa, no puede sostener su competencia.

**Artículo 149.-** Las partes pueden desistirse de seguir sosteniendo la competencia de un Tribunal, antes o después de la remisión de los autos al Superior, si se trata de jurisdicción territorial.

**Artículo 150.-** La jurisdicción por razón del territorio es la única que se puede prorrogar.

**Artículo 151.-** Si el juez deja de conocer por recusación o excusa, se estará a lo que sobre el particular prevenga la Ley Orgánica del Poder Judicial.

**Artículo 152.-** Es juez competente aquel al que los litigantes se hubieren sometido expresa o tácitamente, cuando se trate del fuero renunciable.

**Artículo 153.-** Hay sumisión expresa cuando los interesados renuncian clara y terminantemente al fuero que la ley les concede y designan con toda precisión el juez a quién se someten.

**Artículo 154.-** Se entienden sometidos tácitamente:

**I.-** El demandante, por el hecho de ocurrir al juez entablando su demanda;

**II.-** El demandado, por contestar la demanda o por reconvenir al actor;

**III.-** El que habiendo promovido una competencia se desiste de ella;

**IV.-** El tercer opositor y el que por cualquier motivo viniere a juicio.

**Artículo 155.-** Es nulo lo actuado por el Juez, que fuere declarado incompetente. Salvo:

**I.-** Lo dispuesto en el artículo 164;

**II.-** Cuando la incompetencia sea por razón del territorio y convengan las partes en la validez;

**III.-** Si se trata de incompetencia sobrevenida, y

**IV.-** Los casos que la ley exceptúe.

**Artículo 156.-** La nulidad a que se refiere el artículo anterior es de pleno derecho.

Los Tribunales declarados competentes harán que las cosas se restituyan al estado que tenían antes de practicarse las actuaciones nulas; salvo que la ley disponga lo contrario.

## CAPITULO II
### Reglas para la fijación de la competencia

**Artículo 157.-** Es juez competente:

**I.-** El del lugar que el deudor haya designado para ser requerido judicialmente de pago;

**II.-** El del lugar señalado en el contrato para el cumplimiento de la obligación. Tanto en este caso, como en el anterior, surte el fuero no sólo para la ejecución o cumplimiento del contrato, sino para la rescisión o nulidad;

**III.-** El de la ubicación de la cosa, si se ejercita una acción real sobre bienes inmuebles.- Lo mismo se observará respecto a las cuestiones derivadas del contrato de arrendamiento de inmuebles. Cuando estuvieren comprendidos en dos o más partidos, será a prevención;

**IV.-** El del domicilio del demandado, si se trata de ejercicio de una acción sobre bienes muebles, o de acciones personales o del estado civil.

Cuando sean varios los demandados y tuvieren diversos domicilios será competente el juez del domicilio que escoja el actor;

**V.-** En los juicios hereditarios, el juez en cuya comprensión haya tenido su último domicilio el autor de la herencia; a falta de ese domicilio lo será el de la ubicación de los bienes raíces que forman la herencia, y si estuvieren en varios distritos, el juez de cualquiera de ellos a prevención; y a falta de domicilio y bienes raíces, el del lugar del fallecimiento del autor de la herencia. Lo mismo se observará en casos de ausencia;

**VI.-** Aquel en cuyo territorio radica un juicio sucesorio para conocer:

**a).-** De las acciones de petición de herencia.

El juez competente que inicie un procedimiento sucesorio deberá solicitar un informe sobre la existencia o inexistencia de alguna disposición testamentaria otorgada por el autor de la sucesión al Registro Público de la Propiedad y del Comercio, y la Dirección General de Notarías;

*Párrafo reformado POE 15-10-2007*
*Inciso reformado POE 28-09-2007*

**b).-** de las acciones contra la sucesión antes de la partición y adjudicación de los bienes;

**c).-** de las acciones de nulidad, rescisión y evicción de la partición hereditaria;

**VII.-** En los concursos de acreedores, el juez del domicilio del deudor;

**VIII.-** En los actos de jurisdicción voluntaria, el del domicilio del que promueve, pero si se tratare de bienes raíces, lo será el del lugar donde estén ubicados;

**IX.-** En los negocios relativos a la tutela de los menores e incapacitados, el juez de la residencia de éstos, para la designación del tutor, y en los demás casos el del domicilio de éste;

**X.-** En los negocios relativos a suplir impedimentos para contraer matrimonio, el del lugar donde se hayan presentado los pretendientes;

*Fracción reformada POE 19-12-2014*

**XI.-** Para decidir las diferencias conyugales y los juicios de nulidad del matrimonio, lo es el del domicilio conyugal;

**XII.-** En los juicios de divorcio, el tribunal del domicilio conyugal y en caso de abandono de hogar, el del domicilio del cónyuge abandonado;

**XIII.-** En los casos de reclamación de alimentos, el del domicilio del acreedor alimentario.

**Artículo 158.-** Para determinar la competencia por razón de la cuantía del negocio, se tendrá en cuenta lo que demanda el actor, los réditos, daños y perjuicios no serán tenidos en consideración, si son posteriores a la presentación de la demanda, aun cuando se reclamen en ella.

Cuando se trate de arrendamiento o se demande el cumplimiento de una obligación consistente en prestaciones periódicas, se computará el importe de las pensiones en un año, a no ser que se trate de prestaciones vencidas, en cuyo caso se estará a lo dispuesto en la primera parte de este artículo.

**Artículo 159.-** En las contiendas sobre propiedad o posesión de un inmueble, la competencia se determinará por el valor que tenga. Si se trata de usufructo o derechos reales sobre inmueble, por el valor de la cosa misma. Pero de los interdictos conocerán siempre los jueces de primera instancia de la ubicación de la cosa.

**Artículo 160.-** De las cuestiones sobre estado o capacidad de las personas y en general de las cuestiones familiares que requieran intervención judicial, sea cual fuere el interés pecuniario que de ellas dimanare, conocerán los jueces de Primera Instancia.

**Artículo 161.-** En la reconvención es juez competente el que lo sea para conocer de la demanda principal, aunque el valor de aquélla sea inferior a la cuantía de su competencia, pero no la inversa.

**Artículo 162.-** Las cuestiones de tercerías deben substanciarse y decidirse por el juez que sea competente para conocer del asunto principal. Cuando el interés de la tercería que se interponga exceda del que la ley somete a la competencia del juez que está conociendo del negocio principal se remitirá lo actuado en éste y la tercería al que designe el tercer opositor y sea competente para conocer de la cuestión por razón de la materia del interés mayor y del territorio.

**Artículo 163.-** Para los actos preparatorios del juicio, será competente el juez que lo fuere para el negocio principal.

En las providencias precautorias regirá lo dispuesto en el párrafo anterior. Si los autos estuvieren en segunda instancia, será competente para dictar la providencia precautoria el juez que conoció de ellos en primera instancia. En caso de urgencia, puede dictarla el del lugar donde se hallen la persona o la cosa objeto de la providencia, y efectuado, se remitirán las actuaciones al competente.

**Artículo 163-Bis.-** La función jurisdiccional en materia de apelación en el Estado, respecto a las sentencias emitidas en aquellos casos ventilados en los juicios orales, será ejercida por un Magistrado de manera unitaria.

*Artículo adicionado POE 30-11-2012. Reformado POE 25-07-2014*

## CAPITULO III
### De la substanciación y decisión de las competencias

**Artículo 164.-** Las cuestiones de competencia podrán promoverse por inhibitoria o por declinatoria.

La inhibitoria se intentará ante el juez a quién se considere competente, pidiéndole que dirija oficio al que se estima no serlo, para que se inhiba y remita los autos.

La declinatoria se propondrá ante el juez a quien se considere incompetente, pidiéndole que se abstenga del conocimiento del negocio y remita los autos al considerado competente. El juez remitirá desde luego los autos a su inmediato superior.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Recibidos los autos en el Tribunal que debe decidir la competencia, citará a las partes a una audiencia verbal dentro de los tres días siguientes a la citación, en la que recibirá pruebas y alegatos y pronunciará la resolución. Mandará sin retardo los autos al juez que estime competente, quien deberá hacerlo saber a los litigantes. En este caso, la demanda y la contestación se tendrán como presentadas ante éste. En los incidentes en donde se afecten los derechos de familia, será imprescindible oír al Ministerio Público.

En ningún caso se promoverán de oficio las cuestiones de competencia, pero el juez que se estime incompetente puede inhibirse del conocimiento del negocio, siendo apelable en ambos efectos su resolución.

**Artículo 165.-** Si por los documentos que se hubieren presentado o por otras constancias de autos, apareciere que el litigante que promueve la inhibitoria o la declinatoria se ha sometido a la jurisdicción del Tribunal que conoce del negocio, se desechará de plano, continuando su curso el juicio.

También se desechará de plano cualquiera competencia promovida que no tenga por objeto decidir cuál haya de ser el juez o tribunal que deba conocer de un asunto.

**Artículo 166.-** Cuando dos o más jueces se nieguen a conocer de determinado asunto, la parte a quien perjudique ocurrirá al superior a fin de que ordene a los que se niegan a conocer, que le envíen los expedientes en que se contengan sus respectivas resoluciones.

Una vez recibidos los autos por dicho tribunal, citará a las partes a una audiencia de pruebas y alegatos, que se efectuará dentro del tercer día y en ella pronunciará resolución.

En los incidentes en que se afecten los derechos de familia, será imprescindible oír al Ministerio Público.

**Artículo 167.-** El juez ante quien se promueva la inhibitoria mandará librar oficio requiriendo al juez que estime incompetente para que se abstenga de conocer del negocio y remitirá desde luego las actuaciones respectivas al superior, haciéndolo saber al interesado.

Luego que el juez requerido reciba el oficio inhibitorio acordará la suspensión del procedimiento y remitirá, a su vez, los autos originales al superior con citación de las partes.

Recibidos los autos en el Tribunal que deba decidir la competencia, citará a las partes a una audiencia verbal dentro de los tres días siguientes a la citación, en la que recibirá pruebas y alegatos y pronunciará la resolución. En los incidentes que afecten los derechos de familia, será imprescindible oír al Ministerio Público.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y
SOBERANO DE QUINTANA ROO**

Decidida la competencia enviará los autos al juez declarado competente, con testimonio de la sentencia, de la cual remitirá otro tanto al juez contendiente. De la resolución dictada por el Tribunal no se dará recurso alguno.

**Artículo 168.-** El litigante que hubiere optado por uno de los dos medios de promover una competencia, no podrá abandonarlo y recurrir al otro; tampoco podrá emplearlo sucesivamente.

En el caso de que se declare infundada o improcedente una incompetencia, se aplicará al que la opuso, multa hasta de treinta días de salario mínimo de la zona económica

**Artículo 169.-** Todo Tribunal está obligado a suspender sus procedimientos luego que expida la inhibitoria, o luego que en su caso la reciba. Igualmente suspenderá sus procedimientos al promoverse la declinatoria.

**Artículo 170.-** La infracción del artículo anterior producirá la nulidad de lo actuado. En este caso, el Tribunal será responsable de los daños y perjuicios originados a las partes.

**TÍTULO CUARTO**
**De los Impedimentos, Recusaciones y excusas**

**CAPÍTULO I**
**De los Impedimentos y Excusas**

**Artículo 171.-** Todo magistrado, juez o secretario, se tendrá por forzosamente impedido para conocer en los casos siguientes:

**I.-** En negocio en que tenga interés directo o indirecto;

**II.-** En los negocios que interesen de la misma manera a su cónyuge o a sus parientes consanguíneos en línea recta sin limitación de grados, a los colaterales dentro del cuarto grado y a los afines dentro del segundo;

**III.-** Siempre que entre el funcionario de que se trate, su cónyuge o sus hijos y algunos de los interesados haya relación de intimidad nacida de algún acto civil o religioso, sancionado y respetado por la costumbre;

**IV.-** Si fuere pariente por consanguinidad o afinidad del abogado o mandatario de alguna de las partes, en los mismos grados a que se refiere la fracción II de este artículo;

**V.-** Cuando él, su cónyuge o alguno de sus hijos sea heredero, legatario, donante, donatario, socio, acreedor, deudor, fiador, fiado, arrendador, arrendatario, principal, dependiente o comensal habitual de alguna de las partes o administrador actual de sus bienes;

**VI.-** Si ha hecho promesas o amenazas, o ha manifestado de otro modo su odio o afecto por alguno de los litigantes;

**VII.-** Si asiste o ha asistido a convites que especialmente para él diere o costeare alguno de los litigantes, después de comenzado el pleito, o si tiene mucha familiaridad con alguno de ellos, o vive con él, en su compañía, en una misma casa;

**VIII.-** Cuando después de comenzado el pleito haya admitido él, su cónyuge o alguno de sus hijos, dádivas o servicios de alguna de las partes;

**IX.-** Si ha conocido del negocio como juez, árbitro o asesor, resolviendo algún punto que afecte a la substancia de la cuestión, en la misma instancia o en otra;

**X.-** Si ha sido abogado o mandatario, perito o testigo en el negocio de que se trate;

**XI.-** Cuando él, su cónyuge o alguno de sus parientes consanguíneos en línea recta, sin limitación de grado, de los colaterales dentro del segundo, o de los afines en el primero, siga contra alguna de las partes, o no ha pasado un año, de haber seguido un juicio civil, o una causa criminal, como acusador, querellante o denunciante, o se haya constituido parte civil en causa criminal seguida contra cualquiera de ellas;

**XII.-** Cuando alguno de los litigantes o de sus abogados es o ha sido denunciante, querellante o acusador del funcionario de que se trate, de su cónyuge, o de alguno de sus expresados parientes o se ha constituido parte civil en causa criminal seguida contra cualquiera de ellos, siempre que el Ministerio Público haya ejercitado la acción penal;

**XIII.-** Cuando el funcionario de que se trate, su cónyuge o alguno de sus expresados parientes sea contrario a cualquiera de las partes en negocio administrativo que afecte a sus intereses;

**XIV.-** Si él, su cónyuge o alguno de sus expresados parientes sigue algún proceso civil o criminal en que sea juez, agente del Ministerio Público, árbitro o arbitrador, alguno de los litigantes;

**XV.-** Si es tutor de alguno de los interesados, o no han pasado tres años de haber sido

**Artículo 172.-** Los magistrados, jueces y secretarios tienen el deber de excusarse del conocimiento de los negocios en que ocurra alguna de las causas expresadas en el artículo anterior o cualquiera otra análoga, aun cuando las partes no los recusen. La excusa debe expresar concretamente la causa en que se funde.

Sin perjuicio de las providencias que conforme a este Código deben dictarse, tiene la obligación de inhibirse, inmediatamente que se avoquen al conocimiento de un negocio de que no deben conocer por impedimento, o dentro de las veinticuatro horas siguientes de que ocurra el hecho que origina el impedimento o que tengan conocimiento de él.

Cuando un Juez o Magistrado se excuse sin causa legítima, cualquiera de las partes puede interponer queja administrativa. Tratándose de un Juez, ante la Contraloría Interna del Poder Judicial. Tratándose de un Magistrado, ante el Pleno del Tribunal Superior de Justicia, para que en ambos casos se resuelva lo que a derecho corresponda.

*Párrafo reformado POE 21-10-2009*

## CAPÍTULO II
## De la Recusación

**Artículo 173.-** Cuando los magistrados, jueces o secretarios no se inhibieren a pesar de existir alguno de los impedimentos expresados, procede la recusación, que siempre se fundará en causa legal.

*Artículo reformado POE 21-10-2009*

**Artículo 174.-** En los concursos sólo podrá hacer uso de la recusación el representante legítimo de los acreedores en los negocios que afecten al interés general; en los que afecten al interés particular de alguno de los acreedores podrá el interesado hacer uso de la recusación; pero el juez no quedará inhibido más que en el punto de que se trate. Resuelta la cuestión, se reintegra al principal.

**Artículo 175.-** En los juicios hereditarios sólo podrá hacer uso de la recusación el interventor o albacea.

**Artículo 176.-** Cuando en un negocio intervengan varias personas antes de haber nombrado representante común, conforme al artículo 53, se tendrán por una sola para el efecto de la recusación. En este caso se admitirá la recusación cuando la proponga la mayoría de los interesados en cantidades.

**Artículo 177.-** En los tribunales colegiados, la recusación relativa a magistrados o jueces que los integren, sólo importa la de los funcionarios expresamente recusados.

## CAPITULO III
## Negocios en que no tiene lugar la recusación.

**Artículo 178.-** No se admitirá recusación:

**I.-** En los actos prejudiciales;

**II.-** Al cumplimentar exhortos o despachos;

**III.-** En las demás diligencias cuya práctica se encomiende por otros jueces o tribunales;

**IV.-** En las diligencias de mera ejecución mas sí en las de ejecución mixta, o sea cuando el juez, ejecutor deba de resolver sobre las excepciones que se opongan;

**V.-** En los demás actos que no radiquen jurisdicción, ni importen conocimiento de causa.

## CAPITULO IV
### Del tiempo en que debe proponerse la recusación

**Artículo 179.-** En los procedimientos de apremio y en el juicio que empieza por ejecución no se dará curso a ninguna recusación, sino practicado el aseguramiento, hecho el embargo o desembargo, en su caso, e inscritos o cancelados los mismos en el Registro Público de la Propiedad y del Comercio.

**Artículo 180.-** Las recusaciones con causa pueden interponerse durante el juicio desde el escrito de la contestación de la demanda hasta diez días antes de dar principio a la audiencia de ley, a menos que, comenzada la audiencia, o hecha la citación, hubiere cambiado el personal del juzgado.

## CAPITULO V
### De los efectos de la recusación

**Artículo 181.-** Entretanto se califica o decide, la recusación suspende la jurisdicción del tribunal o del juez.

**Artículo 182.-** Declarada procedente la recusación, termina la jurisdicción del magistrado o juez, o la intervención del secretario en el negocio de que se trate.

**Artículo 183.-** Una vez interpuesta la recusación, la parte recusante no podrá alzarla en ningún tiempo, ni variar la causa.

**Artículo 184.-** Si se declarare improcedente o no aprobada la causa de recusación que se hubiere alegado, no se volverá a admitir otra recusación, aunque el recusante proteste que la causa es superveniente o que no había tenido conocimiento de ella, salvo cuando hubiere variación en el personal, en cuyo caso podrá hacerse valer la recusación respecto al nuevo magistrado, juez o secretario.

## CAPITULO VI
### De la substanciación y decisión de la recusación

**Artículo 185.-** Los tribunales desecharán de plano toda recusación:

**I.-** Cuando no estuviere en tiempo;

**II.-** Cuando no se funde en alguna de las causas a que se refiere el artículo 171.

**Artículo 186.-** Toda recusación se interpondrá ante el tribunal que conozca del negocio, expresándose con toda claridad y precisión la causa en que se funde.

**Artículo 187.-** La recusación debe decidirse sin audiencia de la parte contraria.

**Artículo 188.-** En la tramitación de la recusación son admisibles todos los medios de prueba establecidos por este Código y, además, la confesión del funcionario recusado y la de la parte contraria.

**Artículo 189.-** Los magistrados y jueces que conozcan de una recusación son irrecusables para sólo este efecto.

**Artículo 190.-** Cuando se declare improcedente o no probada la causa de recusación, se impondrá al recusante una multa hasta de un día de salario mínimo de la zona económica, si se tratare de un juez de paz; si el recusado fuere un juez mixto menor hasta, de diez días de salario mínimo de la zona económica; si fuere un juez de primera instancia hasta de quince días de salario mínimo de la zona económica; si fuere un magistrado hasta de veinticinco días de salario mínimo de la zona económica. No se dará curso a ninguna recusación si al interponerla el recusante no exhibe billete de depósito por el máximo de la multa, la que, en su caso, se aplicará al colitigante si lo hubiere, por vía de indemnización y, en caso contrario, al fisco.

**Artículo 191.-** De la recusación de un magistrado conocerá el Tribunal Pleno, de la de un juez la sala respectiva.

**Artículo 192.-** Si en la sentencia se declara que procede la recusación, se remitirán los autos al juez que corresponda; testimonio de la sentencia se remitirá al juez recusado. En el tribunal queda el magistrado recusado separado del conocimiento del negocio y se completará la sala en la forma que determine la ley.

Si se declara no ser bastante la causa, se devolverán los autos con testimonio de la resolución al juzgado de su origen para que continúe el procedimiento.

Si el funcionario recusado fuese un magistrado, continuará conociendo del negocio la misma sala como antes de la recusación.

**Artículo 193.-** Las recusaciones de los secretarios del Tribunal Superior, de los Juzgados de Primera Instancia y de los Jueces Menores o de Paz, se substanciarán ante los jueces o salas con quienes actúen.

## TITULO QUINTO
## Actos prejudiciales

## CAPITULO I
## Medios preparatorios del juicio en general

**Artículo 194.-** El juicio podrá prepararse:

**I.-** Pidiendo declaración bajo protesta el que pretenda demandar, de aquel contra quienes propone dirigir la demanda acerca de algún hecho relativo a su personalidad o a la calidad de su posesión o tenencia;

**II.-** Pidiendo la exhibición de la cosa mueble que haya de ser objeto de la acción real que se trate de entablar;

**III.-** Pidiendo el legatario o cualquier otro que tenga el derecho de elegir, una o más cosas entre varias, la exhibición de ellas;

**IV.-** Pidiendo el que se crea heredero, coheredero o legatario, la exhibición de un testamento;

**V.-** Pidiendo el comprador al vendedor, o el vendedor al comprador, en el caso de evicción, la exhibición de títulos u otros documentos que se refieran al bien vendido;

**VI.-** Pidiendo un socio o comunero la presentación de los documentos y cuentas de la sociedad o comunidad, al consocio o condueño que los tenga en su poder;

**VII.-** Pidiendo el examen de testigos, cuando éstos sean de edad avanzada o se hallen en peligro inminente de perder la vida, o próximos a ausentarse a un lugar con el cual sean tardías o difíciles las comunicaciones, y no pueda deducirse aún la acción, por depender su ejercicio de un plazo o de una condición que no se haya cumplido todavía;

**VIII.-** Pidiendo el examen de testigos para probar alguna excepción, siempre que la prueba sea indispensable y los testigos se hallen en alguno de los casos señalados en la fracción anterior.

**Artículo 195.-** Al pedirse la diligencia preparatoria debe expresarse el motivo porque se solicita y el litigio que se trata de seguir o que se teme.

**Artículo 196.-** El Juez puede disponer lo que crea conveniente, ya para cerciorarse de la personalidad del que solicita la diligencia preparatoria, ya de la urgencia de examinar a los testigos.

Contra la resolución que concede la diligencia preparatoria no habrá ningún recurso. Contra la resolución que la niegue habrá el de apelación en ambos efectos, si fuere apelable la sentencia del juicio que se prepara o que se teme.

**Artículo 197.-** La acción que puede ejercitarse conforme a las fracciones II, III y IV del artículo 194 procede contra cualquiera persona que tenga en su poder las cosas que en ellas se mencionan.

**Artículo 198.-** Cuando se pida la exhibición de un protocolo o de cualquier otro documento archivado, la diligencia se practicará en el despacho del notario o en la oficina respectiva, sin que en ningún caso salgan de ellos los documentos originales.

**Artículo 199.-** Las diligencias preparatorias de que se trata en las fracciones II a IV, VII y VIII del artículo 194, se practicarán con citación de la parte contraria, a quien se

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

correrá traslado de la solicitud por el término de tres días, y se aplicarán las reglas establecidas para la práctica de la prueba testimonial.

**Artículo 200.-** Promovido el juicio, el tribunal, a solicitud del que hubiere pedido la preparación, mandará agregar las diligencias practicadas para que surtan sus efectos.

**Artículo 201.-** Si el tenedor del documento o cosa mueble fuere el mismo a quien se va a demandar, y sin causa alguna se negare a exhibirlos, se le apremiará por los medios legales, y si aún así resistiere la exhibición o destruyere, deteriorara y ocultare aquéllos, o con dolo o malicia dejare de poseerlos, satisfará todos los daños y perjuicios que se hayan seguido, quedando, además sujeto a la responsabilidad criminal en que hubiere incurrido. Si alegare alguna causa para no hacer la exhibición, se le oirá incidentalmente.

**CAPITULO II**
**Medios preparatorios de la ejecución**

**Artículo 202.-** Puede prepararse la ejecución, pidiendo al deudor confesión judicial bajo protesta de decir verdad, y el juez señalará día y hora para la comparecencia. En este caso el deudor habrá de estar en el lugar del juicio cuando se le haga la citación, y ésta deberá ser personal, expresándose en la notificación el objeto de la diligencia, la cantidad que se reclame y la causa del deber.

Si el deudor no fuere hallado en su habitación, se entregará la cédula, conteniendo los puntos a que se refiere el párrafo anterior, a la persona que se encontrare en la casa.

Si no comparece a la primera citación, se le citará por segunda vez bajo el apercibimiento de ser declarado confeso.

Si después de dos citaciones no compareciere ni alegare justa causa que se lo impida, se le tendrá por confeso en la certeza de la deuda.

**Artículo 203.-** El documento privado que contenga deuda líquida y sea de plazo cumplido, dará mérito para que el juez ordene el requerimiento de pago como preliminar del embargo que se practicará en caso de no hacerse aquél en el acto de la diligencia; pero siempre será necesario que previamente se intime al deudor para que reconozca su firma ante el actuario en el mismo acto. Cuando intimado dos veces rehuse contestar si es o no es suya la firma se tendrá por reconocida.

**Artículo 204.-** Puede hacerse el reconocimiento de documentos firmados ante notario público, ya en el momento del otorgamiento o con posterioridad, siempre que lo haga la persona directamente obligada, su representante legítimo o su mandatario con poder bastante.

El notario hará constar el reconocimiento al pie del documento mismo, asentando si la persona que reconoce es apoderado del deudor y la cláusula relativa.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 205.-** Si es instrumento público o privado reconocido y contiene cantidad líquida, puede prepararse la acción ejecutiva en forma incidental, con un escrito de cada parte y la resolución del juez, sin ulterior recurso.

## CAPITULO III
### Separación de personas como acto prejudicial

**Artículo 206.-** El que intente demandar o denunciar o querellarse contra su cónyuge, puede solicitar su separación al Juez de Primera Instancia.

**Artículo 207.-** Sólo los Jueces de Primera Instancia pueden decretar la separación de que habla el artículo anterior, a no ser que por circunstancias especiales no pueda ocurrirse al juez competente, pues entonces el juez del lugar podrá decretar la separación provisionalmente, remitiendo las diligencias al competente

**Artículo 208.-** La solicitud puede ser escrita o verbal, en la que se señalarán las causas en que se funda, el domicilio para su habitación, la existencia de hijos menores y las demás circunstancias del caso.

**Artículo 209.-** El juez podrá, si lo estima conveniente, practicar las diligencias que a su juicio sean necesarias antes de dictar la resolución. En el caso de violencia familiar tomará en cuenta las pruebas preconstituidas incluyendo los dictámenes, informes, expedientes y opiniones que hubieren realizado las instituciones públicas o privadas dedicadas a atender asuntos de esta índole.

Además, determinará las medidas procedentes para la protección de las personas menores de edad y de la parte agredida, sin que medie audiencia alguna, sobretodo en los casos de la emisión de las órdenes de protección.

*Artículo reformado POE 10-12-2010*

**Artículo 210.-** Presentada la solicitud, el juez sin más trámite salvo lo dispuesto en el artículo anterior, resolverá sobre su procedencia y si la concediere, dictará las disposiciones pertinentes para que se efectúe materialmente la separación, atendiendo a las circunstancias de cada caso en particular.

**Artículo 211.-** El Juez podrá variar las disposiciones decretadas cuando exista causa justa para que lo amerite o en vista de lo que los cónyuges, de común acuerdo o individualmente le soliciten, si lo estima pertinente según las circunstancias del caso.

**Artículo 212.-** En la resolución se señalarán el término de que dispondrá el solicitante para presentar la demanda o la acusación que podrá ser hasta de quince días hábiles contados a partir del día siguiente de efectuada la separación.

**Artículo 213.-** En la misma resolución ordenará la notificación al otro cónyuge, previniéndole que se abstenga de impedir la separación o causar molestias a su cónyuge, bajo apercibimiento de procederse en su contra en los términos a que hubiere lugar.

**Artículo 214.-** El juez determinará la situación de los hijos menores, atendiendo a las circunstancias del caso, tomando en cuenta las obligaciones señaladas en el artículo 708 del Código Civil y las propuestas si las hubiere, de los cónyuges.

**Artículo 215.-** La inconformidad de alguno de los cónyuges sobre la resolución o disposiciones decretadas, se tramitará en forma incidental.

**Artículo 216.-** Si al vencimiento del plazo concedido no se acredita al Juez que se ha presentado la demanda, la denuncia o la querella, cesarán los efectos de la separación quedando obligado el cónyuge a regresar al domicilio conyugal, en su caso.

**Artículo 217.-** El cónyuge que se separó, tendrá en todo tiempo el derecho de volver al domicilio conyugal.

**Artículo 218.-** Si el Juez que decretó la separación no fuere el que deba conocer del negocio principal, remitirá las diligencias practicadas al que fuere competente, quien confirmará, en su caso, la decisión dictada con motivo de la separación, siguiendo el juicio su curso legal.

## CAPITULO IV
### De la preparación del juicio arbitral

**Artículo 219.-** Cuando en escritura privada o pública sometieren los interesados las diferencias que surjan a la decisión de un árbitro y, no estando nombrado éste, debe prepararse el juicio arbitral por el nombramiento del mismo por el juez.

**Artículo 220.-** Al efecto, presentándose el documento con la cláusula compromisoria por cualquiera de los interesados citará el Juez a una junta dentro del tercer día para que se presenten a elegir árbitro, apercibiéndolos de que, en caso de no hacerlo, lo hará en su rebeldía.

Si la cláusula compromisoria forma parte de un documento privado, al emplazar a la otra parte a la junta a que se refiere el artículo anterior, el actuario la requerirá previamente para que reconozca la firma del documento; y si se rehusare a contestar a la segunda interrogación se tendrá por reconocida.

**Artículo 221.-** En la junta procurará el juez que elijan árbitro en común acuerdo los interesados, y en caso de no conseguirlo, designará uno entre las personas que anualmente son listadas por el Tribunal Superior, con tal objeto.

Lo mismo se hará cuando el árbitro nombrado en el compromiso renunciare y no hubiere sustituto designado.

**Artículo 222.-** Con el acta de la junta a que se refieren los artículos anteriores, se iniciarán las labores del árbitro, emplazando a las partes como se determina en el título décimosexto.

## CAPITULO V
### De los preliminares de la consignación

**Artículo 223.-** Si el acreedor rehusare recibir la prestación debida o dar el documento justificativo de pago, o si fue persona incierta o incapaz de recibir, podrá el deudor librarse de la obligación haciendo consignación del bien.

**Artículo 224.-** Si el acreedor fuere cierto y conocido se le citará para día, hora y lugar determinados, a fin de que reciba o vea depositar, el bien debido. Si el bien fuere mueble de difícil conducción, la diligencia se practicará en el lugar donde se encuentre, siempre que fuere dentro de la jurisdicción territorial; si estuviere fuera, se le citará y se librará el exhorto o el despacho correspondiente al Juez del lugar para que en su presencia el acreedor reciba o vea depositar el bien debido.

**Artículo 225.-** Si el acreedor fuere desconocido se le citará en los términos del artículo 116 de esta Ley.

**Artículo 226.-** Si el acreedor estuviere ausente o fuere incapaz, será citado su representante legítimo.

Si el acreedor no comparece en el día, hora y lugar designados, o no envía mandatario con autorización bastante que reciba el bien, el juez extenderá certificación en que consten la no comparecencia del acreedor, la descripción de la cosa ofrecida y que quedó constituido el depósito en la persona o establecimiento designado por el juez o por la ley.

**Artículo 227.-** Si el bien debido fuese cierto y determinado que debiere ser consignado en el lugar en donde se encuentre y el acreedor no lo retirara ni lo transportara, el deudor puede obtener del juez la autorización para depositarlo en otro lugar.

**Artículo 228.-** Cuando el acreedor no haya estado presente en la oferta y depósito, debe de ser notificado de esas diligencias entregándole copia simple de ellas.

**Artículo 229.-** La consignación del dinero puede hacerse exhibiendo el certificado de depósito de la oficina autorizada para el efecto.

**Artículo 230.-** La consignación y el depósito de que hablan los artículos anteriores puede hacerse por conducto de notario público.

**Artículo 231.-** Las mismas diligencias se seguirán si el acreedor fuere conocido, pero dudosos sus derechos. Este depósito sólo podrá hacerse bajo la intervención judicial y bajo la condición de que el interesado justifique sus derechos por los medios legales.

**Artículo 232.-** Cuando el acreedor se rehusare en el acto de la diligencia a recibir el bien, con la certificación a que se refieren los artículos anteriores podrá pedir el deudor la declaración de liberación en contra del acreedor mediante el juicio correspondiente.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 233.-** El depositario que se constituya en estas diligencias será designado por el juez si con intervención de él se practicaren. Si fueren hechas con intervención de notario, la designación será bajo la responsabilidad del deudor.

## CAPITULO VI
### De las providencias precautorias

**Artículo 234.-** Las providencias precautorias podrán dictarse:

**I.-** Cuando hubiere temor de que se ausente u oculte la persona contra quien deba entablarse o se haya entablado una demanda;

**II.-** Cuando se tema que se oculten o dilapiden los bienes en que debe ejercitarse una acción real;

**III.-** Cuando la acción sea personal, siempre que el deudor no tuviere otros bienes que aquellos en que se ha de practicar la diligencia y se tema que los oculte o enajene.

**Artículo 235.-** Las disposiciones del artículo anterior comprenden no sólo al deudor, sino también a los tutores, albaceas, socios y administradores de bienes ajenos

**Artículo 236.-** Las providencias precautorias establecidas por este Código podrán decretarse, tanto como actos prejudiciales como después de iniciado el juicio respectivo; en este segundo caso, la providencia se substanciará en incidente por cuerda separada, y conocerá de ella el juez que al ser presentada la solicitud, esté conociendo del negocio.

**Artículo 237.-** No pueden dictarse otras providencias precautorias, que las establecidas en este Código, y que exclusivamente consistirán en el arraigo de la persona, en el caso de la fracción I del artículo 234 y en secuestro de bienes, en los casos de las fracciones II y III del mismo artículo.

**Artículo 238.-** El que pida la providencia precautoria deberá acreditar el derecho que tiene para gestionar y la necesidad de la medida que solicita.

La prueba puede consistir en documento o en testigos idóneos, que serán por lo menos tres.

**Artículo 239.-** Si el arraigo de una persona para que conteste en juicio, se pide al tiempo de entablar la demanda, bastará la petición del actor para que se haga al demandado la correspondiente notificación.

En este caso, la providencia se reducirá a prevenir al demandado que no se ausente del lugar del juicio sin dejar representante legítimo, suficientemente instruido y expensado para responder a las resultas del juicio.

**Artículo 240.-** Si la petición de arraigo se presentare antes de entablar la demanda, además de la prueba que exige el artículo 238, el actor deberá dar una fianza a satisfacción del juez, de responder de los daños y perjuicios que se sigan si no se entabla la demanda.

**Artículo 241.-** El que quebrante el arraigo será castigado con la pena que señala el Código Penal al delito de desobediencia a un mandato legítimo de la autoridad pública, sin perjuicio de ser compelido, por los medios de apremio que correspondan, a volver al lugar del juicio. En todo caso se seguirá éste según su naturaleza, conforme a las reglas comunes.

**Artículo 242.-** Cuando se solicite el secuestro provisional se expresará el valor de la demanda o el del bien que se reclama, designando ésta con toda precisión, y el juez, al decretarlo, fijará la cantidad por la cual haya de practicarse la diligencia

**Artículo 243.-** Cuando se pida un secuestro provisional, sin fundarlo en título ejecutivo, el actor dará fianza de responder por los daños y perjuicios que se sigan, ya porque se revoque la providencia, ya porque, entablada la demanda, sea absuelto el reo.

**Artículo 244.-** Si el demandado consigna el valor u objeto reclamado, si da fianza bastante a juicio del juez o cualquiera otra garantía suficiente para responder del éxito de la demanda, no se llevará a cabo la providencia precautoria o se levantará la que se hubiere dictado.

**Artículo 245.-** Ni para recibir los informes, ni para dictar una providencia precautoria, se citará a la persona contra quien ésta se pida.

**Artículo 246.-** De toda providencia precautoria queda responsable el que la pida, por consiguiente, son de su cargo los daños y perjuicios que se causen.

**Artículo 247.-** En la ejecución de las providencias precautorias no se admitirá excepción alguna.

**Artículo 248.-** El aseguramiento de bienes decretado por providencia precautoria y la consignación a que se refiere el artículo 244, se rigen por lo dispuesto en las reglas generales del secuestro

**Artículo 249.-** Ejecutada la providencia precautoria antes de ser entablada la demanda, el que la pidió deberá entablarla dentro de tres días, si el juicio hubiere de seguirse en otro lugar, el Juez aumentará a los tres días señalados uno por cada doscientos kilómetros.

**Artículo 250.-** Si el ejecutante no cumple con lo dispuesto en el artículo que precede, la providencia precautoria se revocará luego que lo pida el ejecutado.

**Artículo 251.-** La persona contra quien se haya dictado una providencia precautoria puede reclamarla en cualquier tiempo, pero antes de la sentencia ejecutoria; para cuyo

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

efecto se le notificará dicha providencia, caso de no haberse ejecutado con su persona o con su representante legítimo. La reclamación se substanciará en forma incidental.

**Artículo 252.-** Igualmente puede reclamar la providencia precautoria un tercero, cuando sus bienes hayan sido objeto del secuestro. Esta reclamación se ventilará en la forma y términos del juicio correspondiente.

**Artículo 253.-** Cuando la providencia precautoria se dicte por un juez que no sea el que deba conocer del negocio principal, una vez ejecutada y resuelta la reclamación, si se hubiere formulado, se remitirán al juez competente, las actuaciones, que en todo caso se unirán al expediente para que en él obren los efectos que correspondan conforme a derecho.

## CAPITULO VII
### De los Alimentos

**Artículo 254.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 255.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 256.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

## DEL JUICIO EN GENERAL
### TITULO SEXTO

*Denominación derogada POE 21-10-2009*

### Capítulo Primero
### De la Conciliación

*Numeración reformada (antes Capítulo Único) y denominación adicionada POE 21-10-2009*

**Artículo 257.-** Antes de dar entrada a la contestación de la demanda o a la reconvención en su caso, el Juez deberá citar a ambas partes a una audiencia de conciliación, en la cual se le dará el uso de la voz al conciliador, quien expondrá de manera breve a las partes los beneficios de llegar a un acuerdo conciliatorio. Si aceptan la propuesta de conciliar, el juez deberá suspender la audiencia, hasta por quince días hábiles, prorrogables por un periodo de tiempo igual, a solicitud de las partes.

Por constituir un mecanismo alternativo de solución de conflicto, la conciliación deberá ser substanciada ante el Centro de Justicia Alternativa, ubicado en el domicilio del Juez del conocimiento; salvo lo dispuesto en el numeral 260.

En caso de inasistencia u oposición de parte al arreglo conciliatorio, el Centro, remitirá al juez de la causa el informe correspondiente, a efecto de continuar la tramitación del juicio.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Si se llegara a un convenio conciliatorio, el Centro de Justicia Alternativa lo hará del conocimiento del Juez de la causa, para que éste, previo el cumplimiento de los acuerdos pactados y si así lo ameritare, proceda al archivo del expediente.

En el caso de que en el convenio se hayan pactado prestaciones de naturaleza futura o de tracto sucesivo, las constancias necesarias para vigilar su cumplimiento permanecerán en poder del Centro de Justicia Alternativa, pudiendo proceder, en su caso, a la ejecución del mismo en términos de la Ley de Justicia Alternativa.

*Artículo reformado POE 21-10-2009, 30-08-2013*

**Artículo 258.-** La inasistencia de alguna de las partes a las audiencias de conciliación, se tomará en cuenta para condenar en costas a aquella parte que resulte vencida en el juicio.

*Artículo reformado POE 21-10-2009, 30-08-2013*

**Artículo 259.-** El arreglo a que llegaren las partes tendrá carácter de sentencia ejecutoriada y podrá ser ejecutada por conducto del Centro de Justicia Alternativa en términos de lo dispuesto en la Ley de Justicia Alternativa.

*Artículo reformado POE 21-10-2009, 30-08-2013*

**Artículo 260.-** No se procederá a la conciliación únicamente en los Juicios sobre filiación, estado civil de las personas, en Juicios o procedimientos no contenciosos y cuando no se conteste la demanda.

*Artículo reformado POE 21-10-2009*

## Capitulo Segundo
## De la Depuración Procesal

*Capítulo adicionado POE 21-10-2009*

**Artículo 261.-** Concluida la audiencia de conciliación sin resultado satisfactorio según los informes del Centro de Justicia Alternativa, el Juez dentro de los tres días siguientes proveerá la contestación señalando fecha y hora para la verificación de la audiencia de depuración del procedimiento para la cual dispondrá de amplias facultades de dirección procesal examinando y resolviendo en su caso, las excepciones de incompetencia del juzgador, falta de personalidad y capacidad de las partes; la cosa juzgada; litispendencia; conexidad de causas y la improcedencia de la vía. De la misma forma podrá ordenar que se subsane toda omisión que notare para efecto de regular el procedimiento.

*Artículo reformado y reubicado (antes en Capítulo Único del Título Sexto) POE 21-10-2009*

**Artículo 261-A.-** En la audiencia de depuración del procedimiento, el juzgador relacionará con toda precisión las pretensiones de la parte actora y las contraprestaciones de la parte demandada; así como los hechos controvertidos por una y otra parte, decidiendo sobre la procedencia de la apertura del período de ofrecimiento de pruebas.

*Artículo adicionado POE 21-10-2009*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 261-B.-** Se llaman excepciones todas las defensas que pueda emplear el demandado para impedir el ejercicio actual de la acción, o para destruir ésta. En el primer caso son dilatorias y en el segundo perentorias.

*Artículo adicionado POE 21-10-2009*

**Artículo 261-C.-** La oposición que al actor pueda hacer respecto a la personalidad o capacidad del representante o apoderado del demandado se tramitará bajo las mismas reglas dispuestas para las excepciones.

*Artículo adicionado POE 21-10-2009*

**Artículo 261-D.-** Las excepciones procederán en juicio aún cuando no se exprese su nombre, con tal que se haga valer con precisión y claridad el hecho o hechos en que se hace consistir la defensa. Las excepciones deben oponerse precisamente al contestar la demanda y después de formulada ésta y fijados los puntos cuestionados no se admitirá, salvo lo dispuesto en el artículo 271, excepción alguna, ni se permitirá al demandado que cambie la opuesta al menos que al actor conviniere en ello.

*Artículo adicionado POE 21-10-2009*

**Artículo 262.-** Son excepciones dilatorias:

**I.-** La incompetencia del Juzgador;

**II.-** La falta de personalidad o capacidad de las partes; III.- La cosa juzgada;

**IV.-** La litispendencia;

**V.-** La conexidad de causas, y

**VI.-** La improcedencia de la vía.

*Artículo reformado y reubicado (antes en Capítulo Único del Título Sexto) POE 21-10-2009*

**Artículo 262-A.-** Las excepciones dilatorias solo admitirán prueba documental, excepto en los casos en que la ley señale. Si se trata de excepciones de litispendencia o conexidad de causas se admitirá también, la prueba de inspección de los autos, en este caso desahogadas las pruebas en una sola audiencia que no se diferirá bajo ningún supuesto, se oirá en alegatos y en el mismo acto se dictará la sentencia que corresponda. El Tribunal nunca podrá diferir la resolución que deberá dictarse en la misma audiencia, salvo, cuando se trate de un expediente que excediere de doscientos cincuenta fojas, en cuyo caso, por cada 50 de exceso o fracción, se aumentará un día al término señalado sin que pueda exceder de ocho días.

*Artículo adicionado POE 21-10-2009*

**Artículo 262-B.-** Si al oponer las excepciones previstas en el artículo 262, se promueven pruebas, deberán ofrecerse en los escritos respectivos fijando los puntos sobre los que versan, y de ser admisibles, se ordenará su preparación para que se reciban en la audiencia de depuración procesal.

*Artículo adicionado POE 21-10-2009*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 262-C.-** La incompetencia puede promoverse por declinatoria o por inhibitoria que se substanciará conforme el título tercero de este Código.

*Artículo adicionado POE 21-10-2009*

**Artículo 262-D.-** En la excepción de falta de personalidad, únicamente serán admisibles la documental y la pericial. Cuando se alegue falta de exactitud, de autenticidad o de falsedad del documento con el que se pretenda acreditar la representación con que se comparece, también serán admisibles la inspección judicial y el cotejo del documento correspondiente.

*Artículo adicionado POE 21-10-2009*

**Artículo 262-E.-** La excepción de falta de personalidad o de capacidad en el actor o la impugnación de la personalidad o capacidad en el demandado, se substanciará corriendo traslado por tres días del escrito en que se oponga, a la parte contraria. Las pruebas se ofrecerán en sus escritos correspondientes. El juez proveerá lo necesario para desahogarlas en la audiencia de depuración del proceso.

*Artículo adicionado POE 21-10-2009*

**Artículo 262-F.-** En la excepción de falta de personalidad del actor o en la impugnación que se haga a la personalidad del representante o apoderado del demandado, cuando se declare fundada una u otra, si fuere subsanable el defecto, el tribunal concederá un plazo no mayor de ocho días para que se subsane, y de no hacerse así, cuando se tratare del demandado, se continuará el juicio en rebeldía de éste. Si no fuera subsanable la del actor, el juez de inmediato dará por terminado el juicio y devolverá las documentales exhibidas previa simple toma de razón que se deje en autos, condenando a éste al pago de costas.

*Artículo adicionado POE 21-10-2009*

**Artículo 263.-** No se procederá a la conciliación en los siguientes casos:

I.- a la V.- …;

VI.- En los casos de Violencia Familiar, queda prohibido al juzgador hacer uso de la mediación. El incumplimiento a esta prohibición dará pie a responsabilidades para los servidores que la lleven a cabo de conformidad con las disposiciones administrativas y penales aplicables.

*Artículo reubicado (antes en Capítulo Único del Título Sexto) POE 21-10-2009. Reformado POE 21-10-2009, 10-12-2010*

**Artículo 263-A.-** Las sentencias ejecutoriadas, las transacciones y pagos judiciales y cualquier otro acto procesal que tenga fuerza de cosa juzgada, impiden se entable o continúe un nuevo juicio sobre las cuestiones resueltas.

*Artículo adicionado POE 21-10-2009*

**Artículo 263-B.-** La excepción de litispendencia procede cuando un juez conoce ya del mismo negocio sobre el cual es demandado el reo. El que la oponga, debe señalar precisamente el juzgado donde se tramita el primer juicio. Del escrito en que se oponga se dará traslado por tres días a la parte contraria, pudiendo previamente mandar inspeccionar el primer juicio. Si declara procedente la excepción, se remitirán los autos

al juzgado que primero conoció del negocio cuando ambos jueces se encuentren dentro de la jurisdicción del mismo tribunal de apelación. Dará por concluido el procedimiento si el primer juicio se tramita en juzgado que no pertenezca a la misma jurisdicción de apelación.

*Artículo adicionado POE 21-10-2009*

**Artículo 263-C.-** La excepción de conexidad tiene por objeto la remisión de los autos en que se opone al juzgado que primeramente intervino en el conocimiento de la causa conexa. Hay conexidad de causas cuando hay identidad de personas y acciones, aunque las cosas sean distintas; y cuando las acciones provengan de una misma causa.

*Artículo adicionado POE 21-10-2009*

**Artículo 263-D.-** No procede la excepción de conexidad:

**I.-** Cuando los pleitos están en diversas instancias;

**II.-** Cuando se trata de juicios especiales a excepción del hipotecario;

**III.-** Cuando los juzgados que conozcan respectivamente de los juicios pertenezcan a tribunales de alzada diferentes.

*Artículo adicionado POE 21-10-2009*

**Artículo 263-E.-** La parte que oponga la excepción de conexidad acompañará a su escrito copia de la demanda y contestación que contenga cuando menos sello original del juzgado que conoce del juicio conexo y con esta prueba y la contestación de la parte contraria, que producirá dentro del tercer día, se resolverá lo que corresponda.

*Artículo adicionado POE 21-10-2009*

**Artículo 263-F.-** Procedente la excepción de conexidad, se mandarán acumular los autos del juicio al más antiguo para que, aunque se sigan por cuerda separada, se resuelva en una misma sentencia.

*Artículo adicionado POE 21-10-2009*

**Artículo 263-G.-** Cuando se declare la improcedencia de la vía, se sobreseerá el juicio, reservándose al actor sus derechos para que los haga valer en la vía correspondiente.

*Artículo adicionado POE 21-10-2009*

## TÍTULO SÉPTIMO
### Del Juicio

## CAPITULO I
### De la Demanda, Contestación y Fijación de la Litis

**Artículo 264.-** Toda contienda judicial principiará por demanda, en la cual se expresarán:

**I.-** El tribunal ante el que se promueve;

**II.-** El nombre del actor y la casa que señale para oír notificaciones;

**III.-** El nombre del demandado y su domicilio;

**IV.-** El objeto u objetos que se reclamen con sus accesorios;

**V.-** Los hechos en que el actor funda su petición, numerándolos y narrándolos sucintamente con claridad y precisión, de tal manera que el demandado pueda preparar su contestación y defensa;

**VI.-** Los fundamentos de derecho y la clase de acción, procurando citar los preceptos legales o principios jurídicos aplicables;

**VII.-** El valor de lo demandado, si de ello depende la competencia del juez.

**Artículo 265.-** Presentada la demanda con los documentos y copias prevenidos, se correrá traslado de ella a la persona o personas contra quienes se proponga, y se les emplazará para que la contesten dentro de nueve días.

## SECCIÓN PRIMERA
### De la Demanda

*Sección adicionada POE 21-10-2009*

**Artículo 266.-** Si la demanda fuere obscura o irregular, el Juez debe prevenir al actor que la aclare, corrija o complete de acuerdo con los artículos anteriores, señalando en concreto sus defectos; hecho lo cual le dará curso. El Juez puede hacer esta prevención por una sola vez.

*Artículo reformado y reubicado POE 21-10-2009*

**Artículo 267.-** Los efectos de la presentación de la demanda son: interrumpir la prescripción si no lo está por otros medios, señalar el principio de la instancia y determinar el valor de las prestaciones exigidas.

*Artículo reubicado POE 21-10-2009*

**Artículo 268.-** Los efectos del emplazamiento son:

**I.-** Prevenir el juicio en favor del juez que lo hace;

**II.-** Sujetar al emplazado a seguir el juicio ante el juez que lo emplazó siendo competente al tiempo de la citación, aunque después deje de serlo con relación al demandado porque éste cambie de domicilio, o por otro motivo legal;

**III.-** Obligar al demandado a contestar ante el juez que lo emplazó, salvo siempre el derecho de provocar la incompetencia;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**IV.-** Producir todas las consecuencias de la interpelación judicial, si por otros medios no se hubiere constituido ya en mora el obligado;

**V.-** Originar el interés legal en las obligaciones pecuniarias sin causa de réditos.

*Artículo reubicado POE 21-10-2009*

## SECCIÓN SEGUNDA
### De la Contestación

**Artículo 269.-** El demandado formulará la contestación en los términos prevenidos para la demanda.

Las excepciones que se tengan, cualquiera que sea su naturaleza, se harán valer simultáneamente en la contestación y nunca después, a no ser que fueren supervenientes.

En la misma contestación propondrá la reconvención en los casos en que proceda y nunca después; y se dará traslado del escrito al actor para que conteste en el término de seis días.

**Artículo 270.-** Queda abolida la práctica de oponer excepciones o defensas contradictorias, aun cuando sea con el carácter de subsidiarias, debiendo los jueces desechar éstas de plano.

**Artículo 271.-** Las excepciones supervenientes se harán valer hasta antes de la sentencia y dentro del tercer día de que tenga conocimiento la parte. Se substanciarán incidentalmente; su resolución se reserva para la definitiva.

**Artículo 272.-** Las excepciones perentorias y la reconvención se discutirán al propio tiempo y se decidirán en la misma sentencia.

*Artículo reformado POE 21-10-2009*

**Artículo 273.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 274.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

## SECCIÓN TERCERA
### De la Fijación de la Litis

**Artículo 275.-** En el escrito de contestación el demandado deberá referirse a cada uno de los hechos aducidos por el actor, confesándolos o negándolos y expresando los que ignore por no ser propios. El silencio y las evasivas harán que se tengan por confesados o admitidos los hechos sobre los que no se suscite controversia, salvo lo previsto en la parte final del artículo 276 para los casos en que se afecten las relaciones familiares o el estado civil de las personas

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 276.-** Transcurrido el término del emplazamiento sin haber sido contestada la demanda se hará la declaración de rebeldía sin que medie petición de parte y se abrirá el período de ofrecimiento de pruebas, observándose las prescripciones del Título Octavo.

Para hacer la declaración en rebeldía, el Juez examinará escrupulosamente y bajo su más estricta responsabilidad si las citaciones y notificaciones precedentes están hechas al demandado en la forma legal, si el demandante no señaló casa en el lugar del juicio, y si el demandado quebrantó el arraigo.

Si el Juez encontrare que el emplazamiento no se hizo correctamente, mandará reponerlo.

Se presumirán confesados los hechos de la demanda que se deje de contestar, excepto en los casos en que las demandas afecten las relaciones familiares o el estado civil de las personas, pues entonces la demanda se tendrá por contestada en sentido negativo.

*Artículo reformado POE 21-10-2009*

**Artículo 277.-** Confesada la demanda en todas sus partes o manifestando el actor su conformidad con la contestación, previa ratificación de uno u otro escrito, se citará a las partes para sentencia.

*Artículo reformado POE 21-10-2009*

**Artículo 278.-** Si las cuestiones controvertidas fueren puramente de derecho y no de hecho, se citará a la audiencia de alegatos, que podrán ser escritos

**Artículo 279.-** El Juez mandará recibir el juicio a prueba en el caso de que los litigantes lo hayan solicitado, o de que él lo estime necesario.

Contra el auto que manda abrir a prueba un juicio no cabe recurso alguno; aquel en que se niegue, será apelable en el efecto devolutivo, si fuere apelable la sentencia definitiva.

*Artículo reformado POE 21-10-2009*

## CAPITULO II
### De la prueba

### Reglas generales

**Artículo 280.-** Para conocer la verdad sobre los puntos controvertidos puede el juzgador valerse de cualquier persona, sea parte o tercero, y de cualquier bien o documento, ya sea que pertenezca a las partes o a un tercero; sin más limitación que la de que las pruebas no estén prohibidas por la ley ni sean contrarias a la moral.

En casos de violencia familiar, el Juez admitirá las pruebas preconstituidas que se encuentren en poder de la parte actora o bien aquellas que obren en instrumentales públicas de instituciones o dependencias que hayan atendido dicha problemática con antelación.

*Artículo reformado POE 10-12-2010*

**Artículo 281.-** Los tribunales podrán decretar en todo tiempo, sea cual fuere la naturaleza del negocio, la práctica o ampliación de cualquier diligencia probatoria, siempre que sea conducente para el conocimiento de la verdad sobre los puntos cuestionados. En la práctica de estas diligencias, el juez obrará como estime procedente para obtener el mejor resultado de ellas, sin lesionar el derecho de las partes oyéndolas y procurando en todo su igualdad.

**Artículo 282.-** Los daños y perjuicios que se ocasionen a tercero por comparecer, o exhibir bienes, serán indemnizados por la parte que ofreció la prueba, o por ambas si el juez procedió de oficio, sin perjuicio de hacer la regulación de costas en su oportunidad

**Artículo 283.-** El actor debe probar los hechos constitutivos de su acción y el demandado de sus excepciones.

*Artículo reformado POE 10-12-2010*

**Artículo 284.-** El que niega sólo será obligado a probar:

**I.-** Cuando la negación envuelva la afirmación expresa de un hecho;

**II.-** Cuando se desconozca la presunción legal que tenga en su favor el colitigante;

**III.-** Cuando se desconozca la capacidad;

**IV.-** Cuando la negativa fuere elemento constitutivo de la acción

**Artículo 285.-** Ni la prueba en general ni los medios de prueba establecidos por la ley son renunciables.

**Artículo 286.-** Concluida la recepción de las pruebas el tribunal dispondrá que las partes aleguen por sí o por sus abogados o apoderados, primero el actor y luego el demandado; el Ministerio Público alegará también en los casos en que intervenga.

Se concederá el uso de la palabra por dos veces a cada una de las partes, las que procurarán la mayor brevedad y concisión, evitando palabras injuriosas y alusiones a la vida privada y opiniones políticas o religiosas limitándose a tratar de las acciones y de las excepciones que quedaron fijadas en la clausura del debate preliminar y de las cuestiones incidentales que surgieran. No se podrá hacer uso de la palabra por más de un cuarto de hora cada vez en primera instancia y de media hora en segunda.

*Artículo reformado POE 10-12-2010*

**Artículo 287.-** El tribunal debe recibir las pruebas que le presenten las partes, siempre que estén permitidas por la ley y se refieran a los puntos cuestionados.

**Artículo 288.-** Los hechos notorios no necesitan ser probados y el juez puede invocarlos, aunque no hayan sido alegados por las partes.

**Artículo 289.-** Cuando una de las partes se oponga a la inspección o reconocimiento ordenados por el tribunal, para conocer sus condiciones físicas o mentales, o no conteste a las preguntas que el tribunal le dirija, éste debe tener por ciertas las afirmaciones de la contraparte, salvo prueba en contrario. Lo mismo se hará si una de las partes no exhibe a la inspección del tribunal el bien o documentos que tiene en su poder

**Artículo 290.-** Los terceros están obligados, en todo tiempo, a prestar auxilio a los tribunales, en la averiguación de la verdad. En consecuencia, deben, sin demora, exhibir documentos y bienes que tengan en su poder, cuando para ello fueren requeridos.

Los tribunales tienen la facultad y el deber de compeler a terceros, por los apremios más eficaces, para que cumplan con esta obligación; y en caso de oposición, oirán las razones en que la funden y resolverán sin ulterior recurso.

De la mencionada obligación están exentos los ascendientes, descendientes, cónyuges y personas que deben guardar secreto profesional en los casos en que se trate de probar contra la parte con la que están relacionados.

**Artículo 291.-** La ley reconoce como medios de prueba:

**I.-** Confesión;

**II.-** Documentos públicos;

**III.-** Documentos privados;

**IV.-** Dictámenes periciales;

**V.-** Reconocimiento o inspección judicial;

**VI.-** Testigos;

**VII.-** Fotografías, copias fotostáticas, registros dactiloscópicos y, en general, todos aquellos elementos aportados por los descubrimientos de la ciencia;

**VIII.-** Fama pública;

**IX.-** Presunciones;

**X.-** Y demás medios que produzcan convicción en el juzgador.

## CAPÍTULO III
### Del Ofrecimiento y Admisión de Pruebas

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 292.-** El período de ofrecimiento de pruebas es de diez días comunes y fatales.

*Artículo reformado POE 21-10-2009*

**Artículo 293.-** Las pruebas deben ser ofrecidas relacionándolas en forma precisa con cada uno de los puntos controvertidos, declarando el nombre y domicilio de testigos y peritos, si no se cumpliere con todos los requisitos anteriores, serán desechadas.

**Artículo 294.-** La prueba de confesión debe ofrecerse presentando el pliego que contenga las posiciones. Si éste se presentare cerrado deberá guardarse así en el secreto del juzgado, asentándose la razón respectiva en la misma cubierta. La prueba será admisible aunque no se exhiba el pliego pidiendo tan sólo la citación; pero si no ocurriere el absolvente a la diligencia de prueba, no podrá ser declarado confeso más que de aquellas posiciones que con anticipación se hubieren formulado.

**Artículo 295.-** La prueba pericial procede cuando sean necesarios conocimientos especiales en alguna ciencia, arte o industria o la mande la ley, y se ofrecerá expresando los puntos sobre los que versará, sin lo cual no será admitida.

**Artículo 296.-** Los documentos deberán ser presentados al ofrecerse la prueba documental. Después de este período, no podrán admitirse sino los que dentro del término hubieren sido pedidos con anterioridad y no fueren remitidos al juzgado sino hasta después; y los documentos justificativos de hechos ocurridos con posterioridad, o de los anteriores cuya existencia ignore el que los presente, aseverándolo así bajo protesta de decir verdad.

**Artículo 297.-** Las partes están obligadas, al ofrecer la prueba de documentos que no tienen en su poder, a expresar el archivo en que se encuentren, o si se encuentran en poder de tercero y si son propios o ajenos.

**Artículo 298.-** Los documentos que ya se exhibieron antes de este período y las constancias de autos, se tomarán como prueba aunque no se ofrezcan.

**Artículo 299.-** Al solicitarse la inspección judicial se determinarán los puntos sobre que deba versar.

**Artículo 300.-** Al día siguiente en que termine el período del ofrecimiento de pruebas, el juez dictará resolución en la que determinará las pruebas que se admiten sobre cada hecho, pudiendo limitar el número de testigos prudencialmente. No se admitirán diligencias de pruebas contra derecho, contra la moral o sobre hechos que no han sido controvertidos por las partes, sobre hechos imposibles o notoriamente inverosímiles. Contra el auto que admita o deseche una prueba procede la apelación en el efecto devolutivo, cuando fuere apelable la sentencia en lo principal.

**CAPITULO IV**
**De su recepción y práctica**

**Artículo 301.-** El juez, al admitir las pruebas ofrecidas procederá a la recepción y desahogo de ellas en forma oral.

La recepción de las pruebas se hará en una audiencia a la que se citará a las partes en el auto de admisión, señalándose al efecto el día y la hora teniendo en consideración el tiempo para su preparación; dentro de los treinta días siguientes a la admisión.

La audiencia se celebrará con las pruebas que estén preparadas, dejándose a salvo el derecho de que se designe nuevo día y hora para recibir las pendientes, y para el efecto se señalará la fecha para su continuación, la que tendrá verificativo dentro de los quince días siguientes.

**Artículo 302.-** Cuando las pruebas hubieren de practicarse fuera del Estado o del País, se recibirán a petición de parte dentro de un término de cuarenta y cinco o noventa días, siempre que se llenen los siguientes requisitos: 1o.- Que se solicite durante el ofrecimiento de pruebas; 2o.- Que se indiquen los nombres y residencia de los testigos que hayan de ser examinados, cuando la prueba sea testifical; 3o.- Que se designen, en caso de ser prueba instrumental, los archivos públicos o particulares donde se hallen los documentos que han de testimoniarse, o presentarse originales.

El juez al calificar la admisibilidad de las pruebas, determinará el monto de la cantidad que el promovente deposite como multa, en caso de no rendirse la prueba. Sin este depósito no se hará el señalamiento para la recepción de la prueba.

**Artículo 303.-** El litigante al que se hubiere concedido la ampliación a que se refiere el artículo anterior y no rindiere las pruebas que hubiere propuesto, sin justificar que para ello tuvo impedimento bastante, será condenado a pagar en beneficio de su contraparte una sanción pecuniaria hasta de quince días de salario mínimo de la zona económica, si el juicio se tramita ante juez menor y hasta veinte días del salario mínimo de la zona económica si se tramita ante juez de primera instancia, así como la indemnización de daños y perjuicios, dejándose además de recibir la prueba.

## CAPITULO V
### De las pruebas en particular

## SECCION I
### De la Confesión

**Artículo 304.-** Desde que se abra el período de ofrecimiento de pruebas hasta antes de la audiencia podrá ofrecerse la prueba de confesión, quedando las partes obligadas a declarar bajo protesta de decir verdad, cuando así lo exija el contrario.

**Artículo 305.-** El que haya de absolver posiciones será citado personalmente, a más tardar veinticuatro horas antes a la señalada para la diligencia, bajo apercibimiento de que si dejare de comparecer sin justa causa, será tenido por confeso.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 306.-** La parte está obligada a absolver personalmente las posiciones cuando así lo exija el que las articula, o cuando el apoderado ignore los hechos.

Es permitido articular posiciones al mandatario que tenga poder especial para absolverlas, o general con cláusula para hacerlo.

El cesionario se considera como apoderado del cedente para los efectos del inciso que precede.

Si el que debe absolver posiciones estuviere ausente, el juez librará el correspondiente exhorto, acompañando, cerrado y sellado, el pliego de preguntas; pero del cual deberá sacar previamente una copia que, autorizada conforme a la ley con su firma y la del secretario, quedará en la secretaría del tribunal.

El juez exhortado recibirá la confesión, pero no podrá declarar confeso a ninguno de los litigantes si no fuere expresamente facultado por el exhortante

**Artículo 307.-** Las posiciones deberán articularse en forma afirmativa y en términos precisos; no han de contener cada una más que un solo hecho y éste ha de ser propio de la parte absolvente, no han de ser insidiosas. Se tendrán por insidiosas las preguntas que se dirijan a ofuscar la inteligencia del que ha de responder, con objeto de inducirlo a error y obtener una confesión contraria a la verdad. Un hecho complejo, compuesto de dos o más hechos, podrá comprenderse en una posición cuando por la íntima relación que exista entre ellos, no pueda afirmarse o negarse uno sin afirmar o negar el otro.

**Artículo 308.-** Las posiciones deberán concretarse a hechos que sean objeto del debate, debiendo repelerse de oficio las que no reúnan este requisito. El juez deberá ser escrupuloso en el cumplimiento de este precepto.

**Artículo 309.-** Si el citado a absolver posiciones comparece, el juez abrirá el pliego si lo hubiere, e impuesto de ellas, las calificará y aprobará sólo las que se ajusten a lo dispuesto en los artículos 307 y 308. En seguida el absolvente firmará el pliego de posiciones, antes de procederse al interrogatorio.

**Artículo 310.-** Si fueren varios los que hayan de absolver posiciones y al tenor de un mismo interrogatorio, las diligencias se practicarán separadamente y en un mismo acto, evitando que los que absuelvan primero se comuniquen con los que han de absolver después

**Artículo 311.-** En ningún caso se permitirá que la parte que ha de absolver posiciones esté asistida por su abogado, mandatario, ni otra persona, ni se le dará traslado ni copia de las posiciones, ni término para que se aconseje pero si el absolvente no hablare español, podrá ser asistido por un intérprete, en cuyo caso el juez lo nombrará.

**Artículo 312.-** Las contestaciones deberán ser categóricas, en sentido afirmativo o negativo, pudiendo el que las dé agregar las explicaciones que estime convenientes, o las que el juez le pida.

En el caso de que el declarante se negara a contestar o contestare con evasivas, o dijere ignorar los hechos propios, el juez lo apercibirá en el acto, de tenerlo por confeso sobre los hechos de los cuales sus respuestas no fueren categóricas o terminantes.

**Artículo 313.-** La parte que promovió la prueba puede formular, oralmente posiciones al absolvente.

**Artículo 314.-** El tribunal puede, libremente, interrogar a las partes sobre los hechos y circunstancias que sean conducentes a la averiguación de la verdad.

**Artículo 315.-** De las declaraciones de las partes se levantarán actas, en las que se harán constar la contestación implicando la pregunta, iniciándose con la protesta de decir verdad y las generales.

Esta acta deberá ser firmada al pie de la última hoja y al margen de las demás en que se contengan las declaraciones producidas por los absolventes, después de leerlas por sí mismas, si quieren hacerlo, o de que se lean por la secretaria. Si no supieren firmar se hará constar esa circunstancia.

**Artículo 316.-** Cuando el absolvente al enterarse de su declaración manifieste no estar conforme con los términos asentados, se procederá a hacer las rectificaciones pertinentes. Una vez firmadas las declaraciones, no pueden variarse ni en la substancia ni en la redacción. La nulidad proveniente de error o violencia se substanciará incidentalmente y la resolución se reserva para la definitiva.

**Artículo 317.-** En caso de enfermedad legalmente comprobada del que deba declarar, el tribunal se trasladará al domicilio de aquél, donde se efectuará la diligencia a presencia de la otra parte, si asistiere.

**Artículo 318.-** El que deba absolver posiciones será declarado confeso: 1o.- Cuando sin justa causa no comparezca; 2o.- Cuando se niegue a declarar; 3o.- Cuando al hacerlo insista en no responder afirmativa o negativamente.

En el primer caso, el Juez abrirá el pliego y calificará las posiciones antes de hacer la declaración.

**Artículo 319.-** No podrá ser declarado confeso el llamado a absolver posiciones, si no hubiere sido apercibido legalmente.

La declaración de confeso se hará a petición de parte, en el mismo acto de la diligencia o dentro de los tres días posteriores.

**Artículo 320.-** El auto en que se declare confeso el litigante o en el que se deniegue esta declaración es apelable en el efecto devolutivo, si fuere apelable la sentencia definitiva.

**Artículo 321.-** Se tendrá por confeso al articulante respecto de los hechos propios que afirmare en las posiciones.

**Artículo 322.-** Las autoridades, las corporaciones oficiales y los establecimientos que formen parte de la administración pública no absolverán posiciones en la forma que establecen los artículos anteriores; pero la parte contraria podrá pedir que se les libre oficio, insertando las preguntas que quiera hacerles para que, por vía de informe, sean contestadas dentro del término que designe el tribunal, y que no excederá de ocho días. En el oficio se apercibirá a la parte absolvente de tenerla por confesa si no contestare dentro del término que se le haya fijado, o si no lo hiciere categóricamente afirmando o negando los hechos.

### SECCION II
### De la prueba instrumental

**Artículo 323.-** Son documentos públicos:

**I.-** Los testimonios de las escrituras públicas otorgadas con arreglo a derecho y las escrituras originales mismas;

**II.-** Los documentos auténticos expedidos por funcionarios que desempeñen cargo público en lo que se refiere al ejercicio de sus funciones;

**III.-** Los documentos auténticos, libros de actas, estatutos, registros, y catastros que se hallen en los archivos públicos dependientes del Gobierno Federal, de los Estados, de los Ayuntamientos o del Distrito Federal;

**IV.-** Las certificaciones de las actas del estado civil expedidas por los oficiales del Registro Civil, respecto a constancias existentes en los libros correspondientes.

**V.-** Las certificaciones de constancias existentes en los archivos públicos expedidas por funcionarios a quienes competa;

**VI.-** Las certificaciones de constancias existentes en los archivos parroquiales y que se refieran a actos pasados antes del establecimiento del Registro Civil, siempre que fueren cotejadas por notario público o quien haga sus veces con arreglo a derecho;

**VII.-** Las ordenanzas, estatutos, reglamentos y actas de sociedades, asociaciones, universidades, siempre que estuvieren aprobadas, por el Gobierno Federal o de los Estados y del Distrito Federal y las copias certificadas que de ellos se expidieren.

**VIII.-** Las actuaciones judiciales de toda especie;

**IX.-** Las certificaciones que expidieren las bolsas mercantiles o mineras autorizadas por la ley y expedidas por corredores titulados con arreglo al Código de Comercio.

**Artículo 324.-** Los documentos públicos expedidos por autoridades federales, funcionarios de los Estados y del Distrito Federal, harán fe en el Estado, sin necesidad de legalización.

**Artículo 325.-** Para que haga fe en el Estado los documentos públicos procedentes del extranjero, deberán llenar los requisitos que fija el Código Federal de Procedimientos Civiles.

**Artículo 326.-** De la traducción de los documentos que se presenten en otro idioma del español, se mandará dar vista a la parte contraria para que, dentro del tercer día, manifieste si está conforme. Si lo estuviere o no dijere nada, se pasará por la traducción; en caso contrario, el tribunal nombrará traductor

**Artículo 327.-** Siempre que uno de los litigantes pidiere copia o testimonio de parte de un documento o pieza, que obre en los archivos públicos, el contrario tendrá derecho de que a su costa se adicione con lo que crea conducente del mismo documento.

**Artículo 328.-** Los documentos existentes en partido distinto del en que se siga el juicio, se compulsarán a virtud de exhorto que dirija el juez de los autos al del lugar en que aquéllos se encuentren.

**Artículo 329.-** Los instrumentos públicos que hayan venido al pleito sin citación contraria, se tendrán por legítimos y eficaces, salvo que se impugnaren expresamente su autenticidad o exactitud por la parte a quien perjudiquen. En este caso, se decretará el cotejo con los protocolos y archivos, que se practicará por el secretario, constituyéndose al efecto, en el archivo o local donde se halle la matriz a presencia de las partes, si concurrieren, a cuyo fin se señalará previamente el día y la hora, salvo que el juez, lo decretare en presencia de los litigantes o se hiciere en el acto de la audiencia de pruebas.

También podrá hacerlo el juez por sí mismo cuando lo estime conveniente.

**Artículo 330.-** Son documentos privados los no comprendidos en el artículo 323 de este Código.

**Artículo 331.-** Los documentos privados y la correspondencia procedentes de uno de los interesados, presentados en juicio por vía de prueba y no objetados por la parte contraria, se tendrán por admitidos y surtirán sus efectos como si hubieren sido reconocidos expresamente. Puede exigirse el reconocimiento expreso si el que los presenta así lo pidiere; con este objeto se manifestarán los originales a quien deba reconocerlos y se les dejará ver todo el documento, no sólo la firma.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 332.-** Los documentos privados se presentarán originales, y cuando formen parte de un libro, expediente o legajo, se exhibirán para que se compulse la parte que señalen los interesados.

**Artículo 333.-** Si el documento se encuentra en libros o papeles de casa de comercio o de algún establecimiento industrial, el que pida el documento o la constancia, deberá fijar con precisión cuál sea, y la copia testimoniada se tomará en el mismo establecimiento, sin que los directores de él estén obligados a llevar al tribunal los libros de cuentas, ni a más que a presentar las partidas o documentos designados.

**Artículo 334.-** En el reconocimiento de documentos se observará lo dispuesto en los artículos 306, 314 y 318.

**Artículo 335.-** Sólo pueden reconocer un documento privado el que lo firma, el que lo manda extender o el legítimo representante de ellos con poder o cláusula especial. Se exceptúan los casos previstos en los artículos 1472 y 1475 del Código Civil.

**Artículo 336.-** Las partes sólo podrán objetar los documentos dentro de los tres días siguientes a la apertura del término de prueba, tratándose de los presentados hasta entonces. Los exhibidos con posterioridad podrán ser objetados en igual término, contado desde la notificación del auto que ordene su recepción.

**Artículo 337.-** Podrá pedirse el cotejo de firmas y letras, siempre que se niegue o que se ponga en duda la autenticidad de un documento privado o de un documento público que carezca de matriz. Para este objeto se procederá con sujeción a lo que se previene en la Sección III de este Capítulo.

**Artículo 338.-** La persona que pida el cotejo designará el documento o documentos indubitables con que deba hacerse, o pedirá al tribunal que cite al interesado para que en su presencia ponga la firma o letras que servirán para el cotejo.

**Artículo 339.-** Se considerarán indubitables para el cotejo:

**I.-** Los documentos que las partes reconozcan como tales, de común acuerdo;

**II.-** Los documentos privados cuya letra o firma haya sido reconocida en juicio por aquel a quien se atribuya la dudosa;

**III.-** Los documentos cuya letra o firma ha sido judicialmente declarada propia por aquel a quien se atribuye la dudosa.

**IV.-** El escrito impugnado en la parte en que reconozca la letra como suya aquél a quien perjudique;

**V.-** Las firmas puestas en actuaciones judiciales en presencia del secretario del Tribunal por la parte cuya firma o letra se trata de comprobar.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 340.-** El juez podrá hacer por sí mismo la comprobación después de oír a los peritos revisores y apreciará el resultado de esta prueba conforme a las reglas de la sana crítica.

**Artículo 341.-** La impugnación de falsedad de un documento puede hacerse desde la contestación de la demanda hasta seis días antes de celebración de la audiencia de pruebas y alegatos. La parte que redarguye de falso un documento debe indicar específicamente los motivos y las pruebas; cuando se impugna la autenticidad del documento privado o público sin matriz, deben señalarse los documentos indubitables para el cotejo y promover la prueba pericial correspondiente. Sin estos requisitos se tiene por no redargüido o impugnado el instrumento.

De la impugnación se correrá traslado al colitigante y en la audiencia del juicio se presentarán las pruebas y contrapruebas relativas a la impugnación.

Lo dispuesto en este artículo sólo da competencia al juez para conocer y decidir en lo principal la fuerza probatoria del documento impugnado, sin que pueda hacerse declaración alguna general que afecte al instrumento y sin perjuicio del procedimiento penal a que hubiere lugar.

## SECCION III
## Prueba Pericial

**Artículo 342.-** Los peritos deben tener título en la ciencia o arte a que pertenezca el punto sobre que ha de oírse su parecer, si la profesión o el arte estuvieren legalmente reglamentados.

Si la profesión o el arte no estuvieren legalmente reglamentados, o estándolo, no hubiere peritos en el lugar, podrán ser nombradas cualesquiera personas entendidas, aun cuando no tengan título

**Artículo 343.-** Cada parte dentro del tercer día nombrará a un perito, a no ser que se pusieren de acuerdo en el nombramiento de uno solo. El tercero en discordia será nombrado por el Juez.

**Artículo 344.-** El juez nombrará los peritos que correspondan a cada parte en los siguientes casos:

**I.-** Si alguno de los litigantes dejare de hacer el nombramiento en el término señalado en artículo anterior;

**II.-** Cuando el designado por las partes no aceptare dentro de las cuarenta y ocho horas que sigan a la notificación de su nombramiento;

**III.-** Cuando habiendo aceptado no rindiere su dictamen dentro del término fijado o en la diligencia respectiva;

**IV.-** Cuando el que fue nombrado y aceptó el cargo lo renunciare después;

**V.-** Si el designado por los litigantes no se encontrare en el lugar del juicio, en el que deba practicarse la prueba o no se hubiere señalado su domicilio.

**Artículo 345.-** El juez señalará lugar, día y hora para que la diligencia se practique, si debe presidirla. En cualquiera otro caso fijará a los peritos un término prudente para que presenten dictamen. Las partes pueden en todo caso formular a los peritos cuestiones que sean pertinentes.

**Artículo 346.-** En el caso de la primera parte del artículo anterior se observarán las reglas siguientes:

**I.-** El perito que dejare de concurrir sin causa justa, calificada por el tribunal, incurrirá en una multa hasta de veinte días de salario mínimo de la zona económica y será responsable de los daños causados por su culpa;

**II.-** Los peritos practicarán unidos la diligencia, pudiendo concurrir los interesados al acto y hacerles cuantas observaciones quieran, pero deberán retirarse, para que los peritos discutan y deliberen solos;

**III.-** Los peritos de las partes emitirán inmediatamente su dictamen, siempre que lo permita la naturaleza del asunto; de lo contrario, se les señalará un término prudente para que lo rindan. Cuando discordaran los peritos, dictaminará el tercero, solo o asociado con los otros.

**Artículo 347.-** El perito que nombre el juez puede ser recusado dentro de las cuarenta y ocho horas siguientes a la en que se le notifique su nombramiento a los litigantes, siempre que concurra alguna de las siguientes causas:

**I.-** Consanguinidad hasta del cuarto grado;

**II.-** Interés directo o indirecto en el pleito;

**III.-** Ser socio, inquilino, arrendador o amigo íntimo de alguna de las partes.

El juez calificará de plano la recusación y las partes deben presentar las pruebas al hacerla valer. Contra el auto en que se admita o deseche la recusación no procede recurso alguno. Admitida, se nombrará nuevo perito en los mismos términos que al recusado.

**Artículo 348.-** En caso de ser desechada la recusación, se impondrá al recusante una multa hasta de veinte días de salario mínimo de la zona económica.

**Artículo 349.-** El honorario de cada perito será pagado por la parte que lo nombró, o en cuyo defecto lo hubiere nombrado el Juez, y el del tercero, por ambas partes, sin perjuicio de lo que disponga la resolución definitiva sobre condenación en costas.

## SECCION IV
### Del reconocimiento o inspección judicial

**Artículo 350.-** El reconocimiento se practicará siempre previa citación de las partes, fijándose día, hora y lugar.

Las partes, sus representantes o abogados pueden concurrir a la inspección y hacer las observaciones que estimen oportunas.

También podrán concurrir a ellas los testigos de identidad o peritos que fueren necesarios.

**Artículo 351.-** Del reconocimiento se levantará acta, que firmarán los que a él concurran, asentándose los puntos que lo provocaron, las observaciones, declaraciones de peritos y todo lo necesario para esclarecer la verdad. En el caso en que el juez dicte la sentencia en el momento mismo de la inspección, no se necesitan esas formalidades, bastando con que se haga referencia a las observaciones que hayan provocado su convicción.

Cuando fuere necesario se levantarán planos o se sacarán vistas fotográficas del lugar u objetos inspeccionados.

## SECCION V
### Prueba Testimonial

**Artículo 352.-** Todos los que tengan conocimiento de los hechos que las partes deban de probar, están obligados a declarar como testigos.

**Artículo 353.-** Las partes tendrán obligación de presentar sus propios testigos. Sin embargo, cuando realmente estuvieren imposibilitados para hacerlo, lo manifestarán así bajo protesta de decir verdad al juez y pedirán que lo cite. El juez ordenará la citación con apercibimiento de imponer alguno de los medios de apremio señalados en las fracciones I, II, V o VI del artículo 89 de este Código, que aplicará al testigo que no comparezca sin causa justificada, o que se niegue a declarar.

*Párrafo reformado POE 30-10-2012*

La prueba se declarará desierta si el testigo no es presentado por el oferente o si ejecutado los medios de apremio antes mencionados, no se logra dicha presentación. Excepto cuando sea por causa justificada.

*Párrafo adicionado POE 30-10-2012*

En caso de que el señalamiento de domicilio de algún testigo resulte inexacto o de comprobarse que se solicitó su citación con el propósito de retardar el procedimiento, se impondrá al promovente una multa hasta de veinte días de salario mínimo de la zona económica, sin perjuicio de que se denuncie la falsedad en que hubiere incurrido.

Asimismo deberá declararse desierta la prueba testimonial.

**Artículo 354.-** A los testigos de más de setenta años y a los enfermos podrá el juez, según las circunstancias, recibirles la declaración en sus casas en presencia de la otra parte, si asistiere.

**Artículo 355.-** Al Presidente de la República, a los Gobernadores de los Estados, a los Secretarios de Estado, Senadores, Diputados, Ministros, Magistrados, Jueces, Generales con mando, a las primeras Autoridades Políticas del Estado, se pedirá su declaración por oficio, y en esta forma la rendirán. En casos urgentes podrán rendir declaraciones personalmente.

**Artículo 356.-** Para el examen de los testigos no se presentarán interrogatorios escritos. Las preguntas serán formuladas verbal y directamente por las partes, tendrán relación directa con los puntos controvertidos y no serán contrarias al derecho o a la moral. Deberán estar concebidas en términos claros y precisos, procurando que en una sola no se comprenda más de un hecho. El juez debe cuidar de que se cumplan estas condiciones impidiendo preguntas que las contraríen. Contra la desestimación de preguntas sólo cabe la apelación en el efecto devolutivo.

**Artículo 357.-** La protesta y examen de los testigos se hará en presencia de las partes que concurrieren. Interrogará el promovente de la prueba y a continuación los demás litigantes podrán hacer repreguntas sobre las contestaciones de las preguntas directas, en los términos del artículo anterior.

**Artículo 358.-** No obstante lo dispuesto en los artículos anteriores, cuando el testigo resida fuera del lugar del juicio, deberá el promovente, al ofrecer la prueba, presentar sus interrogatorios con las copias respectivas para las otras partes, que dentro de tres días podrán presentar sus interrogatorios de repreguntas. Para el examen de los testigos que no residan en el lugar del juicio, se librará exhorto en que se incluirán, en pliego cerrado, las preguntas y repreguntas.

**Artículo 359.-** Después de tomarle al testigo la protesta de conducirse con verdad y de advertirle de las penas en que incurren los testigos falsos, se hará constar el nombre, edad, estado, domicilio y ocupación; si es pariente por consanguinidad o afinidad y en qué grado, de alguno de los litigantes; si es dependiente o empleado del que los presenta, o tiene con él sociedad o alguna otra relación de intereses; si tiene interés directo o indirecto en el pleito, si es amigo íntimo o enemigo de alguno de los litigantes. A continuación se procederá al examen.

**Artículo 360.-** Los testigos serán examinados separada y sucesivamente, sin que unos puedan presenciar las declaraciones de los otros. A este efecto el juez fijará un solo día para que se presenten los testigos que deben declarar, y designará lugar en que deben permanecer hasta la conclusión de la diligencia, salvo lo dispuesto en los artículos 354 y 355. Si no fuere posible terminar el examen de los testigos en un solo día, la diligencia se suspenderá para continuarla al día siguiente.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 361.-** Cuando el testigo deje de contestar a algún punto o haya incurrido en contradicción, o se haya expresado con ambigüedad, pueden las partes llamar la atención del juez para que éste, si lo estima conveniente, exija al testigo las aclaraciones oportunas.

**Artículo 362.-** El tribunal tendrá la más amplia facultad para hacer a los testigos las preguntas que estime conducentes a la investigación de la verdad respecto a los puntos controvertidos.

**Artículo 363.-** Si el testigo no sabe el idioma español, rendirá su declaración por medio de intérprete, que será nombrado por el juez. Si el testigo lo pidiere, además de asentarse su declaración en español, podrá escribirse en su propio idioma por él o por el intérprete.

**Artículo 364.-** Las respuestas del testigo se harán constar en autos en forma que al mismo tiempo se comprenda el sentido o términos de la pregunta formulada. Salvo en casos excepcionales, a juicio del juez, en que permitirá que se escriba textualmente la pregunta y a continuación la respuesta.

**Artículo 365.-** Los testigos están obligados a dar la razón de su dicho y el juez, deberá exigirla en todo caso.

**Artículo 366.-** La declaración una vez firmada no puede variarse ni en la substancia ni en la redacción.

**Artículo 367.-** En el acto del examen de un testigo o dentro de los tres días siguientes, pueden las partes atacar el dicho de aquél por cualquiera circunstancia que en su concepto afecte su credibilidad, cuando esa circunstancia no haya sido expresada en sus declaraciones. La petición de tachas se substanciará incidentalmente y su resolución se reservará para definitiva, debiendo suspenderse mientras tanto el pronunciamiento de ésta.

**Artículo 368.-** No es admisible la prueba testimonial para tachar a los testigos que hayan declarado en el incidente de tachas.

**SECCION VI**
**Fotografías, copias fotostáticas y demás elementos**

**Artículo 369.-** Para acreditar hechos o circunstancias que tengan relación con el negocio que se ventila, pueden las partes presentar fotografías o copias fotostáticas.

Quedan comprendidas dentro del término fotografías, las cintas cinematográficas y cualesquiera otras producciones fotográficas.

**Artículo 370.-** Como medio de prueba deben admitirse también los registros dactiloscópicos, fonográficos y demás elementos que produzcan convicción en el ánimo del juez.

La parte que presente esos medios de prueba deberá ministrar al tribunal los aparatos o elementos necesarios para que pueda apreciarse el valor de los registros y reproducirse los sonidos y figuras; apreciándolos de ese modo y apercibiéndolos que de no proporcionarlos oportunamente se declarará desierta la prueba.

**Artículo 371.-** Los escritos y notas taquigráficas pueden presentarse por vía de prueba, siempre que se acompañe la traducción de ellos, haciéndose especificación exacta del sistema taquigráfico empleado.

## SECCION VII
## De la fama pública

**Artículo 372.-** Para que la fama pública sea admitida como prueba, debe tener las condiciones siguientes:

**I.-** Que se refiera a época anterior al principio del pleito;

**II.-** Que tenga origen de personas determinadas que sean o hayan sido conocidas, honradas, fidedignas y que no hayan tenido ni tengan interés alguno en el negocio de que se trate;

**III.-** Que sea uniforme, constante y aceptada por la generalidad de la población donde se supone aconteció el suceso de que se trate;

**IV.-** Que no tenga por fundamento las preocupaciones religiosas, o populares, ni las exageraciones de los partidos políticos, sino una tradición nacional, o algunos hechos que, aunque indirectamente lo comprueben.

**Artículo 373.-** La fama pública debe probarse con testigos que no sólo sean mayores de toda excepción, sino que por su edad, por su inteligencia y por la independencia de su posición social merezcan verdaderamente el nombre de fidedignos.

**Artículo 374.-** Los testigos no sólo deben declarar las personas a quienes oyeron referir el suceso, sino también las causas probables en que descanse la creencia de la sociedad.

## SECCION VIII
## De las presunciones.

**Artículo 375.-** Presunción es la consecuencia que la ley o el juez deducen de un hecho conocido para averiguar la verdad de otro desconocido; la primera se llama legal y la otra humana.

**Artículo 376.-** Hay presunción legal cuando la ley la establece expresamente y cuando la consecuencia nace inmediata y directamente de la ley; hay presunción humana

cuando de un hecho debidamente probado se deduce otro que es consecuencia ordinaria de aquél.

**Artículo 377.-** El que tiene a su favor una presunción legal, sólo está obligado a probar el hecho en que se funda la presunción.

**Artículo 378.-** No se admite prueba contra la presunción legal, cuando la ley lo prohíbe expresamente y cuando el efecto de la presunción es anular un acto o negar una acción, salvo el caso en que la ley haya reservado el derecho de probar.

**Artículo 379.** Contra las demás presunciones legales y contra las humanas es admisible la prueba.

## CAPITULO VI
## De la Audiencia

**Artículo 380.-** Antes de la celebración de la audiencia, las pruebas deberán prepararse con toda oportunidad para que en ella puedan recibirse y al efecto se procederá:

**I.-** A citar a las partes a absolver posiciones que formulen las mismas, bajo el apercibimiento de que si no se presentan a declarar serán tenidos por confesos o de ser conducidos por la policía si el juez lo estima conveniente;

**II.-** A citar a los testigos y peritos bajo el apercibimiento de multa o de ser conducidos por la policía, a no ser que la parte que los ofreció se comprometiere a su perjuicio a presentarlos;

**III.-** A dar todas las facilidades necesarias a los peritos para el examen de objetos, documentos, lugares o personas para que rindan su dictamen a la hora de la audiencia;

**IV.-** A delegar o exhortar al juez que corresponda para que practique la inspección ocular y las compulsas que tengan que efectuarse fuera del lugar del juicio;

**V.-** A exhortar al juez que corresponda para que reciba la información de testigos cuando esta prueba tenga que practicarse fuera del lugar del juicio;

**VI.-** A mandar traer copias, documentos, libros y demás instrumentos ofrecidos por las partes ordenando las compulsas que fueren necesarias.

**Artículo 381.-** Si en el momento de la celebración de la audiencia se tramitare proceso penal sobre la falsedad de un documento, el tribunal, sin suspender el procedimiento y según las circunstancias, determinará al dictar sentencia si se reservan los derechos del impugnador para el caso en que penalmente se demuestre la falsedad o bien puede subordinar la eficacia ejecutiva de la sentencia o la prestación de una caución.

**Artículo 382.-** Constituido el tribunal en audiencia pública el día y hora señalados al efecto, serán llamados por el secretario los litigantes, peritos, testigos, y demás

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y
SOBERANO DE QUINTANA ROO**

personas que por disposición de la ley deban de intervenir en el juicio y se determinará quienes deben ser inmediatamente citados o traídos para que concurran a la diligencia, si no se hallaren presentes.

La audiencia se celebrará concurran o no las partes y estén o no presentes los testigos, peritos y los abogados

**Artículo 383.-** El secretario o el relator que el juez designare, referirá oralmente la demanda y la contestación. A continuación las pruebas se recibirán en el orden fijado en el artículo 291. Sin perjuicio de que se reciban las pruebas ya preparadas, se dejarán pendientes para la continuación de la audiencia las que no lo hubieren sido.

**Artículo 384.-** La prueba de confesión se recibirá asentando las contestaciones en que vaya implícita la pregunta sin necesidad de asentar ésta. Las partes pueden hacerse recíprocamente preguntas y formularse posiciones y el juez tiene la facultad de asentar o el resultado de este careo o bien las contestaciones conteniendo las preguntas.

**Artículo 385.-** En seguida se relatarán los documentos presentados, poniéndose de manifiesto planos, croquis, o esquemas. Las partes con sencillez pueden explicar al juez los documentos en que funden su derecho, mostrándolos y leyéndolos en la parte conducente; el juez puede hacer todas las preguntas necesarias sobre el contenido de los instrumentos. No se requiere hacer constar en el acta las exposiciones de las partes sobre los documentos ni las preguntas del tribunal.

Durante la audiencia no se pueden redargüir de falsos ni desconocer documentos que no lo fueron en su oportunidad. Cuando se hubiere hecho la impugnación de falsedad de un documento, de acuerdo con lo que dispone el artículo 341 se recibirán las pruebas y contrapruebas relativas a la objeción, asentándose sólo el resultado de ellas.

**Artículo 386.-** Los peritos dictaminarán por escrito u oralmente en presencia de las partes y del tercero en discordia si lo hubiere. Tanto las partes como el tercero y el juez pueden formular observaciones y hacer preguntas pertinentes durante la audiencia, en la cual se rendirá la prueba, y el tercero dirá su parecer.

**Artículo 387.-** Concluida la recepción de las pruebas el tribunal dispondrá que las partes aleguen por sí o por sus abogados o apoderados, primero el actor y luego el demandado; el Ministerio Público alegará también en los casos en que intervenga.

Se concederá el uso de la palabra por dos veces a cada una de las partes, las que procurarán la mayor brevedad y concisión, evitando palabras injuriosas y alusiones a la vida privada y opiniones políticas o religiosas limitándose a tratar de las acciones y de las excepciones que quedaron fijadas en la clausura del debate preliminar y de las cuestiones incidentales que surgieran. No se podrá hacer uso de la palabra por más de un cuarto de hora cada vez en primera instancia y de media hora en segunda.

*Artículo reformado POE 10-12-2010*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 388.-** Queda prohibida la práctica de dictar los alegatos a la hora de la diligencia. Los alegatos serán verbales y pueden las partes presentar sus conclusiones por escrito.

**Artículo 389.-** Los tribunales deben dirigir los debates previniendo a las partes se concreten exclusivamente a los puntos controvertidos, evitando digresiones. Pueden interrumpir a los litigantes para pedirles explicaciones e interrogarlos sobre los puntos que estimen convenientes, ya sobre las constancias de autos o ya sobre otros particulares relativos al negocio.

Cuando invoquen jurisprudencias, doctrinas o leyes de otros Estados, pueden exigir que se presenten en el acto mismo.

**Artículo 390.-** De esta audiencia, el secretario, bajo la vigilancia del juez, levantará acta desde que principie hasta que concluya la diligencia, haciendo constar el día, lugar y hora, la autoridad judicial ante quien se celebra, los nombres de las personas y abogados, peritos, testigos, intérpretes, el nombre de las partes que no concurrieron, las decisiones judiciales sobre personalidad, competencia e incidentes, declaraciones de las partes en la forma expresada en el artículo 384 extracto de las conclusiones de los peritos y de las declaraciones de los testigos, el resultado de la inspección ocular si la hubo y los documentos ofrecidos como pruebas si no constaron ya en el auto de admisión; las conclusiones de las partes en el debate oral, a no ser que por escrito las hubieren presentado los litigantes.

**Artículo 391.-** Los tribunales, bajo su más estricta responsabilidad al celebrar la audiencia de pruebas y alegatos, deben observar las siguientes reglas:

**I.-** Continuación del procedimiento, de tal modo que no pueda suspenderse ni interrumpirse la audiencia hasta que no haya terminado; en consecuencia, desecharán de plano las recusaciones y los incidentes que pudieren interrumpirla;

**II.-** Los jueces que resuelvan deben ser los mismos que asistieron a la recepción de las pruebas y alegatos de las partes. Si por causa insuperable dejare el juez de continuar la audiencia y fuere distinto el que lo substituyere en el conocimiento del negocio, puede mandar repetir las diligencias de prueba si éstas no consisten sólo en documentos;

**III.-** Mantener la mayor igualdad entre las partes, de modo que no se haga concesión a una de ellas sin que se haga lo mismo con la otra;

**IV.-** Evitar digresiones reprimiendo con energía las promociones de las partes que tiendan a suspender o retardar el procedimiento;

**V.-** Siempre será pública la audiencia, excepto en los casos a que se refiere el artículo 60.

**Artículo 392.-** Si por causas graves hubiere necesidad de prolongar la audiencia durante horas inhábiles, no se requiere providencia de habilitación.

Cuando haya necesidad de diferirla se continuará en las fechas que para el efecto se señalen.

**Artículo 393.-** En los tribunales colegiados, sólo cuando faltare la mayoría, tendrá efecto la repetición de las pruebas y alegatos a que se refiere la fracción II del artículo 391.

**Artículo 394.-** Terminada la audiencia si no se pronunciare la sentencia, se citará para oírla, la que se dictará dentro del término de ocho días

## CAPITULO VII
### Del valor de las pruebas

**Artículo 395.-** La confesión judicial hace prueba plena cuando concurren en ella las siguientes condiciones:

**I.-** Que sea hecha por persona capaz de obligarse;

**II.-** Que sea hecha con pleno conocimiento y sin coacción ni violencia;

**III.-** Que sea de hecho propio, o en su caso del representado o del cedente, y concerniente al negocio;

**IV.-** Que se haga conforme a las formalidades de la ley;

**Artículo 396.-** El declarado confeso sin que haya hecho confesión, puede rendir prueba en contrario siempre que esta prueba no importe una excepción no opuesta en tiempo oportuno.

**Artículo 397.-** La confesión judicial expresa que afecte a toda la demanda, engendra el efecto de obligar al juez a otorgar en la sentencia un plazo de gracia al deudor después de efectuado el secuestro y a reducir las costas.

**Artículo 398.-** La reclamación de nulidad de la confesión por error o violencia, se tramitará incidentalmente y se decidirá en la definitiva.

**Artículo 399.-** La confesión hecha en la demanda, en la contestación o en cualquiera otro acto de juicio, hará prueba plena sin necesidad de ratificación ni ser ofrecida como prueba.

**Artículo 400.-** La confesión extrajudicial hará prueba plena si el juez incompetente ante quien se hizo era competente en el momento de la confesión, o las dos partes lo reputaban como tal o se hizo en la demanda o contestación.

**Artículo 401.-** La confesión extrajudicial hecha en testamento también hace prueba plena, salvo en los casos de excepción señalados por el Código Civil.

**Artículo 402.-** La confesión no producirá el efecto probatorio a que se refieren los artículos anteriores, en los casos en que la ley lo niegue y en aquellos en que venga acompañada con otras pruebas o presunciones que la hagan inverosímil o descubran la intención de defraudar a terceras personas. Debe el juez razonar cuidadosamente esta parte de su fallo.

**Artículo 403.-** La confesión judicial o extrajudicial, sólo produce efecto en lo que perjudica al que la hace, pero no puede dividirse contra el que la hizo, salvo cuando se refiere a hechos diferentes, cuando una parte de la confesión esté probada por otros medios o cuando en algún extremo sea contraria a la naturaleza o a las leyes.

**Artículo 404.-** Los instrumentos públicos no se perjudicarán en cuanto a su validez por las excepciones que se aleguen para destruir la acción que en ellos se funde.

**Artículo 405.-** Las partidas, registradas por los párrocos, anteriores al establecimiento del Registro Civil, no harán prueba plena en lo relativo al estado civil de las personas, sino cotejadas por notario público.

**Artículo 406.-** Las actuaciones judiciales hacen prueba plena.

**Artículo 407.-** Los documentos privados sólo harán prueba plena, y contra su autor, cuando fueren reconocidos legalmente. En el reconocimiento expreso de documentos privados es aplicable lo dispuesto en las fracciones I y II del artículo 395.

**Artículo 407 BIS.-** En casos de violencia familiar las pruebas preconstituidas hacen prueba plena, cuya valoración deben ser tomadas en cuenta para la resolución del juez.
*Artículo adicionado POE 10-12-2010*

**Artículo 408.-** El reconocimiento hecho por el albacea hace prueba plena y también la hace el hecho por un heredero en lo que a él concierne.

**Artículo 409.-** Los documentos simples comprobados por testigos tendrán el valor que merezcan sus testimonios recibidos conforme a lo dispuesto en la sección V del Quinto Capítulo.

**Artículo 410.-** El documento que un litigante presente, prueba plenamente en su contra, en todas sus partes.

**Artículo 411.-** El reconocimiento o inspección judicial hará prueba plena, cuando se haya practicado en objetos que no requieren conocimientos especiales o científicos.

**Artículo 412.-** Las fotografías, copias fotostáticas, y demás pruebas científicas quedan a la prudente calificación del juez. Las copias fotostáticas sólo harán fe cuando estén certificadas.

**Artículo 413.-** Las presunciones legales hacen prueba plena.

**Artículo 414.-** Para que la presunción de cosa juzgada surta efecto en otro juicio, es necesario que entre el caso resuelto por la sentencia y aquél en que ésta sea invocada, concurra identidad de las cosas, las causas, las personas de los litigantes y la calidad con que lo fueren.

En las cuestiones relativas al estado civil de las personas y a las de validez o nulidad de las disposiciones testamentarias, la presunción de cosa juzgada es eficaz contra terceros aunque no hubieren litigado.

Se entiende que hay identidad de personas siempre que los litigantes del segundo pleito sean causahabientes de los que contendieron en el pleito anterior o estén unidos a ellos por solidaridad o indivisibilidad de las prestaciones entre los que tienen derecho a exigirlas u obligación de satisfacerlas.

**Artículo 415.-** Para que las presunciones no establecidas por la ley sean apreciables como medios de prueba, es indispensable que entre el hecho demostrado y aquel que se trata de deducir, haya un enlace preciso, más o menos necesario.

Los jueces apreciarán en justicia el valor de las presunciones humanas.

**Artículo 416.-** La valoración de las pruebas se hará de acuerdo con el presente capítulo, a menos que por el enlace interior de las pruebas rendidas y de las presunciones formadas, el tribunal adquiera convicción distinta respecto de los hechos materia del litigio. En este caso, deberá fundar el juez cuidadosamente esta parte de su sentencia.

## CAPITULO VIII
### De la sentencia ejecutoriada

**Artículo 417.-** Hay cosa juzgada cuando la sentencia causa ejecutoria.

Causan ejecutoria por ministerio de ley:

**I.-** Las sentencias pronunciadas en juicio cuyo interés no pase de cinco mil pesos;

**II.-** Las sentencias de segunda instancia;

**III.-** Las que no admiten ningún recurso;

**IV.-** Las sentencias interlocutorias, que admitiendo algún recurso, no fueren recurridas.

**Artículo 418.-** Causan ejecutoria por declaración judicial:

**I.-** Las sentencias consentidas expresamente por las partes o por sus mandatarios con poder o cláusula especial;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**II.-** Las sentencias de que hecha notificación en forma no se interpone recurso en el término señalado por la ley, y

**III.-** Las sentencias de que se interpuso recurso, pero se continuó en forma y término legales o se desistió de él la parte o su mandatario con poder o cláusula especial.

**Artículo 419.-** En los casos a que se refiere el artículo anterior, el Tribunal de oficio hará la declaración correspondiente.

**Artículo 420.-** El auto en que se declare que una sentencia ha causado o no ejecutoria, no admite recurso alguno.

## CAPITULO IX
### De los Incidentes

**Artículo 421.-** Los incidentes que no tengan señalada una tramitación especial, se sujetarán a la establecida en este capítulo. También se substanciará en esta forma cualquiera intervención judicial que no amerite la tramitación de un juicio.

**Artículo 422.-** Con la promoción inicial, que deberá venir acompañada de copia simple, se mandará correr traslado a la parte contraria para que formule su contestación dentro de tres días, resolviendo el juez en igual término. Si se promueve prueba, deberá ofrecerse en los escritos respectivos, fijando los puntos sobre los que verse, y se citará para audiencia indiferible dentro del término de ocho días, en que se reciba, se oigan brevemente las alegaciones y se cite para sentencia interlocutoria.

**Artículo 423.-** Todas las disposiciones sobre prueba en el juicio son aplicables a los incidentes, en lo que no se opongan a lo preceptuado en este Capítulo.

**Artículo 424.-** Las resoluciones incidentales no surten efecto alguno más que en el juicio en que hayan sido dictadas, a no ser que la resolución se refiera a varios juicios, caso en el cual surtirá efectos en todos ellos

## TITULO OCTAVO
### De los juicios en rebeldía

## CAPITULO I
### Procediendo estando ausente el rebelde

**Artículo 425.-** En toda clase de juicios, cuando se constituya en rebeldía un litigante, no compareciendo en el juicio después de citado en forma, no se volverá a practicar diligencia alguna en su busca.

Todas las resoluciones que de allí en adelante recaigan en el pleito y cuantas citaciones deban hacérsele, se notificarán por lista, salvo los casos en que otra cosa se prevenga.

**Artículo 426.-** El litigante será declarado rebelde sin necesidad que medie petición de la parte contraria y cuando el que haya sido arraigado quebrante el arraigo sin dejar apoderado instruido.

**Artículo 427.-** Los autos que ordenen que un negocio se reciba a prueba o señalen día para la audiencia de pruebas y alegatos, así como los puntos resolutivos de la sentencia, además de notificarse por lista se publicarán dos veces, de tres en tres días, en el periódico local que indique el Juez, si se tratare del caso previsto en la fracción II del artículo 115.

**Artículo 428.-** Desde el día en que fue declarado rebelde o quebrantó el arraigo el demandado, se decretará, si la parte contraria lo pidiere, la retención de sus bienes muebles y el embargo de los inmuebles en cuanto se estime necesario para asegurar lo que sea objeto del juicio.

**Artículo 429.-** La retención se hará en poder de la persona que tenga a su disposición o bajo su custodia los bienes muebles en que haya de consistir, concediendo el Juez un término prudente para que garantice su manejo como depositario.

Si extinguido ese término no ofreciere garantías suficientes a juicio del juez, se constituirán los muebles en depósito de persona que tenga bienes raíces o afiance su manejo a satisfacción del Juez.

**Artículo 430.-** El embargo de los inmuebles se hará expidiendo mandamiento por duplicado al registrador de la propiedad que corresponda para que se inscriba el secuestro. Una de las copias después de cumplimentado el registro, se unirá a los autos.

Los inmuebles se pondrán también en depósito de la persona en cuyo poder se encuentren y el Juez dará un término prudente para que garantice su manejo, si no fuere el demandado mismo.

No haciéndolo, se colocarán bajo depósito, según lo disponen los artículos 509 y siguientes exigiéndose al depositario las mismas garantías que previene el artículo anterior.

**Artículo 431.-** La retención o embargo practicados a consecuencia de declaración en rebeldía continuarán hasta la conclusión del juicio.

**Artículo 432.-** En el caso de que el emplazamiento se hubiere hecho por edictos, la sentencia no se ejecutará sino pasados tres meses a partir de la última publicación, a no ser que el actor dé la fianza prevenida para la ejecución.

## CAPITULO II
### Procedimiento Estando Presente el Rebelde

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 433.-** Cualquiera que sea el estado del pleito en que el litigante rebelde comparezca, será admitido como parte y se entenderá con él la substanciación, sin que ésta pueda retroceder en ningún caso.

**Artículo 434.-** Si el litigante rebelde se presenta dentro del término probatorio, tendrá derecho a que se le reciban las pruebas que promueva sobre alguna excepción perentoria, siempre que incidentalmente acredite que estuvo en todo el tiempo transcurrido desde el emplazamiento, impedido de comparecer en el juicio por una fuerza mayor no interrumpida

**Artículo 435.-** Si compareciere después del término de ofrecimiento de pruebas, en primera instancia, o durante la segunda, se recibirán los autos a prueba, si se acreditare incidentalmente el impedimento y se trate de una excepción perentoria.

**Artículo 436.-** Podrá pedir también que se alce la retención o el embargo de sus bienes alegando y justificando cumplidamente no haber podido comparecer en el juicio por fuerza mayor insuperable.

**Artículo 437.-** Siempre que se trate de acreditar el impedimento insuperable, se tramitará en un incidente, sin recurso alguno

**Artículo 438.-** El litigante rebelde a quién haya sido notificado personalmente el emplazamiento o la sentencia definitiva, sólo podrá utilizar contra ella el recurso de apelación, en los términos del derecho común.

**Artículo 439.-** Se admitirá la apelación extraordinaria que contra la sentencia interpusiere el litigante rebelde conforme el capítulo único, título decimotercero.

## TÍTULO NOVENO
### De la Vía de Apremio

## CAPÍTULO I
### De la ejecución en general

**Artículo 440.-** Para que la ejecución tenga lugar a fin de garantizar el resultado de un juicio, se necesita un Título que la lleva aparejada.

Traen aparejada ejecución:

**I.-** La primera copia de una escritura pública expedida por el juez o notario ante quien se otorgó;

**II.-** Las ulteriores copias dadas por mandato judicial, con citación de la persona a quien interesa;

**III.-** Los demás instrumentos públicos que conforme al artículo 329 hacen prueba plena;

**IV.-** Cualquier documento privado después de reconocido por quién lo hizo o lo mandó extender, basta con que se reconozca la firma aun cuando se niegue la deuda;

**V.-** La confesión de la deuda hecha ante juez competente por el deudor o por su representante con facultades para ello;

**VI.-** Los convenios celebrados en el curso de un juicio ante el juez, ya sea de las partes entre sí o de terceros que se hubieren obligado como fiadores, depositarios o en cualquier otra forma;

**VII.-** Las pólizas originales de contratos celebrados con intervención de corredor público;

**VIII.-** El juicio uniforme de contadores si las partes ante el juez o por escritura pública o por escrito privado reconocido judicialmente, se hubieren sujetado a él expresamente o lo hubieren aprobado.

**IX.-** Los documentos que a se refiere el Artículo 43 de la Ley de Propiedad en Condominio de Inmuebles del Estado de Quintana Roo.

*Fracción adicionada POE 30-11-2010*

**Artículo 441.-** Las sentencias que causen ejecutoria y los convenios judiciales, laudos o juicios de contadores, motivarán ejecución si el interesado no lo intentare dentro del juicio de donde emana.

**Artículo 442.-** Cuando la confesión judicial se haga durante la secuela del juicio se procederá a la ejecución si el actor así lo pidiere.

Si la confesión sólo afecta a una parte de lo demandado, se procederá a la ejecución por la parte confesada, si el actor lo pidiere así, sin perjuicio de que prosiga el juicio.

**Artículo 443.-** La ejecución no puede despacharse sino por cantidad líquida.

Si el título ejecutivo o las diligencias preparatorias determinan una cantidad líquida en parte y en parte ilíquida, por aquélla se decretará la ejecución, reservándose por el resto los derechos del promovente.

**Artículo 444.-** Las cantidades que por intereses o perjuicios formen parte de la deuda reclamada y no estuvieren liquidadas al despacharse la ejecución, lo serán en su oportunidad y se decidirán en la sentencia definitiva.

**Artículo 445.-** Las obligaciones sujetas a condición suspensiva o a plazo no serán ejecutivas sino cuando aquélla o éste se hayan cumplido, salvo lo dispuesto en los artículos 348 y 330 del Código Civil.

**Artículo 446.-** Si el título ejecutivo contiene obligación de hacer, se observarán las reglas siguientes:

**I.-** Si el actor exige la prestación del hecho por el obligado o por un tercero conforme al artículo 2259 del Código Civil, el juez, atendidas las circunstancias del hecho, señalará un término prudente para que se cumpla la obligación;

**II.-** Si en el contrato se estableció alguna pena por el importe de ésta, se decretará la ejecución;

**III.-** Si no se fijó la pena, el importe de los daños y perjuicios será fijado por el actor cuando transcurrido el plazo para la prestación del hecho por el obligado mismo, el demandante optare por el resarcimiento de daños y perjuicios; en este caso, el juez debe moderar prudentemente la cantidad señalada;

**IV.-** Hecho el acto por el tercero o efectuado el embargo por los daños y perjuicios o la pena, puede oponerse el demandado, de la misma manera que en las demás ejecuciones.

**Artículo 447.-** Cuando el título ejecutivo contenga la obligación de entregar cosas que sin ser dinero se cuentan por número, peso o medida, se observarán las reglas siguientes:

**I.-** Si no se designa la calidad de la cosa y existieren de varias clases en poder del deudor, se embargarán las de mediana calidad;

**II.-** Si hubiere sólo de calidades diferentes a la estipulada, se embargarán si así lo pidiere el actor, sin perjuicio de que en la sentencia definitiva se hagan los abonos recíprocos correspondientes;

**III.-** Si no hubiere en poder del demandado de ninguna calidad, se despachará ejecución por la cantidad de dinero que señale el actor, debiendo prudentemente moderarla el ejecutor de acuerdo con los precios corrientes en plaza, sin perjuicio de lo que señale por daños y perjuicios moderables también

**Artículo 448.-** Cuando la ejecución se ejercite sobre cosa cierta y determinada o en especie, si hecho el requerimiento de entrega el demandado no la hace, se pondrá en secuestro judicial.

Si la cosa ya no existe se embargarán bienes que cubran su valor fijado por el ejecutante y los daños y perjuicios como en las demás ejecuciones, pudiendo ser moderada la cantidad por el juzgador. El ejecutado puede oponerse a los valores fijados y rendir las pruebas que juzgue convenientes durante la tramitación del juicio.

**Artículo 449.-** Si la cosa especificada se halla en poder de un tercero la ejecución no podrá ejercitarse contra éste, sino en los casos siguientes:

**I.-** Cuando la acción sea real;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

---

**II.-** Cuando se haya declarado judicialmente que la enajenación por la que adquirió el tercero está en los casos de los artículos 300 y 312 del Código Civil y los demás preceptos en que expresamente se establezca esa responsabilidad.

**Artículo 450.-** Agotado el procedimiento la sentencia debe decidir los derechos controvertidos. De resultar probada la acción, la sentencia decretará que ha lugar a hacer trance y remate de los bienes embargados y con el producto, pago al acreedor.

**Artículo 451.-** Cuando el deudor consignare la cantidad reclamada para evitar los gastos y molestias del embargo, reservándose el derecho de oponerse, se suspenderá el embargo y la cantidad se depositará conforme a la ley; y si la cantidad consignada no fuere suficiente para cubrir la deuda principal y las costas, se practicará el embargo por lo que falte.

**Artículo 452.-** El contrato de compraventa concertado bajo la condición resolutoria de la falta de pago del precio total o parcial, da lugar a la ejecución para recuperar la cosa vendida si el acreedor consigna las prestaciones recibidas del demandado con la reducción correspondiente al demérito de la cosa, calculado en el contrato o prudentemente por el juez.

**Artículo 453.-** Procede también la ejecución para recuperar, bajo las mismas condiciones indicadas en el artículo anterior, el bien que se enajenó con reserva del dominio hasta la total solución del precio

**Artículo 454.-** Para que proceda la ejecución a que se refieren los artículos que preceden se necesita que los contratos se hayan registrado como lo previene el Código Civil.

**CAPITULO II**
**De la Ejecución de la Sentencia**

**Artículo 455.-** Procede la vía de apremio a instancia de parte siempre que se trate de la ejecución de una sentencia o de un convenio celebrado en el juicio, ya sea por las partes, o por terceros que hayan venido al juicio por cualquier motivo que sea.

**Artículo 456.-** La ejecución de una sentencia que haya causado ejecutoria o que deba llevarse adelante por estar otorgada ya la fianza correspondiente, se hará por el juez que hubiere conocido del negocio en primera instancia.

La ejecución de los autos firmes que resuelvan un incidente queda a cargo del Juez que conozca del principal.

La ejecución de los convenios celebrados en el juicio se hará por el juez que conozca del negocio en que tuvieron lugar, pero no procede en la vía de apremio si no consta en escritura pública o judicialmente en autos.

**Artículo 457.-** Cuando las transacciones o los convenios se celebren en segunda instancia, serán ejecutados por el juez que conoció en la primera, a cuyo efecto el tribunal devolverá los autos al inferior, acompañándole testimonio del convenio.

**Artículo 458.-** El tribunal que haya dictado ejecutoria en segunda instancia, dentro de los tres días siguientes a la notificación devolverá los autos al inferior con testimonio de la ejecutoria y constancia de las notificaciones.

**Artículo 459.-** La ejecución de las sentencias arbitrales se hará por el juez competente designado por las partes y en su defecto por el juez del lugar del juicio, y si hubiere varios, por el que elija el ejecutante.

**Artículo 460.-** Cuando se pida la ejecución de sentencia, el juez señalará al deudor el término improrrogable de cinco días para que la cumpla si en ella no se hubiere fijado algún término para ese efecto.

**Artículo 461.-** Si la sentencia condenare al pago de cantidad líquida, se procederá siempre, y sin necesidad de previo requerimiento personal al condenado, al embargo de bienes en los términos prevenidos para los secuestros.

**Artículo 462.-** Sólo hasta después de asegurados los bienes por medio del secuestro, podrán tener efecto los términos de gracia concedidos por el juez o por la ley.

**Artículo 463.-** Pasado el plazo del artículo 460, sin haberse cumplido la sentencia, se procederá al embargo.

**Artículo 464.-** Si los bienes embargados fueren dinero, sueldos, pensiones o créditos realizables en el acto, como efectos de comercio o acciones de compañías que se coticen en la Bolsa se hará el pago al acreedor inmediatamente después del embargo. Los efectos de comercio y acciones, bonos o títulos de pronta realización, se mandarán vender por conducto de corredor titulado, a costa del obligado.

**Artículo 465.-** Si los bienes embargados no estuvieren valuados anteriormente, se pasarán al avalúo y venta en almoneda pública en los términos prevenidos por este Código.

No se requiere avalúo cuando el precio conste en instrumento público o se haya fijado por consentimiento de los interesados o se determine por otros medios, según las estipulaciones del contrato, a menos que en el curso del tiempo o por mejoras hubiere variado el precio.

**Artículo 466.-** Si en el contrato se fijó el precio en que una finca hipotecada debe ser adjudicada al acreedor, con renuncia expresa de subasta, la adjudicación se hará luego que pasen los cinco días señalados en el artículo 460 o el plazo de gracia, a menos que en el curso del tiempo o por mejoras, hubiere variado el precio.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 467.-** Del precio del remate se pagará al ejecutante el importe de su crédito y se cubrirán los gastos que haya causado la ejecución

**Artículo 468.-** Si la sentencia contuviere condena al pago de cantidad líquida y de otra ilíquida, podrá procederse a hacer efectiva la primera, sin esperar a que se liquide la segunda.

**Artículo 469.-** Si la sentencia no contiene cantidad líquida, la parte a cuyo favor se pronunció al promover la ejecución presentará su liquidación la cual se tramitará en forma incidental.

*Artículo reformado POE 21-10-2009*

**Artículo 470.-** Cuando la sentencia hubiere condenado al pago de daños y perjuicios sin fijar su importe en cantidad líquida, háyanse establecido o no en aquélla las bases para la liquidación el que haya obtenido a su favor el fallo presentará, con la solicitud, relación de los daños y perjuicios y de su importe. De esta regulación se correrá traslado al que haya sido condenado, observándose lo prevenido en el artículo anterior.

Lo mismo se practicará cuando la cantidad líquida proceda de frutos, rentas o productos de cualquiera clase.

**Artículo 471.-** Si la sentencia condena a hacer alguna cosa, el juez señalará al que fue condenado un plazo prudente para el cumplimiento, atendidas las circunstancias del hecho y de las personas.

Si pasado el plazo el obligado no cumpliere, se observarán las reglas siguientes:

**I.-** Si el hecho fuere personal del obligado y no pudiere prestarse por otro, se le compelerá empleando los medios de apremio más eficaces, sin perjuicio del derecho para exigirle la responsabilidad civil;

**II.-** Si el hecho pudiere prestarse por otro, el juez nombrará persona que lo ejecute a costa del obligado en el término que le fije;

**III.-** Si el hecho consiste en el otorgamiento de algún instrumento o la celebración de un acto jurídico, el juez lo ejecutará por el obligado, expresándose en el documento que se otorgó en rebeldía

**Artículo 472.-** Si el ejecutante optare, en cualquiera de los casos enumerados en el artículo anterior, por el resarcimiento de daños y perjuicios, se procederá a embargar bienes del deudor por la cantidad que aquél señalare y que el juez podrá moderar prudentemente, sin perjuicio de que el deudor reclame sobre el monto. Esta reclamación se substanciará como incidente de liquidación de sentencia.

**Artículo 473.-** Cuando la sentencia condena a rendir cuentas, el Juez señalará un término prudente al obligado, para que las rindan e indicará también a quién deban de rendirse.

**Artículo 474.-** El obligado, en el término que se le fije, y que no se prorrogará sino por una sola vez y por causa grave, a juicio del tribunal, rendirá su cuenta presentando los documentos que tenga en su poder y los que el acreedor tenga en el suyo y que debe presentar poniéndolos a la disposición del deudor en la secretaría.

Las cuentas deben de contener un preámbulo con la exposición sucinta de los hechos que dieron lugar a la gestión y la resolución judicial que ordena la rendición de cuentas, la indicación de las sumas recibidas y gastadas y el balance de las entradas y salidas, acompañándose de los documentos justificativos, como recibos, comprobantes de gastos y demás.

**Artículo 475.-** Si el deudor presenta sus cuentas en el término señalado, quedarán éstas por seis días a la vista de las partes en el tribunal y dentro del mismo tiempo presentarán sus objeciones determinando las partidas no consentidas.

La impugnación de algunas partidas no impide que se despache ejecución a solicitud de parte respecto de aquellas cantidades que confiese tener en su poder el deudor, sin perjuicio de que en el cuaderno respectivo se substancien las oposiciones a las partidas objetadas. Las objeciones se substancian en la misma forma que los incidentes para liquidación de sentencias.

**Artículo 476.-** Si el obligado no rindiere cuentas en el plazo que se le señaló, puede el actor pedir que se despache ejecución contra el deudor si durante el juicio comprobó que éste tuviera ingresos por la cantidad que éstos importaron. El obligado puede impugnar el monto de la ejecución, substanciándose el incidente en la misma forma a que se refiere el artículo anterior.

En el mismo caso podrá el acreedor pedir al juez que, en vez de ejecutar al obligado, preste el hecho un tercero que el tribunal nombre al efecto

**Artículo 477.-** Cuando la sentencia condene a dividir una cosa común y no dé las bases para ello, se convocará a los interesados a una junta, para que en la presencia judicial determinen las bases de la partición o designen un partidor, y si no se pusieren de acuerdo en una y otra cosa, el juez designará a persona que haga la partición y que sea perito en la materia si fueren menester conocimientos especiales.

Señalará a éste el término prudente para que presente el proyecto partitorio.

Presentado el plan de partición, quedará en la secretaría a la vista de los interesados por seis días, comunes, para que formulen las objeciones dentro de ese mismo tiempo y de las que se correrá traslado al partidor y se substanciarán en la misma forma de los incidentes de liquidación de sentencia. El juez, al resolver, mandará hacer las adjudicaciones y extender las hijuelas con una breve relación de los antecedentes respectivos.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 478.-** Si la sentencia condena a no hacer, su infracción se resolverá en el pago de daños y perjuicios al actor, quién tendrá el derecho de señalarlos para que por ellos se despache ejecución, sin perjuicio de la pena que señale el contrato o el testamento.

**Artículo 479.-** Cuando en virtud de la sentencia o de la determinación del juez debe entregarse alguna cosa inmueble, se procederá inmediatamente a poner en posesión de la misma al actor o a la persona en quién fincó el remate aprobado, practicando a este fin todas las diligencias conducentes que solicite el interesado.

Si la cosa fuere mueble y pudiere ser habida, se le mandará entregar al actor o al interesado que indicará la resolución. Si el obligado se resistiere, lo hará el actuario, quién podrá emplear el uso de la fuerza pública y aun mandar romper las cerraduras.

En caso de no poderse entregar los bienes señalados en la sentencia, se despachará la ejecución por la cantidad que señale el actor, que puede ser moderada prudentemente por el juez, sin perjuicio de que se oponga al monto el deudor

**Artículo 480.-** Cuando la sentencia ordene la entrega de personas, el Juez dictará las disposiciones más conducentes a que no quede frustrado lo fallado.

**Artículo 481.-** De las resoluciones dictadas para la ejecución de una sentencia no se admitirá recurso alguno.

*Artículo reformado POE 21-10-2009*

**Artículo 482.-** Todos los gastos y costas que se originen en la ejecución de una sentencia, serán a cargo del que fue condenado en ella.

**Artículo 483.-** La acción para pedir la ejecución de una sentencia, transacción o convenio judiciales durará diez años contados desde el día en que se venció el término judicial para el cumplimiento voluntario de lo juzgado y sentenciado.

**Artículo 484.-** Cuando la sentencia pronunciada por un juez deba ser ejecutada, por otro de diverso partido judicial, pero sujeto al mismo Tribunal Superior, bastará simple oficio.

**Artículo 485.-** Contra la ejecución de las sentencias y convenios judiciales no se admitirá más excepción que la de pago, si la ejecución se pide dentro de ciento ochenta días; si ha pasado este término, pero no más de un año, se admitirán además, las de transacción, compensación y compromiso en árbitros; y transcurrido más de un año serán admisibles también la de la novación, la espera, la quita, el pacto de no pedir y cualquier otro arreglo que modifique la obligación, y la de falsedad del instrumento, siempre que la ejecución no se pida en virtud de ejecutoria o convenio constante en autos. Todas estas excepciones, sin comprender la de falsedad, deberán ser posteriores a la sentencia, convenio o juicio, y constar por instrumento público o por documento privado judicialmente reconocido o por confesión judicial. Se substanciarán estas excepciones en forma de incidente, con suspensión de la ejecución, sin proceder ésta cuando se promueva en la demanda respectiva el reconocimiento o la confesión.

**Artículo 486.-** Los términos fijados en el artículo anterior se contarán desde la fecha de la sentencia o convenio, a no ser que en ellos se fije el plazo para el cumplimiento de la obligación, en cuyo caso el término se contará desde el día en que se venció el plazo o desde que pudo exigirse la última prestación vencida si se tratare de prestaciones periódicas.

**Artículo 487.-** Todo lo que en este capítulo se dispone respecto de la sentencia, comprende las transacciones, convenios judiciales y los laudos que ponen fin a los juicios arbitrales.

## CAPITULO III
## De los Embargos

**Artículo 488.-** Decretado el auto de ejecución, el cual tendrá fuerza de mandamiento en forma, el actuario requerirá de pago al deudor, y no verificándolo éste en el acto, se procederá a embargar bienes suficientes a cubrir las prestaciones demandadas, si se tratare de un juicio ejecutivo o las fijadas en la sentencia. El actor podrá asistir a la práctica de la diligencia.

No es necesario el requerimiento de pago en la ejecución del embargo precautorio, ni en la ejecución de sentencias cuando no fuere hallado el condenado.

*Artículo reformado POE 30-11-2010*

**Artículo 489.-** Si el deudor, tratándose de juicio ejecutivo, no fuere habido después de habérsele buscado una vez en su domicilio se le dejará citatorio para hora fija dentro de las veinticuatro siguientes, y si no espera, se practicará la diligencia con cualquiera persona que se encuentre en la casa o a falta de ella con el vecino inmediato.

Si no se supiere el paradero del deudor, ni tuviere casa en el lugar, se hará el requerimiento por tres días consecutivos, fijando la cédula en los lugares públicos de costumbre, y surtirá sus efectos dentro de ocho días.

Verificado de cualquiera de los modos indicados el requerimiento, se procederá en seguida al embargo.

*Artículo reformado POE 30-11-2010*

**Artículo 490.-** El derecho de designar los bienes que han de embargarse corresponde al deudor; y sólo que éste se rehuse a hacerlo o que esté ausente, podrá ejercerlo el actor o su representante, pero cualquiera de ellos se sujetará al siguiente orden: 1o. Los bienes consignados como garantía de la obligación que se reclama; 2o. Dinero; 3o. Créditos realizables en el acto; 4o. Alhajas; 5o. Frutos y rentas de toda especie; 6o. Bienes muebles no comprendidos en las fracciones anteriores; 7o. Bienes raíces; 8o. Sueldos o comisiones; 9o. Créditos.

**Artículo 491.-** El ejecutante puede señalar los bienes que han de ser objeto del secuestro, sin sujetarse al orden establecido por el artículo anterior:

**I.-** Si para hacerlo estuviere autorizado por el obligado en virtud de convenio expreso;

**II.-** Si los bienes que señala el demandado no fueron bastantes o si no se sujeta al orden establecido en el artículo anterior;

**III.-** Si los bienes estuvieren en diversos lugares; en este caso puede señalar los que se hallen en el lugar del juicio.

**Artículo 492.-** El embargo sólo subsiste en cuanto los bienes que fueron objeto de él basten a cubrir la suerte principal y costas, incluidos los nuevos vencimientos y réditos hasta la total solución, a menos que la ley disponga expresamente lo contrario.

**Artículo 493.-** Cualquiera dificultad suscitada en la diligencia de embargo no la impedirá ni suspenderá; el actuario la allanará prudentemente, a reserva de lo que determine el juez

**Artículo 494.-** Cuando practicado el remate de los bienes consignados en garantía, no alcanzare su producto para cubrir la reclamación, el acreedor puede pedir el embargo de otros bienes.

**Artículo 495.-** Podrá pedirse la ampliación de embargo:

**I.-** En cualquier caso en que a juicio del juez no basten los bienes secuestrados para cubrir la deuda y las costas;

**II.-** Si el bien secuestrado que se sacó a remate dejare de cubrir el importe de lo reclamado a consecuencia de las retasas que sufriere o si transcurrido un año desde la remisión, tratándose de muebles no hubiere obtenido su venta;

**III.-** Cuando no se embarguen bienes suficientes por no tenerlos el deudor y después aparecen o los adquiera;

**IV.-** En los casos de tercería, conforme a lo dispuesto en el título décimo.

**Artículo 496.-** La ampliación del embargo, se seguirá por cuerda separada sin suspensión de la orden de ejecución, a la que se unirá después de realizada.

**Artículo 497.-** De todo secuestro se tendrá como depositario a la persona que nombre el acreedor, bajo su responsabilidad, mediante formal inventario.

Se exceptúan de lo dispuesto en este precepto:

**I.-** El embargo de dinero o de créditos fácilmente realizables, que se efectúa en virtud de sentencia, porque entonces se hace entrega inmediata al actor en pago; en cualquier otro caso, el depósito se hará en la Institución de Crédito autorizada o en casa

comercial de crédito reconocido en los lugares en que no está establecido aquél; el billete de depósito se conservará en el seguro del juzgado;

**II.-** El secuestro de bienes que han sido objeto de embargo judicial anterior, en cuyo caso el depositario anterior en tiempo lo será respecto de todos los embargos subsecuentes mientras subsista el primero, a no ser que el reembargo sea por virtud de juicio hipotecario, derecho de prenda u otro privilegio real; porque entonces éste prevalecerá si el crédito de que procede es de fecha anterior al primer secuestro;

**III.-** El secuestro de alhajas y demás muebles preciosos que se hará depositándolos en la institución autorizada al efecto por la ley.

**Artículo 498.-** Quedan exceptuados de embargo:

**I.-** Los bienes que constituyen el patrimonio de familia, desde su inscripción en el Registro Público de la Propiedad, en los términos establecidos por el Código Civil.

**II.-** El lecho cotidiano, los vestidos y los muebles del uso ordinario del deudor, de su cónyuge o de sus hijos, no siendo de lujo, a juicio del juez.

**III.-** Los instrumentos, aparatos y útiles necesarios para el arte u oficio a que el deudor esté dedicado;

**IV.-** La maquinaria, instrumentos y animales propios para el cultivo agrícola, en cuanto fueren necesarios para el servicio de la finca a que estén destinados, a juicio del juez, a cuyo efecto oirá el informe de un perito nombrado por él;

**V.-** Los libros, aparatos, instrumentos y útiles de las personas que ejerzan o se dediquen al estudio de profesiones liberales;

**VI.-** Las armas y caballos que los militares en servicio activo usen, indispensables para éste conforme a las leyes relativas;

**VII.-** Los efectos, maquinaria e instrumentos propios para el fomento y giro de las negociaciones mercantiles o industriales, en cuanto fueren necesarias para su servicio y movimiento, a juicio del juez, a cuyo efecto oirá el dictamen de un perito nombrado por él, pero podrán ser intervenidos juntamente con la negociación a que estén destinados;

**VIII.-** Las mieses antes de ser cosechadas, pero no los derechos sobre las siembras;

**IX.-** El derecho de usufructo, pero no los frutos de éste;

**X.-** Los derechos de uso y habitación;

**XI.-** Las servidumbres, a no ser que se embargue el fundo a cuyo favor están constituidas, excepto las de aguas, que es embargable independientemente;

**XII.-** La renta vitalicia, en los términos establecidos en los artículos 2952 y 2953 del Código Civil;

**XIII.-** Los sueldos y el salario de los trabajadores en los términos que establece la Ley Federal del Trabajo, siempre que no se trate de deudas alimenticias o responsabilidad proveniente de delito;

**XIV.-** Las asignaciones de los pensionistas del Erario;

**XV.-** Los ejidos de los pueblos y la parcela individual que en su fraccionamiento haya correspondido a cada ejidatario.

**Artículo 499.-** El deudor sujeto a patria potestad o a tutela, el que estuviere físicamente impedido para trabajar y el que sin culpa carezca de bienes o de profesión u oficio, tendrá alimentos que el juez fijará, atendidas la importancia de la demanda y de los bienes y las circunstancias del demandado.

**Artículo 500.-** De todo embargo de bienes raíces se tomará razón en el Registro Público de la Propiedad, librándose al efecto, por duplicado, copia certificada de la diligencia de embargo; uno de los ejemplares, después del registro, se unirá a los autos y el otro quedará en la expresada oficina.

**Artículo 501.-** Cuando se aseguren créditos, el secuestro se reducirá a notificar al deudor o a quien deba pagarlos que no verifique el pago, sino que retenga la cantidad o cantidades correspondientes a disposición del juzgado, apercibido de doble pago en caso de desobediencia; y al acreedor contra quién se haya dictado secuestro, que no disponga de esos créditos, bajo las penas que señala el Código Penal. Si llegare a asegurarse el título mismo del crédito, se nombrará un depositario que lo conserve en guarda, quien tendrá obligación de hacer todo lo necesario para que no se altere ni menoscabe el derecho que el título represente, y de intentar todas las acciones y recursos que la ley conceda para hacer efectivo el crédito, quedando sujeto, además a las obligaciones que impone el libro III, Cuarta Parte Especial, título décimo del Código Civil.

**Artículo 502.-** Si los créditos a que se refiere el artículo anterior fueren litigiosos, la providencia de secuestro se notificará al juez de los autos respectivos, dándole a conocer el depositario nombrado a fin de que éste pueda sin obstáculo alguno desempeñar las obligaciones que le impone la parte final del artículo anterior.

**Artículo 503.-** Recayendo el secuestro sobre bienes muebles que no sean dinero, alhajas, ni créditos, el depositario que se nombre sólo tendrá el carácter de simple custodio de los objetos puestos a su cuidado, los que conservará a disposición del juez respectivo. Si los muebles fueren fructíferos rendirá cuentas en los términos del artículo 511.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 504.-** El depositario, en el caso del artículo anterior, pondrá en conocimiento del juzgado el lugar en que quede constituido el depósito, y recabará la autorización para hacer, en caso necesario, los gastos de almacenaje. Si no pudiere el depositario hacer los gastos que demande el depósito, pondrá esta circunstancia en conocimiento del juez para que éste, oyendo a las partes en una junta que se celebrará dentro de tres días, decrete el modo de hacer los gastos, según en la junta se acordare, o en caso de no haber acuerdo, imponiendo esa obligación al que obtuvo la providencia de secuestro.

**Artículo 505.-** Si los muebles depositados fueren cosas fungibles, el depositario tendrá, además, la obligación de imponerse del precio que en la plaza tengan los efectos confiados a su guarda, a fin de que si encuentra ocasión favorable para la venta, lo ponga desde luego en conocimiento del juez, con objeto de que éste determine lo que fuere conveniente.

**Artículo 506.-** Si los muebles depositados fueren cosas fáciles de deteriorarse o demeritarse, el depositario deberá examinar frecuentemente su estado y poner en conocimiento del juez el deterioro o demérito, que en ellos observe o tema fundadamente que sobrevenga, a fin de que éste dicte el remedio oportuno para evitar el mal, o acuerde su venta con las mejores condiciones, en vista de los precios de plaza y del demérito que hayan sufrido o estén expuestos a sufrir los objetos secuestrados.

**Artículo 507.-** Si el secuestro recayere en finca urbana y sus rentas o sobre éstas solamente, el depositario tendrá el carácter de administrador con las facultades y obligaciones siguientes:

**I.-** Podrá contratar los arrendamientos, bajo la base de que las rentas no sean menores de las que al tiempo de verificarse el secuestro rindiere la finca o departamento de ésta que estuviere arrendado; para el efecto, si ignorare cuál era en ese tiempo la renta, lo pondrá en conocimiento del juez, para que recabe la notificación de la Secretaría de Finanzas del Estado. Exigirá para asegurar el arrendamiento las garantías de estilo, bajo su responsabilidad; si no quiere aceptar ésta, recabará la autorización judicial;

**II.-** Recaudará las pensiones que por arrendamiento rinda la finca, en sus términos y plazos; procediendo en su caso contra los inquilinos morosos, con arreglo a la ley;

**III.-** Hará sin previa autorización los gastos ordinarios de la finca, como el pago de contribuciones y los de mera conservación, servicio y aseo, no siendo excesivo su monto, cuyos gastos incluirá en la cuenta mensual de que después se hablará;

**IV.-** Presentará a la Secretaría de Finanzas en tiempo oportuno, las manifestaciones que la ley de la materia previene; y de no hacerlo así, serán de su responsabilidad los daños y perjuicios que su omisión origine;

**V.-** Para hacer los gastos de reparación o de construcción, ocurrirá al Juez solicitando la licencia para ello y acompañando al efecto los presupuestos respectivos;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**VI.-** Pagará, previa autorización judicial, los réditos de los gravámenes reconocidos sobre la finca.

**Artículo 508.-** Pedida la autorización a que se refiere la fracción V, del artículo anterior, el juez citará a una audiencia que se verificará dentro de tres días para que las partes, en vista de los documentos que se acompañan, resuelvan de común acuerdo si se autoriza o no el gasto. No lográndose el acuerdo, el juez dictará la resolución que corresponda.

**Artículo 509.-** Si el secuestro se efectúa en una finca rústica o en una negociación mercantil o industrial, el depositario será mero interventor con cargo a la caja, vigilando la contabilidad, y tendrá las siguientes atribuciones:

**I.-** Inspeccionará el manejo de la negociación o finca rústica en su caso, y las reparaciones que en ellas respectivamente se hagan, a fin de que produzcan el mejor rendimiento posible;

**II.-** Vigilará en las fincas rústicas la recolección de los frutos y su venta, y recogerá el producto de ésta;

**III.-** Vigilará las compras y ventas de las negociaciones mercantiles, recogiendo bajo su responsabilidad el numerario;

**IV.-** Vigilará la compra de materia prima, su elaboración y la venta de los productos, en las negociaciones industriales, recogiendo el numerario y efectos de comercio para hacerlos efectivos en su vencimiento;

**V.-** Ministrará los fondos para los gastos de la negociación o finca rústica y cuidará de que la inversión de esos fondos se haga convenientemente;

**VI.-** Depositará el dinero que resultare sobrante, después de cubiertos los gastos necesarios y ordinarios, como se previene en el artículo 486;

**VII.-** Tomará provisionalmente las medidas que la prudencia aconseje para evitar los abusos y malos manejos en los administradores, dando inmediatamente cuenta al juez para su ratificación y en su caso para que determine lo conducente a remediar el mal.

**Artículo 510.-** Si en el cumplimiento de los deberes que el artículo anterior impone el interventor, éste encontrare que la administración no se hace convenientemente, o puede perjudicar los derechos del que pidió y obtuvo el secuestro, lo pondrá en conocimiento del juez, para que oyendo a las partes y al interventor, determine lo conveniente.

**Artículo 511.-** Los que tengan administración o intervención presentarán al Juzgado, cada mes, una cuenta de los esquilmos y demás frutos de la finca, y de los gastos erogados, no obstante cualquier recurso interpuesto en el principal.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 512.-** El Juez, con audiencia de las partes, aprobará o reprobará la cuenta mensual y determinará los fondos que deban quedar para los gastos necesarios, mandando depositar el sobrante líquido. Los incidentes relativos al depósito y a las cuentas se seguirán por cuerda separada.

**Artículo 513.-** Será removido de plano el depositario en los siguientes casos: 1o.- Si dejare de rendir cuenta mensual o la presentada no fuera aprobada; 2o.- Cuando no haya manifestado su domicilio o el cambio de éste; 3o.- Cuando tratándose de bienes muebles no pusiere en conocimiento del juzgado, dentro de las cuarenta y ocho horas que sigan a la entrega, el lugar en donde queda constituido el depósito.

Si el removido fuere el deudor, el ejecutante nombrará nuevo depositario. Si lo fuere el acreedor o la persona por él nombrada, la nueva elección se hará por el juez.

**Artículo 514.-** El depositario o el actor, cuando éste lo hubiere nombrado, son responsables solidariamente de los bienes.

**Artículo 515.-** Los depositarios e interventores percibirán por honorarios el que les señale el arancel.

**Artículo 516.-** Al ejecutarse la sentencia se integrarán también con el mandamiento de embargo, los incidentes relativos a ampliación y reducción del mismo, los de venta o remate de los bienes secuestrados; nombramientos, remoción y remuneración de peritos y de depositarios y en general todo lo que atañe a la ejecución.

Los incidentes de liquidación de sentencia, rendición de cuentas y determinación de daños y perjuicios se seguirán por cuerda separada.

**Artículo 517.-** Lo dispuesto en este capítulo es aplicable a todos los casos de secuestro judicial, salvo aquéllos en que disponga otra cosa este Código.

## CAPITULO IV
### De los remates

**Artículo 518.-** Toda venta que conforme a la ley deba de hacerse en subasta o almoneda, se sujetará a las disposiciones contenidas en este capítulo, salvo en los casos en que la ley disponga expresamente lo contrario.

**Artículo 519.-** Todo remate de bienes raíces será público y deberá celebrarse en el juzgado en que actúe el juez que fuere competente para la ejecución.

**Artículo 520.-** Cuando los bienes embargados fueren raíces, antes de procederse a su avalúo se acordará que se expida mandamiento al registrador de la propiedad para que remita certificado de gravámenes de los últimos diez años; pero si en autos obrare ya otro certificado, sólo se pedirá al registro el relativo al período transcurrido desde la fecha de aquél hasta en que se solicite.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 521.-** Si del certificado aparecieren gravámenes se hará saber a los acreedores el estado de ejecución para que intervengan en el avalúo y subasta de los bienes, si les conviniere.

**Artículo 522.-** Los acreedores citados conforme al artículo anterior tendrán derecho:

**I.-** Para intervenir en el acto del remate, pudiendo hacer al juez las observaciones que estimen oportunas para garantizar sus derechos;

**II.-** Para recurrir el auto de aprobación del remate, en su caso, y

**III.-** DEROGADA.

*Fracción derogada POE 13-01-1995*

**Artículo 523.-** El avalúo se practicará de acuerdo con las reglas establecidas para la prueba pericial. Si fueren más de dos los peritos valuadores no habrá necesidad de nombrar tercero en discordia.

En el remate de bienes hipotecados, cuando las partes no hayan acordado en el momento de la constitución de la hipoteca la institución de crédito que deba hacer el avalúo que servirá de base del remate, el Juez designará la institución de crédito que deba hacerlo.

*Párrafo adicionado POE 13-01-1995*

**Artículo 524.-** Hecho el avalúo se sacarán los bienes a pública subasta, anunciándose por dos veces, de siete en siete días, fijándose edictos en los sitios públicos de costumbre, y si el valor de la cosa pasare de cinco mil pesos, se insertarán aquéllos en un periódico de información. A petición de cualquiera de las partes y a su costa el juez puede usar, además de los dichos, algún otro medio de publicidad para convocar postores.

**Artículo 525.-** Antes de fincarse el remate o declararse la adjudicación podrá el deudor librar sus bienes pagando principal y costas. Después de fincado quedará la venta irrevocable.

**Artículo 526.-** Si los bienes raíces estuvieren situados en diversos lugares, en todos éstos se publicarán los edictos en los sitios de costumbre y en las puertas de los juzgados respectivos. En el caso a que este artículo se refiere, se ampliará el término de los edictos, concediéndose un día más por cada doscientos kilómetros o por una fracción que exceda de la mitad, y se calculará para designarlo la distancia mayor a que se hallen los bienes. Puede el juez usar, además de los dichos, algún otro medio de publicidad para llamar postores.

**Artículo 527.-** Es postura legal la que cubra las dos terceras partes del avalúo o del precio fijado a la finca gravada por los contratantes, con tal de que la parte de contado sea suficiente para pagar el crédito o créditos que han sido objeto del juicio y las costas.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Cuando por el importe del avalúo no sea suficiente la parte de contado para cubrir el crédito o créditos y las costas, será postura legal las dos tercias partes del avalúo dadas al contado.

**Artículo 528.-** Para tomar parte en subasta deberán los licitadores consignar previamente, en el establecimiento de crédito destinado al efecto por la ley, una cantidad igual por lo menos al diez por ciento efectivo del valor de los bienes, que sirva de base para el remate, sin cuyo requisito no serán admitidos.

Se devolverán dichas consignaciones a sus respectivos dueños acto continuo al remate, excepto la que corresponda al mejor postor, la cual se reservará en depósito como garantía del cumplimiento de su obligación y en su caso como parte del precio de la venta.

**Artículo 529.-** El ejecutante podrá tomar parte en la subasta y mejorar las posturas que se hicieren, sin necesidad de consignar el depósito prevenido en el artículo anterior.

**Artículo 530.-** El postor no puede rematar para un tercero sino con poder y cláusula especial, quedando prohibido hacer postura reservándose la facultad de declarar después el nombre de la persona para quien se hizo.

**Artículo 531.-** Desde que se anuncia el remate y durante éste, se pondrán de manifiesto los planos que hubiere y estarán a la vista los avalúos.

**Artículo 532.-** El juez que ejecuta decidirá de plano cualquiera cuestión que se suscite durante la subasta, y de sus resoluciones no se dará recurso alguno, a menos que la ley disponga otra cosa.

**Artículo 533.-** El día del remate, a la hora señalada, pasará el juez personalmente lista de los postores presentados y concederá media hora para admitir a los que de nuevo se presenten. Concluida la media hora, el juez declarará que va a procederse al remate y ya no admitirá nuevos postores. En seguida revisará las propuestas presentadas, desechando, desde luego, las que no tengan postura legal y las que no estuvieren acompañadas del billete de depósito a que se refiere el artículo 528.

**Artículo 534.-** Calificadas de buenas las posturas, el juez las leerá en alta voz por sí mismo o mandará darles lectura por la secretaría, para que los postores presentes puedan mejorarlas. Si hay varias posturas legales, el juez decidirá cual sea la preferente.

Hecha la declaración de la postura considerada preferente, el juez preguntará si alguno de los licitadores la mejora. En caso de que alguno la mejore, dentro de los cinco minutos que sigan a la pregunta, interrogará de nuevo a ellos si algún postor puja la mejora; y así sucesivamente con respecto a las pujas que se hagan. En cualquier momento en que, pasados cinco minutos de hecha la pregunta correspondiente, no se mejorare la última postura o puja, declarará el tribunal fincado el remate en favor del postor que hubiere hecho aquélla.

**Artículo 535.-** No habiendo postor quedará al arbitrio del ejecutante pedir en el momento de la diligencia que se le adjudiquen los bienes por las dos terceras partes del precio que sirvió de base para el remate o que se saquen de nuevo a pública subasta con rebaja del veinte por ciento de la tasación.

Esta segunda subasta se anunciará y celebrará en igual forma que la anterior.

**Artículo 536.-** Si en ella tampoco hubiere licitadores, el actor podrá pedir o la adjudicación por las dos tercias partes del precio que sirvió de base para la segunda subasta, o que se le entreguen en administración los bienes para aplicar sus productos al pago de los intereses y extinción del capital y de las costas.

**Artículo 537.-** No conviniendo al ejecutante ninguno de los dos medios expresados en el artículo que precede, podrá pedir que se celebre una tercera subasta sin sujeción a tipo.

En este caso, si hubiere postor que ofrezca las dos tercias partes del precio que sirvió de base para la segunda subasta y que acepte las condiciones de la misma, se fincará el remate sin más trámite en él.

Si no llegase a dichas dos tercias partes, con suspensión del fincamiento del remate, se hará saber el precio ofrecido al deudor, el cual dentro de los veinte días siguientes podrá pagar al acreedor librando los bienes o presentar persona que mejore la postura.

Transcurridos los veinte días sin que el deudor haya pagado ni traído mejor postor, se aprobará el remate mandando llevar a efecto la venta.

Los postores a que se refiere este artículo cumplirán con el requisito previo del depósito a que se refiere el artículo 528.

**Artículo 538.-** Cuando dentro del término expresado en el artículo anterior se mejore la postura, el juez mandará abrir nueva licitación entre los dos postores, citándose dentro del tercer día para que en su presencia hagan las pujas, y adjudicará la finca al que hiciere la proposición más ventajosa.

Si el primer postor, en vista de la mejora hecha por el segundo manifestare que renuncia a sus derechos, o no se presentare a la licitación, se fincará en favor del segundo. Lo mismo se hará con el primero si el segundo no se presenta a la licitación.

**Artículo 539.-** Si en la tercera subasta se hiciere postura admisible en cuanto al precio, pero ofreciendo pagar a plazos o alterando alguna otra condición, se hará saber al acreedor, el cual podrá pedir en los nueve días siguientes la adjudicación de los bienes en las dos tercias partes del precio de la segunda subasta; y si no hace uso de este derecho, se aprobará el remate en los términos ofrecidos por el postor.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 540.-** Cualquiera liquidación que tenga que hacerse de los gravámenes que afecten a los inmuebles vendidos, gastos de la ejecución y demás, se regulará por el juez en forma incidental.

**Artículo 541.-** Antes de mandar el juez el otorgamiento de la escritura de adjudicación y la entrega de los bienes, se prevendrá al comprador que consigne ante el propio juez en el plazo que se le fije, el precio del remate.

Si el comprador no consignare el precio en el plazo que le señale el juez, o por su culpa dejare de tener efecto la venta, se procederá a nueva subasta como si se hubiera celebrado perdiendo el postor el depósito a que se refiere el artículo 528, que se aplicará por vía de indemnización, por partes iguales, al ejecutante y al ejecutado.

**Artículo 542.-** Consignado el precio se hará saber al deudor que dentro del tercer día otorgue la escritura de venta a favor del comprador, apercibido que, de no hacerlo, el juez lo hará en su rebeldía haciéndolo constar así.

**Artículo 543.-** Otorgada la escritura se darán al comprador los títulos de propiedad, apremiando en su caso al deudor para que los entregue, y se pondrán los bienes a disposición del mismo comprador, dándose para ello las órdenes necesarias, aún las de desocupación de fincas habitadas por el deudor o terceros que no tuvieren contrato para acreditar el uso de los términos que fija el Código Civil. Se le dará a conocer como dueño a las personas que él mismo designe.

**Artículo 544.-** Con el precio se pagará al acreedor hasta donde alcance, y si hubiere costas pendientes que liquidar se mantendrá en depósito la cantidad que se estime bastante para cubrirlas hasta que sean aprobadas las que faltaren de pagarse; pero si el ejecutante no formula su liquidación dentro de los ocho días de hecho el depósito, perderá el derecho de reclamarlas.

El reembargo produce su efecto en lo que resulte líquido del precio del remate después de pagarse al primer embargante, salvo el caso de preferencia de derechos. El reembargante para obtener el remate, en caso de que éste no se haya verificado, puede obligar al primer ejecutante a que continúe su acción

**Artículo 545.-** Si la ejecución se hubiere despachado a instancias de un segundo acreedor hipotecario o de otro hipotecario de ulterior grado, el importe de los créditos hipotecarios preferentes de que responda la finca rematada se consignará ante el juzgado correspondiente y el resto se entregará sin dilación al ejecutante si notoriamente fuera inferior a su crédito o lo cubriere.

Si excediere, se le entregarán capital e intereses y las costas líquidas. El remanente quedará a disposición del deudor, a no ser que se hubiere retenido judicialmente para el pago de otras deudas.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y
SOBERANO DE QUINTANA ROO**

**Artículo 546.-** El acreedor que se adjudique la cosa reconocerá a los demás hipotecarios sus créditos para pagarlos al vencimiento de sus escrituras y entregará al deudor al contado lo que resulte libre del precio, después de hecho el pago.

**Artículo 547.-** Cuando se hubiere seguido la vía de apremio en virtud de títulos al portador con hipoteca inscrita sobre la finca vendida, si existieren otros títulos con igual derecho, se prorratearán entre todos el valor líquido de la venta, entregando al ejecutante lo que le corresponde y depositándose la parte correspondiente a los demás títulos hasta su cancelación.

**Artículo 548.-** En los casos a que se refieren los artículos 545 y 547 se cancelarán las inscripciones de las hipotecas a que estuviere afecta la finca vendida, expidiéndose para ello mandamiento en el que se exprese que el importe de la venta no fue suficiente para cubrir el crédito del ejecutante, y en su caso, haberse consignado el importe del crédito acreedor preferente o el sobrante, si lo hubiere, a disposición de los interesados.

En el caso del artículo 546, si el precio de la venta fuere insuficiente para pagar las hipotecas anteriores y las posteriores, sólo se cancelarán éstas conforme a lo prevenido en la primera parte de este artículo.

**Artículo 549.-** Cuando conforme a lo prevenido en el artículo 536 el acreedor hubiere optado por la administración de las fincas embargadas, se observarán las siguientes reglas:

**I.-** El juez mandará que se le haga entrega de ellas bajo el correspondiente inventario y que se dé a reconocer a las personas que el mismo acreedor designe;

**II.-** El acreedor y el deudor podrán establecer por acuerdos particulares las condiciones y términos de la administración, forma y época de rendir las cuentas. Si así no lo hiciere, se entenderá que las fincas han de ser administradas según la costumbre del lugar, debiendo el acreedor rendir cuentas cada seis meses;

**III.-** Si las fincas fueren rústicas podrá el deudor intervenir las operaciones de la recolección;

**IV.-** La rendición de cuentas y las diferencias que de ellas surgieren se substanciarán incidentalmente;

**V.-** Cuando el ejecutante se haya hecho pago de su crédito, intereses y costas, con el producto de las fincas, volverán éstas a poder del ejecutado;

**VI.-** El acreedor podrá cesar en la administración de la finca cuando lo crea conveniente y pedir se saque de nuevo a pública subasta por el precio que salió a segunda almoneda, y si no hubiere postor, que se le adjudique por las dos terceras partes de ese valor en lo que sea necesario para completar el pago, deduciendo lo que hubiere percibido a cuenta.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 550.-** Si en el contrato se ha fijado el precio en que una finca hipotecada haya de ser adjudicada al acreedor, sin haberse renunciado la subasta, el remate se hará teniéndose como postura legal la que exceda del precio señalado para la adjudicación y cubra con el contado lo sentenciado. Si no hubiere postura legal, se llevará a efecto desde luego la adjudicación en el precio convenido.

Si en el contrato se ha fijado precio a la finca hipotecada sin convenio expreso sobre la adjudicación al acreedor, no se hará nuevo avalúo y el precio señalado será el que sirva de base para el remate.

**Artículo 551.-** Cuando los bienes cuyo remate se haya decretado fueran muebles se observará lo siguiente:

**I.-** Se efectuará su venta siempre de contado, por medio de corredor o casa de comercio que expenda objetos o mercancías similares, haciéndole saber para la busca de compradores, el precio fijado por peritos o por convenio de las partes;

**II.-** Si pasados diez días de puestos a la venta no se hubiere logrado ésta, el tribunal ordenará una rebaja del diez por ciento del valor fijado primitivamente, y conforme a ella comunicará al corredor o casa de comercio el nuevo precio de venta, y así sucesivamente cada diez días hasta obtener la realización;

**III.-** Efectuada la venta, el corredor o casa de comercio entregará los bienes, al comprador, otorgándosele la factura correspondiente, que firmará el ejecutado o el tribunal en su rebeldía;

**IV.-** Después de ordenada la venta puede el ejecutante pedir la adjudicación de los bienes por el precio que tuvieren señalado al tiempo de su petición, eligiendo los que basten para cubrir su crédito, según lo sentenciado;

**V.-** Los gastos de corretaje o comisión serán de cuenta del deudor y se deducirán preferentemente del precio de venta que se obtenga;

**VI.-** En todo lo demás se estará a las disposiciones de este capítulo.

## CAPÍTULO V
### De la Ejecución de las Sentencias y demás resoluciones dictadas por los Tribunales y Jueces de los demás Estados, del Distrito Federal y del Extranjero

**Artículo 552.-** El juez ejecutor que reciba exhorto con las inserciones necesarias, conforme a derecho para la ejecución de una sentencia u otra resolución judicial, cumplirá con lo que disponga el juez requirente, siempre que lo que haya de ejecutarse no fuere contrario a las leyes del Estado.

**Artículo 553.-** Los jueces ejecutores no podrán oír ni conocer de excepciones cuando fueren opuestas por alguna de las partes que litigan ante el juez requirente, salvo el caso de competencia legalmente interpuesta por alguno de los interesados.

**Artículo 554.-** Si al ejecutar los autos insertos en las requisitorias se opusiere algún tercero, el Juez ejecutor oirá incidentalmente y calificará las excepciones opuestas conforme a las reglas siguientes:

**I.-** Cuando un tercero que no hubiere sido oído por el juez requirente y poseyere en nombre propio la cosa en que debe ejecutarse la sentencia, no se llevará adelante la ejecución, devolviéndose el exhorto con inserción del auto en que se dictare esa resolución y de las constancias en que se haya fundado;

**II.-** Si el tercer opositor que se presente ante el juez requerido no probare que posee con cualquier título traslativo de dominio el bien sobre que verse la ejecución del auto inserto en la requisitoria, será condenado a satisfacer las costas, daños y perjuicios a quien se los hubiere ocasionado.

*Artículo reformado POE 21-10-2009*

**Artículo 555.-** Los jueces no ejecutarán las sentencias más que cuando reunieren las siguientes condiciones:

**I.-** Que versen sobre cantidad líquida o cosa determinada individualmente;

**II.-** Que si trataren de derechos reales sobre inmuebles o de bienes inmuebles ubicados en el Estado fueren conformes a las leyes del lugar;

**III.-** Si tratándose de derechos personales o del estado civil, la persona condenada se sometió expresamente o por razón de domicilio a la justicia que la pronunció;

**IV.-** Siempre que la parte condenada haya sido emplazada personalmente para ocurrir al juicio.

**Artículo 556.-** El juez que reciba despacho u orden de superior para ejecutar cualquiera diligencia, es mero ejecutor y, en consecuencia, no dará curso a ninguna excepción que opongan los interesados, y se tomará simplemente razón de sus respuestas en el expediente, antes de devolverlo.

**Artículo 557.-** Las sentencias y demás resoluciones judiciales dictadas en países extranjeros, tendrán en el Estado la fuerza que establezcan los tratados celebrados por la República Mexicana o en su defecto se estará a la reciprocidad internacional.

**Artículo 558.-** Sólo tendrán fuerza en el Estado las ejecutorias extranjeras que reúnan las siguientes circunstancias:

**I.-** Que se cumpla con las formalidades prescritas en el artículo 102;

**II.-** Que hayan sido dictadas a consecuencia del ejercicio de una acción personal;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**III.-** Que la obligación para cuyo cumplimiento se haya procedido sea lícita en la República;

**IV.-** Que haya sido emplazado personalmente el demandado para ocurrir al juicio;

**V.-** Que sean ejecutorias conforme a las leyes de la Nación en que se hayan dictado;

**VI.-** Que llenen los requisitos necesarios para ser consideradas como auténticas.

**Artículo 559.-** Es competente para ejecutar una sentencia dictada en el extranjero el juez que lo sería para seguir el juicio en que se dictó conforme al título tercero.

**Artículo 560.-** Traducida la ejecutoria en la forma prevista en el artículo 326, se presentará al juzgado competente para su ejecución, pero previamente se formará artículo para examinar su autenticidad y si conforme a las leyes nacionales deba o no ser ejecutada. Se substancia con un escrito de cada parte y con audiencia del Ministerio Público. La resolución que se dictará dentro de tercer día, contesten o no las partes y el Ministerio Público, será apelable en ambos efectos si se denegare la ejecución y en el efecto devolutivo si se concediere.

**Artículo 561.-** Ni el juez inferior ni el Tribunal Superior podrán examinar ni decidir sobre la justicia o injusticia del fallo ni sobre los fundamentos de hecho o de derecho en que se apoye, limitándose tan sólo a examinar su autenticidad y si debe o no ejecutarse conforme a las leyes mexicanas.

**DE LA INTERVENCIÓN DE TERCEROS**
**TITULO DECIMO**

**De las Tercerías**
**CAPITULO UNICO**

**Artículo 562.-** En un juicio seguido por dos o más personas pueden venir uno o más terceros siempre que tengan interés propio y distinto del actor o reo en la materia del juicio.

**Artículo 563.-** La tercería deberá deducirse en los términos prescritos para formular una demanda ante el juez que conoce del juicio.

**Artículo 564.-** Las tercerías que se deduzcan en el juicio se substanciarán en la vía ordinaria.

**Artículo 565.-** Las tercerías coadyuvantes pueden oponerse en cualquier juicio, sea cual fuere la acción que en él se ejercite y cualquiera que sea el estado en que éste se encuentre, con tal que aún no se haya pronunciado sentencia que cause ejecutoria

**Artículo 566.-** Los terceros coadyuvantes se consideran asociados con la parte cuyo derecho coadyuvan y, en consecuencia, podrán:

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**I.-** Salir al pleito en cualquier estado en que se encuentre, con tal que no se haya pronunciado sentencia que cause ejecutoria;

**II.-** Hacer las gestiones que estimen oportunas, dentro del juicio, siempre que no deduciendo la misma acción u oponiendo la misma excepción que actor o reo, respectivamente, no hubieren designado representante común;

**III.-** Continuar su acción y defensa aun cuando el principal desistiere;

**IV.-** Apelar e interponer los recursos procedentes.

**Artículo 567.-** El demandado debe denunciar el pleito al obligado a la evicción antes de la contestación de la demanda solicitándose del juez, quien según la circunstancias ampliará el término del emplazamiento para que el tercero pueda disfrutar del plazo completo. El tercero obligado a la evicción una vez salido al pleito, se convierte en principal.

**Artículo 568.-** De la primera petición que haga el tercer coadyuvante cuando venga al juicio se correrá traslado a los litigantes, con excepción del caso previsto en el artículo anterior.

**Artículo 569.-** Las tercerías excluyentes de dominio deben de fundarse en el dominio que sobre los bienes en cuestión o sobre la acción que se ejercita alega el tercero.

No es lícito interponer tercerías excluyente de dominio a aquél que consintió en la constitución del gravamen o del derecho real en garantía de la obligación del demandado.

**Artículo 570.-** La tercería excluyente de preferencia debe fundarse en el mejor derecho que el tercero deduzca para ser pagado.

**Artículo 571.-** Con la demanda de tercería excluyente deberá presentarse el título en que se funde, sin cuyo requisito se desechará de plano.

**Artículo 572.-** No ocurrirán en tercerías de preferencia:

**I.-** El acreedor que tenga hipoteca u otro derecho real accesorio en finca distinta de la embargada;

**II.-** El acreedor que sin tener derecho real no haya embargado el bien objeto de la ejecución;

**III.-** El acreedor a quien el deudor señale bienes bastantes a solventar el crédito;

**IV.-** El acreedor a quien la ley lo prohíba en otros casos.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 573.-** El tercer excluyente de crédito hipotecario tiene derecho de pedir que el depósito se haga por su cuenta sin acumularse las actuaciones.

**Artículo 574.-** Las tercerías excluyentes pueden oponerse en todo negocio cualquiera que sea su estado, con tal de que si son de dominio no se haya dado posesión de los bienes al rematante o al actor en su caso por vía de adjudicación, y que si son de preferencia no se haya hecho el pago al demandante.

**Artículo 575.-** Las tercerías excluyentes no suspenderán el curso del negocio en que se interponen. Si fuere de dominio, el juicio principal seguirá sus trámites hasta antes del remate y desde entonces se suspenderán sus procedimientos hasta que se decida la tercería.

**Artículo 576.-** Si la tercería fuere de preferencia, se seguirán los procedimientos del juicio principal en que se interponga hasta la realización de los bienes embargados, suspendiéndose el pago que se hará al acreedor que tenga mejor derecho definida que quede la tercería. Entre tanto se decide ésta, se depositará a disposición del juez el precio de la venta.

**Artículo 577.-** Si el actor y el demandado se allanaren a la demanda de la tercería, el juez sin más trámite mandará cancelar los embargos si fuere excluyente de dominio y dictará sentencia si fuere de preferencia.

Lo mismo hará cuando ambos dejaren de contestar a la demanda de tercería.

**Artículo 578.-** El ejecutado que haya sido declarado en rebeldía en el juicio principal, seguirá con el mismo carácter en el de tercería; pero si fuere conocido su domicilio se le notificará el traslado de la demanda

**Artículo 579.-** Cuando se presenten tres o más acreedores que hicieren oposición, si estuvieren conformes, se seguirá un solo juicio, graduando en una sola sentencia sus créditos; pero si no lo estuvieren, se seguirá el juicio de concurso necesario de acreedores.

**Artículo 580.-** Si fueren varios los opositores reclamando el dominio se procederá en cualquier caso que sea, a decidir incidentalmente la controversia en unión del ejecutante y del ejecutado.

**Artículo 581.-** La interposición de una tercería excluyente autoriza al demandante a pedir que se mejore la ejecución en otros bienes del deudor.

**Artículo 582.-** Si sólo alguno de los bienes ejecutados fuere objeto de la tercería, los procedimientos del juicio principal continuarán hasta vender y hacer pago al acreedor con los bienes no comprendidos en la misma tercería.

**Artículo 583.-** Si la tercería, cualquiera que sea, se interpone ante un juez de paz o menor y el interés de ella excede del que la ley respectivamente somete a la jurisdicción

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

de estos jueces, aquel ante quien se interponga remitirá lo actuado en el negocio principal y tercería, al juez que designe el tercer opositor y sea competente para conocer del negocio que represente mayor interés. El juez designado correrá traslado de la demanda entablada y decidirá la tercería, sujetándose en la substanciación a lo prevenido en los artículos anteriores.

## DE LOS MEDIOS DE IMPUGNACIÓN
## TITULO DECIMO PRIMERO

### CAPITULO UNICO
### De la Nulidad de Actuaciones

**Artículo 584.-** Las actuaciones serán nulas cuando les falte alguna de las formalidades esenciales, de manera que quede sin defensa cualquiera de las partes, y cuando la ley expresamente lo determine, pero no podrá ser invocada esa nulidad por la parte que dio lugar a ella.

**Artículo 585.-** La nulidad establecida en beneficio de una de las partes no puede ser invocada por la otra.

**Artículo 586.-** Las notificaciones hechas en forma distinta a la prevenida en el capítulo V, Título II, serán nulas; pero si la persona notificada se hubiere manifestado en juicio sabedora de la providencia, la notificación surtirá desde entonces sus efectos como si estuviese legítimamente hecha.

**Artículo 587.-** La nulidad de una actuación debe de reclamarse en la actuación subsecuente, pues de lo contrario aquélla queda revalidada de pleno derecho, con excepción de la nulidad por defecto en el emplazamiento.

**Artículo 588.-** Sólo formará incidente de previo y especial pronunciamiento la nulidad de actuaciones por falta de emplazamiento, por falta de citación para la absolución de posiciones y para reconocimiento de documentos, y en los demás casos en que la ley expresamente lo determine. Los incidentes que se susciten con motivo de otras nulidades de actuaciones o de notificaciones se fallarán en la sentencia definitiva.

## TÍTULO DÉCIMOSEGUNDO
## De los Recursos

### CAPÍTULO I
### De las Revocaciones y Apelaciones

**Artículo 589.-** Las sentencias no pueden ser revocadas por el Juez que las dicta.

**Artículo 590.-** Los autos que no fueren apelables y los decretos pueden ser revocados por el juez que los dicta, o por el que lo substituya en el conocimiento del negocio.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 591.-** La revocación debe pedirse por escrito dentro de los tres días siguientes a la notificación, y se substancia con un escrito por cada parte y la resolución del juez debe pronunciarse dentro del tercer día. Esta resolución no admite recurso alguno.

**Artículo 592.-** De los decretos y autos del tribunal superior, aún de aquellos que dictados en primera instancia serían apelables, puede pedirse reposición que se substancia en la misma forma que la revocación.

**Artículo 593.-** El recurso de apelación, es un medio de impugnación de las resoluciones judiciales, que tiene por objeto que el Superior revoque o modifique la resolución del inferior, atendiendo a los agravios expresados por el apelante.

*Artículo reformado POE 21-10-2009*

**Artículo 594.-** Pueden apelar:

**I.-** El litigante condenado en el fallo si creyere haber recibido algún agravio, los terceros que hayan salido al juicio, y los demás interesados a quienes perjudique la resolución judicial.

**II.-** El vencedor, que aunque haya obtenido en el litigio, no ha conseguido la restitución de frutos, la indemnización de daños y perjuicios, gastos y costas o cualquier otra prestación accesoria de la principal.

*Artículo reformado POE 21-10-2009*

**Artículo 595.-** La parte que venció puede adherirse a la apelación interpuesta dentro de los tres días siguientes a la fecha en que surtió efectos la notificación de la admisión del recurso, expresando los argumentos tendiente a mejorar los razonamientos vertidos por el juez en la resolución de que se trata, con este escrito se correrá traslado a la contraria para que en igual plazo manifieste lo que a su derecho convenga. La adhesión al recurso sigue la suerte de éste.

*Artículo reformado POE 21-10-2009*

**Artículo 596.-** El recurso de apelación procede en un solo efecto o en ambos efectos.

*Artículo reformado POE 21-10-2009*

**Artículo 597.-** La apelación admitida en un solo efecto no suspende la ejecución del auto o sentencia; si esta es definitiva, para ejecutarla se dejará en el juzgado copia certificada de la sentencia y de las demás constancias que el juez considere necesarias para tal efecto, remitiéndose los autos originales al Tribunal Superior.

*Artículo reformado POE 21-10-2009*

**Artículo 598.-** Si la resolución judicial apelada en un solo efecto es un auto o sentencia interlocutoria se remitirá al superior testimonio de lo que el apelante señalare en el escrito de apelación, y a él se agregarán las constancias que el apelado solicite dentro del término concedido para contestar los agravios y las demás constancias que el Juez estime necesarias.

*Artículo reformado POE 21-10-2009*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 599.-** La apelación admitida en ambos efectos, suspende desde luego la ejecución de la sentencia hasta que ésta cause ejecutoria; o la tramitación del juicio cuando se interponga contra auto, quedando en suspenso la jurisdicción del juez para seguir conociendo de los autos principales, desde el momento en que se admita la apelación, y sin perjuicio de que la sección de ejecución continúe en poder del Juez, para resolver lo concerniente al depósito, a las cuentas, gastos y administración.

*Artículo reformado POE 21-10-2009*

**Artículo 600.-** Además de los casos determinados expresamente en la ley, se admitirán en ambos efectos las apelaciones que se interpongan en contra de:

**I.-** Sentencias definitivas en juicios ordinarios, salvo tratándose de interdictos y alimentos, en los cuales la apelación será admitida en efecto devolutivo.

**II.-** Autos definitivos que paralizan o ponen término al juicio haciendo imposible su continuación, cualquiera que sea la naturaleza del juicio.

**III.-** Sentencias interlocutorias que paralizan o ponen término al juicio, haciendo imposible su continuación.

*Artículo reformado POE 21-10-2009*

**Artículo 601.-** De las sentencias interlocutorias con fuerza de definitivas, que no paralizan ni ponen término al juicio, se admitirán las apelaciones en efecto devolutivo, pero si el apelante, en un plazo que no exceda de seis días, otorga fianza a satisfacción del juez para responder en su caso, de las costas, daños y perjuicios que pueda ocasionar a la parte contraria, se admitirá la apelación en ambos efectos.

*Artículo reformado POE 21-10-2009*

**Artículo 602.-** Si el Tribunal confirmase la resolución apelada, condenará al apelante al pago de las indemnizaciones previstas, fijando en forma incidental el importe de los daños y perjuicios que pueda ocasionar a la parte contraria.

*Artículo reformado POE 21-10-2009*

**Artículo 603.-** El apelante deberá solicitar el testimonio en el mismo escrito de interposición del recurso, expresando los particulares que deba contener, bajo pena de tenerse por no interpuesto el recurso.

*Artículo reformado POE 21-10-2009*

**Artículo 604.-** Admitida la apelación en sólo el efecto devolutivo, no se ejecutará la sentencia si no se otorga previamente fianza conforme a las reglas siguientes:

**I.-** La calificación de la idoneidad de la fianza será hecha por el Juez, quien se sujetará bajo su responsabilidad a las disposiciones del Código Civil;

**II.-** La fianza otorgada por el vencedor, comprenderá la devolución de la cosa o cosas que debe percibir, sus frutos e intereses y la indemnización de daños y perjuicios si el Superior revoca el fallo;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**III.-** La contrafianza otorgada por el vencido comprenderá el pago de lo juzgado y sentenciado y su cumplimiento, en el caso de que la sentencia condena a hacer o a no hacer;

**IV.-** La liquidación de los daños y perjuicios se hará en la ejecución de la sentencia.

*Artículo reformado POE 21-10-2009*

**Artículo 605.-** En ningún caso podrá pronunciarse sentencia de fondo si se encuentra pendiente de resolución alguna apelación devolutiva.

*Artículo reformado POE 21-10-2009*

**Artículo 606.-** La apelación sólo procede en los casos de sentencia definitiva, cuando el interés del negocio, a la fecha de interposición del recurso, exceda de ciento ochenta y dos salarios mínimos vigentes en esta zona económica, y en aquellos, cuyo interés no sea susceptible de valuarse en dinero.

*Artículo reformado POE 21-10-2009*

**Artículo 607.**- Los autos que causen un gravamen irreparable, salvo disposición especial, y las interlocutorias, serán apelables cuando lo fuere la sentencia definitiva.

*Artículo reformado POE 21-10-2009*

**Artículo 608.-** El litigante al interponer la apelación, debe usar moderación, absteniéndose de denostar al Juez, de lo contrario quedará sujeto a lo dispuesto en los artículos 86 y 87.

*Artículo reformado POE 21-10-2009*

**Artículo 609.-** La apelación debe interponerse por escrito ante el Juez que pronunció la sentencia, dentro de los nueve días siguientes a la fecha en que surtió efectos la notificación, si la sentencia fuere definitiva, o dentro de seis días, si fuere auto o interlocutoria.

*Artículo reformado POE 21-10-2009*

**Artículo 610.-** En el mismo escrito en el que se interpone el recurso de apelación, el recurrente deberá expresar los agravios que le cause la resolución recurrida, los cuales deberán referirse únicamente a los hechos planteados ante el Juez de Primera Instancia, y en caso de no hacerlo así, se tendrá por no admitido el recurso.

*Artículo reformado POE 21-10-2009*

**Artículo 611.-** Interpuesta una apelación, el Juez la admitirá, expresando si lo hace en un solo efecto o en ambos efectos.

*Artículo reformado POE 21-10-2009*

**Artículo 612.-** En el mismo auto donde se admita la apelación, se ordenará notificar personalmente a la contraria, para que dentro del término de seis días conteste a lo que a su derecho convenga.

*Artículo reformado POE 21-10-2009*

**Artículo 613.-** En los escritos de expresión y contestación de agravios, las partes deberán señalar correo electrónico, bajo pena, en caso de no hacerlo, que todas las

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

notificaciones que deban hacérseles, aún las de carácter personal, se practicarán por lista electrónica.

Sin menoscabo de lo dispuesto en el párrafo anterior, se podrá designar domicilio en donde tenga sede el Tribunal de Alzada, para que se hagan las notificaciones y practiquen las diligencias que sean necesarias

*Artículo reformado POE 21-10-2009, 24-07-2015*

**Artículo 614.-** Contestados los agravios, o si el apelado dejara de hacerlo, sin necesidad de acuse de rebeldía, el Juez ordenará la remisión de los autos originales o del testimonio en su caso, dentro de un término de cinco días a la Sala correspondiente del Tribunal Superior de Justicia para la sustanciación del recurso.

*Artículo reformado POE 21-10-2009*

**Artículo 615.-** Llegados los autos o el testimonio en su caso, al Tribunal Superior, éste dentro de ocho días dictará providencia, en la que decidirá sobre la admisión del recurso y la calificación del efecto realizada por el Juez de origen. La resolución anterior deberá ser notificada personalmente a las partes, en el domicilio señalado para tal efecto.

*Artículo reformado POE 21-10-2009*

**Artículo 616.-** Declarada inadmisible la apelación, se devolverán los autos al inferior.

*Artículo reformado POE 21-10-2009*

**Artículo 617.-** Revocada la calificación, se procederá en los términos siguientes:

**I.-** Cuando la apelación admitida por el juez de origen en un solo efecto, es recalificada en ambos efectos y no se hubieren remitido los autos originales, se le prevendrá a dicho juez, para que los envíe, quedando desde luego en suspenso la jurisdicción de éste para seguir conociendo de los autos principales;

**II.-** Cuando la apelación admitida por el juez de origen en ambos efectos, se recalifique en un solo efecto, se devolverán los autos originales, dejándose en el Tribunal Superior, las constancias necesarias y las que las partes señalen dentro de los tres días siguientes a la notificación respectiva, quedando por supuesto, el juez de origen en aptitud para ejecutar el auto o sentencia apelados.

*Artículo reformado POE 21-10-2009*

**Artículo 618.-** En el auto a que se refiere el artículo 615, el Tribunal Superior citará a las partes para oír sentencia, misma que se dictará dentro del plazo de ocho días, confirmando, revocando o modificando la resolución apelada.

*Artículo reformado POE 21-10-2009*

**Artículo 619.-** La sentencia que dicte el Tribunal Superior, se limitará al estudio de los agravios vertidos por el apelante, excepto cuando se trate de cuestiones que debieron ser hechas valer de oficio por el Juez de origen.

*Artículo reformado POE 21-10-2009*

**Artículo 620.-** DEROGADO.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

*Artículo derogado POE 21-10-2009*

**Artículo 621.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 622.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

## CAPÍTULO II
## De la queja

**Artículo 623.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 624.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 625.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 626.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 627.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

## TÍTULO DÉCIMO TERCERO

## CAPÍTULO ÚNICO
## De la Apelación Extraordinaria

**Artículo 628.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 629.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 630.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 631.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 632.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

**Artículo 633.-** DEROGADO.

*Artículo derogado POE 21-10-2009*

## DE LOS JUICIOS Y PROCEDIMIENTOS ESPECIALES

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

## TITULO DECIMOCUARTO

### CAPITULO UNICO
### Del Juicio de Desahucio

**Artículo 634.-** Derogado.

*Artículo derogado POE 14-06-2019*

**Artículo 635.-** Derogado.

*Artículo derogado POE 14-06-2019*

**Artículo 636.-** Derogado.

*Artículo derogado POE 14-06-2019*

**Artículo 637.-** Derogado.

*Artículo derogado POE 14-06-2019*

**Artículo 638.-** Derogado.

*Artículo derogado POE 14-06-2019*

**Artículo 639.-** Derogado.

*Artículo derogado POE 14-06-2019*

**Artículo 640.-** Derogado.

*Artículo derogado POE 14-06-2019*

**Artículo 641.-** Derogado.

*Artículo derogado POE 14-06-2019*

**Artículo 642.-** Derogado.

*Artículo derogado POE 14-06-2019*

**Artículo 643.-** Derogado.

*Artículo derogado POE 14-06-2019*

**Artículo 644.-** Derogado.

*Artículo derogado POE 14-06-2019*

### CAPITULO II
### Del Juicio Hipotecario

*Capítulo adicionado POE 13-01-1995*

**Artículo 644-A.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-B.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-C.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

## CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO

**Artículo 644-D.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-E.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-F.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-G.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-H.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-I.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-J.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-K.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-L.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-M.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-N.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-O.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-P.-** Derogado.

*Artículo adicionado POE 13-01-1995. Reformado POE 30-04-1997. Derogado POE 14-06-2019*

**Artículo 644-Q.-** Derogado.

*Artículo adicionado POE 13-01-1995. Derogado POE 14-06-2019*

**Artículo 644-R.-** Derogado.

*Artículo adicionado POE 13-01-1995. Derogado POE 14-06-2019*

**Artículo 644-S.-** Derogado.

*Artículo adicionado POE 13-01-1995. Derogado POE 14-06-2019*

**Artículo 644-T.-** Derogado.

*Artículo adicionado POE 13-01-1995. Derogado POE 14-06-2019*

## TÍTULO DÉCIMO QUINTO

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Divorcio por mutuo consentimiento**

**CAPITULO UNICO**

**Artículo 645.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 646.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 647.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 648.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 649.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 650.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 651.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 652.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 653.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 654.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 655.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**TITULO DECIMOSEXTO
DEL JUICIO ARBITRAL**

**Reglas Generales**

**Artículo 656.-** Las partes tienen el derecho de sujetar sus diferencias al juicio Arbitral.

**Artículo 657.-** El compromiso puede celebrarse antes de que haya juicio, durante éste y después de sentenciado, sea cuál fuere el estado en que se encuentre.

El compromiso posterior a la sentencia irrevocable sólo tendrá lugar si los interesados la conocieren.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 658.-** El compromiso puede celebrarse por escritura pública, por escritura privada o en acta ante el Juez, cualquiera que sea la cuantía.

**Artículo 659.-** Todo el que esté en el pleno ejercicio de sus derechos civiles puede comprometer en árbitros sus negocios.

Los tutores no pueden comprometer los negocios de los incapacitados ni nombrar árbitros sino con aprobación Judicial, salvo el caso en que dichos incapacitados fueren herederos de quien celebró el compromiso o estableció cláusula compromisoria. Si no hubiere designación de árbitros, se hará siempre con intervención Judicial, como se previno en los medios preparatorios a juicio arbitral.

**Artículo 660.-** Los Albaceas necesitan del consentimiento unánime de los herederos para comprometer en árbitros los negocios de la herencia y para nombrar árbitros, salvo el caso en que se tratara de cumplimentar el compromiso o cláusula compromisoria pactados por el autor.

En este caso, si no hubiere árbitro nombrado se hará necesariamente con intervención judicial.

**Artículo 661.-** Los síndicos de los concursos sólo podrán comprometer en árbitros con unánime consentimiento de los acreedores.

**Artículo 662.-** No se pueden comprometer en árbitros los siguientes negocios:

**I.-** El derecho de recibir alimentos;

**II.-** Los divorcios, excepto en cuanto a la separación de bienes y a las demás diferencias puramente pecuniarias;

**III.-** Las acciones de nulidad de matrimonio;

**IV.-** Los concernientes al estado civil de las personas;

**V.-** Los demás en que lo prohiba expresamente la Ley.

**Artículo 663.-** El compromiso designará el negocio o negocios que se sujeten a Juicio Arbitral y el nombre de los árbitros. Si falta el primer elemento, el compromiso es nulo de pleno derecho sin necesidad de previa declaración Judicial.

Cuando no se hayan designado los árbitros, se entiende que se reservan hacer con la intervención judicial, como se previene en los medios preparatorios

**Artículo 664.-** El compromiso será válido aunque no se fije término al juicio arbitral y, en este caso, la misión de los árbitros durará sesenta días. El plazo se cuenta desde que se acepte el nombramiento.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 665.-** Durante el plazo del arbitraje los árbitros no podrán ser revocados sino por el consentimiento unánime de las partes.

**Artículo 666.-** Las partes y los árbitros seguirán en el procedimiento los plazos y las normas establecidas para los tribunales si las partes no hubieren convenido otra cosa. Cualquiera que fuera el pacto en contrario, los árbitros siempre están obligados a recibir pruebas y oír alegatos si cualquiera de las partes lo pidiere.

Las partes podrán renunciar a la apelación.

Cuando el compromiso en árbitros se celebre respecto de un negocio en grado de apelación, la sentencia arbitral será definitiva sin ulterior recurso.

**Artículo 667.-** El compromiso produce las excepciones de incompetencia y litispendencia, si durante él se promueve el negocio en un tribunal ordinario.

**Artículo 668.-** Cuando hay árbitro único, las partes son libres de nombrarle un secretario, y si dentro del tercer día empezado desde aquel en que deba actuar no se han puesto de acuerdo, el árbitro lo designará y a costa de los mismos interesados desempeñará sus funciones.

Cuando fueren varios los árbitros, entre ellos mismos elegirán al que funja como secretario, sin que por esto tenga derecho a mayores emolumentos.

**Artículo 669.-** El compromiso termina:

**I.-** Por muerte del árbitro elegido en el compromiso o en cláusula compromisoria si no tuviere substituto. En caso de que no hubieran las partes designado al árbitro sino por intervención del tribunal, el compromiso no se extinguirá y se proveerá el nombramiento del substituto en la misma forma que para el primero;

**II.-** Por excusa del árbitro o árbitros, que sólo puede ser por enfermedad comprobada que les impida desempeñar su oficio;

**III.-** Por recusación con causa declarada procedente, cuando el árbitro hubiere sido designado por el juez, pues al nombrado de común acuerdo no se le puede recusar;

**IV.-** Por nombramiento recaído en el árbitro de magistrado, juez propietario o interino, por más de tres meses; lo mismo se entenderá de cualquier otro empleo de la administración de justicia que impida de hecho o de derecho la función de arbitraje;

**V.-** Por la expiración del plazo estipulado o del legal a que se refiere el artículo 664.

**Artículo 670.-** Los árbitros cuando son recusables lo serán por las mismas causas que lo fueron los jueces.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 671.-** Siempre que haya de reemplazarse un árbitro se suspenderán los términos durante el tiempo que pase para hacer el nuevo nombramiento.

**Artículo 672.-** El laudo será firmado por cada uno de los árbitros, y, en caso de haber más de dos, si la minoría rehusare hacerlo, los otros lo harán constar y la sentencia tendrá el mismo efecto que si hubiere sido firmada por todos. El voto particular no exime de la obligación a que este artículo se refiere.

**Artículo 673.-** En caso de que los árbitros estuvieren autorizados a nombrar un tercero en discordia y no lograren ponerse de acuerdo, acudirán al juez de primera instancia.

**Artículo 674.-** Cuando el tercero en discordia fuere nombrado faltando menos de quince días para la extinción del término del arbitraje y las partes no lo prorrogaran, podrá disponer de diez días más que se sumarán a dicho término para que pueda pronunciarse el laudo.

**Artículo 675.-** Los árbitros decidirán según las reglas del derecho, a menos que en el compromiso o en la cláusula se les encomendara la amigable composición o el fallo en conciencia.

**Artículo 676.-** De las recusaciones y excusas de los árbitros conocerá el juez ordinario conforme a las leyes y sin ulterior recurso.

**Artículo 677.-** Los árbitros pueden conocer de los incidentes sin cuya resolución no fuere posible decidir el negocio principal. También pueden conocer de las excepciones perentorias, pero no de la reconvención sino en el caso en que se oponga como compensación hasta la cantidad que importe la demanda o cuando así se haya pactado expresamente.

**Artículo 678.-** Los árbitros pueden condenar en costas, daños y perjuicios a las partes y aún imponer multas, pero para emplear los medios de apremio deben ocurrir al juez ordinario.

**Artículo 679.-** Notificado el laudo, se pasarán los autos al juez ordinario para su ejecución, a no ser que las partes pidieren aclaración de sentencia.

Para la ejecución de autos y decretos se acudirá también al juez de primera instancia.

También si hubiere lugar a algún recurso que fuere admisible, lo admitirá el Juez que recibió los autos y remitirá éstos al tribunal superior, sujetándose en todos sus procedimientos a lo dispuesto para los juicios comunes.

**Artículo 680.-** Es competente para todos los actos relativos al juicio arbitral en lo que se refiere a la jurisdicción que no tenga el árbitro, y para la ejecución de la sentencia y admisión de recursos, el juez designado en el compromiso; a falta de éste, el del lugar del Tribunal de Arbitraje; y si hubiere varios jueces, el de número más bajo.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

---

**Artículo 681.-** Los jueces ordinarios están obligados a impartir el auxilio de su jurisdicción a los árbitros.

**Artículo 682.-** La apelación sólo será admisible conforme a las reglas del derecho común.

Contra las resoluciones del árbitro designado por el Juez no procede recurso alguno.

**Artículo 683.-** El juez debe compeler a los árbitros a cumplir con sus obligaciones.

## TITULO DECIMO SEPTIMO
### De los Concursos

## CAPITULO I
### Reglas Generales

**Artículo 684.-** El concurso del deudor no comerciante puede ser voluntario o necesario. Es voluntario cuando el deudor se desprende de sus bienes para pagar a sus acreedores, presentándose por escrito acompañando un estado de su activo y pasivo con expresión del nombre y domicilio de sus deudores y acreedores, así como una explicación de las causas que hayan motivado su presentación en concurso. Sin estos requisitos no se admitirá la solicitud. No se incluirán en el activo los bienes que no puedan embargarse.

Es necesario cuando dos o más acreedores de plazo cumplido han demandado o ejecutado ante uno mismo o diversos jueces a sus deudores y no haya bienes bastantes para cada uno que secuestre lo suficiente para cubrir su crédito y costas.

**Artículo 685.-** Declarando el concurso, el juez resolverá:

**I.-** Notificar personalmente al deudor la formación de su concurso necesario y por lista el concurso voluntario;

**II.-** Hacer saber a los acreedores la formación del concurso por edictos que se publicarán en dos periódicos de información que designará el Juez. Si hubiere acreedores en el lugar del juicio se citarán personalmente;

**III.-** Nombrar síndico provisional;

**IV.-** Decretar el embargo y aseguramiento de los bienes, libros, correspondencia y documentos del deudor, diligencias que deberán practicarse en el día, sellando las puertas de los almacenes y despachos del deudor y muebles susceptibles de embargo que se hallen en el domicilio del mismo deudor;

**V.-** Hacer saber a los deudores la prohibición de hacer pagos o entregar efectos al concursado, y la orden a éste de entregar los bienes al síndico, bajo el apercibimiento

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

de segunda paga a los primeros y de procederse penalmente en contra del deudor que ocultare cosas de su propiedad;

**VI.-** Señalar un término no menor de ocho días ni mayor de veinte para que los acreedores presenten en el juzgado los títulos justificativos de sus créditos, con copia para ser entregada al síndico;

**VII.-** Señalar día y hora para la junta de rectificación y graduación de créditos, que deberá celebrarse diez días después de que expire el plazo fijado en la fracción anterior, el día de esta junta y el nombre y domicilio del síndico se harán saber en los edictos a que se refiere la fracción II.

**VIII.-** Pedir a los Jueces ante quienes se tramiten pleitos contra el concursado los envíen para su acumulación al juicio universal. Se exceptúan los juicios hipotecarios que estén pendientes y los que se promuevan después y los juicios que se hubiesen fallado en primera instancia; estos se acumularán una vez que se decidan definitivamente. Se exceptúan igualmente los que procedan de créditos prendarios y los que no sean acumulables por disposición expresa de la ley.

**Artículo 686.-** El deudor puede oponerse al concurso necesario dentro del tercer día de su declaración. La oposición se substanciará por cuerda separada, sin suspender las medidas a que se refiere el artículo anterior y en forma incidental; la resolución de este incidente será apelable en el efecto devolutivo.

Revocado el auto que declaró el concurso deberán reponerse las cosas al estado que tenían antes. El síndico en el caso de haber realizado actos de administración, deberá rendir cuentas al interesado.

**Artículo 687.-** Los acreedores, aún los garantizados con privilegio, hipoteca o prenda, podrán pedir por cuerda separada que se revoque la declaración del concurso, aun cuando el concursado haya manifestado ya su estado o haya consentido el auto judicial respectivo.

**Artículo 688.-** El concursado que hubiere hecho cesión de bienes no podrá pedir la revocación de la declaración respectiva, a no ser que alegue algún error en la apreciación de sus negocios.

En este caso y en el previsto en el artículo anterior, la revocación se tramitará como lo previene el artículo 686.

**Artículo 689.-** El concursado en el caso de concurso forzoso deberá presentar al juzgado, dentro de los cinco días de la notificación del auto que lo declare, un estado detallado de su activo y pasivo con nombres y domicilios de acreedores y deudores, privilegiados y avalistas; si no lo presentare lo hará el síndico.

**CAPITULO II**
**De la Rectificación y Graduación de Créditos**

**Artículo 690.-** Todo acreedor podrá, hasta tres días antes de la fecha designada para la reunión de la junta, presentarse por escrito observando todos o algunos de los créditos reconocidos por el deudor, o denunciando cualquier acto culpable o fraudulento del mismo, precisando al ofrecerlas, las pruebas de su dicho. Todo acreedor que no haya sido incluido en el estado presentado por el deudor, podrá presentarse al Juzgado dentro del término fijado en la fracción VI del Artículo 685 expresando el monto, origen y naturaleza de su crédito, presentando en su caso la prueba de sus afirmaciones.

Los acreedores pueden examinar los papeles y documentos del concursado en la Secretaría, antes de la rectificación de créditos.

**Artículo 691.-** La junta de rectificación y graduación será presidida por el Juez, procediéndose al examen de los créditos previa lectura por el síndico de un breve informe sobre el estado general activo y pasivo y documentos que prueben la existencia de cada uno de ellos. En este informe del síndico estarán contenidos los dictámenes que rinda sobre cada uno de los créditos presentados y de los cuales con anticipación se le corrió traslado. En el informe deberá también clasificar los créditos de acuerdo con sus privilegios, según el Código Civil.

**Artículo 692.-** Si el síndico no presentare el informe al principiar la junta, perderá el derecho de cobrar honorarios y será removido de plano.

**Artículo 693.-** El acreedor cuyo crédito no resultare del estado, libros o papeles del deudor, será admitido en la junta siempre que dentro del término fijado en la fracción VI del Artículo 685, haya presentado al juzgado los justificantes del mismo.

El concursado podrá asistir por sí o por apoderado a toda junta que se celebre, debiendo siempre citársele por cédula.

**Artículo 694.-** Los acreedores podrán hacerse representar por apoderado o mandatario, siendo bastante también el poder ordinario de administración. Quien representa a más de un acreedor sólo podrá tener cinco votos como máximo, pero el monto de todos los créditos se computará para formar en su caso a la mayoría, la cantidad o capital.

**Artículo 695.-** Si el crédito no es objetado por el síndico, por el concursado o acreedor que no represente la mayoría del artículo 694, se tendrá por bueno y verdadero y se inscribirá en la lista de créditos reconocidos.

Esa lista contendrá los nombres de los acreedores e importe de cada crédito. El crédito verificado puede ser objetado por cualquier acreedor a su costa y por el trámite incidental.

**Artículo 696.-** Si uno o más de los créditos admitidos por la mayoría, fuesen objetados por el deudor, por el síndico o por alguno de los acreedores, se tendrán por verificados

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

provisionalmente, sin perjuicio de que incidentalmente pueda seguirse la cuestión sobre legitimidad del crédito.

El mismo trámite procederá si los objetantes fueran acreedores, sin perjuicio de ser indemnizados hasta la concurrencia de la suma en que su gestión hubiere enriquecido su concurso.

**Artículo 697.-** Los acreedores que no presenten los documentos justificativos de sus créditos no serán admitidos a la masa sin que proceda la rectificación de los mismos, que se hará judicialmente a su costa, incidentalmente. Sólo tomarán parte en los dividendos que estuviesen aún por hacerse en el momento de presentar su reclamación, sin que les sea admitido en ningún caso reclamar su parte en los dividendos anteriores.

Si cuando se presenten los acreedores morosos a reclamar sus créditos estuviese ya repartida la masa de bienes, no serán oídos, salvo su acción personal contra el deudor, que debe reservárseles.

**Artículo 698.-** Si en la primera reunión no fuere posible rectificar todos los créditos presentados, el juez suspenderá la audiencia para continuarla al día siguiente, haciéndolo constar en el acta sin necesidad de una nueva convocatoria.

**Artículo 699.-** En la misma junta, una vez terminada la rectificación y graduación, los acreedores por mayoría de créditos y de personas asistentes a la junta designarán síndico definitivo. En su defecto, lo designará el juez.

Podrán también por unanimidad y a la solicitud del concursado, celebrar arreglos con éste o pedir todos los acreedores comunes cuyos créditos hayan sido verificados, la adjudicación en copropiedad de los bienes del concursado, dándole carta de pago a éste y debiendo pagar previamente las costas y los créditos privilegiados.

Si el deudor común se opusiese, se substanciará la oposición incidentalmente.

**Artículo 700.-** Después de esta junta y en ausencia de convenio, resueltas las apelaciones y oposiciones que se hubieren suscitado, el síndico procurará la venta de los bienes del concursado y el juez mandará hacer la de los muebles, conforme a lo prevenido en el artículo 551 sirviendo de base para la venta el que conste en inventarios, con un quebranto de veinte por ciento. Si no hubiere valor en los inventarios, se mandará tasar por un corredor titulado si lo hubiere, y en su defecto por comerciante acreditado. Los inmuebles se sacarán a remate conforme a las reglas respectivas, nombrando el perito valuador el juez.

**Artículo 701.-** El producto de los bienes se distribuirá proporcionalmente entre los acreedores, de acuerdo con su privilegio y graduación.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Si al efectuarse la distribución hubiere algún crédito pendiente de verificarse, su dividendo se depositará en el establecimiento destinado al efecto por la ley hasta la resolución definitiva del juicio.

**Artículo 702.-** El acreedor hipotecario, el prendario y el que tenga privilegio especial respecto del que no haya habido oposición, así como el que hubiere obtenido sentencia firme, no estará obligado a esperar el resultado final del concurso general y será pagado con el producto de los bienes afectados a la hipoteca o privilegio, sin perjuicio de obligarlo a dar caución de acreedor de mejor derecho.

Si antes de establecido el derecho de preferencia de algún acreedor se distribuyera un dividendo, se considerará como acreedor común, reservándose el precio del bien afectado hasta la concurrencia del importe de su crédito por si esa preferencia quedase reconocida.

**Artículo 703.-** Cuando se hubiere pagado íntegramente a los acreedores, celebrado convenio o adjudicado los bienes del concurso, se dará éste por terminado. Si el precio en que se vendiere no bastare a cubrir todos los créditos, se reservarán los derechos de los acreedores para cuando el deudor mejore de fortuna.

**Artículo 704.-** Los acreedores listados en el estado del deudor o que presentaren sus documentos justificativos tienen derecho de nombrar interventor que vigile los actos de los síndicos, pudiendo hacer el juez las observaciones que estime pertinentes a la junta de acreedores en su oportunidad.

**Artículo 705.-** Si al hacerse una cesión de bienes sólo hubiese acreedores hipotecarios, será forzosamente el síndico o el acreedor hipotecario primero en tiempo quien litigará en representación de los demás acreedores.

**CAPITULO III**
**De la Administración del Concurso**

**Artículo 706.-** Aceptado el cargo por el síndico, se le pondrá bajo inventario desde el día siguiente del aseguramiento en posesión de los bienes, libros y papeles del deudor. Si estos estuviesen fuera del lugar del juicio, se inventariarán con intervención de la autoridad judicial exhortada al efecto y se citará al deudor para la diligencia por medio de correo certificado.

El dinero se depositará en el establecimiento destinado al efecto por la Ley, dejándose en poder del síndico lo indispensable para atender a los gastos de administración.

**Artículo 707.-** El síndico es el administrador de los bienes del concurso, debiendo entenderse con él las operaciones ulteriores a toda cuestión judicial o extrajudicial que el concursado tuviere pendiente o que hubiere de iniciarse.

Ejecutará personalmente las funciones del cargo, a menos que tuviera que desempeñar sus funciones fuera del asiento del juzgado, caso en el cual podrá valerse de mandatarios.

**Artículo 708.-** No puede ser síndico el pariente del concursado o del juez dentro de cuarto grado de consanguinidad ni segundo de afinidad, ni su amigo ni su socio, ni el enemigo, ni con quien tenga comunidad de intereses.

El que se halle en alguno de estos casos deberá excusarse y ser substituido inmediatamente.

**Artículo 709.-** El síndico deberá otorgar fianza dentro de los primeros quince días que siguen a la aceptación del cargo.

**Artículo 710.-** Si el síndico provisional comprendiera que hay necesidad de realizar efectos, bienes o valores que pudieran perderse, disminuir su precio o deteriorarse o fuere muy costosa su conservación, podrá enajenarlos con autorización del juez, quien la dará, previa audiencia del Ministerio Público, en el plazo que le señale según la urgencia del caso.

Esto mismo se hará cuando fuere estrictamente indispensable para cubrir gastos urgentes de administración y conservación.

**Artículo 711.-** El síndico deberá presentar del primero al diez de cada mes, en cuaderno por separado, un estado de la administración, previo depósito en el establecimiento respectivo, del dinero que hubiere percibido. Esas cuentas estarán a disposición de los interesados hasta el fin de mes, dentro de cuyo término podrán ser objetados. Las objeciones se substanciarán con la contestación del síndico y la resolución judicial dentro del tercer día. Contra ella se da la apelación en el efecto devolutivo.

**Artículo 712.-** El síndico será removido de plano si dejare de rendir la cuenta mensual o dejare de caucionar su manejo.

Será removido por los trámites establecidos para los incidentes por mal desempeño de su cargo o por comprobarse alguno de los impedimentos a que se refiere el artículo 708.

## CAPITULO IV
## Del deudor común

**Artículo 713.-** El deudor es parte para litigar en los incidentes relativos a la rectificación de los créditos, pero no en las cuestiones referentes a la graduación.

Es también parte en las cuestiones relativas a la enajenación de los bienes. En todas las demás será representado por el síndico, aún en los juicios hipotecarios.

CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y
SOBERANO DE QUINTANA ROO

**Artículo 714.-** El deudor de buena fe tiene derecho a alimentos cuando el valor de los bienes exceda al importe de los créditos, siempre que se reúnan además las condiciones fijadas en el artículo 499.

De la resolución relativa a los alimentos pueden apelar el deudor y los acreedores. De la que los niegue se da la apelación en ambos efectos.

Si en el curso del juicio se hace constar que los bienes son inferiores a los créditos, cesarán los alimentos, pero el deudor no devolverá lo que hubiere percibido.

## TITULO DECIMO OCTAVO
### Juicios sucesorios

## CAPITULO I
### Disposiciones Generales

**Artículo 715.-** Luego que el tribunal tenga conocimiento de la muerte de una persona, dictará con audiencia del Ministerio Público, mientras no se presenten los interesados y sin perjuicio de lo dispuesto en el artículo 751 del Código Civil, las providencias necesarias para asegurar los bienes, si el difunto no era conocido o estaba de transeúnte en el lugar o si hay menores interesados o peligro de que se oculten o dilapiden los bienes.

**Artículo 716.-** Las medidas urgentes para la conservación de los bienes, que el juez debe decretar en el caso del artículo anterior, son las siguientes:

**I.-** Reunir los papeles del difunto, que cerrados y sellados se depositarán en el secreto del juzgado;

**II.-** Ordenar a la administración de correos, que le remita la correspondencia que venga para el autor de la sucesión, con la cual hará lo mismo que con los demás papeles;

**III.-** Mandar depositar el dinero y alhajas en el establecimiento autorizado por la Ley.

El Ministerio Público asistirá a la diligencia de aseguramiento de los bienes que se hallen en el lugar en que se tramite el juicio.

**Artículo 717.-** Si pasados diez días de la muerte del autor de la sucesión no se presentara el testamento, si en él no está nombrado el albacea o si no se denuncia el intestado, el juez nombrará un interventor que reúna los requisitos siguientes:

**I.-** Ser mayor de edad;

**II.-** De notoria buena conducta;

**III.-** Estar domiciliado en el lugar del juicio;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**IV.-** Otorgar fianza judicial para responder de su manejo, en caso de existir éste.

La fianza deberá otorgarse en el plazo de diez días contados a partir de la aceptación del cargo, bajo pena de remoción.

**Artículo 718.-** El interventor recibirá los bienes por inventario y tendrá el carácter de simple depositario, sin poder desempeñar otras funciones administrativas que las de mera conservación y las que se refieran al pago de las deudas mortuorias con autorización judicial.

Si los bienes estuvieren situados en lugares diversos o a largas distancias, bastará para la formación del inventario que se haga mención en él de los títulos de propiedad, si existen entre los papeles del difunto, o la descripción de ellos según las noticias que se tuvieren.

**Artículo 719.-** El interventor cesará en su cargo luego que se nombre o se dé a conocer el albacea; entregará a éste los bienes, sin que pueda retenerlos bajo ningún pretexto, ni aún por razón de mejoras o gastos de manutención o reparación.

**Artículo 720.-** Al promoverse el juicio sucesorio debe presentarse la partida de defunción del autor de la herencia, y no siendo esto posible, otro documento o prueba bastante.

**Artículo 721.-** Cuando con fundamento en la declaración de ausencia o presunción de muerte de un ausente se haya abierto sucesión, si durante la tramitación del juicio se hace constar la fecha de la muerte, desde ella se entenderá abierta la sucesión; y cesando en sus funciones el representante, se procederá al nombramiento del interventor o albacea, con arreglo a derecho.

**Artículo 722.-** En los juicios sucesorios en que haya herederos o legatarios menores que no tuvieren representante legítimo, dispondrá el tribunal que se designe un tutor si han cumplido dieciséis años. Si los menores no han cumplido dieciséis años, o los incapacitados no tienen tutor, será éste nombrado por el juez.

**Artículo 723.-** En las sucesiones de extranjeros se dará a los cónsules o agentes consulares la intervención que les conceda la ley.

**Artículo 724.-** Son acumulables a los juicios testamentarios y a los intestados:

**I.-** Los pleitos ejecutivos incoados contra el finado antes de su fallecimiento;

**II.-** Las demandas ordinarias por acción personal, pendientes en primera instancia contra el finado;

**III.-** Los pleitos incoados contra el mismo por acción real que se hallen en primera instancia, cuando no se sigan en el juzgado del lugar en que esté sita la cosa inmueble o donde se hubieran hallado los muebles sobre que se litigue;

**IV.-** Todas las demandas ordinarias y ejecutivas que se deduzcan contra los herederos del difunto en su calidad de tales después de denunciado el intestado;

**V.-** Los juicios que sigan los herederos deduciendo la acción de petición de herencia, ya impugnado el testamento o la capacidad de los herederos presentados o reconocidos, o exigiendo su reconocimiento, siempre que esto último acontezca antes de la adjudicación;

**VI.-** Las acciones de los legatarios reclamando sus legados, siempre que sean posteriores a la facción de inventarios y antes de la adjudicación, excepto los legados de alimentos, de pensiones, de educación y de uso y habitación.

**Artículo 725.-** En los juicios sucesorios, el Ministerio Público representará a los herederos ausentes mientras no se presenten o no acrediten su representante legítimo, a los menores o incapacitados que no tengan representantes legítimos, y al Estado cuando no haya herederos legítimos dentro del grado de Ley y mientras no se haga reconocimiento o declaración de herederos.

**Artículo 726.-** La intervención que debe tener el representante del fisco será determinada por leyes especiales, pero conservando siempre la unidad del juicio.

**Artículo 727.-** El albacea manifestará dentro de tres días de hacérsele saber el nombramiento, si acepta. Si acepta y entra en la administración, le prevendrá el juez que dentro de tres meses debe garantizar su manejo con sujeción a lo dispuesto en los artículos 1638 y 1639 del Código Civil, salvo que todos los interesados le hayan dispensado de esa obligación.

Si no garantiza su manejo dentro del término señalado, se le removerá de plano.

**Artículo 728.-** Iniciado el juicio y siendo los herederos mayores de edad, podrán después del reconocimiento de sus derechos, encomendar a un notario la formación de inventarios, avalúos, liquidación y partición de la herencia, procediendo en todo de común acuerdo, que constará en una o varias actas. Podrán convenir los interesados que los acuerdos se tomen por mayoría de votos, que siempre será, de personas.

Cuando no hubiere este convenio, la oposición de parte se substanciará incidentalmente ante el juez que previno.

**Artículo 729.-** El juez dará aviso de la separación inmediatamente al fisco, haciéndole saber el nombre del Notario y los demás particulares.

**Artículo 730.-** En todo juicio sucesorio se formarán cuatro secciones compuestas de los cuadernos necesarios. Deben iniciarse las secciones simultáneamente cuando se indique que no hay impedimento de hecho.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 731.-** La primera sección se llamará de sucesión y contendrá en sus respectivos casos:

**I.-** El testamento o testimonio de protocolización o la denuncia del intestado;

**II.-** Las citaciones a los herederos y la convocación a los que se crean con derecho a la herencia;

**III.-** Lo relativo al nombramiento y remoción de albacea e interventores, y al reconocimiento de derechos hereditarios;

**IV.-** Los incidentes que se promuevan sobre el nombramiento o remoción de tutores;

**V.-** Las resoluciones que se pronuncien sobre la validez del testamento, la capacidad legal para heredar y preferencia de derechos.

**Artículo 732.-** La sección segunda se llamará de inventarios y contendrá:

**I.-** El inventario provisional del interventor;

**II.-** El inventario y avalúo que forme el albacea;

**III.-** Los incidentes que se promuevan;

**IV.-** La resolución sobre el inventario y avalúo.

**Artículo 733.-** La tercera sección se llamará de administración y contendrá:

**I.-** Todo lo relativo a la administración;

**II.-** Las cuentas, su glosa y calificación;

**III.-** La comprobación de haberse cubierto el impuesto fiscal.

**Artículo 734.-** La cuarta sección se llamará de partición y contendrá:

**I.-** El proyecto de distribución provisional de los productos y los bienes hereditarios;

**II.-** El proyecto de partición de los bienes;

**III.-** Los incidentes que se promueven respecto a los proyectos a que se refieren las fracciones anteriores;

**IV.-** Los arreglos relativos;

**V.-** Las resoluciones sobre los proyectos mencionados;

**VI.-** Lo relativo a la aplicación de los bienes.

**Artículo 735.-** Si durante la tramitación de un intestado apareciere el testamento, se sobreseerá aquél para abrir el juicio de testamentaría, a no ser que las disposiciones testamentarias se refieran sólo a una parte de los bienes hereditarios. En este caso se acumularán los juicios bajo la representación del ejecutor testamentario y la liquidación y partición serán siempre comunes, los inventarios lo serán también cuando los juicios se acumularen antes de su facción.

## CAPITULO II
## De las Testamentarías

**Artículo 736.-** El que promueva el juicio de testamentaría debe presentar el testamento del difunto. El Juez sin más trámite lo tendrá por radicado y en el mismo auto convocará a los interesados a una junta para que si hubiere albacea nombrado en el testamento se les dé a conocer y si no lo hubiere procedan a elegirlo con arreglo de lo prescrito en los artículos 1611 al 1614 y 1619 del Código Civil.

**Artículo 737.-** La junta se verificará dentro de los ocho días siguientes a la citación si la mayoría de los herederos reside en el lugar del juicio. Si la mayoría residiere fuera del lugar del juicio, el juez señalará el plazo que crea prudente, atendidas las distancias. La citación se hará por cédula o correo certificado.

**Artículo 738.-** Si no se conociere el domicilio de los herederos y éstos estuvieren fuera del lugar del juicio, se mandarán publicar edictos en el lugar del juicio en los sitios de costumbre y en el último domicilio del finado y en el de su nacimiento.

Estando ausentes los herederos y sabiéndose su residencia, se les citará por exhorto cuando estuvieren fuera del Estado.

**Artículo 739.-** Si hubiere herederos menores o incapacitados que tengan tutor, mandará citar a éste para la junta.

Si los herederos menores no tuvieran tutor, dispondrá que le nombren con arreglo a derecho como se previene en el artículo 722.

**Artículo 740.-** Respecto del declarado ausente se entenderá la citación con el que fuere su representante legítimo.

**Artículo 741.-** Se citará también al Ministerio Público para que represente a los herederos cuyo paradero se ignore y a los que habiendo sido citados no se presentaren y mientras se presenten.

Luego que se presenten los herederos ausentes cesará la representación del Ministerio Público.

CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y
SOBERANO DE QUINTANA ROO

**Artículo 742.-** Si el tutor o cualquier representante legítimo de algún heredero menor o incapacitado tiene interés en la herencia, le proveerá el juez con arreglo a derecho de un tutor especial para el juicio o hará que le nombre si tuviere edad para ello. La intervención del tutor especial se limitará sólo a aquellos en que el propietario o representante legítimo tenga incompatibilidad.

**Artículo 743.-** Si el testamento no es impugnado ni se objeta la capacidad de los interesados, el juez en la misma junta reconocerá como herederos a los que estén nombrados en las porciones que les correspondan.

Si se impugnare la validez del testamento, o la capacidad legal de algún heredero, se substanciará el juicio ordinario correspondiente con el albacea o el heredero respectivamente, sin que por ello se suspenda otra cosa que la adjudicación de los bienes en la partición.

**Artículo 744.-** En la junta prevenida por el artículo 736 podrán los herederos nombrar interventor conforme a la facultad que les concede el artículo 1672 del Código Civil y se nombrará precisamente en los casos previstos por el 1676 del mismo Código.

## CAPITULO III
## De los intestados

**Artículo 745.-** Al promoverse un intestado, justificará el denunciante el interés que tiene para hacerlo.

Debe el denunciante, si los conociere, indicar los nombres y domicilio de los parientes en la línea recta y del cónyuge supérstite, o a falta de ellos, de los parientes colaterales dentro del cuarto grado y, de ser posible, se presentarán las partidas del Registro Civil que acrediten la relación.

**Artículo 746.-** El juez tendrá por radicada la sucesión y mandará notificarlo a las personas señaladas como descendientes, ascendientes y cónyuge supérstite o en su defecto como parientes colaterales dentro del cuarto grado, haciéndoles saber el nombre del finado con las demás particulares que lo identificaren y la fecha y lugar del fallecimiento para que justifiquen sus derechos a la herencia y nombren albacea.

**Artículo 747.-** Los herederos ab intestato podrán obtener la declaración de su derecho, justificando, con los correspondientes documentos o con la prueba que sea legalmente posible, su parentesco con el mismo, que acredite que ellos son los únicos herederos.

**Artículo 748.-** Toda prueba se recibirá con citación del Ministerio Público, quien dentro de los tres días que sigan a su recepción, debe formular su pedimento. Si éste fuere impugnado sólo de incompleta la justificación, se dará vista a los interesados para que subsanen la falta.

**Artículo 749.-** Recibidas las pruebas antes dichas, haya o no pedimento del Ministerio Público, el juez sin más trámites dictará auto haciendo la declaración de herederos ab

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

intestato, si la estimare procedente o denegándola con reserva de su derecho a los que la hayan pretendido para el juicio ordinario.

Este auto será apelable en el efecto devolutivo.

**Artículo 750.-** Si la solicitud de declaración de herederos la hiciere el cónyuge supérstite, no admitirá promoción de concubino, devolviéndole la que hiciere sin ulterior recurso.

**Artículo 751.-** Hecha la declaración de herederos de acuerdo con los artículos precedentes, el juez en el mismo auto en que la hizo, citará a una junta de herederos dentro de los ocho días siguientes para que designen albacea. Se omitirá la junta si el heredero fuere único o si los interesados desde la presentación dieron su voto por escrito o en comparecencia; en este último caso, al hacerse la declaración de herederos, hará el juez la designación de albacea.

Este albacea tiene carácter de definitivo.

**Artículo 752.-** Si ninguno de los pretendientes hubiere sido declarado heredero, continuará como albacea judicial el interventor que se hubiere nombrado antes o que en su defecto se nombre.

**Artículo 753.-** Si la declaración de herederos la solicitaren parientes colaterales dentro del cuarto grado, el juez, después de recibir los justificantes del entroncamiento, mandará fijar avisos en los sitios públicos del lugar del juicio y en el lugar del fallecimiento, anunciando su muerte sin testar y los nombres y grado de parentesco de los que reclaman la herencia y llamando a los que se crean con igual o mejor derecho para que comparezcan en el juzgado a reclamarla dentro de cuarenta días.

El juez prudentemente podrá ampliar el plazo anterior cuando, por el origen del difunto u otras circunstancias, se presuma que podrá haber parientes fuera del Estado o de la República.

Los edictos se insertarán, además, dos veces de diez en diez días en un periódico de información y se tramitará en igual forma en una de las radiodifusoras locales, si el valor de los bienes hereditarios excediere de diez mil pesos.

**Artículo 754.-** Transcurrido el término de los edictos y transmisiones, a contar desde el día siguiente de su publicación, si nadie se hubiere presentado, trayendo los autos a la vista, el juez hará la declaración prevenida en el artículo 749.

Si hubieren comparecido otros parientes, el juez les señalará un término no mayor de quince días para que, en audiencia del Ministerio Público, presenten los justificantes del parentesco, procediéndose como se indica en los artículos anteriores.

**Artículo 755.-** Si dentro del mes de iniciado el juicio sucesorio no se presentaren descendientes, cónyuge, ascendientes, concubina o colaterales dentro del cuarto

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

grado, el Juez mandará fijar edictos en los sitios públicos de la manera y por el término expresado en el artículo 741 anunciando la muerte intestada de la persona de cuya sucesión se trate y llamado a los que se crean con derecho a la herencia.

**Artículo 756.-** Los que comparezcan a consecuencia de dichos llamamientos, deberán expresar por escrito, el grado de parentesco en que se hallen con el causante de la herencia, justificándolo con los correspondientes documentos, acompañando el árbol genealógico. Estos escritos y documentos se unirán a la sección de sucesión por el orden en que se vayan presentando.

**Artículo 757.-** Si a consecuencia de dichos llamamientos se presentare un aspirante o varios, que aleguen igual derecho, fundados en un mismo título, se procederá como se indican en los artículos que preceden.

Si fuesen dos o más los aspirantes a la herencia, y no estuvieren conformes en sus pretensiones, los impugnadores harán de demandantes y los impugnados de demandados, debiendo, los que hagan causa común, formular sus pretensiones o defensas en un mismo escrito y bajo representante común. La controversia se substanciará incidentalmente y el Ministerio Público presentará su pedimento en la audiencia respectiva.

Hecha la declaración se procede a la elección de albacea.

**Artículo 758.-** La declaración de herederos de un intestado surte el efecto de tener por legítimo poseedor de los bienes, derechos y acciones del difunto a la persona en cuyo favor se hizo.

**Artículo 759.-** Después de los plazos a que se refieren los artículos 754 y 755 no serán admitidos los que se presenten deduciendo derechos hereditarios, pero les queda a salvo su derecho para que lo hagan valer en los términos de la Ley contra los que fueren declarados herederos.

**Artículo 760.-** Al albacea se le entregarán los bienes sucesorios, así como los libros y papeles, debiendo rendirle cuentas el interventor, sin perjuicio de lo dispuesto en el artículo 751 del Código Civil.

**Artículo 761.-** Si no se hubiere presentado ningún aspirante a la herencia antes o después de los edictos o no fuere reconocido con derechos a ella ninguno de los pretendientes, se tendrá como heredero al Estado.

## CAPITULO IV
### Del Inventario y Avalúo

**Artículo 762.-** Dentro de diez días de haber aceptado su cargo el albacea debe proceder a la formación de inventarios y avalúos, dando aviso al juzgado para los efectos del artículo 765 y dentro de los sesenta días de la misma fecha deberá presentarlos.

El inventario y avalúo se practicarán simultáneamente, siempre que fuere posible por la naturaleza de los bienes.

**Artículo 763.-** El inventario se practicará por el actuario del juzgado o por un notario nombrado por la mayoría de los herederos cuando ésta la constituyan menores de edad o cuando el estado tuviere interés en la sucesión como heredero o legatario.

**Artículo 764.-** Deben ser citados para la formación del inventario, el cónyuge que sobrevive, los herederos, acreedores y legatarios que se hubieren presentado.

El juez puede concurrir cuando lo estime oportuno.

**Artículo 765.-** Los herederos, dentro de los diez días que sigan a la declaración o reconocimiento de sus derechos, designarán, a mayoría de votos, un perito valuador, y si no lo hicieren o no se pusieren de acuerdo el juez lo designará.

**Artículo 766.-** El albacea procederá, en el día señalado, con los que concurran, a hacer la descripción de los bienes con toda claridad y precisión por el orden siguiente: dinero, alhajas, efectos de comercio o industria, semovientes, frutos, muebles, raíces, créditos, documentos y papeles de importancia, bienes ajenos que tenía en su poder el finado en comodato, depósito, prenda o bajo cualquier otro título, expresándose éste.

**Artículo 767.-** La diligencia o diligencias de inventario serán firmadas por todos los concurrentes y en ella se expresará cualquiera inconformidad que se manifestare, designando los bienes sobre cuya inclusión o exclusión recae.

**Artículo 768.-** El perito designado valuará todos los bienes inventariados.

**Artículo 769.-** Los títulos y acciones que se coticen en la bolsa de comercio podrán valuarse por informes de la misma.

No será necesario tasar los bienes cuyos precios consten en instrumento público cuya fecha esté comprendida dentro del año inmediato anterior.

**Artículo 770.-** Practicados el inventario y avalúo, serán agregados a los autos y se pondrán de manifiesto en la Secretaría por cinco días, para que los interesados puedan examinarlos, citándoseles al efecto personalmente.

**Artículo 771.-** Si transcurriese ese término sin haberse hecho oposición, el Juez los aprobará sin más trámites. Si se dedujese oposición contra el inventario o avalúo, se substanciarán las que se presentaren en forma incidental, con una audiencia común, si fueren varias a la que concurrirán los interesados y el perito que hubiese practicado la valorización, para que con las pruebas rendidas se discuta la cuestión promovida.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Para dar curso a esta oposición es indispensable expresar concretamente cuál es el valor que se atribuye a cada uno de los bienes y cuales serán las pruebas que se invocan como base de la objeción al inventario.

**Artículo 772.-** Si los que dedujeron oposición no asistieron a la audiencia se les tendrá por desistidos. Si dejaren de presentarse los peritos, perderán el derecho de cobrar honorarios por los trabajos practicados.

En la tramitación de este incidente cada parte es responsable de la asistencia de los peritos que propusiere, de manera que la audiencia no se suspenderá por la ausencia de todos o de alguno de los propuestos.

**Artículo 773.-** Si los reclamantes fueren varios o idénticas sus oposiciones, deberán nombrar representante común en la audiencia, conforme a lo dispuesto en el artículo 53.

**Artículo 774**.- Si las reclamaciones tuvieron por objeto impugnar simultáneamente el inventario y avalúo respecto de un mismo bien, una misma resolución abarcará las dos oposiciones.

**Artículo 775.-** El inventario hecho por el albacea o por heredero aprovecha a todos los interesados, aunque no hayan sido citados, incluso los substitutos y los herederos por intestado.

El inventario perjudica a los que lo hicieron y a los que lo aprobaron.

Aprobado el inventario por el Juez o por el consentimiento de todos los interesados, no puede reformarse, sino por error o dolo declarados por sentencia definitiva, pronunciada en juicio ordinario.

**Artículo 776.-** Si pasados los términos que señale el artículo 751 el albacea no promoviere o no concluyere el inventario se estará a lo dispuesto por los artículos 1682 y 1683 del Código Civil.

La remoción a que se refiere el último precepto será de plano.

**Artículo 777**.- Los gastos de inventarios y avalúo son a cargo de la herencia, salvo que el testador hubiere dispuesto otra cosa.

**CAPITULO V**
**De la Administración**

**Artículo 778.-** El cónyuge supérstite tendrá la posesión y administración de los bienes de la comunidad conyugal, con intervención del albacea, conforme al artículo 751 del Código Civil, y será puesto en ella en cualquier momento en que la pida, aunque antes la haya tenido el albacea u otra persona, sin que por esto pueda empeñarse cuestión alguna.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Contra el auto que otorgue la posesión y administración al cónyuge, no se admitirá ningún recurso; contra el que la niegue habrá el de apelación en ambos efectos.

**Artículo 779.-** En el caso del artículo anterior, la intervención del albacea se concretará a vigilar la administración del cónyuge, y en cualquier momento en que observe que no se hace convenientemente dará cuenta al Tribunal, quien citará a ambos a una audiencia para dentro de los tres días siguientes, y dentro de otros tres resolverá lo que proceda.

**Artículo 780.-** Si la falta de herederos de que trata el artículo 1617 del Código Civil depende de que el testador declare no ser suyos los bienes, o de otra causa que impida la sucesión por intestado, el albacea judicial durará en su encargo hasta que se entreguen los bienes a su legítimo dueño.

**Artículo 781.-** Si la falta de herederos depende de incapacidad legal del nombrado o de renuncia, el albacea judicial durará en su encargo el tiempo señalado en el artículo 1618 del Código Civil.

**Artículo 782.-** Si por cualquier motivo no hubiere albacea después de un mes de iniciado el juicio sucesorio, podrá el interventor, con autorización del tribunal, intentar las demandas que tengan por objeto recobrar bienes o hacer efectivos derechos pertenecientes a aquéllas, y contestar las demandas que contra ella se promuevan.

En los casos muy urgentes podrá el juez, aún antes de que se cumpla el término que se fija en el párrafo anterior, autorizar al interventor para que demande y conteste a nombre de la sucesión. La falta de autorización no podrá ser invocada por terceros.

**Artículo 783.-** El interventor no puede deducir en juicio las acciones que por razón de mejoras, manutención, o reparación tenga contra la testamentaria o el intestado, sino cuando haya hecho esos gastos con autorización previa

**Artículo 784.-** El interventor tendrá el dos por ciento del importe de los bienes, si no exceden de veinte mil pesos; si excede de esta suma, pero no de cien mil pesos, tendrá además, el uno por ciento sobre el exceso, y si excediere de cien mil pesos, tendrá el medio por ciento además, sobre la cantidad excedente.

El albacea judicial tendrá el mismo honorario que el interventor.

**Artículo 785.-** El juez abrirá la correspondencia que venga dirigida al difunto, en presencia del secretario y del interventor, en los períodos que señalen, según las circunstancias. El interventor recibirá la que tenga relación con el caudal, dejándose testimonio de ella en los autos; y el juez conservará la restante, para darle en su oportunidad el destino correspondiente.

**Artículo 786.-** Todas las disposiciones relativas al interventor regirán respecto del albacea judicial.

**Artículo 787.-** Durante la substanciación del juicio sucesorio no se podrán enajenar los bienes inventariados, sino en los casos previstos en los artículos 1647 y 1689 del Código Civil, y en los siguientes:

**I.-** Cuando los bienes puedan deteriorarse;

**II.-** Cuando sean de difícil y costosa conservación;

**III.-** Cuando para la enajenación de los frutos se presenten condiciones ventajosas.

**Artículo 788.-** Los libros de cuentas y papeles del difunto se entregarán al albacea, y hecha la partición, a los herederos reconocidos, observándose, respecto a los títulos, lo prescrito en el capítulo VI siguiente. Los demás papeles quedarán en poder del que haya desempeñado el albaceazgo.

**Artículo 789.-** Si nadie se hubiere presentado alegando derecho a la herencia, o no hubieren sido reconocidos los que se hubiesen presentado, y se hubiere declarado heredero al Estado, se entregarán a éste los bienes y los libros y papeles que tengan relación con ella. Los demás se archivarán con los autos del intestado, en un pliego cerrado y sellado, en cuya cubierta rubricarán el juez, el representante del Ministerio Público y el Secretario.

**Artículo 790.-** Aprobados el inventario y avalúo de los bienes y terminados todos los incidentes a que uno y otro hayan dado lugar, se procederá a la liquidación del caudal.

### De la Rendición de Cuentas

**Artículo 791.-** El interventor, el cónyuge en el caso del artículo 778 y el albacea, ya sea provisional, judicial o definitivo, están obligados a rendir, dentro de los cinco primeros días, de cada año del ejercicio de su cargo, la cuenta de su administración correspondiente al año anterior, pudiendo el juez de oficio exigir el cumplimiento de este deber.

**Artículo 792.-** Las cantidades que resulten líquidas se depositarán a disposición del juzgado, en el establecimiento destinado por la ley.

**Artículo 793.-** La garantía otorgada por el interventor y el albacea no se cancelará sino hasta que haya sido aprobada la cuenta general de administración.

**Artículo 794.-** Cuando el que administre no rinda dentro del término legal su cuenta anual, será removido de plano, también podrá ser removido a juicio del juez y solicitud de cualquiera de los interesados, cuando alguna de las cuentas no fuere aprobada en su totalidad.

**Artículo 795.-** Cuando no alcancen los bienes para pagar las deudas y legados, el albacea debe dar cuenta de su administración a los acreedores y legatarios.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 796.-** Concluidas las operaciones de liquidación, dentro de los ocho días siguientes presentará el albacea su cuenta general de albaceazgo; si no lo hace se le apremiará por los medios legales, siendo aplicables las reglas de ejecución de sentencia.

**Artículo 797.-** Presentada la cuenta mensual, anual o general de administración, se mandará poner en la Secretaría a disposición de los interesados por un término de diez días para que se impongan de ella.

**Artículo 798.-** Si todos los interesados aprobaren la cuenta, o no la impugnaren, el juez la aprobará, si alguno o algunos de los interesados no estuvieren conformes, se tramitará el incidente respectivo, pero es indispensable, para que se le dé curso, precisar la objeción y que los que sostengan la misma pretensión nombren representante común.

El auto que apruebe o repruebe la cuenta es apelable en el efecto devolutivo.

**Artículo 799.-** Concluido y aprobado el inventario, el albacea procederá a la liquidación de la herencia.

## CAPITULO VI
### De la liquidación y partición de la herencia

**Artículo 800.-** El albacea, dentro de los quince días de aprobado el inventario, presentará al juzgado un proyecto para la distribución provisional de los productos de los bienes hereditarios, señalando la parte de ellos que cada bimestre deberá entregarse a los herederos y legatarios, en proporción a su haber. La distribución de los productos se hará en efectivo o en especie.

**Artículo 801.-** Presentado el proyecto, mandará el juez ponerlo a la vista de los interesados por cinco días.

Si los interesados están conformes o nada exponen dentro del término de la vista, lo aprobará el juez y mandará abonar a cada uno la porción que le corresponda. La inconformidad expresa se substanciará en forma incidental.

**Artículo 802.-** Cuando los productos de los bienes variaren de bimestre a bimestre, el albacea presentará su proyecto de distribución por cada uno de los períodos indicados. En este caso deberá presentarse el proyecto dentro de los primeros cinco días del bimestre

**Artículo 803.-** Aprobada la cuenta general de administración, dentro de los quince días siguientes presentará el albacea el proyecto de partición de los bienes, en los términos que dispone el Código Civil y con sujeción a este Capítulo, o si no hiciere por sí mismo la partición lo manifestará al juez dentro de los tres días de aprobada la cuenta, a fin de que se nombre contador que la haga.

**Artículo 804.-** Será separado de plano el albacea en los siguientes casos:1o.- Si no presentare el proyecto de partición dentro del término indicado en el artículo anterior o dentro de la prórroga que le concedan los interesados por mayoría de votos; 2o.- Cuando no haga la manifestación a que se refiere el final del artículo anterior, dentro de los tres días que sigan a la aprobación de la cuenta; 3o.- Si no presentare el proyecto de distribución provisional de los productos de los bienes hereditarios, dentro de los plazos mencionados y 4o.- Cuando durante dos bimestres consecutivos, sin justa causa, deje de cubrir a los herederos o legatarios las porciones de frutos correspondientes.

**Artículo 805.-** Tienen derecho a pedir la partición de la herencia:

**1o.-** El heredero que tenga la libre disposición de sus bienes en cualquier tiempo en que lo solicite, siempre que hayan sido aprobados los inventarios y rendida la cuenta de administración; puede, sin embargo, hacerse la partición antes de la rendición de cuentas o de su aprobación si así lo conviniere la mayoría de los herederos;

**2o.-** Los herederos bajo condición luego que se haya cumplido ésta;

**3o.-** El cesionario del heredero y el acreedor de un heredero que haya trabado ejecución en los derechos que tenga en la herencia, siempre que hubiere obtenido sentencia de remate y no haya otros bienes con que hacer el pago;

**4o.-** Los coherederos del heredero condicional, siempre que aseguren el derecho de éste para el caso de que se cumpla la condición hasta saberse que ésta ha faltado o no puede ya cumplirse y sólo por lo que respecta a la parte en que consista el derecho pendiente y las cauciones con que se haya asegurado. El albacea o el contador partidor, en su caso, proveerán al aseguramiento del derecho pendiente;

**5o.-** Los herederos del heredero que muere antes de la partición.

**Artículo 806.-** Cuando el albacea no haga la partición por sí mismo, promoverá dentro del tercer día de aprobada la cuenta la elección de un contador o abogado con título oficial registrado en el asiento del Tribunal para que haga la división de los bienes. El juez convocará a los herederos, por medio de notificación personal, a junta dentro de los tres días siguientes, a fin de que haga en su presencia la elección.

Si no hubiere mayoría, el Juez nombrará partidor eligiéndolo entre los propuestos.

El cónyuge aunque no tenga el carácter de heredero será tenido como parte si entre los bienes hereditarios hubiere bienes de la sociedad conyugal.

**Artículo 807.-** El juez pondrá a disposición del partidor los autos, y bajo inventario, los papeles y documentos relativos al caudal, para que proceda a la partición, señalándose un término que nunca excederá de veinticinco días para que presente el proyecto

partitorio, bajo el apercibimiento de perder los honorarios que devengare y ser separado de plano de su encargo.

**Artículo 808.-** El partidor pedirá a los interesados las instrucciones que juzgue necesarias a fin de hacer las adjudicaciones de conformidad con ellos, en todo lo que estén de acuerdo, o de conciliar en lo posible sus pretensiones.

Puede ocurrir al juez para que los cite a una junta, a fin de que en ella los interesados fijen de común acuerdo las bases de la partición, que se considerarán como un convenio. Si no hubiere conformidad, el partidor se sujetará a los principios legales.

En todo caso, al hacerse la división se separarán los bienes que corresponden al cónyuge que sobreviva, conforme a las capitulaciones matrimoniales o a las disposiciones que regulan la sociedad conyugal.

**Artículo 809.-** El proyecto de partición se sujetará en todo caso a la designación de partes que hubiere hecho el testador.

A falta de convenio entre los interesados, se incluirán en cada porción bienes de la misma especie si fuere posible.

Si hubiere bienes gravados se especificarán los gravámenes, indicando el modo de redimirlos o dividirlos entre los herederos.

**Artículo 810.-** Concluido el proyecto de partición, el juez lo mandará poner a la vista de los interesados en la Secretaría por un término de diez días.

Vencido sin hacerse oposición, el Juez aprobará el proyecto y dictará sentencia de adjudicación, mandando entregar a cada interesado los bienes que le hubieren sido aplicados con los títulos de propiedad, después de ponerse en ellos, por el Secretario, una nota en que se haga constar la adjudicación.

**Artículo 811.-** Si se dedujese oposición contra el proyecto se substanciará en forma incidental, procurando que si fueren varias, la audiencia sea común y a ella concurrirán los interesados y el partidor para que se discutan las gestiones promovidas y se reciban pruebas.

Para dar curso a esta oposición, es indispensable expresar concretamente cuál sea el motivo de la inconformidad y cuáles las pruebas que se invocan como base de la oposición.

Si los que se opusieron dejaren de asistir a la audiencia, se les tendrá por desistidos.

**Artículo 812.-** Todo legatario de cantidad tiene derecho de pedir que se le apliquen en pago bienes de la herencia y a ser considerado como interesado en las diligencias de partición.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 813.-** Pueden oponerse a que se lleve a cabo la partición:

**I.-** Los acreedores hereditarios legalmente reconocidos mientras no se pague su crédito si ya estuviere vencido, y si no lo estuviere, mientras no se les asegure debidamente el pago;

**II.-** Los legatarios de cantidad, de alimentos, de educación y de pensiones, mientras no se les pague o se garantice legalmente el derecho.

**Artículo 814.-** La adjudicación de bienes hereditarios se otorgará con las formalidades que por su cuantía la ley exige para su venta. El notario ante el que se otorgare la escritura será designado por el albacea.

**Artículo 815.-** La escritura de partición cuando haya lugar a su otorgamiento deberá contener, además de los requisitos legales:

**I.-** Los nombres, medidas y linderos de los predios adjudicados, con expresión de la parte que cada heredero adjudicatario tenga obligación de devolver si el precio de la cosa excede al de su porción o de recibir si falta;

**II.-** La garantía especial que para la devolución del exceso constituye el heredero en el caso de la fracción que precede;

**III.-** La enumeración de los muebles o cantidades repartidas.

**IV.-** Noticia de la entrega de los títulos de las propiedades adjudicadas o repartidas;

**V.-** Expresión de las cantidades que algún heredero quede reconociendo a otro, y de la garantía que se haya constituido.

**Artículo 816.-** La sentencia que apruebe o repruebe la partición, es apelable en ambos efectos.

## CAPITULO VII
### De la Transmisión Hereditaria del Patrimonio Familiar

**Artículo 817.-** En todo lo relativo a la sucesión de los bienes del patrimonio familiar, se observarán las disposiciones de este título que no se opongan a las siguientes reglas:

**I.-** Con la certificación de la defunción del autor de la herencia se acompañarán los comprobantes de la constitución del patrimonio familiar y su registro así como el testamento o la denuncia del intestado;

**II.-** El inventario y avalúo se harán por el cónyuge que sobreviva o el albacea si estuviere designado y, en su defecto, por el heredero que sea de más edad; el avalúo deberá ser firmado por un perito oficial o, en su defecto, por cualquier comerciante de honorabilidad reconocida;

**III.-** El juez convocará a junta a los interesados, nombrando en ella tutores especiales a los menores que no tuvieren representante legítimo o cuando el interés de éstos fuere opuesto al de aquéllos, y procurará ponerlos de acuerdo, sobre la forma de hacer la partición. Si no logra ponerlos de acuerdo, nombrará un partidor entre los contadores oficiales a cargo del Erario, para que en el término de cinco días presente el proyecto de partición, que dará a conocer a los interesados en una nueva junta a que serán convocados por cédula o correo. En esa misma audiencia oirá y decidirá las oposiciones, mandando hacer la adjudicación;

**IV.-** Todas las resoluciones se harán constar en actas y no se requieren peticiones escritas de parte interesada para la tramitación del juicio, con excepción de la denuncia del interesado, que se hará con copia para dar aviso al Fisco;

**V.-** El acta o actas en que consten las adjudicaciones pueden servir de título a los interesados.

## CAPITULO VIII
## De la tramitación del notario

**Artículo 818.-** Cuando todos los herederos fueren mayores de edad y hubieren sido instituidos en un testamento público, la testamentaria podrá ser extrajudicial, con intervención de un notario, mientras no hubiere controversia alguna; con arreglo a lo que establecen los artículos siguientes

**Artículo 819.-** El albacea, si lo hubiere, y los herederos exhibiendo la partida de defunción del autor de la herencia y un testimonio del testamento, se presentarán ante un notario para hacer constar que aceptan la herencia; se reconocen sus derechos hereditarios y que el albacea va a proceder a formar el inventario de los bienes de la herencia.

El notario dará a conocer estas declaraciones por medio de dos publicaciones, que se harán dentro de diez días en un periódico de los de mayor circulación en el Estado.

**Artículo 820.-** Practicado el inventario por el albacea y estando conformes con él todos los herederos, lo presentarán al notario para que lo protocolice.

**Artículo 821.-** Formado por el albacea con la aprobación de los herederos el proyecto de partición de la herencia, lo exhibirán al notario, quien efectuará su protocolización.

Siempre que haya oposición de algún aspirante a la herencia o de cualquier acreedor, el notario suspenderá su intervención.

**Artículo 822.-** Cuando todos los herederos fueren mayores de edad y hubieren sido reconocidos judicialmente con tal carácter en un intestado, éste podrá seguirse tramitando con la intervención de un notario, de acuerdo con lo que se establece en este Capítulo.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

## CAPITULO IX
### Del Testamento Público Cerrado

**Artículo 823.-** Para la apertura del testamento cerrado, los testigos reconocerán separadamente sus firmas y el pliego que las contenga. El representante del Ministerio Público asistirá a la diligencia.

**Artículo 824.-** Cumplido lo prescrito en sus respectivos casos en los artículos 1471 a 1476 del Código Civil el juez, en presencia del Notario, testigos, representante del Ministerio Público y Secretario, abrirá el testamento, lo leerá para sí y después le dará lectura en voz alta, omitiendo lo que deba permanecer en secreto.

En seguida firmarán al margen del testamento las personas que hayan intervenido en la diligencia, con el juez y el secretario y se le pondrá el sello del juzgado, asentándose acta de todo ello.

**Artículo 825.-** Será preferida para la protocolización de todo testamento cerrado, la notaría del lugar en que haya sido abierto, y si hubiere varias, se preferirá la que designe el promovente.

**Artículo 826.-** Si se presentaren dos o más testamentos cerrados de una misma persona, sean de la misma fecha o de diversas, el juez procederá respecto a cada uno de ellos como se previene en este capítulo y los hará protocolizar en un mismo oficio para los efectos a que haya lugar en los casos previstos por los artículos 1424 y 1426 del Código Civil.

## CAPITULO X
### Declaración de ser Formal el Testamento Ológrafo

**Artículo 827.-** El Tribunal competente para conocer de una sucesión, que tenga noticia de que el autor de la herencia depositó su testamento ológrafo, como se dispone en el artículo 1483 del Código Civil, dirigirá oficio al encargado del Registro Público en que se hubiere hecho el depósito, a fin de que le remita el pliego cerrado en que el testador declaró que se contiene su última voluntad.

**Artículo 828.-** Recibido el pliego, procederá el Tribunal como se dispone en el artículo 1492 del Código Civil.

**Artículo 829.-** Si para la debida identificación fuere necesario reconocer la firma, por no existir los testigos de identificación que hubieren intervenido, o por no estimarse bastante sus declaraciones, el Tribunal nombrará a un perito para que confronte la firma con las indubitadas que existan del testador, y teniendo en cuenta su dictamen hará la declaración que corresponda.

## CAPITULO XI
### Declaración de ser Formal el Testamento Privado

**Artículo 830.-** A instancia de parte legítima formulada ante el Tribunal del lugar en que se haya otorgado, puede declararse formal el testamento privado de una persona, sea que conste por escrito o sólo de palabra en el caso del artículo 1498 del Código Civil.

**Artículo 831.-** Es parte legítima para los efectos del artículo anterior:

**I.-** El que tuviere interés en el testamento;

**II.-** El que hubiere recibido en él algún encargo del testador.

**Artículo 832.-** Hecha la solicitud, se señalará día y hora para el examen de los testigos que hayan concurrido al otorgamiento.

Para la información se citará al representante del Ministerio Público, quien tendrá obligación de asistir a las declaraciones de los testigos y repreguntarlos para asegurarse de su veracidad.

Los testigos declararán al tenor del interrogatorio respectivo, que se sujetará estrictamente a lo dispuesto en el artículo 1495 del Código Civil.

Recibidas las declaraciones, el Tribunal procederá conforme al artículo 1504 del Código Civil.

**Artículo 833.-** De la resolución que niegue la declaración solicitada pueden apelar el promovente y cualquiera de las personas interesadas en la disposición reglamentaria; de la que acuerde la declaración puede apelar el representante del Ministerio Público.

**TITULO DECIMONOVENO**
**De la Jurisdicción Voluntaria**

**CAPITULO I**
**Disposiciones Generales**

**Artículo 834.-** La jurisdicción voluntaria comprende todos los actos en que por disposición de la Ley o por solicitud de los interesados se requiera la intervención del Juez, sin que esté promovida ni se promueva cuestión alguna entre partes determinadas.

**Artículo 835.-** Cuando fuere necesaria la audiencia de alguna persona, se le citará conforme a derecho, advirtiéndole en la citación que quedan por tres días las actuaciones en la Secretaría del Juzgado para que se imponga de ellas y señalándole día y hora para la audiencia, a la que concurrirá el promovente, sin que sea obstáculo para la celebración de ella la falta de asistencia de éste.

**Artículo 836.-** Se oirá precisamente al Ministerio Público:

**I.-** Cuando la solicitud promovida afecte al interés público;

**II.-** Cuando se refiera a la persona o bienes de menores o incapacitados;

**III.-** Cuando tenga relación con los derechos o bienes de un ausente;

**IV.-** Cuando lo dispusieren las leyes.

**Artículo 837.-** Si a la solicitud promovida se opusiere parte legítima, se seguirá el negocio en procedimiento ordinario, siempre que la oposición no se funde en la negativa del derecho del que promueve el negocio de jurisdicción voluntaria. En tal caso, se substanciará el pleito, conforme a los trámites establecidos para el juicio que corresponda.

Si la oposición se hiciere por quien no tenga personalidad ni interés para ello, el juez la desechará de plano. Igualmente desechará las oposiciones presentadas después de efectuado el acto de jurisdicción voluntaria, reservando el derecho al opositor.

**Artículo 838.-** El juez podrá variar o modificar las providencias que dictare sin sujeción estricta a los términos y formas establecidas respecto de la jurisdicción contenciosa.

No se comprenden en esta disposición los autos que tengan fuerza de definitivos y contra los que no se hubiere interpuesto recurso alguno, a no ser que se demostrara que cambiaron las circunstancias que afectan el ejercicio de la acción.

**Artículo 839.-** Las providencias de jurisdicción voluntaria serán apelables en ambos efectos, si el recurso lo interpusiere el promovente de las diligencias, y sólo en el devolutivo cuando el que recurre hubiere venido al expediente voluntariamente o llamado por el juez o para oponerse a la solicitud que haya dado motivo a su formación.

**Artículo 840.-** La substanciación de las apelaciones en jurisdicción voluntaria se ajustará a los trámites establecidos para la de las interlocutorias.

**Artículo 841.-** Toda cuestión que surja en los negocios a que se refieren los capítulos siguientes y haya de resolverse en juicio contradictorio se substanciará en la forma determinada para los incidentes, a no ser que la ley dispusiere otra cosa.

**Artículo 842.-** En los negocios de menores e incapacitados intervendrán el juez de Primera Instancia y los demás funcionarios que determine el Código Civil.

### CAPITULO II
### Del nombramiento de tutores y del discernimiento del cargo

**Artículo 843.-** Ninguna tutela puede conferirse sin que previamente se declare el estado de minoría o de incapacidad de la persona que va a quedar sujeta a ella.

La declaración de estado de minoría o demencia puede pedirse: 1o.- por el mismo menor si ha cumplido dieciséis años; 2o.- por su cónyuge; 3o.- por sus presuntos herederos legítimos; 4o.- por el albacea; 5o.- por el Ministerio Público.

Pueden pedir la declaración de minoría, los funcionarios encargados de ello por el Código Civil.

**Artículo 844.-** Si a la petición de declaración de minoría se acompaña la certificación del Registro Civil, se hará la declaración de plano. En caso contrario, se citará inmediatamente a una audiencia dentro del tercer día, a la que concurrirán el menor si fuere posible y el Ministerio Público. En ella, con o sin la asistencia de éste y por las certificaciones del Registro Civil si hasta este momento se presentaron, por el aspecto del menor, y a la falta de aquéllos o de la presencia de éste, por medio de información de testigos, se hará o denegará la declaración correspondiente.

**Artículo 845.-** La declaración de incapacidad por causa de demencia, se acreditará en juicio ordinario que se seguirá entre el peticionario y un tutor interino que para tal objeto designe el Juez.

Como diligencias prejudiciales se practicarán las siguientes:

**I.-** Recibida la demanda de interdicción, el juez ordenará las medidas tutelares conducentes al aseguramiento de la persona y bienes del señalado como incapacitado; ordenará que la persona que auxilia a aquél de cuya interdicción se trata lo ponga a disposición de los médicos alienistas en el plazo de 72 horas para que sea sometido a examen; ordenará que el afectado sea oído personalmente o representado durante este procedimiento; y que la persona bajo cuya guarda se encuentre el indicado como incapaz se abstenga de disponer de los bienes del incapacitado, siempre que, a la demanda se acompañe certificado de un médico alienista o informe fidedigno de la persona que lo auxilia u otro medio de convicción que justifique la necesidad de estas medidas.

**II.-** Los médicos que practiquen el examen deberán ser designados por el juez y serán de preferencia alienistas. Dicho examen se hará en presencia del juez, previa citación de la persona que hubiere pedido la interdicción y del Ministerio Público.

**III.-** Si del dictamen pericial resultare comprobada la incapacidad, o por lo menos hubiere duda fundada acerca de la capacidad de la persona cuya interdicción se pide, el Juez proveerá las siguientes medidas.

**a).-** Nombrar tutor interino, cargo que deberá recaer en las personas siguientes, si tuvieren la aptitud necesaria para desempeñarlos; padre, madre, cónyuge, hijos, abuelos y hermanos del incapacitado. Si hubiere varios hijos o hermanos serán preferidos los mayores de edad. En el caso del abuelo frente a la existencia de maternos o paternos, el juez resolverá atendiendo a las circunstancias. En caso de no haber ninguna de las personas indicadas o no siendo aptas para la tutela el juez con todo escrúpulo debe nombrar como tutor interino a persona de reconocida

honorabilidad, prefiriendo a la que sea pariente o amiga del incapacitado o de sus padres y que no tenga relación de amistad o comunidad de intereses o dependencia con el solicitante de la declaración.

**b).-** Poner los bienes del presunto incapacitado bajo la administración del tutor interino. Los de la comunidad conyugal, si la hubiere, quedarán bajo la administración del otro cónyuge.

**c).-** Proveer legalmente de la patria potestad o tutela a las personas que tuviere bajo su guarda el presunto incapacitado.

De la resolución en que se dicten las providencias mencionadas en este artículo procede el recurso de apelación en el efecto devolutivo.

**IV.-** Dictadas las providencias que establecen las fracciones anteriores se procederá a un segundo reconocimiento médico del presunto incapacitado, con peritos diferentes en los mismos términos que los señalados por la Fracción II. En caso de discrepancia con los peritos que rindieron el primer dictamen se practicará una junta de avenencia a la mayor brevedad posible y si no la hubiere el juez designará peritos terceros en discordia.

**V.-** Hecho lo anterior el Juez citará a una audiencia en la cual, si estuvieren conformes el tutor y el Ministerio Público, con el solicitante de la interdicción, dictará resolución declarando o no ésta.

Si en dicha audiencia hubiere oposición de parte, se sustanciará en juicio ordinario con intervención del Ministerio Público.

**Artículo 846.-** En el juicio ordinario a que se refiere el artículo anterior se observarán las siguientes reglas:

**I.-** Durante el procedimiento subsistirán las medidas decretadas conforme al artículo anterior y se podrán modificar por cambio de circunstancias o por la aportación de nuevos datos que funden su conveniencia.

**II.-** El presunto incapacitado será oído en juicio, si él lo pidiera, independientemente de la representación atribuida al tutor interino.

**III.-** El estado de incapacidad puede probarse por cualquier medio idóneo de convicción; pero en todo caso se requiere la certificación de tres médicos por lo menos, preferentemente alienistas del servicio médico legal de instituciones médicas oficiales. Cada parte puede nombrar un perito médico para que intervenga en la audiencia y rinda su dictamen. El examen del presunto incapacitado se hará en presencia del juez, con citación de las partes y del Ministerio Público. El Juez podrá hacer al examinado, a los médicos, a las partes y a los testigos cuantas preguntas estime convenientes para calificar el resultado de las pruebas.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**IV.-** Mientras no se pronuncie sentencia irrevocable, la tutela interina debe limitarse a los actos de mera protección a la persona y conservación de los bienes del incapacitado. Si ocurriere urgente necesidad de otros actos, el tutor interino podrá obrar prudentemente, previa autorización judicial.

**V.-** Luego que cause ejecutoria la sentencia de interdicción, se procederá a nombrar y discernir el cargo de tutor definitivo que corresponda conforme a la Ley.

**VI.-** El tutor interino deberá rendir cuentas al tutor definitivo con intervención del Ministerio Público.

**VII.-** Las mismas reglas en lo conducente se observarán para el juicio que tenga por objeto hacer cesar la interdicción.

**VIII.-** El que dolosamente promueva juicio de incapacidad, será responsable de los daños y perjuicios que con ello ocasione, independientemente de la responsabilidad penal que fije la Ley de la materia.

**Artículo 847.-** Todo tutor, cualquiera que sea su clase, debe aceptar previamente y prestar las garantías exigidas por el Código Civil, para que se le discierna el cargo, a no ser que la ley lo exceptuare expresamente.

El tutor debe manifestar si acepta o no el cargo dentro de los cinco días que sigan a la notificación de su nombramiento. En igual término debe proponer sus impedimentos o excusas, disfrutando un día más por cada doscientos kilómetros que medien entre su domicilio y el lugar de la residencia del juez competente.

Cuando el impedimento o la causa legal de excusa ocurrieren después de la admisión de la tutela, los términos correrán desde el día en que el tutor conoció el impedimento o la causa legal de excusa.

La aceptación o el lapso de los términos, en su caso, importan renuncia de la excusa.

**Artículo 848.-** El menor podrá oponerse al nombramiento del tutor hecho por la persona que no siendo ascendiente, le haya instituido heredero o legatario, cuando tuviere dieciséis años o más.

**Artículo 849.-** Siempre que el tutor nombrado no reúna los requisitos que la ley exige para ser tutor el juez denegará el discernimiento del cargo y proveerá al nombramiento en la forma y términos prevenidos por el Código Civil.

**Artículo 850.-** En los juzgados, bajo el cuidado y responsabilidad del juez habrá un registro en que se escribirá testimonio simple de todos los discernimientos que se hicieren de los cargos de tutor

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 851.-** Dentro de los ocho primeros días de cada año, en audiencia pública con citación del Ministerio Público, se procederá a examinar dicho registro y ya en su vista dictará las siguientes medidas:

**I.-** Si resultare haber fallecido algún tutor harán que sea reemplazado con arreglo a la ley.

**II.-** Si hubiere alguna cantidad de dinero, depositada para darle destino determinado, harán que desde luego tengan cumplido efecto las prescripciones del Código Civil.

**III.-** Exigirán también que rindan cuenta los tutores que deban darla y que por cualquier motivo no hayan cumplido con la prescripción expresa del Artículo 1162 del Código Civil.

**IV.-** Obligarán a los tutores a que depositen, en el establecimiento público destinado al efecto, los sobrantes de las rentas o productos del caudal de los menores, después de cubiertas las sumas de los gastos necesarios e indispensables para la alimentación del menor con arreglo a los Artículos 1118, 1119 y 1133 del Código Civil, y de pagado el tanto por ciento de administración.

**V.-** Si los jueces lo creyeren conveniente, decretarán el depósito cuando se presenten dificultades insuperables para el inmediato cumplimiento del Artículo 1136 del Código Civil.

**VI.-** Pedirán, al efecto, las noticias que estimen necesarias del estado en que se halle la gestión de la tutela, y adoptarán las medidas que juzguen convenientes para evitar los abusos y remediar los que puedan haberse cometido.

**Artículo 852.-** En todos los casos de impedimento, separación o excusa del tutor, se nombrará tutor interino mientras se decida el punto. Resuelto, se nombrará en su caso nuevo tutor conforme a derecho.

**Artículo 853.-** Sobre la rendición y aprobación de cuentas de los tutores regirán las disposiciones contenidas en los artículos 1116 y siguientes, con éstas modificaciones: 1o.- No se requiere prevención judicial para que las rindan en el mes de enero de cada año, conforme lo dispone el artículo 1162 del Código Civil; 2o.- Se requiere prevención judicial para que las rindan antes de llegar a este término; 3o.- Las personas a quienes deban ser rendidas son el mismo juez, el mismo menor que haya cumplido dieciséis años de edad, el tutor que le reciba, el pupilo que dejare de serlo y las demás personas que fija el Código Civil; 4o.- La sentencia que desaprobare las cuentas indicará si fuere posible los alcances. Del auto de aprobación pueden apelar el Ministerio Público y los demás interesados si hicieron observaciones. Del auto de desaprobación pueden apelar el tutor, y el Ministerio Público; 5o.- Si se objetaren de falsasalgunas partidas, se substanciará el incidente por cuerda separada, entendiéndose la audiencia sólo con los objetantes, el Ministerio Público y el tutor.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 854.-** Cuando del examen de la cuenta resulten motivos graves para sospechar dolo, fraude o culpa en el tutor, se iniciará desde luego a petición de parte o del Ministerio Público, el juicio de separación, que se seguirá en la forma contenciosa y si de los primeros actos del juicio resultaren confirmadas las sospechas, se nombrará desde luego un tutor interino, quedando en suspenso entretanto el tutor propietario, sin perjuicio de que se remita testimonio de lo conducente a las autoridades penales.

**Artículo 855.-** Los tutores no pueden ser removidos ni excusarse por acto de jurisdicción voluntaria.

**CAPITULO III**
**De la enajenación de bienes de menores**
**o incapacitados y transacción acerca de sus derechos**

**Artículo 856.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 857.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 858.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 859.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 860.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 861.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 862.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**Artículo 863.-** DEROGADO.

*Artículo derogado POE 10-02-2011*

**CAPITULO IV**
**Adopción**

**Artículo 864.-** El que pretenda adoptar deberá acreditar los requisitos señalados por los Artículos 16 y 18 de la Ley de Adopción del Estado de Quintan Roo.

*Párrafo reformado POE 30-06-2009*

En la promoción inicial deberá manifestar el nombre y edad del menor o incapacitado y el nombre y domicilio de quienes ejerzan sobre él la patria potestad o la tutela, o de las personas o instituciones públicas que lo hayan acogido y acompañar certificado médico

de buena salud. Las pruebas pertinentes se recibirán sin dilación en cualquier día y hora hábil.

Cuando el menor hubiere sido acogido por una institución pública, el adoptante recabará constancia del tiempo de la exposición o abandono para los efectos del Artículo 1022 Fracción IV del Código Civil.

Si no hubieran transcurrido menos de seis meses de la exposición o abandono, se decretará el depósito del menor con el presunto adoptante o presuntos adoptantes entretanto se consuma dicho plazo.

Si el menor no tuviere padres conocidos y no hubiere sido acogido por institución pública, se decretará el depósito con los presuntos adoptantes por el término de seis meses para los mismos efectos.

**Artículo 865.-** Derogado.

*Artículo derogado POE 30-06-2009*

**Artículo 866.-** Cuando el adoptante y el adoptado, en el caso de la adopción simple pidan que la adopción sea revocada, el Juez los citará a una audiencia verbal para dentro de los tres días siguientes, en la que resolverá conforme a lo dispuesto en la Ley de Adopción del Estado de Quintana Roo.

Si el adoptado fuere menor de edad, para resolver sobre la revocación se oirá previamente a las personas que prestaron su consentimiento conforme a la Ley de Adopción del Estado de Quintana Roo, cuando fuere conocido su domicilio, o en su caso se oirá al Ministerio Público.

Para acreditar cualquier hecho relativo a la conveniencia de la revocación pueden rendirse toda clase de pruebas.

*Artículo reformado POE 30-06-2009*

**Artículo 867.-** La adopción plena es irrevocable en los términos de los Artículos 15, 27 y 53 de la Ley de Adopción del Estado de Quintana Roo.

*Artículo reformado POE 30-06-2009*

**Artículo 868.-** La impugnación de la adopción y su revocación, no pueden promoverse en diligencias de jurisdicción voluntaria.

## CAPITULO V
### De las informaciones ad perpétuam

**Artículo 869.-** La información ad perpétuam podrá decretarse cuando no tenga interés más que el promovente y se trate:

**I.-** De justificar algún hecho o acreditar un derecho;

**II.-** Cuando se pretenda justificar la posesión como medio para acreditar el dominio pleno de un inmueble, y

**III.-** Cuando se trate de comprobar la posesión de un derecho real.

En los casos de las dos primeras fracciones, la información se recibirá con citación del Ministerio Público, y en el de la tercera, con la del propietario o de los demás partícipes del derecho real.

El Ministerio Público y las personas con cuya citación se reciba la información, pueden tachar a los testigos por circunstancias que afecten su credibilidad.

**Artículo 870.-** El Juez está obligado a ampliar el examen de los testigos con las preguntas que estime pertinentes para asegurarse de la veracidad de su dicho.

**Artículo 871.-** Si los testigos no fueren conocidos del juez o del secretario, la parte deberá presentar dos que abonen a cada uno de los presentados.

**Artículo 872.-** Las informaciones se protocolizarán en el protocolo del notario que designe el promovente, quien dará al interesado el testimonio respectivo para su inscripción en el Registro Público de la propiedad.

**Artículo 873.-** En ningún caso se admitirán en jurisdicción voluntaria informaciones de testigos sobre hechos que fueren materia de un juicio comenzado.

**CAPITULO VI**
**Apeo y Deslinde**

**Artículo 874.-** El apeo y deslinde tiene lugar siempre que no se hayan fijado los límites que separen un predio de otro u otros, o que habiéndose fijado hay motivo fundado para creer que no son exactos, ya porque naturalmente se hayan confundido, ora que se hayan destruido las señales que lo marcaban, bien porque éstas se hayan colocado en lugar distinto del primitivo.

**Artículo 875.-** Tiene derecho para promover el apeo:

**I.-** El propietario;

**II.-** El poseedor con título bastante para transferir el dominio;

**III.-** El usufructuario.

**Artículo 876.-** La petición de apeo debe contener:

**I.-** El nombre y ubicación de la finca que debe deslindarse;

**II.-** La parte o partes en que el acto debe de ejecutarse;

**III.-** Los nombres de los colindantes que pueden tener interés en el apeo;

**IV.-** El sitio donde están y donde deben colocarse las señales, y si éstas no existen, el lugar donde estuvieron;

**V.-** Los planos y demás documentos que vengan a servir para la diligencia, y designación de un perito por parte del promovente.

**Artículo 877.-** Hecha la promoción el juez mandará hacer saber a los colindantes para que dentro de tres días presenten los títulos o documentos de su posesión y nombren peritos si quisieren hacerlo, y se señalará el día, hora y lugar para que dé principio la diligencia de deslinde.

Si fuere necesario identificar alguno o algunos de los puntos de deslinde, los interesados podrán presentar dos testigos de identificación cada uno, a la hora de la diligencia.

**Artículo 878.-** El día y hora señalados, el juez, acompañado del secretario, peritos, testigos de identificación e interesados que asistan al lugar designado para dar principio a la diligencia conforme a las reglas siguientes:

**I.-** Practicará el apeo, asentándose acta en que constarán todas las observaciones que hicieren los interesados.

**II.-** La diligencia no se suspenderá por virtud de las observaciones, sino en el caso de que alguna persona presente en el acto un documento debidamente registrado que pruebe que el terreno que se trata de deslindar es de su propiedad.

**III.-** El juez, al ir demarcando los límites del fundo deslindado, otorgará posesión al promovente de la propiedad que quede comprendida dentro de ellos, si ninguno de los colindantes se opusiere, o mandará que se le mantenga en la que esté disfrutando.

**IV.-** Si hay oposición de alguno de los colindantes respecto a un punto determinado, por considerar que conforme a sus títulos quede comprendido dentro de los límites de su propiedad, el tribunal oirá a los testigos de identificación y a los peritos, e invitará a los interesados a que se pongan de acuerdo. Si esto se lograre, se hará constar y se otorgará la posesión según su sentido. Si no se lograre el acuerdo, se abstendrá el juez de hacer declaración alguna en cuanto a la posesión respetando en ella a quien la disfrute, y mandará reservar sus derechos a los interesados para que lo hagan valer en el juicio correspondiente.

**V.-** El juez mandará que se fijen las señales convenientes en los puntos deslindados, las que quedarán como límites legales.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Los puntos respecto a los cuales hubiere oposición, no quedarán deslindados ni se fijarán en ellos señal, mientras que no haya sentencia ejecutoria que resuelva la cuestión, dictada en el juicio correspondiente.

**Artículo 879.-** Los gastos generales del apeo se harán por el que los promueva, los que importen la intervención de los peritos que designen y de los testigos que presenten los colindantes serán pagados por el que nombre a los unos y presente a los otros.

## CAPÍTULO VII
### De la homologación de las transacciones
*Capítulo adicionado POE 14-06-2019*

**Artículo 879 Bis.** La solicitud para la ratificación y homologación de las transacciones convenidas por las partes, se deben presentar por escrito y debe reunir los requisitos de los artículos 90, 91 y 264 de este Código.

Si no se reúnen las exigencias previstas en el párrafo anterior, el Juez concederá al promovente un término de tres días para completarlas. En caso de que no se cumpla esa prevención, se desechará de plano su solicitud.

*Artículo adicionado POE 14-06-2019*

**Artículo 879 Ter.** El Juez, dentro del término de tres días, fijará audiencia mandando citar a las partes interesadas del objeto de la transacción, para que, en su presencia ratifiquen el convenio y las firmas, si es que estas no han sido previamente ratificadas ante Notario Público. En la citada audiencia el juez resolverá respecto de la homologación sometida a su potestad. Para el caso de que no comparezcan las partes a la audiencia respectiva a ratificar el convenio, se ordenará el archivo definitivo del asunto.

*Artículo adicionado POE 14-06-2019*

**Artículo 879 Quáter.** En contra de la resolución que determine negar la homologación procede la apelación en ambos efectos.

*Artículo adicionado POE 14-06-2019*

## TITULO VIGESIMO
### De la Materia Familiar

## CAPITULO I
### Reglas Generales

**Artículo 880.-** Todos los problemas inherentes a la familia se consideran de orden público, por constituir aquélla la base de la integración de la sociedad.

**Artículo 881.-** El Juez de Primera Instancia estará facultado para intervenir de oficio en los asuntos que afecten a la familia, especialmente tratándose de personas menores de edad, de alimentos y violencia familiar decretando las medidas que tiendan a preservarla y a protegerla, así como a sus miembros, tutelando el derecho a un

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

ambiente adecuado para el desarrollo y el bienestar de los miembros del núcleo familiar y su patrimonio.

En todas las controversias en que esté inmerso el interés superior del menor, el juez deberá escucharlos, pudiendo contar con la presencia de los padres y del Oficial de Menores de Edad, a criterio del juez.

*Artículo reformado POE 10-12-2010*

**Artículo 882.-** En los mismos asuntos con la salvedad de las prohibiciones legales, el Juez deberá remitir al Centro de Justicia Alternativa del Estado, la controversia que se genere al interior del seno familiar, atendiendo lo dispuesto en el capítulo primero "de la conciliación" del "Juicio General", contenido en el Titulo Sexto del Código de Procedimientos Civiles para el Estado de Quintana Roo, con excepción de los casos de violencia familiar, a efecto de que resuelvan las diferencias mediante la conciliación y el convenio respectivo, con el que pueda evitarse la controversia o darse por terminado el procedimiento.

En todos los asuntos de orden familiar los jueces están obligados a suplir la deficiencia de las partes en sus planteamientos de derecho.

*Artículo reformado POE 10-12-2010*

**Artículo 882-Bis.-** El Juez dispondrá de las amplias facultades para investigar la verdad real. En caso de violencia familiar, el juez podrá practicar las diligencias que a su juicio sean necesarias, tomando en cuenta las pruebas preconstituidas incluyendo los dictámenes, informes, opiniones, y expedientes, que se hubieren realizado en las instituciones públicas o privadas dedicadas a atender dicha problemática.

En estos casos el Juez determinará las medidas procedentes para la protección de las personas menores de edad y de la parte agredida, sin que medie audiencia alguna, sobre todo en los casos de la emisión de las órdenes de protección.

Al efecto, verificará las pruebas preconstituidas contenidas en los informes que hayan sido elaborados por las instituciones públicas o privadas que hubieren atenido o intervenido en hechos de la misma naturaleza escuchando al Ministerio Público.

Asimismo, el juzgador deberá aplicar las disposiciones contenidas en este Código, sin ninguna distinción en el trato, de manera tal que se otorguen los mismos derechos al varón y a la mujer, excepción hecha a esta última en virtud de la gestación, lactancia y del derecho de los hijos menores de doce años de quedar al cuidado de su madre, siempre y cuando no se ponga en peligro la salud física o mental de la persona menor de edad.

*Artículo adicionado POE 18-09-2009. Reformado POE 10-12-2010*

**Artículo 882-Ter.-** Cuando el juzgador, al radicar la causa, se percate de que los hechos de violencia familiar puedan ser constitutivos de una conducta tipificada como delito, deberá dar vista al Ministerio Público adscrito con una copia certificada de las constancias de autos, para que a su vez el representante social adscrito al juzgado,

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y
SOBERANO DE QUINTANA ROO**

formule ante el Agente del Ministerio Público Investigador la denuncia correspondiente. Siempre y cuando no exista procedimiento arbitral en términos de la Ley en materia de violencia familiar.

*Artículo adicionado POE 18-09-2009. Reformado POE 10-12-2010*

**Artículo 883.-** No se requieren formalidades especiales para acudir ante el juez, cuando se solicite su intervención en un problema familiar.

**Artículo 883 BIS.-** Cuando el Juez, deba resolver provisionalmente sobre la custodia y la convivencia de las personas menores de edad con sus padres, los menores de edad deberán ser escuchados, estando debidamente asistidos por el Oficial de Menores de Edad.

Quien tenga a las personas menores de edad bajo su cuidado, los presentará a la audiencia, para que sean escuchados por el Juez y el Ministerio Público adscrito. El Juez oyendo la opinión del Representante Social y valorando todos y cada uno de los elementos que tenga a su disposición, incluyendo la valoración psicológica de la persona menor de edad y de las partes que solicitan la custodia, determinará a quién de los progenitores corresponderá la custodia provisional de los hijos menores de edad, considerando las limitaciones que señala la Ley sustantiva.

A falta o imposibilidad de los progenitores para tener la custodia de las personas menores de edad, se atenderá a lo dispuesto por el Código Civil.

Las medidas siempre deberán fundamentarse en el interés superior del menor. Cuando cambie de domicilio el ascendiente que conserva la guarda y custodia, éste tiene la obligación de informar al Juez y a quien no ejerce la custodia los datos del nuevo domicilio y número telefónico para efecto de mantener la comunicación de la persona menor de edad y del ascendiente que no ejerza la guarda y custodia. El incumplimiento de esta disposición dará lugar a la imposición a criterio del juez, de medidas de apremio contenidas en éste ordenamiento.

*Artículo adicionado POE 10-12-2010*

**Artículo 883 TER.-** El Juez, antes de regular el derecho de convivencia de manera provisional, deberá tomar en cuenta todos los elementos que estén a su alcance para decidir bajo el principio del interés superior del menor. En especial valorará inmediatamente y sin dilación alguna, el hecho de que una de las partes manifieste que ha habido violencia familiar, pudiendo solicitar valoración psicoemocional que determine si existen síntomas en la persona menor de edad, de haber vivido cualquier tipo de violencia familiar, ya sea psicológica, física o sexual, independientemente de que exista o no indagatoria al respecto, a fin de proteger la integridad física y psicológica de los hijos, independientemente de dictar las ordenes de protección que correspondan.

Las convivencias de manera provisional no se otorgarán por el Juez competente cuando exista peligro para la integridad física, sexual y psicológica de los hijos menores de edad o la posibilidad, presunción o riesgo de violencia familiar y la convivencia se ordenará en instituciones públicas de manera supervisada, remitiendo el Juez que

establezca esta forma de convivencia supervisada, a la institución, los elementos que considere importantes para los efectos del posible régimen de visitas.

*Artículo adicionado POE 10-12-2010*

**Artículo 883 QUÁTER.-** La sentencia de divorcio en su caso contendrá las cuestiones siguientes:

**I.-** Relaciones entre padres e hijos; y derechos y deberes inherentes a la patria potestad;

**II.-** Medidas cautelares de convivencia familiar;

**III.-** Situación del patrimonio familiar;

**IV.-** Modalidades en la custodia, vigilancia y cuidado de los hijos;

**V.-** Pensiones alimenticias vencidas y futuras;

**VI.-** Obligaciones de crianza;

**VII.-** Liquidación de la sociedad conyugal;

**VIII.-** Nombramiento de los liquidadores;

**IX.-** Indemnización compensatoria a que se refiere el Artículo 822 BIS del Código Civil;

**X.-** Medidas necesarias para proteger a las personas menores de edad de conductas de violencia familiar o cualquier otra circunstancia que lastime u obstaculice su desarrollo armónico y pleno;

**XI.-** En los casos de violencia familiar, las medidas de seguridad, seguimiento y la remisión a psicoterapia reeducativa necesaria para eliminar los actos de violencia familiar.

Medidas que podrán ser suspendidas o modificadas, según se trate el caso y de conformidad con lo dispuesto por este Código;

**XII.-** Las demás que sean necesarias para garantizar el bienestar, el desarrollo, la protección y el interés de los hijos menores de edad.

*Artículo adicionado POE 10-12-2010*

**Artículo 883 QUINTUS.-** El Juez sentenciará al cónyuge que hubiese dado origen al divorcio, al pago de alimentos a favor del otro cónyuge tomando en consideración las circunstancias del caso, entre ellas las siguientes:

**I.-** La edad y el estado de salud de los cónyuges;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

---

**II.-** Su calificación profesional y posibilidad de acceso a un empleo;

**III.-** Duración del matrimonio y dedicación pasada y futura a la familia;

**IV.-** Colaboración con su trabajo en las actividades del cónyuge;

**V.-** Medios económicos de uno y otro cónyuge, así como de sus necesidades; y

**VI.-** Las demás obligaciones que tenga el cónyuge deudor.

*Artículo adicionado POE 10-12-2010*

## CAPITULO II
## De la controversia del orden familiar

**Artículo 884.-** Conocerán los jueces de Primera instancia de las solicitudes sobre declaración, preservación o constitución de un derecho o se alegue la violación del mismo o el desconocimiento de una obligación, tratándose de calificación de impedimentos de matrimonio, de las diferencias que surjan entre marido y mujer sobre administración de bienes comunes, educación de hijos, oposición de maridos, padres o tutores y en general todas las cuestiones familiares similares que reclamen la intervención judicial.

Esta disposición no es aplicable a los casos de divorcio o de pérdida de la patria potestad.

*Párrafo adicionado POE 18-09-2009*

Tratándose de violencia familiar prevista en el artículo 983 Ter del Código Civil para el Estado de Quintana Roo, el juez determinará las medidas procedentes para la protección de los menores y de la parte agredida. Al efecto, verificará el contenido de los informes que al respecto hayan sido elaborados por las instituciones públicas o privadas que hubieren intervenido y escuchará al Ministerio Público.

*Párrafo adicionado POE 18-09-2009*

**Artículo 885.-** Podrá acudirse al juez de lo familiar por escrito o por comparecencia personal en los casos urgentes a que se refiere el artículo anterior, exponiendo de manera breve y concisa los hechos de que se trate. Las copias respectivas de la comparecencia y demás documentos, serán tomados como pruebas, debiendo relacionarse en forma pormenorizada con todos y cada uno de los hechos narrados por el compareciente, así como los medios de prueba que presente, haciéndole saber el juez al interesado que puede contar con el patrocinio de un defensor de oficio para conocer de su procedimiento y como consecuencia, éste ordenará dar parte a la institución de Defensoría de Oficio para que, en su caso, asesore o patrocine a éste. Una vez hecho lo anterior se correrá traslado, a la parte demandada, la que deberá comparecer, en la misma forma dentro del término de nueve días. En tales comparecencias las partes deberán ofrecer las pruebas respectivas. Al ordenarse ese traslado, el juez deberá señalar el día y hora para la celebración de la audiencia respectiva.

La audiencia se llevará a cabo dentro de los treinta días contados a partir del auto que ordene el traslado, en la inteligencia de que, la demanda inicial deberá ser proveída dentro del término de tres días. Si por cualquier circunstancia la audiencia no puede celebrarse, ésta se verificará dentro de los ocho días siguientes.

Las partes deberán presentar a sus testigos y peritos. De manifestar bajo protesta de decir verdad no estar en aptitud de hacerlo, se impondrá al actuario del juzgado la obligación de citar a los primeros y de hacer saber su cargo a los segundos, citándolos asimismo, para la audiencia respectiva, en la que deberán rendir dictamen. Dicha citación se hará con apercibimiento de arresto hasta por treinta y seis horas, de no comparecer el testigo o el perito sin causa justificada y al promovente de la prueba, de imponerle una multa hasta por el equivalente de treinta días de salario mínimo vigente en el Estado de Quintana Roo, en caso de que el señalamiento de domicilio resulte inexacto o de comprobarse que se solicitó la prueba con el propósito de retardar el procedimiento, sin perjuicio de que se denuncie a falsedad resultante.

*Artículo reformado POE 18-09-2009*

**Artículo 886.-** La sentencia que resuelva la controversia será apelable en el efecto devolutivo y podrá ejecutarse sin necesidad de otorgar fianza.

**Artículo 886-Bis.-** Ninguna excepción dilatoria ni recusación podrán impedir que el juez adopte las medidas provisionales sobre el depósito de personas, alimentos y menores. Después de tomadas dichas medidas, se dará el trámite correspondiente a la cuestión planteada.

*Artículo adicionado POE 18-09-2009*

**Artículo 886-Ter.-** Los incidentes se decidirán con un escrito de cada parte y sin suspensión del procedimiento. Si se promueve prueba, deberá ofrecerse en los escritos respectivos, fijando los puntos sobre los que verse, y se citará dentro de ocho días, para audiencia indiferibles, en que se reciba, se oigan brevemente las alegaciones, y se dicte la resolución dentro de los tres días siguientes.

*Artículo adicionado POE 18-09-2009*

**Artículo 887.-** En todo lo no previsto regirán las reglas generales de este Código en cuanto no se opongan a las disposiciones del presente capítulo.

## CAPITULO III
### Disposiciones relativas a otros actos de materia familiar

**Artículo 888.-** Se tramitará en la forma de incidente que habrá de seguirse con el Ministerio Público en todo caso:

**I.-** Derogado.

*Fracción derogada POE 19-12-2014*

**II.-** El permiso para que los cónyuges celebren contrato entre ellos o para obligarse solidariamente o ser fiador uno del otro en los casos permitidos por el Código Civil;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**III.-** La calificación de la excusa de la patria potestad, con arreglo al Código Civil;

**IV.-** La aclaración de actas del estado civil cuando se trate de errores gramaticales o mecanográficos o de letras o de palabras concernientes a la real identificación de la persona.

**Artículo 889.-** Podrá decretarse el depósito de menores o incapacitados que se hallen sujetos a la patria potestad o a tutela y que fueren maltratados por sus padres o tutores o reciban de éstos ejemplos perniciosos a juicio del juez, o sean obligados por ellos a cometer actos reprobados por las leyes, y de huérfanos o incapacitados que queden en abandono por la muerte, ausencia o incapacidad física de la persona a cuyo cargo estuvieren.

**Artículo 890.-** Derogado.

*Párrafo derogado POE 19-12-2014*

En los casos de los dos artículos anteriores no son necesarias formalidades de ninguna clase, asentándose solamente en una o más actas las diligencias necesarias.

**Artículo 891.-** En todos estos casos se le dará intervención al Ministerio Público.

## TÍTULO VIGÉSIMO PRIMERO
## DEL PROCEDIMIENTO ORAL

*Título adicionado POE 10-02-2011. Reformada su denominación, así como también Capítulos, Secciones y Artículos que lo integran POE 30-08-2013*

## CAPÍTULO I
## DISPOSICIONES GENERALES

*Capítulo adicionado POE 10-02-2011*

**Artículo 892.-** Se sujetarán al procedimiento oral:

**I.** Las controversias que se susciten con motivo de alimentos, custodia y convivencia de menores, cuando éstas constituyan el objeto de la acción principal;

*Fracción reformada POE 04-07-2017*

**II.** Las solicitudes de divorcio por mutuo consentimiento;

**III.** Los actos de jurisdicción que versen sobre enajenación de bienes de menores o incapacitados y transacción acerca de sus derechos, y la adopción;

**IV.** Las nulidades y rectificaciones de actas del estado civil;

*Fracción reformada POE 24-07-2015*

**V.** Las solicitudes de divorcio unilateral;

*Fracción reformada POE 04-07-2017*

**VI.** Los medios preparatorios a juicio oral;

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

---

**VII.** El juicio de Desahucio;

**VIII.** El juicio hipotecario;

**IX.** Las jurisdicciones voluntarias de información ad perpetuam;

*Fracción reformada POE 24-07-2015, 14-06-2019*

**X.** Las tercerías,

*Artículo reformado POE 30-08-2013*

**XI.** La acción que se promueva para obtener el pago de cuotas condominales a que se refiere el artículo 43 de la Ley de Propiedad en Condominio, y

*Fracción adicionada POE 24-07-2015*

**XII.** Los Interdictos.

*Fracción adicionada POE 24-07-2015*

**Artículo 893.-** El procedimiento oral se realizará con base en los principios de oralidad, inmediación, igualdad, publicidad, contradicción, concentración y continuidad. En lo no previsto por este título, y en cuanto no se oponga a lo dispuesto por el mismo, se aplicarán las disposiciones comunes de este código.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 893-Bis.-** El procedimiento en términos de lo dispuesto en este título estará a cargo de un Juez de Instrucción y de un Juez oral, el primero tendrá bajo su cargo la recepción, análisis, admisión de la demanda, contestación, reconvención, contestación a la misma en s u caso, así como las diversas promociones presentadas que no tengan que ventilarse en la audiencia oral y las que se presenten en ejecución de sentencia. El Juez Oral presidirá las audiencias inicial y de juicio, dictando la sentencia correspondiente.

*Artículo adicionado POE 30-11-2012*

**Artículo 893-Ter.-** Todas las promociones que se tengan que presentar por escrito tendrán que realizarse ante el Administrador de Gestión Judicial, mismo que dará cuenta al Juez de Instrucción o de oralidad, según sea el caso.

El Administrador de Gestión Judicial tendrá a su cargo un fedatario, mismo que será el que realice el cotejo de los documentos que se presenten ante él, y las certificaciones correspondientes; así mismo dependerán de él los notificadores que serán los encargados de llevar a cabo las notificaciones ordenadas por los jueces de instrucción y de oralidad.

*Artículo adicionado POE 30-11-2012*

**Artículo 893-Quáter.-** El juez al recibir la promoción por parte del Administrador de Gestión Judicial realizará el acuerdo correspondiente, mismo que será firmado únicamente por él; una vez realizado el acuerdo se remitirá al Administrador de Gestión Judicial para que éste, en caso de ser necesario, lo turne para su notificación al actuario correspondiente.

*Artículo adicionado POE 30-11-2012*

**Artículo 893-Quintus.-** Los acuerdos y notificaciones que dicte en audiencia el Juez oral deberá remitirlas al Administrador de Gestión Judicial para que éste a su vez les dé el trámite correspondiente.

*Artículo adicionado POE 30-11-2012*

**Artículo 894.-** El procedimiento, en términos de lo dispuesto en este título, estará a cargo de un Juez de Instrucción y de un Juez Oral.

El Juez de Instrucción tendrá bajo su cargo la recepción, análisis, admisión de la demanda, contestación, reconvención, contestación a la reconvención en su caso, así como las diversas promociones presentadas que no tengan que ventilarse en la audiencia oral y las que se presenten en ejecución de sentencia.

El Juez Oral presidirá las audiencias inicial y de juicio, dictando la sentencia correspondiente.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 895.-** En caso de que una de las partes o ambas tengan alguna discapacidad ya sea visual, auditiva o carezca de lenguaje, el Juez de Instrucción ordenará la asistencia necesaria que permita su adecuada intervención en las diligencias en que formen parte. En caso de intérpretes se estará a lo dispuesto en el artículo 918 de este código.

*Párrafo reformado POE 24-07-2015*

Si para el desahogo de la audiencia de juicio no es posible contar con la asistencia requerida, ésta deberá suspenderse y ordenarse lo conducente para que tenga lugar en fecha posterior, a efecto de que se cumpla con tal disposición.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 896.-** El Juez tendrá las más amplias facultades de dirección procesal para decidir en forma pronta y expedita lo que en derecho corresponda.

Para hacer cumplir sus determinaciones el Juez puede emplear cualquiera de las correcciones disciplinarias y medios de apremio que se establecen en los artículos 87 y 89 de este Código, en los términos que se especifican.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 897.-** Las promociones de las partes, con excepción de aquéllas previstas en el artículo 905, deberán formularse oralmente durante las audiencias, debiendo desecharse de plano las notoriamente frívolas e improcedentes, imponiendo a los promoventes una multa de quince días de salario mínimo general vigente en el Estado, la que se duplicará en caso de reincidencia.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 898.-** El Juez proveerá, en el momento y oralmente, toda cuestión que le sea planteada durante el desarrollo de las audiencias.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 899.-** Las partes no podrán invocar, leer, ni incorporar como prueba al procedimiento oral, antecedente alguno relacionado con la proposición, discusión, aceptación o rechazo, procedencia, o revocación de un método alterno hecho valer, salvo lo dispuesto en la Ley de Justicia Alternativa.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 900.-** Las diligencias de desahogo de pruebas que deban verificarse fuera del juzgado, pero dentro de su ámbito de competencia territorial, deberán ser presididas por el Juez Oral, registradas por el personal técnico adscrito al Poder Judicial del Estado de acuerdo a lo establecido en el artículo 924 de este código y certificadas de conformidad con lo dispuesto para el desarrollo de las audiencias en el juzgado.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 901.-** La nulidad de una actuación deberá reclamarse en la audiencia subsecuente, bajo pena de quedar validada de pleno derecho, con excepción de la nulidad por defecto en el emplazamiento, la cual podrá reclamarse en cualquier momento.

La producida en la Audiencia de Juicio deberá reclamarse durante ésta, hasta antes de que el Juez Oral pronuncie la sentencia definitiva.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 902.-** En el juicio oral únicamente se notificará personalmente el emplazamiento, así como el auto que fije la hora y fecha en que se llevará a cabo la audiencia inicial. Las demás determinaciones se notificarán a las partes conforme a la regla prevista en el artículo 917 de este Código.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 903.-** La excepción de incompetencia, se tramitará por el Juez de Instrucción, sin suspender el procedimiento, remitiendo de inmediato copia certificada al Tribunal de alzada, por conducto del administrador de gestión judicial del juzgado respectivo.

Recibidas las actuaciones, el Administrador de Gestión Judicial del Tribunal de Alzada, remitirá dichas constancias al Magistrado en turno, para que éste a su vez, a más tardar dentro de los tres días siguientes, decida sobre la admisión de la excepción.

En el mismo acuerdo en donde se admita dicha excepción, el Magistrado citará a una audiencia dentro de los cinco días hábiles siguientes, en la que emitirá la resolución correspondiente.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 904.-** La recusación será admisible hasta antes de la calificación de las pruebas en la audiencia correspondiente y se tramitará conforme a las reglas previstas en el artículo anterior.

Si la recusación se declara fundada, será nulo lo actuado a partir del momento en que se hizo valer.

---

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

## CAPÍTULO II
## DEL PROCEDIMIENTO ORAL

*Véase Decreto que modifica este ordenamiento POE 30-08-2013*

## SECCIÓN PRIMERA
## FIJACION DE LA LITIS

*Véase Decreto que modifica este ordenamiento POE 30-08-2013*

**Artículo 905.-** La demanda, contestación, reconvención y contestación a la reconvención, deberá presentarse por escrito ante la administración de gestión judicial del juzgado correspondiente y reunirá los requisitos que se establecen en los artículos 264 y 269 de este Código.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 906.-** Las partes podrán autorizar a una o varias personas con capacidad legal para oír y recibir documentos y notificaciones en su nombre. Asimismo, podrán otorgar mandato de acuerdo a lo establecido en el Código Civil del Estado, facultando a su mandatario para interponer los recursos e impugnaciones que procedan, ofrecer e intervenir en el desahogo de pruebas y alegar en las audiencias, sin que éste último pueda sustituir o delegar dichas facultades en un tercero.

El mandatario deberá acreditar encontrarse legalmente autorizado para ejercer la profesión de abogado o licenciado en derecho, debiendo proporcionar copia de su cédula profesional, en el escrito que se otorgue el mandato.

*Párrafo reformado POE 24-07-2015*

El mandatario deberá exhibir su cédula profesional en las diligencias en que intervenga, salvo que ya se encuentre registrada dicha cédula en el Sistema de Gestión Judicial del juzgado correspondiente. El mandato judicial otorgado, por escrito, podrá ser ratificado ante el Juez de Instrucción o ante el Juez Oral en la audiencia correspondiente.

*Párrafo reformado POE 24-07-2015*
*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 907.-** En los escritos de demanda, contestación, reconvención y contestación a la reconvención, las partes ofrecerán sus pruebas, mismas que serán relacionadas con los puntos controvertidos, y se proporcionará el nombre, apellidos y domicilio de los testigos, la pericial que en su caso se ofrezca y los puntos sobre los que versará, así como la exhibición de las documentales que obren en su poder o el escrito mediante el cual se hayan solicitado los documentos que no tuvieren en su poder.

Si las partes no cumplen con los requisitos anteriores en los escritos que fijan la litis, el Juez oral no podrá admitirlas, aunque se ofrezcan por las partes posteriormente, salvo que importen pruebas supervenientes.

*Párrafo reformado POE 24-07-2015*
*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 908.-** Admitida la demanda, el Juez de Instrucción con las copias de la demanda y los documentos que se acompañan ordenará emplazar al demandado, y en el caso del ejercicio de acciones de naturaleza ejecutiva, de igual forma debe emitir mandamiento de ejecución. La contestación de la demanda debe presentarse por escrito en un plazo de nueve días, y en la misma el demandado, debe referirse a todos y cada uno de los hechos aducidos por el actor, confesándolos o negándolos, así como, en su caso, interponer excepciones.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013, 24-07-2015*

**Artículo 909.-** Transcurrido el plazo fijado para contestar la demanda, sin que lo hubiere hecho, se hará declaración de rebeldía, sin que medie petición de parte.

El Juez de Instrucción examinará, escrupulosamente y bajo su más estricta responsabilidad, si el emplazamiento fue practicado al demandado en forma legal. En el caso de que el emplazamiento no se haya realizado conforme a la ley, el Juez de Instrucción mandará a reponerlo.

Se presumirán confesados los hechos de la demanda que se dejaren de contestar, salvo lo previsto en la parte final del artículo 276 de este código, para los casos en que se afecten las relaciones familiares o el estado civil de las personas, pues entonces se tendrá por contestado en sentido negativo.

*Artículo adicionado POE 10-02-2011. Derogado POE 30-11-2012. Reformado POE 30-08-2013*

**Artículo 910.-** El escrito de contestación se formulará ajustándose a los términos previstos para la demanda. Las excepciones que se tengan, cualquiera que sea su naturaleza, se harán valer simultáneamente en la contestación y nunca después, salvo las supervenientes que se harán valer dentro de los tres días siguientes en que se tenga conocimiento y hasta antes de la sentencia, manifestándolas bajo protesta de decir verdad, la que se tramitará de forma incidental, reservándose su resolución para la sentencia definitiva.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 911.-** El demandado, al tiempo de contestar la demanda, podrá proponer la reconvención. Si se admite por el Juez de Instrucción, se correrá traslado de la misma al actor, a fin de que la conteste por escrito en un plazo de seis días hábiles siguientes a la fecha en que surta efectos su notificación.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 912.-** El demandado podrá allanarse a la demanda; en este caso, el Juez de Instrucción citará a las partes a la audiencia de juicio, que tendrá verificativo en un plazo no mayor de ocho días, en la que se dictará la sentencia respectiva.

El acuerdo dictado se remitirá al Administrador de Gestión Judicial a efecto de que éste señale día y hora, para la realización de la audiencia de juicio. La notificación a las partes será por conducto del Administrador de Gestión Judicial.

El Juez de Instrucción deberá seguir el procedimiento cuando advirtiere que:

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**a)** Existe fraude;

**b)** Lo pidiere un tercero excluyente;

**c)** El demandado no tuviere la libre disposición del derecho o éste es irrenunciable;

**d)** Lo hiciere el mandatario o apoderado que no esté especialmente facultado para ello;

**e)** Los hechos admitidos no pudieren probarse por confesión, si la ley exige prueba específica;

**f)** La sentencia pudiere producir efectos de cosa juzgada respecto de terceros; y

**g)** Existiere litisconsorcio necesario y no hubiere conformidad de todos los demandados.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 913.-** Una vez contestada la demanda y en su caso la reconvención, o transcurridos los plazos para ello, el juez de instrucción señalará de inmediato fecha y hora para la celebración de la audiencia inicial.

El Juez Oral admitirá, en su caso, las pruebas que fuesen ofrecidas en relación con las excepciones procesales opuestas, para que se rindan a más tardar en la audiencia de juicio. En caso de no desahogarse las pruebas en la audiencia, se declararán desiertas por causa imputable al oferente.

*Artículo adicionado POE 10-02-2011. Derogado POE 30-11-2012. Reformado POE 30-08-2013*

## SECCIÓN SEGUNDA
## DE LAS AUDIENCIAS

*Véase Decreto que modifica este ordenamiento POE 30-08-2013*

**Artículo 914.-** Es obligación de las partes asistir a las audiencias del procedimiento, por sí o a través de sus legítimos representantes o mandatarios, y podrán someter el conflicto a un método alterno para conciliar ante el Juez Oral y suscribir, en su caso, el convenio correspondiente de acuerdo a lo establecido en la Ley de Justicia Alternativa para el Estado.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 915.-** El Juez de Instrucción ordenará la citación para la audiencia inicial, haciéndole saber a las partes su obligación de asistir a la audiencia, apercibiéndolas de las consecuencias previstas para el caso de no comparecer.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 916.-** La fecha y hora de las audiencias se deberá fijar con la mayor proximidad posible para procurar la continuidad del procedimiento.

*Artículo adicionado POE 10-02-2011. Derogado POE 30-11-2012. Reformado POE 30-08-2013*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 917.-** Las resoluciones judiciales pronunciadas en las audiencias se tendrán por notificadas en ese mismo acto, sin necesidad de formalidad alguna a quienes estén presentes o debieren haberlo estado.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 918.-** Cualquiera de las partes que no hablen el idioma español, formularán sus preguntas o contestaciones por medio de un intérprete, en cuyo caso el Juez Oral enviará oficio al área de servicios periciales del Poder Judicial a efecto de ésta, proponga un perito para que sea designado por el juez. Las preguntas o contestaciones serán relatadas en el idioma español por el intérprete y si así lo solicitare, éste permanecerá a su lado durante toda la audiencia. En estos casos, a solicitud del de la parte o del intérprete, se concederá el tiempo suficiente para que éste pueda hacer la traducción respectiva, cuidando, en lo posible, que no se interrumpa el adecuado desarrollo de la audiencia.

*Párrafo reformado POE 24-07-2015*

Los intérpretes al iniciar su función serán advertidos de las penas en que incurren los falsos declarantes y sobre su obligación de traducir o interpretar fielmente lo dicho.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 919.-** Las audiencias serán presididas por el Juez Oral. Serán públicas y se desarrollarán oralmente en lo relativo a toda intervención de quienes participen en ella, respetando las disposiciones aplicables de la Ley de Transparencia y Acceso a la Información Pública del Estado.

Durante el desarrollo de las audiencias el Juez Oral asumirá en todo momento la dirección del proceso, pudiendo ordenar la práctica de las pruebas, dirigir el debate, moderar la discusión, imponer el orden y exigir el cumplimiento de las formalidades que correspondan, así como aplicar las correcciones disciplinarias a que se refiere este Código e incluso el retiro de la sala de audiencias.

El Juez podrá ordenar al encargado de Sala, la limitación del acceso de público a un número determinado de personas. También podrá impedir el acceso y ordenar la salida de aquellas que se presenten en condiciones incompatibles con la formalidad de la audiencia.

Quienes asistan deberán permanecer en silencio, mientras no estén autorizados para exponer o deban responder a las preguntas que se les realicen. No podrán portar objetos que pueda utilizarse para molestar, ofender o adoptar comportamiento intimidatorio o provocativo, contrario al decoro, ni producir disturbios que alteren la sana conducción del procedimiento.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 920.-** El Juez Oral determinará el inicio y la conclusión de cadauna de las etapas de las audiencias, precluyendo los derechos procesales que debieron ejercitarse en las anteriores.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

La parte que asista tardíamente a una audiencia se incorporará al procedimiento en la etapa en que ésta se encuentre, sin perjuicio de que las partes puedan conciliar hasta antes de que se dicte la sentencia.

Si una parte o los terceros llegan al recinto oficial después de iniciada la audiencia, podrán incorporarse, sin embargo, tendrán por precluído el derecho para hacer valer las manifestaciones y demás actos referentes a las actuaciones ya celebradas.

El secretario de actas mínimas hará constar el momento de la incorporación.

Una vez que los testigos, peritos o partes concluyan su intervención, podrán ausentarse del recinto oficial cuando el Juez Oral así lo determine.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 921.-** Las partes y los terceros que intervengan en el desarrollo de las audiencias deberán rendir previamente protesta de que se han conducido y se conducirán con verdad durante el procedimiento; para tal efecto, el Juez Oral dará lectura íntegra de las disposiciones del Código Penal que tipifican el delito de falsedad en declaraciones y en informes dados a una autoridad, apercibiéndolos de las penas que se imponen a quienes declaran con falsedad.

La protesta así rendida surtirá efectos en todas las intervenciones querealice quien protestó durante las actuaciones del procedimiento.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 922.-** Durante el desarrollo de las audiencias, de estimarlo necesario, el juez podrá decretar recesos.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 923.-** Cuando una audiencia no logre concluirse o llevarse a cabo en la fecha señalada para su celebración, el Juez podrá suspenderla o diferirla, y deberá fijar en el acto, la fecha y hora de su reanudación o celebración, salvo que ello resultare materialmente imposible deberá ordenarlo cuando resulte pertinente.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 924.-** Las audiencias se registrarán por videograbación, audio grabación o cualquier medio idóneo a juicio del Juez Oral, para producir fe, que permita garantizar la fidelidad e integridad de la información, la conservación y reproducción de su contenido, y el acceso a los mismos a quienes de acuerdo a la Ley tuvieren derecho a ello.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 925-** En cada audiencia el encargado de la sala hará constar oralmente en el registro a que se hace referencia al artículo anterior, la fecha, hora y el lugar de realización, así como la causa que se tratará en la audiencia y los nombres de los servidores públicos jurisdiccionales que la presiden y demás personas que intervendrán, haciéndole saber a las partes, comparecientes y público asistente, el orden, decoro y respeto que deberán observar.

Corresponde al Encargado de Sala verificar la identidad de los que intervendrán en las audiencias; y hará constar la inasistencia de alguna de las partes.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 926.-** En el transcurso de las audiencias o al terminarse éstas, el Secretario de Actas Mínimas levantará un acta que deberá contener, cuando menos:

**I.** El lugar, la fecha, hora de inicio y término y el expediente al que corresponde;

**II.** El nombre de quienes intervienen y la constancia de la inasistencia de los que debieron o no pudieron estar presentes, indicándose la causa de la ausencia si se conoce;

**III.** Una relación sucinta del desarrollo de la audiencia; y

**IV.** La firma del Juez.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 927.-** El Juez Oral deberá certificar el medio óptico o magnético en donde se encuentre grabada la audiencia respectiva, identificar dicho medio con el número de expediente y tomar las medidas necesarias para evitar que pueda alterarse.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

## SECCIÓN TERCERA
## DE LA AUDIENCIA INICIAL

*Véase Decreto que modifica este ordenamiento POE 30-08-2013*

**Artículo 928.-** Contestada la demanda y la reconvención o transcurridos los plazos para hacerlo, el Juez de Instrucción de oficio examinará la personalidad del actor y del demandado, y en su caso, la personalidad del apoderado o mandatario. Para el caso de no estar satisfecha, ordenará corregir cualquier deficiencia que sea subsanable al respecto, para lo cual otorgará un plazo improrrogable de tres días a las partes para que la subsanen. Cuando no se acredite la representación del demandado, se continuará el juicio en rebeldía de éste. Si no se subsanare el del actor, el Juez de Instrucción sobreseerá el juicio y devolverá los documentos exhibidos por las partes.

De estar satisfechos los requisitos de la contestación y en su caso, de la reconvención, se fijará fecha y hora, sin exceder de quince días hábiles, para llevar a cabo la audiencia inicial y se ordenará notificación personal a las partes por lo menos tres días de anticipación, apercibiéndolos de las consecuencias previstas en el artículo 917 de este Código para el caso de no comparecer.

Si se ofreciera prueba que requiera de diligencia especial para su desahogo, se mandará prepararla.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 929.-** La audiencia inicial tiene por objeto:

**I.** La enunciación de la Litis;

**II.** La conciliación de las partes por conducto de personal capacitado del Centro de Justicia Alternativa;

**III.** La depuración del procedimiento;

**IV.** La admisión de pruebas y la citación de la audiencia de juicio en términos de lo contemplado en el artículo 928 de este Código.

**V.** La fijación de acuerdos sobre hechos no controvertidos, y

**VI.** La fijación de acuerdos probatorios

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 930.-** En caso de que el demandado no conteste la demanda, el Juez de Instrucción declarará la rebeldía. Contestada la demanda o declarada la rebeldía éste fijará fecha y hora para la audiencia inicial, en la que el Juez Oral admitirá o desechara las pruebas ofrecidas por las partes, y en el caso de las admitidas que no ameriten preparación tendrá por concluida la audiencia inicial e inmediatamente dará inicio a la audiencia de juicio, en la cual se desahogarán las pruebas admitidas, dictándose de ser posible la sentencia definitiva, de no ser así, citará a las partes para dictarla en un término que no podrá exceder de ocho días.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013, 24-07-2015*

**Artículo 931.-** La Audiencia inicial se llevará a cabo con o sin la asistencia de las partes. A quien no acuda sin justa causa justificada, el Juez Oral podrá imponerle alguno de los medios de apremio establecido en este Código.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 932.-** Al inicio de la Audiencia inicial, una vez que el Encargado de Sala lleve a cabo lo referido en el artículo 925 de este Código, el juez Oral expondrá un breve resumen de lo demandado y de la contestación a la misma.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 933.-** Tratándose de las excepciones dilatorias que no tengan una tramitación especial en este capítulo, se tramitarán conforme a las reglas del capítulo de los incidentes.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013, 24-07-2015*

**Artículo 934.-** En caso de que se oponga la excepción de conexidad de la causa, el Juez de Instrucción informará de inmediato al que conozca del procedimiento más antiguo que se pretende acumular, para efecto de que no se pronuncie sentencia definitiva, en tanto no quede resuelta la misma.

En este caso el Juez Oral pronunciará si existe o no la misma. Si considera que no existe, continuará el procedimiento, reservando al opositor su derecho de impugnar vía

agravio dicha resolución, al momento del dictado de la sentencia definitiva. Si considera que existe remitirá al juez del conocimiento más antiguo.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 935.-** En caso de que no se opusiera excepción alguna o las que se opusieran resulten improcedentes, se procederá a admitir los medios de prueba ofrecidos en la demanda, reconvención y contestación a éstas y las relacionadas con la objeción de documentos, y se dictarán las medidas necesarias para preparar el desahogo de las que así lo requieran en la audiencia de juicio.

Cuando se advierta la falta de algún requisito en el ofrecimiento de alguna prueba, el Juez Oral requerirá al oferente para que lo subsane en ese acto, de no hacerlo, la desechará.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 936.-** El Juez Oral le dará el uso de la voz al facilitador adscrito adscrito al Centro de Justicia Alternativa, quien de una manera breve expondrá a las partes los beneficios de llegar a un acuerdo conciliatorio. Si las partes aceptan la propuesta del facilitador, el Juez Oral deberá suspender la audiencia, hasta por dos horas, con la finalidad de que se proceda a la salida alterna propuesta, pasando a la sala acondicionada contigua al Juzgado oral, para procurar la conciliación.

Una vez transcurrido el término que se les concedió a las partes para conciliar o antes si el facilitador así lo determina, lo hará del conocimiento del Juez Oral para que éste reanude la audiencia inicial.

Si las partes lograron un acuerdo conciliatorio, el facilitador, en uso de la palabra pondrá a consideración del Juez Oral las cláusulas del citado acuerdo, con la finalidad de que el Juez Oral analice las mismas; y si estuviera de acuerdo con el acuerdo, será aprobado y elevado a la categoría de sentencia ejecutoriada, decretando en consecuencia el archivo definitivo del expediente.

Si las partes con posterioridad a la etapa de conciliación en la audiencia inicial llegaren a un acuerdo satisfactorio, lo harán saber al Juez Oral para su aprobación y homologación, mismo que podrá ser en cualquier etapa del procedimiento.

Las partes podrán presentar acuerdos conciliatorios en la etapa de ejecución, únicamente respecto de lo condenado en la sentencia definitiva.

La ejecución del convenio, en caso de incumplimiento, estará a cargo delJuez de Instrucción.

En caso de que no existiera convenio alguno, se procederá de inmediato a continuar con la audiencia.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 937.-** Las partes pueden solicitar al Juez Oral tenga por acreditados ciertos hechos; dichos acuerdos probatorios no podrán ser discutidos posteriormente.

En caso de que existieran pruebas de necesaria dilación, mandará preparar aquellas que requieran diligencia especial y fijará la fecha y hora para la Audiencia de Juicio, misma que deberá fijarse en un término de quince días hábiles, a la que deberán concurrir las partes, así como los testigos y peritos, en caso de que se hayan ofrecido estas pruebas.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 938.-** En las acciones de divorcio, en las cuales las partes hayan decidido disolver su vínculo matrimonial en los términos del artículo 803 del Código Civil, se suspenderá el proceso contencioso por un plazo no mayor a diez días, debiendo presentarse la solicitud respectiva ante el juzgado que conoce del negocio. Decretado el divorcio en esa forma, se ordenará el archivo del primer proceso como asunto concluido.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 939.-** En la etapa de preparación de las pruebas, podrá desahogarse la inspección judicial y la pericial, así como solicitarse los informes y enviar los exhortos para el desahogo de aquellas probanzas que lo requieran, las cuales se tramitarán por conducto del oferente de la prueba respectiva.

Cuando las pruebas hubieren de practicarse fuera del Estado o del País, se recibirán a petición de parte dentro de un plazo de treinta a sesenta días naturales, siempre que se llenen los siguientes requisitos:

**I.** Que se solicite en la demanda, en la contestación o en la reconvención;

**II.** Que se indiquen los nombres y residencia de los testigos que hayan de ser examinados, cuando la prueba sea testificar; y

**III.** Que se designen, en caso de ser prueba instrumental, los archivos públicos o particulares donde se hallen los documentos que han de testimoniarse o presentarse originales.

El Juez Oral al calificar la admisibilidad de las pruebas, determinará el monto de la multa, en caso de no rendirse la prueba. Sin este depósito no se hará el señalamiento para la recepción de la prueba.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 940-** En caso de que la prueba pericial verse sobre la firma o escritura de alguna de las partes, en la misma audiencia deberá estamparse la firma, rasgos caligráficos o cuerpo de escritura, que el Juez Oral considere necesarios, pudiendo éste o las partes hacer las observaciones que estimen pertinentes, a fin de que los peritos dictaminen al respecto.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Si no compareció quien debe firmar o escribir, se le citará en la fecha y hora que determine el Juez Oral, con el apercibimiento de aplicarle los medios de apremio que este Código establece.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

## SECCIÓN CUARTA
## AUDIENCIA DE JUICIO

*Véase Decreto que modifica este ordenamiento 30-08-2013*

**Artículo 941.-** La Audiencia de Juicio se llevará a cabo con o sin la asistencia de las partes, sancionando a quien no acuda sin causa calificada por el Juez Oral con una multa hasta por el monto establecido en el artículo 89 del presente Código.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 942.-** La audiencia de Juicio comprenderá las siguientes etapas:

**I.** Desahogo de pruebas, en el orden que el Juez Oral determine;

**II.** Los alegatos de las partes, y

**III.** El dictado de la sentencia, de ser posible en la misma audiencia, de no ser así, se citará a las partes para dictarla dentro del término de diez días.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

## SECCIÓN QUINTA
## DE LA APELACIÓN

*Véase Decreto que modifica este ordenamiento 30-08-2013*

**Artículo 943.-** Sólo la sentencia definitiva, los autos y las sentencias interlocutorias que pongan fin al procedimiento son apelables en ambos efectos, salvo en los casos que la acción prevea que es en efecto devolutivo.

La impugnación contra las demás resoluciones que se pronuncien duranteel procedimiento, se harán valer en el momento en que se dicten; y los agravios ante la segunda instancia, en el caso de que el agraviado interponga el recurso de apelación contra la sentencia definitiva.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 944.-** El recurso de apelación se interpondrá en audiencia ante el mismo Juez Oral que dictó la resolución o ante el Juez de Instrucción tratándose de resoluciones apelables dictadas por éste. Una vez interpuesto el recurso el Juez ordenará remitir las actuaciones al Tribunal de Alzada, en un término no mayor de tres días, y notificará a las partes la sede de dicho tribunal, haciéndole de su conocimiento que las notificaciones para el apelante se harán a través de la lista electrónica o por notificación personal electrónica.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013, 24-07-2015*

**Artículo 945.-** Recibidas las actuaciones, el Administrador de Gestión Judicial del Tribunal de Alzada, remitirá dichas constancias al Magistrado en turno, para que éste a

su vez, a más tardar dentro de los tres días siguientes, decida la admisibilidad del recurso.

En el mismo acuerdo en donde se admita el recurso, el Magistrado citará a una audiencia dentro de los cinco días hábiles siguientes, para la expresión oral de agravios.

Los acuerdos serán únicamente firmados por el Magistrado que los realice.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 946.-** En la audiencia de expresión oral de agravios los recurrentes harán uso de la palabra a fin de exponer de manera breve, clara y sumaria los motivos y fundamentos que atañen a la parte o partes de la resolución recurrida, en seguida, también a través del uso de la palabra, la parte contraria intervendrá para que, si así lo desea, indique brevemente su posición respecto a lo planteado por el recurrente. El magistrado instructor podrá limitar el uso de la voz ante planteamientos meramente excesivos e imprecisos.

Si el o los recurrentes no se presentaren a la audiencia, se declarará desierto el recurso.

Concluido el debate, el magistrado instructor pronunciará la resolución en forma oral el mismo día o si no fuere posible, hasta dentro de un plazo de diez días hábiles siguientes a la celebración de la audiencia, en fecha y hora que dará a conocer a los intervinientes en la misma.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 946 Bis.-** La audiencia inicial tiene por objeto:

**I.-** La enunciación de la Litis;

**II.-** La conciliación de las partes por conducto de personal capacitado del Centro de Justicia Alternativa;

**III.-** La depuración del procedimiento; y

**IV.-** La admisión de pruebas y la citación de la audiencia de juicio en términos de lo contemplado en el artículo 946 de este Código.

*Artículo adicionado POE 30-11-2012*

## SECCIÓN SEXTA
## DE LOS INCIDENTES

*Véase Decreto que modifica este ordenamiento 30-08-2013*

**Artículo 947.-** Los incidentes que no tengan tramitación especial sólo podrán promoverse oralmente en las audiencias y no suspenderán éstas. La parte contraria contestará oralmente en la audiencia y de no hacerlo se tendrá por precluido su derecho.

Tratándose de una cuestión que requiera prueba y de ser procedente su admisión, el juez Oral ordenará su desahogo en audiencia especial o dentro de algunas de las audiencias del procedimiento, en la cual escuchará los alegatos de las partes, en el orden que determine. Enseguida se dictará la resolución si fuera posible; en caso contrario, citará a las partes para dictarla dentro del término de tres días.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 948.-** Si en la audiencia de juicio no pudiere concluirse una cuestión incidental, el juez continuará con el desarrollo de la audiencia, sin que pueda dictar sentencia definitiva, hasta en tanto no se resuelva el incidente en los términos del artículo anterior.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 948 Bis.** Tratándose de los incidentes de nulidad de notificación por falta de emplazamiento y el de falta de personalidad, planteados fuera de audiencia, estos serán tramitados por el Juez de instrucción, quien dará vista a la contraparte para que, en el término de tres días, manifieste lo que su derecho corresponda, y para el caso de que se ofrezcan pruebas, éstas serán admitidas y preparadas por el mismo Juez, y una vez hecho lo anterior, se fijará audiencia incidental, que será resuelto por el Juez oral, y en caso de ser procedente el referido incidente, se ordenará lo conducente.

*Artículo adicionado POE 24-07-2015*

## CAPÍTULO III
## DE LAS PRUEBAS

*Véase Decreto que modifica este ordenamiento 30-08-2013*

**Artículo 949.-** La preparación de las pruebas quedará a cargo de las partes, por lo que deberán presentar a los testigos, peritos y demás pruebas que les hayan sido admitidas, y sólo de estimarlo necesario, el Juez Oral, en auxilio del oferente, expedirá los oficios o citaciones y realizará el nombramiento del perito respectivo, en el entendido de que serán puestos a disposición de la parte oferente los oficios y citaciones respectivas, a afecto de que preparen sus pruebas y éstas se desahoguen en la audiencia de juicio.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 949-Bis.-** El Juez Oral le dará el uso de la voz al conciliador adscrito al juzgado oral, quien de una manera breve expondrá a las partes los beneficios de llegar a un acuerdo conciliatorio. Si las partes aceptan la propuesta del conciliador, el Juez Oral deberá suspender la audiencia, hasta por dos horas, con la finalidad de que se proceda a la salida alterna propuesta, pasando a la sala de conciliación contigua al juzgado oral.

Una vez transcurrido el término que se les concedió a las partes para conciliar o antes si el conciliador así lo determina, lo hará del conocimiento del Juez Oral para que éste reanude la audiencia inicial.

Sí las partes lograron un acuerdo conciliatorio, el conciliador, haciendo uso de la palabra, pondrá a consideración del Juez Oral las cláusulas del citado convenio, con la

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

finalidad de que el citado juzgador analice las mismas; y si estuviera de acuerdo con el convenio, será aprobado y elevado a la categoría de sentencia ejecutoriada, decretando en consecuencia el archivo definitivo del expediente.

La ejecución del convenio, en caso de incumplimiento, estará a cargo del Juez de Instrucción.

En caso de que no existiera convenio alguno, se procederá de inmediato a continuar con la audiencia

*Artículo adicionado POE 30-11-2012*

## SECCIÓN PRIMERA
## DE LA CONFESIONAL

*Véase Decreto que modifica este ordenamiento 30-08-2013*

**Artículo 950.-** La prueba confesional en este juicio se desahogará conforme a las siguientes reglas:

**I.** El oferente de la prueba podrá pedir que la contraparte se presente a declarar sobre los interrogatorios que, en el acto de la audiencia, se formulen y contesten de manera oral;

*Fracción reformada POE 24-07-2015*

**II.** Los interrogatorios podrán formularse libremente sin más limitación que las preguntas se refieran a hechos propios del declarante que sean objeto del debate. El Juez, en el acto de la audiencia, examinará y calificará las preguntas cuidadosamente; y

**III.** Previo el apercibimiento correspondiente, en caso de que la persona que deba declarar no asista sin justa causa o no conteste las preguntas que se le formulen, de oficio se hará efectivo el apercibimiento y se tendrán por ciertos los hechos que la contraparte pretenda acreditar, salvo prueba en contrario.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

## SECCIÓN SEGUNDA
## DE LA TESTIMONIAL

*Véase Decreto que modifica este ordenamiento 30-08-2013*

**Artículo 951.-** La testimonial se desahogará mediante interrogatorio oral que formulen las partes o el Juez en lo que estime pertinente. Los testigos depondrán de viva voz.

Las preguntas deben estar concebidas en términos claros y precisos, procurando que en una sola no se comprenda más de un hecho, tendrán relación directa con los puntos controvertidos y no serán inductivas, ni contrarias al derecho o a la moral. El Juez debe cuidar de que se cumplan estas condiciones impidiendo preguntas que las contraríen.

La calificación de las preguntas será implícita, el Juez solo intervendrá para desechar las que no cumplan con los requisitos legales.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Cuando la parte oferente manifieste no tener más preguntas que formular a su testigo, la parte contraria podrá interrogar al testigo sobre las respuestas otorgadas, y dirigir al testigo preguntas tendientes para acreditar cualquier circunstancia que afecte su credibilidad o exhibir las constancias que la justifiquen.

El Juez Oral podrá interrogar al testigo, de no hacerlo, le permitirá que se retire; cuidará que no se comunique con las personas que falten por rendir su testimonio.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 952.-** Las partes tendrán la obligación de presentar sus propios testigos, para cuyo efecto se les entregarán las cédulas de notificación. La prueba se declarará desierta si el testigo no es presentado por el oferente. Sin embargo, cuando realmente estuvieren imposibilitadas para hacerlo, lo manifestarán así bajo protesta de decir verdad y pedirán que se les cite.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 953.-** Cuando se trate de testigos que deban ser citados por el Juez Oral, se les apercibirá que en caso de desobediencia se aplicará una multa por el importe establecido en el artículo 89 de este código o se les hará comparecer por medio de la fuerza pública.

La citación se hará mediante cédula por lo menos con veinticuatro horas de anticipación al día en que deban declarar, sin contar el día en que se verifique la diligencia ni el señalado para recibir la declaración.

Si el testigo citado no asistiere a rendir su declaración en la audiencia programada, el juez le hará efectivo el apercibimiento realizado y reprogramará su desahogo. En este caso podrá suspenderse la audiencia.

La prueba se declarará desierta, si aplicados los medios de apremioseñalados anteriormente, no se logra la presentación de los testigos. Igualmente, en caso de que el señalamiento del domicilio de algún testigo resulte inexacto o de comprobarse que se solicitó su citación con el propósito de retardar el procedimiento, se impondrá al oferente una sanción pecuniaria cuyo monto será el establecido en la fracción I del artículo 89 de este código. El juez despachará de oficio la ejecución en contra del infractor, sin perjuicio de que se denuncie la falsedad en que hubiere incurrido, declarándose desierta la prueba testimonial.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**SECCIÓN TERCERA**
**DE LA INSTRUMENTAL**

*Véase Decreto que modifica este ordenamiento 30-08-2013*

**Artículo 954.-** Es instrumento público el registro del procedimiento oral; probará el modo en que se desarrolló la audiencia o diligencia correspondiente, la observancia de las formalidades, las personas que hubieran intervenido, las resoluciones pronunciadas por el Juez Oral y los actos que se llevaron a cabo. Tendrá valor probatorio para los

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

efectos del procedimiento, de los recursos y requerimientos que correspondan, excepto si se apruebe que fue alterado.

*Artículo adicionado POE 10-02-2011. Derogado POE 30-11-2012. Reformado POE 30-08-2013*

**Artículo 955.-** Los documentos que presenten las partes, podrán ser objetados al contestar la demanda o la reconvención, o en su caso, el actor deberá objetar las ofrecidas por el demandado en su contestación dentro de los tres días siguientes a su admisión, con el ofrecimiento de los medios de convicción que la acrediten; la de los exhibidos en la audiencia de juicio se hará en ésta. El Juez Oral proveerá lo conducente para recibir en la audiencia de juicio las probanzas admitidas.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

## SECCIÓN CUARTA
## DE LA PERICIAL

*Véase Decreto que modifica este ordenamiento 30-08-2013*

**Artículo 956.-** La prueba pericial será ofrecida y admitida cuando la naturaleza de los puntos o cuestiones materia de la litis requieran conocimientos científicos o tecnológicos o bien experiencia práctica en el ejercicio de un servicio u oficio, con la finalidad de prestar auxilio al Juzgador.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 957.-** La prueba pericial se ofrecerá en los escritos respectivos, sea la demanda, reconvención y contestación a éstas, expresando los puntos sobre los que debe versar y las cuestiones que deba dictaminar el perito, debiendo el oferente garantizar mediante recibo oficial emitido por el Fondo para el Mejoramiento de la Administración de Justicia del Estado, el pago de los honorarios del o los peritos, que en su caso designe el Juez Oral del Padrón de Peritos que emite el Consejo de la Judicatura del Estado, de acuerdo al arancel que establece el Consejo de la Judicatura del Estado. Sin perjuicio de que el oferente de la prueba pueda proponer perito de su parte.

En caso de que el oferente no cumpla con lo establecido en el párrafo anterior, se negará la admisión de la prueba en la etapa correspondiente.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 958.-** Admitida la prueba pericial, el Juez Oral hará la designación de un perito o de los que estime convenientes para la práctica de la diligencia, sin perjuicio de que las partes puedan ser asesoradas por un perito en la audiencia de desahogo de pruebas en la que el perito designado por el Juez Oral presente su dictamen correspondiente. Los peritos que asesoren a las partes no podrán intervenir en el desahogo del dictamen pericial respectivo.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 959.-** El juez de instrucción hará saber a las partes, la fecha y hora señalada para la audiencia inicial, en la que el o los peritos propuestos por las partes, aceptarán y protestarán el cargo conferido. Si alguna de las partes o ambas no presenta ante el juez en la audiencia inicial al perito o peritos propuestos, se tendrán por no designados.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

El juez de instrucción le hará saber al perito o peritos que están en el Padrón de peritos que emite el Consejo de la Judicatura, que deberán comparecer a la audiencia inicial ante el juez oral, para que en ese momento tomen protesta del cargo y las partes le realicen manifestaciones sobre las cuales desean que verse el peritaje, independientemente de las preguntas que le formulen sobre aplicación de sus conocimientos en la materia.

Si no comparecen el o los peritos propuestos ante el juez oral en la audiencia inicial, éste designará otro en su lugar del mismo padrón, para efectos de que funja como perito dentro del procedimiento y se dará vista al Consejo de la Judicatura para que proceda a su baja del padrón correspondiente, independientemente de aplicarle una sanción pecuniaria equivalente a la cantidad que cotizó por sus servicios; además, será responsable de los daños y perjuicios causados por su culpa.

En caso de que no comparezcan los peritos propuestos por las partes, se desahogará la prueba con el o los dictámenes exhibidos.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-08-2013*

**Artículo 960.-** En caso de que el perito, con el fin de emitir su dictamen, tenga necesidad de entrevistar a una o más personas, corresponderá al Juez de Instrucción señalar el lugar, día y hora de esta diligencia.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 961.-** Cuando se trate de la evaluación de menores, el Juez de Instrucción determinará la forma en que se llevará a cabo, procurando que no se afecte la integridad física, psicológica o emocional de aquellos.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 962.-** Los peritos deben tener título y cédula en la ciencia o técnica a que pertenezca el punto sobre el que ha de oírse su parecer, si la profesión estuviere legalmente regulada.

Los peritos prácticos o expertos en oficios o servicios no requerirán título ni cédula profesional.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 30-08-2013*

**Artículo 962-Bis.-** El Juez Oral podrá denegar la admisión de la prueba pericial, cuando los puntos sobre los que deba versar la peritación y las cuestiones que deben resolver los peritos, a juicio del Juzgador, sean innecesarias; porque el conocimiento objeto o materia de la pericia propuesta o su explicación no requiera especial preparación; cuando su práctica no sea posible, en razón de la naturaleza transitoria del hecho, de su incosteabilidad o falta de precisión de los puntos y cuestiones que se sometan a la opinión de los peritos.

*Artículo adicionado POE 30-11-2012. Reformado POE 30-08-2013*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 962-Ter.-** El perito nombrado por el Juez Oral puede ser recusado en el momento de la audiencia inicial, por los mismos impedimentos por los que pueden serlo los jueces, substanciándose y resolviéndose en la misma audiencia.

*Artículo adicionado POE 30-11-2012. Reformado POE 30-08-2013*

**Artículo 962-Quater.-** Los peritos quedan autorizados para solicitar aclaraciones de las partes, requerir informes de terceros y obtener copias, planos o practicar consultas o experimentos. De igual manera están facultados para inspeccionar personas, lugares, bienes muebles o inmuebles, documentos y libros; obtener muestras para exámenes de laboratorio o experimentos o ilustrar sus dictámenes.

Las partes y terceros tienen obligación de darles facilidades para el cumplimiento de su misión y el Juez Oral les prestará el auxilio necesario para ese fin

*Artículo adicionado POE 30-11-2012. Reformado POE 30-08-2013*

**Artículo 962 Quinquies.-** Los peritos asistirán a la audiencia respectiva con el fin de exponer las conclusiones de sus dictámenes y, en su caso, responder las preguntas que el Juez Oral o las partes formulen.

El Juez podrá ordenar que el perito nombrado por él, repita o amplíe el peritaje o que practique las indagaciones que estime pertinentes.

*Artículo adicionado POE 30-08-2013*

**SECCIÓN QUINTA**
**DE LA PRUEBA SUPERVENIENTE**

*Véase Decreto que modifica este ordenamiento POE 30-08-2013*

**Artículo 962 Sexties.-** Después de la demanda y contestación, reconvención y contestación a la reconvención en su caso, no se admitirán al actor ni al demandado, respectivamente, otros documentos que los que se hallen en alguno de los casos siguientes:

**I.** Ser de fecha posterior a dichos escritos;

**II.** Los anteriores respecto de los cuales, protestando decir verdad, asevere la parte que los presente no haber tenido antes conocimiento de su existencia, y

**III.** Los que no hayan sido posible adquirir con anterioridad por causas que no sean imputables a la parte interesada.

Cuando alguna de las partes tenga conocimiento de una prueba documental superveniente, deberá ofrecerla dentro de los tres días siguientes a la fecha en que tuviere conocimiento de la misma, siempre y cuando no se haya llevado a cabo la Audiencia de Juicio y el Juez Oral, oyendo previamente a la parte contraria en la misma audiencia, resolverá lo conducente.

*Artículo adicionado POE 30-08-2013*

**CAPÍTULO IV**
**DE LA EJECUCIÓN**

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

*Véase Decreto que modifica este ordenamiento POE 30-08-2013*

**Artículo 962 Sépties.-** La ejecución de los convenios celebrados ante el juez oral y de las resoluciones dictadas por éstos, será llevada por el juez de instrucción.

En los casos en que, al momento que el Juez Oral dicte su resolución, y las partes no la recurran, el juez deberá decretar que la misma ha causado ejecutoria, e iniciar la ejecución, girando los oficios correspondientes y, en su caso, ordenando las diligencias necesarias.

*Párrafo adicionado POE 24-07-2015*

Una vez causado estado la sentencia, en caso de que una de las partes no cumpla con lo ordenado, el juez de instrucción actuará de la siguiente manera:

**I.** Cuando el deudor alimentista, a pesar de habérsele fijado el pago de pensión alimenticia por el Juez, no cumpla con su obligación, se hará acreedor a la medida de apremio consistente en una multa hasta por el monto establecido en el artículo 89 de este Código;

**II.** En caso de reincidencia, el Juez ordenará el arresto de dicho deudor, en términos de la fracción IV del artículo 89 del Código en cita;

**III.** Si por tercera ocasión el deudor alimentista incumple con la citada obligación de pago de pensión alimenticia, se le dará vista al ministerio público para que inicie la carpeta de investigación correspondiente por desobediencia y resistencia de particulares, y lo que resulte procedente;

**IV.** En caso de que alguna de las partes no respete el régimen de convivencia aprobado por el Juez, se le requerirá para que cumpla de inmediato, apercibido de no hacerlo así, se le amonestará;

**V.** Si por segunda ocasión la parte no cumplió con la determinación del Juez respecto de las convivencias; se le hará saber que las subsecuentes visitas se harán en el centro de convivencia respectivo, donde se le hará la entrega del o de los menores;

**VI.** Si aun así, no se cumple con acudir al Centro de Convivencia, se le impondrá una multa en términos del artículo 89 de este ordenamiento;

**VII.** En caso de no cumplir con los requerimientos anteriores, el Juez ordenará el arresto, en términos de la fracción IV del artículo 89 de este Código;

**VIII.** Si agotadas las medidas de apremio antes señaladas, la parte que deba cumplir con el ordenamiento del Juez, insiste en esa conducta, el Juez dará vista al Ministerio Público para iniciar la carpeta de investigación por el delito de resistencia y desobediencia de particulares y/o lo que resulte procedente.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y
SOBERANO DE QUINTANA ROO**

Habiendo causado ejecutoria las resoluciones, y aprobados los convenios transaccionales, el Juez ordenará su archivo definitivo, ordenando se expida copia certificada a las partes, exceptuando los que contengan resolutivos o cláusulas de ejecución inmediata.

*Párrafo adicionado POE 24-07-2015*

En caso de incumplimiento de los mismos, el interesado promoverá, vía incidental, por cuerda separada, la ejecución del convenio o de la resolución correspondiente que contendrá los siguientes requisitos:

**a)** Los que establece el artículo 264 de este Código, y

**b)** Copia certificada del convenio y el auto que lo eleva a categoría de cosa juzgada y resolución o convenio que se pretende ejecutar.

*Párrafo adicionado POE 24-07-2015*
*Artículo adicionado POE 30-08-2013*

## CAPÍTULO V
## REGLAS ESPECIALES EN MATERIA FAMILIAR

*Capítulo adicionado POE 10-02-2011. Numeración recorrida (antes VI) POE 30-11-2012, (antes VII) 30-08-2013. Denominación reformada POE 30-08-2013*

### SECCIÓN PRIMERA
### ALIMENTOS

*Sección adicionada POE 10-02-2011*

**Artículo 963.-** Para decretar alimentos a favor de quien tenga derecho de exigirlos, se necesita que se acredite el título en cuya virtud se piden.

El que exige los alimentos tiene a su favor la presunción de necesitarlos, por lo tanto, no requiere prueba.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012*

**Artículo 964.-** La prueba de que trata el artículo anterior, para la acreditación del título en cuya virtud se piden los alimentos, será: el testamento, los documentos comprobantes de parentesco o de matrimonio o concubinato, el convenio o la ejecutoria en que conste la obligación de dar alimentos. En caso de concubinato, para acreditar el mismo, también podrá ofrecerse testigos.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012*

**Artículo 965.-** La demanda de alimentos puede presentarse por escrito ante el Administrador de Gestión Judicial o por comparecencia ante el Juez Oral en turno. De comparecer directamente el solicitante expondrá al juzgador, de manera breve, clara y concisa los hechos de que se trate, levantándose constancia de la comparecencia y de los hechos narrados los cuales deben relacionarse en forma pormenorizada.

En la comparecencia el Juez Oral debe de informar al interesado que puede contar con el patrocinio de un defensor público para conocer de su procedimiento, y como

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y
SOBERANO DE QUINTANA ROO**

consecuencia el juez dará parte al Instituto de la Defensoría Pública del Estado para que, en su caso, asesore o patrocine a aquel.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012*

**Artículo 966.-** Levantada la constancia respectiva de la comparecencia o recibida la demanda y cumplidas las exigencias legales, el Juez de Instrucción dictará el auto de admisión, fijando prudencialmente una pensión provisional, contra la cual no se admitirá recurso alguno. Lo anterior, se comunicará de inmediato a la persona física o moral de quien perciba el ingreso el deudor alimentista, para que dicha pensión se deposite a la cuenta bancaria del Poder Judicial o en la caja de la dirección financiera, para tal efecto el Juez hará del conocimiento el número de cuenta correspondiente; la cual hará constar el juez en el acuerdo donde fije la citada pensión; debiendo el Fondo para el Mejoramiento de la Administración de Justicia informar al juzgado cuando la persona física o moral incumpla, para efecto de que el juez requiera a la institución o persona moral en la que labore el deudor alimentista o en su caso, de manera directa al deudor alimentista.

*Párrafo reformado POE 30-11-2012, 24-07-2015*

Para fijar la pensión provisional, el Juez de Instrucción podrá ordenar el desahogo de cualquier diligencia que considere necesaria. Fuera de los casos anteriores, se ordenará requerir al deudor alimentista sobre el pago inmediato de dicha pensión provisional, embargando, en su caso, bienes de su propiedad que garanticen su cumplimiento.

*Párrafo reformado POE 24-07-2015*

La prueba documental podrá presentarse hasta cuarenta y ocho horas antes de la audiencia de desahogo de pruebas, salvo la referida en la fracción I del artículo 963 del presente Código, que deberá acompañarse junto con la demanda.

*Artículo adicionado POE 10-02-2011*

**Artículo 967-** La sentencia que decrete los alimentos, fijará la pensión correspondiente, la cual deberá abonarse siempre por adelantado. La sentencia respectiva indicará siempre, en su parte considerativa y en uno de sus puntos resolutivos, que el monto de la pensión cuando sea en cantidad líquida, tendrá un incremento automático mínimo, equivalente al aumento porcentual del salario mínimo general diario vigente en la zona económica correspondiente al deudor, salvo que el deudor alimentario demuestre que sus ingresos no aumentaron en igual proporción. En este caso, el incremento de los alimentos se ajustará a lo que realmente hubiese obtenido el deudor.

*Artículo adicionado POE 10-02-2011*

**Artículo 968.-** Notificada la sentencia, se comunicará sin demora a la persona física o moral de quien perciba ingresos el deudor alimentista, si este es el caso.

Cuando se hayan embargado bienes al deudor alimentista, para garantizar la pensión provisional, se tendrá por definitivo dicho embargo, pudiendo ampliarse éste y procederse a la venta para cubrirse el pago de las pensiones provisionales adeudadas, de la fijada en la sentencia y de las subsecuentes.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Cuando se hayan embargado bienes inmuebles para garantizar la pensión alimenticia provisional, el registrador público de la propiedad, en su caso, cuidará del debido cumplimiento de esta disposición.

*Párrafo reformado POE 30-11-2012*

La pensión definitiva fijada en la sentencia sustituirá a la provisional.

*Artículo adicionado POE 10-02-2011*

**Artículo 969-** La sentencia en que se denieguen los alimentos es apelable en ambos efectos y la que los concede en el efecto devolutivo.

*Artículo adicionado POE 10-02-2011*

**Artículo 970.-** Las controversias que se promuevan sobre el importe de los alimentos se decidirán en forma incidental, sin perjuicio de seguirse abonando al acreedor alimentista, durante la sustanciación del incidente, la cantidad asignada conforme al artículo 967 del presente Código.

*Artículo adicionado POE 10-02-2011*

## SECCIÓN SEGUNDA
## CONVIVENCIA DE MENORES

*Sección adicionada POE 10-02-2011*

**Artículo 971.-** Se sujetarán al procedimiento oral, así como a las reglas especiales de esta sección, las controversias que se susciten con motivo de:

**I.-** La convivencia entre los padres en relación con sus hijos, mientras estén sujetos a la patria potestad, y

**II.** La convivencia de los abuelos con sus nietos menores de edad.

Las personas primeramente señaladas, están legitimadas para acudir en esta vía, siempre que se encuentren en el ejercicio de la patria potestad, pero en ella no se ventilará discusión alguna sobre el derecho de su ejercicio y no será procedente cuando dicha cuestión ha sido motivo de sentencia ejecutoriada. Cualquier discusión en este sentido deberá tramitarse en la vía ordinaria.

*Artículo adicionado POE 10-02-2011*

**Artículo 972.-** El Juez de instrucción, después de contestada la demanda, fijará un régimen de convivencia provisional con el demandante ya sea de manera libre, asistida o supervisada, atendiendo a las circunstancias del caso y al interés superior del menor involucrado, pudiendo negar dicha medida temporal en caso que exista un inminente riesgo a la integridad física, psicológica o emocional del menor. Asimismo, podrá mandar a realizar las valoraciones psicológicas y medicas de la persona menor de edad y quienes tengan derecho a ejercer la convivencia y así lo soliciten.

La convivencia provisional cesará una vez que el Juez Oral pronuncie la sentencia definitiva.

*Artículo adicionado POE 10-02-2011. Reformado POE 24-07-2015*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 973.-** Durante el procedimiento en el que se puedan ver afectados los menores de edad, el Juez deberá escuchar la opinión de los mismos y en el caso de que por su edad no sean capaces de expresarla, el Juez habrá de observar su apariencia física y el comportamiento que manifiesten frente a los interesados, que habrá de asentar en el acta que se levante el día de la diligencia, quedando obligada la persona que detente su custodia a presentarlos el día y la hora que se señale.

*Artículo adicionado POE 10-02-2011*

**Artículo 974.-** En los supuestos de las fracciones I y II del artículo 971 del presente Código, el Juez señalará en la sentencia los días y las horas para la convivencia, dictando los apercibimientos y las providencias necesarias para su cumplimiento.

*Artículo adicionado POE 10-02-2011*

**Artículo 975.-** La sentencia que se pronuncie en los asuntos a que se refieren las fracciones I y II del artículo 971 de este Código, podrá modificarse cuando cambien las circunstancias y afecten el ejercicio de la acción que se dedujo, debiendo sustanciarse en forma incidental.

*Artículo adicionado POE 10-02-2011*

**Artículo 976.-** La sentencia se ejecutará, si así se solicita, sin necesidad de fianza.

*Artículo adicionado POE 10-02-2011*

**TÍTULO VIGÉSIMO SEGUNDO**
**PROCEDIMIENTOS ORALES ESPECIALES**

*Título adicionado POE 10-02-2011*

**CAPÍTULO PRIMERO**
**DEL DIVORCIO.**

*Capítulo adicionado POE 10-02-2011. Denominación reformada POE 04-07-2017*

**SECCIÓN PRIMERA**
**DISPOSICIONES GENERALES.**

*Sección adicionada POE 04-07-2017*

**Artículo 977.-** Los cónyuges que convengan en divorciarse por mutuo consentimiento, o en su caso, el cónyuge que de manera unilateral reclame el divorcio, están obligados a presentar ante el Juez de Instrucción la demanda solicitando el divorcio, junto con los requisitos exigidos en el artículo 798 del Código Civil para el Estado de Quintana Roo.

De igual manera la demanda deberá ser acompañada del convenio o de la propuesta de convenio, según sea el caso, que ordena el artículo 799 del Código Civil para el Estado de Quintana Roo.

En cualquier caso, si la documentación que acompañe a la demanda fuere insuficiente o el convenio o la propuesta de convenio no se ajusta a lo establecido por el mencionado artículo 799, el Juez de Instrucción prevendrá al o a los solicitantes, para que en un plazo de tres días lo completen. De no solventar la prevención se decretará el sobreseimiento.

En la demanda, se podrá pedir la aplicación de medidas provisionales o precautorias, acompañando en su caso, la documentación que se estime necesaria.

En caso de que sea solo uno de los cónyuges quien demande el divorcio, se exhibirá copia de la demanda de solicitud de divorcio, de la propuesta de convenio y documentos exhibidos, para su traslado.

Presentada la demanda conforme todo lo anterior, el Juez de Instrucción la admitirá a trámite.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 04-07-2017*

## SECCIÓN SEGUNDA
## DIVORCIO POR MUTUO CONSENTIMIENTO.

*Sección adicionada POE 04-07-2017*

**Artículo 978.-** En el caso de la promoción del divorcio por mutuo consentimiento, hecha la solicitud y cumplidas las exigencias del artículo anterior, el Juez de Instrucción, por conducto del Administrador de Gestión Judicial, citará a los cónyuges y al Ministerio Público a una audiencia ante el Juez Oral, de entre ocho y quince días.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 04-07-2017*

**Artículo 979.-** En la audiencia a que se refiere el artículo anterior, el Juez Oral exhortará a los consortes a su reconciliación. Si se avienen, el Juez declarará sobreseído el procedimiento. Si no se logra la reconciliación, e insisten los cónyuges en su propósito de divorciarse, siempre que en el convenio queden bien garantizados los derechos de los hijos, y que el Ministerio Público haya manifestado su conformidad, el Juez suspenderá la audiencia por un plazo no mayor a una hora, al término del cual deberá reanudarla y pronunciar de inmediato la sentencia, disolviendo el vínculo matrimonial y decidiendo sobre el convenio presentado, decretando cuantas medidas sean necesarias para el bienestar de los hijos.

*Párrafo reformado POE 30-11-2012*

En caso de que el Ministerio Público se oponga a la aprobación del convenio, por considerar que viola los derechos de los hijos o que no quedan bien garantizados, propondrá las modificaciones que estime pertinentes y el Juez lo hará saber a los cónyuges, para que en la misma audiencia manifiesten si aceptan o no las modificaciones.

En caso de que no las acepten, el Juez resolverá en la sentencia lo que proceda con arreglo a la ley, cuidando que queden debidamente garantizados los derechos de los hijos.

Cuando el convenio no deba ser aprobado, no podrá decretarse la disolución del matrimonio.

*Artículo adicionado POE 10-02-2011*

**Artículo 980.-** Derogado.

*Artículo adicionado POE 10-02-2011. Derogado POE 19-12-2014*

**Artículo 981.-** Los cónyuges no pueden hacerse representar por procurador en la audiencia a que se refiere el artículo 978 del presente Código, sino que deben comparecer personalmente y, en su caso, acompañados del tutor especial.

*Artículo adicionado POE 10-02-2011*

**Artículo 982.-** En caso que cualquiera de los cónyuges, sin justa causa calificada por el Juez, no acudiere a la audiencia, el Juez declarará sin efecto la solicitud y mandará archivar el expediente.

Si el cónyuge inasistente justifica la causa, el Juez citará a las partes a una nueva audiencia, bajo apercibimiento que en caso de persistir la inasistencia, el Juez declarará sin efecto la solicitud y mandará archivar el expediente.

*Artículo adicionado POE 10-02-2011*

**Artículo 983.-** La sentencia que decrete el divorcio por mutuo consentimiento es apelable en el efecto devolutivo y la que lo niegue en ambos efectos.

*Artículo adicionado POE 10-02-2011*

**Artículo 984.-** En el caso que en el convenio que se apruebe decrete el pago de alimentos, deberá observarse en la sentencia que se dicte lo dispuesto por el artículo 967 de este Código.

*Artículo adicionado POE 10-02-2011*

**Artículo 985.-** Ejecutoriada la sentencia de divorcio, el Juez mandará remitir copia de ésta y del convenio aprobado, al oficial del registro civil del lugar en que el matrimonio se efectuó para que levante el acta de divorcio respectiva y haga las anotaciones correspondientes.

*Artículo adicionado POE 10-02-2011*

## SECCIÓN TERCERA
## DIVORCIO UNILATERAL.

*Sección adicionada POE 04-07-2017*

**Artículo 985-Bis.-** Presentada la demanda, el Juez de Instrucción la admitirá a trámite, dando vista al otro cónyuge y proveerá sobre las medidas precautorias y provisionales solicitadas o las que estime necesarias para salvaguardar el interés superior de los menores o incapaces.

Además, se señalará día y hora para una audiencia de avenencia que tendrá verificativo después de nueve y antes de quince días, contados a partir de la notificación del propio auto.

*Artículo adicionado POE 15-05-2013. Reformado POE 04-07-2017*

**Artículo 985-Ter.-** En la audiencia de avenencia, el Juez tratará de conciliar a las partes, para continuar con el matrimonio. De no obtenerse la conciliación, la audiencia continuará y el Juez escuchará a las partes sobre la propuesta del convenio, en la que se podrán modificar o adicionar las cláusulas del mismo a petición de los interesados.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

De manifestar su conformidad con los términos de la propuesta de convenio y, de no haber observación alguna por el juzgador, se aprobará y elevará a la categoría de cosa juzgada, decretando mediante sentencia definitiva la disolución del vínculo matrimonial y, en su caso, la terminación de la sociedad conyugal.

La aprobación de la propuesta de convenio podrá ser sólo sobre los puntos en que haya consenso, respecto de los restantes, se procederá conforme al precepto legal siguiente

*Artículo adicionado POE 15-05-2013. Reformado POE 04-07-2017*

**Articulo 985-Quater.-** De no llegar a un acuerdo sobre la totalidad de los puntos de la propuesta de convenio, o de no asistir a la audiencia respectiva el cónyuge citado, se decretará la disolución del vínculo matrimonial y, en su caso, la terminación de la sociedad conyugal; apercibiendo a las partes en la sentencia definitiva de abstenerse de ocultar, enajenar, dilapidar bienes y efectos patrimoniales generados durante el matrimonio hasta en tanto se liquide la sociedad conyugal.

En la propia audiencia, se decidirá sobre las medidas precautorias y provisionales, entre otras las referentes a los alimentos, guarda y custodia de menores o incapaces y, régimen de convivencia.

Se otorgará a las partes un plazo común de cinco días para que conforme a los requisitos de una demanda, formulen sus pretensiones, hechos y ofrezcan sus medios de prueba, respecto de los puntos que no hayan sido objeto de consenso y los demás que estimen convenientes.

*Artículo adicionado POE 15-05-2013. Reformado POE 04-07-2017*

**Articulo 985-Quinquies.-** Hecha la solicitud y cumplidas las exigencias del artículo anterior, el Juez de Instrucción, citará al Ministerio Público a la audiencia inicial ante el Juez Oral, dentro de un plazo entre ocho y quince días; y la secuencia procesal seguirá las mismas reglas del Título Vigésimo Primero denominado del Procedimiento Oral, resolviéndose mediante sentencia interlocutoria el incidente de pretensiones planteado respecto de los puntos que no hayan sido objeto del consenso.

La sentencia definitiva que decrete la disolución del vínculo matrimonial será irrecurrible.

Con los escritos que presenten las partes, se les dará vista para que manifiesten lo que a su interés convenga, opongan defensas y excepciones y ofrezcan los medios de prueba respectivos, por un plazo de cinco días.

*Artículo adicionado POE 15-05-2013. Reformado POE 04-07-2017*

**Articulo 985-Sexties.-** DEROGADO.

*Artículo adicionado POE 15-05-2013. Derogado POE 04-07-2017*

**Artículo 985-Septies.-** DEROGADO.

*Artículo adicionado POE 15-05-2013. Reformado POE 24-07-2015. Derogado POE 04-07-2017*

## CAPÍTULO SEGUNDO
## JURISDICCIÓN VOLUNTARIA

*Capítulo adicionado POE 10-02-2011*

### SECCIÓN PRIMERA
### PROCEDIMIENTO

*Sección adicionada POE 10-02-2011*

**Artículo 986.-** La solicitud se presentará por escrito al Juez de instrucción y reunirá los requisitos de los artículos 90, 91 y 264 de este Código, los correspondientes al acto de jurisdicción voluntaria que se promueva y cualquier otro requisito que el Juez considere necesario, según las circunstancias del caso. Si no se reúnen las exigencias previstas en el párrafo anterior, el Juez concederá al promovente un término de tres días para completarlas. En caso de que no se cumpla esa prevención, se desechará de plano su solicitud.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012, 24-07-2015, 14-06-2019*

**Artículo 987.-** Cumplidas las exigencias, el Administrador de Gestión Judicial señalará el día, hora y lugar para una audiencia que se celebrará ante el Juez Oral dentro del plazo de quince días, citando a los promoventes, al Ministerio Público y terceros que deban comparecer.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012*

**Artículo 988.-** En la audiencia a que se refiere el artículo anterior, se desahogarán las pruebas que requieran diligencia especial en el orden que el Juez Oral determine, hecho lo cual, el procedimiento quedará en estado de sentencia, misma que se dictará en el acto si fuere posible. En caso contrario, citará a las partes para dictarla dentro del término de tres días.

*Artículo adicionado POE 10-02-2011. Reformado POE 30-11-2012*

### SECCIÓN SEGUNDA
### ENAJENACIÓN DE BIENES DE MENORES O INCAPACITADOS
### Y TRANSACCIÓN ACERCA DE SUS DERECHOS

*Sección adicionada POE 10-02-2011*

**Artículo  989.-**  Será necesaria autorización  judicial para la venta de los bienes que pertenezcan exclusivamente a menores o incapacitados y correspondan a las clases siguientes:

**I.-** Bienes raíces;

**II.-** Derechos reales sobre muebles; III.- Alhajas y muebles preciosos;

**IV.-** Acciones de compañías industriales y mercantiles cuyo valor exceda de cinco mil pesos.

*Artículo adicionado POE 10-02-2011*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 990.-** Para decretar la venta de los bienes se necesita que al pedirse, se exprese el motivo de la enajenación y el objeto a que debe aplicarse la suma que se obtenga y que se justifique la absoluta necesidad o la evidente utilidad de la medida.

Si fuere el tutor quien solicitaré la venta, al hacer la promoción debe proponer las bases de la venta en cuanto a la cantidad que deba darse de contado, el plazo, interés y garantías del remanente.

La solicitud del tutor se substanciará con el ministerio público.

La sentencia que se dicte es apelable en ambos efectos

Los peritos que se designen para hacer el avalúo serán nombrados por el Juez.

*Artículo adicionado POE 10-02-2011*

**Artículo 991**.- Respecto de las alhajas y muebles preciosos, el Juez determinará si conviene o no la venta, atendiendo en todo a la utilidad que resulte al menor.

Si se decreta la venta, se hará por conducto de un comisionista o casa de comercio que expenda artículos similares, observándose en lo conducente lo dispuesto por el artículo 551 del presente código.

*Artículo adicionado POE 10-02-2011*

**Artículo 992.-** La venta de los inmuebles que se ordene al remate, se realizará conforme a lo dispuesto en los artículos 519 y siguientes del presente Código, y en ella no podrá admitirse postura inferior de las dos terceras partes del avalúo pericial o que no se ajuste a los términos de la autorización judicial.

*Párrafo reformado POE 30-11-2012*

Si en la primera almoneda no hubiere postor, a solicitud del tutor, con citación del ministerio público, el Juez convocará a una junta dentro del tercer día, para ver si son de modificarse o no las bases del remate, señalándose nuevamente las almonedas que fueren necesarias.

*Artículo adicionado POE 10-02-2011*

**Artículo 993.-** Para la venta de acciones y títulos de renta, se concederá la autorización sobre la base de que no se haga por menor valor del que se cotice en la plaza el día de la venta y por conducto de comisionista o de comerciante establecido y acreditado.

*Artículo adicionado POE 10-02-2011*

**Artículo 994.-** El precio de la venta se entregará al tutor si las firmas o garantías prestadas son suficientes para responder de él. De otra manera se depositará en el establecimiento destinado al efecto.

El Juez señalará un término prudente al tutor para qué justifique la inversión del precio de la enajenación.

*Artículo adicionado POE 10-02-2011*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 995.-** Para la venta de los bienes inmuebles o de los muebles preciosos de hijos, requerirán los que ejercen la patria potestad la autorización judicial en los mismos términos que los señalados en el artículo 989 de este código. El procedimiento se substanciará con el Ministerio Público y con un tutor especial que para el efecto nombre el Juez desde las primeras diligencias.

En este caso la venta se llevará a cabo fuera de remate a un precio que no baje de las cuatro quintas partes de avalúo.

Bajo las mismas condiciones, los padres podrán gravar los bienes inmuebles de sus hijos o consentir la extinción de derechos reales.

*Artículo adicionado POE 10-02-2011*

**Artículo 996.-** Para recibir dinero en nombre del menor o incapacitado, los progenitores o el tutor necesitarán de la autorización judicial que se substanciará con el ministerio público.

*Artículo adicionado POE 10-02-2011*

**Artículo 997.-** Lo dispuesto en los artículos que preceden se aplicará a la transacción y arrendamiento por más de cinco años de bienes de menores o incapacitados.

*Artículo adicionado POE 10-02-2011*

## CAPÍTULO III
## DE LOS MEDIOS PREPARATORIOS A JUICIO ORAL
*Capítulo adicionado POE 30-08-2013*

**Artículo 998.-** El juicio oral civil podrá prepararse, pidiendo declaración bajo protesta de decir verdad el que pretenda demandar, de aquél contra quien se propone dirigir la demanda. Presentando la solicitud por escrito ante la Administración de Gestión Judicial del Juzgado.

*Artículo adicionado POE 30-08-2013*

**Artículo 999.-** Al pedirse la diligencia preparatoria debe expresarse el motivo por el que se solicita y el litigio civil que se trata de seguir. Una vez admitidos se fijará fecha y hora para llevar a cabo la audiencia de desahogo, de acuerdo a las formalidades previstas en el capítulo segundo sección segunda y tercera de este título, y se ordenará la citación personal para que comparezca ante el Juez Oral. En la notificación se expresará el nombre y apellidos del promovente, objeto de la diligencia, la cantidad que se reclame y el origen del adeudo.

*Artículo adicionado POE 30-08-2013*

**Artículo 1000.-** Si el deudor fuere hallado o no en su domicilio y debidamente cerciorado, el actuario entregará la cédula en la que se contenga la transcripción íntegra del auto que se hubiere dictado al propio interesado, a su mandatario, al pariente más cercano que se encontrare en la casa, a sus empleados, a sus domésticos o a cualquier otra persona que viva en el domicilio del demandado, entregándole también copias del traslado de la solicitud debidamente selladas y cotejadas.

*Artículo adicionado POE 30-08-2013*

**Artículo 1001.-** Si no comparece a la audiencia y se le hubiere apercibido de tener por cierta la deuda o en su caso por acreditado el arrendamiento, previo cercioramiento de que la notificación fue legalmente practicada, se tendrán por justificadas las diligencias, siguiéndose el juicio oral conforme marca la ley.

*Artículo adicionado POE 30-08-2013*

**Artículo 1002.-** Contra la resolución que concede la diligencia preparatoria no habrá ningún recurso. Contra la resolución que la niegue habrá el de apelación en ambos efectos, si fuere apelable la sentencia del juicio que se prepara.

*Artículo adicionado POE 30-08-2013*

## CAPITULO IV
## DEL JUICIO DE DESAHUICIO

*Capítulo adicionado POE 30-08-2013*

**Artículo 1003.-** La demanda de desocupación debe fundarse en la falta de pago de dos o más mensualidades y se acompañará con el contrato escrito de arrendamiento cuando ello fuere necesario para la validez del acto conforme al Código Civil o con el documento respectivo que justifique la ocupación.

En caso de no ser necesario el contrato escrito o de haberse cumplido voluntariamente por ambos contratantes sin otorgamiento de documento, se justificará por medio de información testimonial, prueba documental o cualquiera otra bastante como medio preparatorio del juicio.

Presentada la demanda con el documento o la justificación correspondiente, el Juez de Instrucción proveerá el auto mediante el cual requiera al arrendatario para que en el acto de la diligencia justifique con los documentos idóneos estar al corriente del pago de las rentas, y no haciéndolo, se le prevendrá para que dentro de treinta días hábiles siguientes proceda a desocupar el bien arrendado, apercibido de lanzamiento a su costa si no lo efectúa, en el mismo acto se le emplazará para que dentro de nueve días ocurra a oponer las excepciones que tuviere.

En el caso de que el contrato de arrendamiento o el documento mediante el cual se justifique la ocupación se haya otorgado o ratificado ante fedatario público, el arrendador podrá solicitar al Juez de Instrucción que, cuando en la diligencia descrita en el párrafo anterior, el arrendatario no justifique estar al corriente de las rentas, se le embarguen bienes suficientes para cubrir estas y las rentas que se generen hasta la desocupación del bien arrendado.

Los beneficios de los plazos que este capítulo concede a los inquilinos, no son renunciables.

Emplazado el demandado y en caso de que el inmueble se encuentre desocupado, a petición del arrendador, se le dará posesión del inmueble en forma provisional.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Son improcedentes la reconvención y compensación.

*Artículo adicionado POE 30-08-2013. Reformado POE 14-06-2019*

**Artículo 1004.-** Si en el acto de la diligencia justificare el arrendatario con los recibos correspondientes, haber hecho el pago de las rentas reclamadas, o exhibiere su importe o copia del escrito de ofrecimiento de pago debidamente sellado por un Juzgado, a los que hubiere acompañado los certificados de depósito respectivos, se suspenderá la diligencia, asentándose constancias de estas circunstancias en el acta y, agregándose los justificantes que se presenten, se dará cuenta al Juez de Instrucción. Si se exhibiere el importe, se mandará entregar al actor sin más trámite y se dará por terminado el procedimiento.

Si se exhibieren copias de escritos de ofrecimiento de pago, se pedirán los originales por oficio al Juzgado en que se encuentren, así como los correspondientes certificados. Recibidos estos, se dará por terminado el procedimiento y se entregarán los certificados de ello al arrendador, a cambio de los recibos correspondientes.

En caso de presentarse recibos de pago, se mandará dar vista al actor por el término de tres días; si no los objeta, se dará por concluido el juicio; en caso contrario, se continuará con el procedimiento, en la inteligencia de que la audiencia de juicio deberá efectuarse antes del vencimiento del término fijado para el lanzamiento

*Artículo adicionado POE 30-08-2013. Reformado POE 14-06-2019*

**Artículo 1004 Bis.** Cuando durante el plazo fijado para el desahucio exhiba el inquilino el recibo que ampare la totalidad de las rentas debidas o el importe de ellas, dará el Juez por terminada la providencia de lanzamiento sin condenación en costas.

Si el recibo presentado es de fecha posterior a la exhibición, o la exhibición del importe de las rentas se hace fuera del término señalado para el desahucio, también se dará por concluida la providencia de lanzamiento, pero se condenará al inquilino al pago de las costas causadas.

*Artículo adicionado POE 14-06-2019*

**Artículo 1004 Ter.** El Juez debe desechar de plano las excepciones diversas a las que el Código Civil, en los artículos 2698, 2699 y 2707 concede al inquilino para no pagar la renta, siendo estas inadmisibles si no se ofrecen con sus pruebas.

Si las excepciones fueren declaradas procedentes en la misma resolución, dará el Juez por terminada la providencia de lanzamiento y, en su caso, ordenará el levantamiento de los embargos ordenados. De lo contrario, en la sentencia se señalará el plazo para que la desocupe, que será el que falta para cumplirse el señalado por el artículo 1003.

De declararse procedente el juicio y haber embargado bienes para garantizar las rentas adeudadas, en ejecución de sentencia se procederá al remate de los bienes embargados, para que con el producto de estos se pague al arrendador el importe de las rentas reclamadas, ello ante el Juez de Instrucción.

*Artículo adicionado POE 14-06-2019*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 1004 Quáter.** La sentencia que decrete el desahucio y, en su caso, el pago de rentas, será apelable en el efecto devolutivo, la que lo niegue será apelable en ambos efectos.

*Artículo adicionado POE 14-06-2019*

**Artículo 1004 Quinquies.** Para la ejecución del desahucio se tiene como domicilio legal del ejecutado, la finca o departamento de cuya desocupación se trata.

La diligencia de lanzamiento se entenderá con el ejecutado o en su defecto con cualquiera persona de la familia, doméstico, portera o portero, agente de la policía, o vecinos, pudiéndose romper las cerraduras de la puerta si fuere necesario.

*Artículo adicionado POE 14-06-2019*

**Artículo 1004 Sexies.** Los muebles u objetos que en la casa se encuentren si no hubiere persona de la familia del inquilino que los recoja, u otra autorizada para ello, se remitirán por inventario a la autoridad policiaca correspondiente o al local que designe la autoridad administrativa, dejándose constancia de esta diligencia en autos.

*Artículo adicionado POE 14-06-2019*

## CAPITULO V
## DEL JUICIO HIPOTECARIO

*Capítulo adicionado POE 30-08-2013*

**Artículo 1005.-** Se tramitará en la vía civil oral el juicio que se promueva para ejercitar la acción hipotecaria que tiene por objeto la obtención del pago del crédito que la hipoteca garantice. Para que el juicio proceda es necesario se siga según las reglas del presente capítulo, y se cumpla la totalidad de los siguientes requisitos:

**I.** Que el crédito hipotecario se otorgue en los términos de los Artículos 3096, 3097, 3098, 3099, 3108 y demás relativos del Código Civil para el Estado y que sea de plazo cumplido, o que éste sea exigible en los términos pactados o bien conforme a las disposiciones aplicables;

**II.** El documento base de la acción tenga carácter de título ejecutivo;

**III.** El bien se encuentre inscrito a favor del demandado, y

**IV.** No exista embargo o gravamen en favor de tercero, inscrito cuando menos noventa días anteriores a la de la presentación de la demanda.

*Artículo adicionado POE 30-08-2013. Reformado POE 24-07-2015*

**Artículo 1006.-** Presentado el escrito de demanda, acompañado del instrumento respectivo, el juez de instrucción, previa calificación de que se reúnen los requisitos fijados por el artículo anterior, admitirá la misma y mandará anotar la demanda en el Registro Público de la Propiedad y que se corra traslado de ésta al deudor, para contestar la demanda y a oponer las excepciones, que no podrán ser otras que:

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**I.** La falta de personalidad del acreedor;

**II.** Las fundadas en las que el demandado no haya firmado el documento base de la acción, su alteración o la de falsedad del mismo;

**III.** Falta de representación, de poder bastante o facultades legales de que quien haya suscrito en representación del demandado el documento base de la acción;

**IV.** Incumplimiento o nulidad del contrato;

**V.** Pago o compensación;

**VI.** Remisión o quita;

**VII.** Oferta de no cobrar o espera;

**VIII.** Novación de contrato;

**IX.** Litispendencia y conexidad, y

**X.** Cosa juzgada.

Las excepciones comprendidas en las fracciones V a la VIII y la indicada en la fracción X, solo se admitirán cuando se funden en prueba documental. Las excepciones señaladas en la fracción IX, solo se admitirán si se exhiben con la contestación las copias señaladas de la demanda y contestación de ésta, o de las constancias que acrediten el emplazamiento del juicio pendiente o conexo, o bien la documentación que acredite fehacientemente que se encuentra tramitando un procedimiento arbitral.

La reconvención solo será procedente cuando se funde en el mismo documento base de la acción o se refiera a su nulidad. En cualquier otro caso se desechará de plano.

Si el demandado al contestar la demanda se allanare a esta y solicitare el término de gracia para el pago o cumplimiento de lo reclamado, el Juez de Instrucción dará vista al actor para que, dentro de tres días manifieste lo que a su derecho convenga, debiendo el Juez Oral resolver en la audiencia inicial, de acuerdo a tales proposiciones de las partes. El término de gracia no podrá exceder de tres meses en ningún caso.

*Artículo adicionado POE 30-08-2013. Reformado POE 24-07-2015*

**Artículo 1007.-** La demanda se anotará al margen de la inscripción registral de la hipoteca en el Registro Público correspondiente, a cuyo efecto el actor exhibirá un tanto más de dicha demanda, documento base de la acción y en su caso, de aquellos con que justifique su representación, para que previo cotejo con sus originales, se certifiquen por el Fedatario, haciendo constar que se expiden para efectos de que la parte interesada anote su demanda, a quien se le entregarán para tal fin, debiendo hacer las gestiones en el Registro.

La anotación de la demanda estará vigente desde su materialización en el Registro Público de la Propiedad, hasta la conclusión del juicio, determinada por auto o sentencia que haya quedado firme.

Si la finca no se haya en el lugar del juicio, se librará exhorto al juez de la ubicación, para que ordene el registro de la demanda como se previene en el primer párrafo de este artículo.

*Artículo adicionado POE 30-08-2013. Reformado POE 24-07-2015*

**Artículo 1008.-** Anotada la demanda en el Registro Público de la Propiedad, no podrá verificarse en la finca hipotecada ningún embargo, toma de posesión, diligencia precautoria o cualquier otra que entorpezca el curso del juicio, sino en virtud de sentencia ejecutoriada relativa a la misma finca, debidamente registrada y anterior en fecha a la inscripción de la referida demanda o en razón de providencia precautoria solicitada ante el juez de instrucción por acreedor con mejor derecho, en fecha anterior a la demanda.

*Artículo adicionado POE 30-08-2013*

**Artículo 1008 Bis.** Si en la libertad de gravamen como uno de los elementos por el cual se ejercita una acción hipotecaria se advierte que hay otros acreedores hipotecarios, el Juez de Instrucción mandará notificarles la existencia del juicio para que manifiesten lo que a su derecho corresponda.

*Artículo adicionado POE 24-07-2015*

**Artículo 1008 Ter.** En la diligencia de emplazamiento se le requerirá al deudor del pago de lo adeudado y de no hacerlo se le nombrará depositario judicial, respecto a la finca dada en garantía hipotecaria, de sus frutos y los objetos que con arreglo al contrato y conforme al Código Civil, deban considerarse como inmovilizados y formando parte de la misma finca de los cuales se formará inventario para agregarlo a los autos, siempre que lo pida el acreedor.

Para efecto del inventario el deudor queda obligado a dar todas las facilidades para su formación y en caso de desobediencia, el Juez lo compelerá por los medios de apremio que le autoriza la ley.

El deudor que no haya aceptado la responsabilidad de depositario, será desalojado judicialmente y entregará desde luego la tenencia material al actor.

*Artículo adicionado POE 24-07-2015*

**Artículo 1008 Quater.** Si en la diligencia que se señala en el párrafo anterior no se entendiere directamente con el deudor, éste deberá dentro de los tres días siguientes manifestar si acepta o no la responsabilidad de depositario, entendiéndose que no lo acepta si no hace esta manifestación y en este caso el autor podrá pedir que se le entregue la tenencia material de la finca.

*Artículo adicionado POE 24-07-2015*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 1008 Quinquies.** Si durante la conciliación, el demandado confesare ante el facilitador adscrito al Centro de Justicia Alternativa ciertas las pretensiones del actor, el juez oral le concederá al demandado un término de gracia de quince días para hacer los pagos adeudados, exentándolo del pago de gastos y costos que se hubieren originado. Si no lo hiciere, se dictará sentencia condenatoria en la que se determine el remate de la finca hipotecada por el saldo de lo adeudado por el demandado.

*Artículo adicionado POE 24-07-2015*

**Artículo 1008 Sexties.** Para el remate, se tendrá como precio de la finca hipotecada, el precio que señale el avalúo que presente la persona que las partes hayan convenido para tal efecto en el momento de la constitución de la hipoteca, o en su caso, de no haberse acordado se procederá de la forma siguiente:

**I.** Cada parte tendrá derecho de exhibir, dentro de los cinco días siguientes a que sea ejecutable la sentencia, avalúo de la finca hipotecada, practicado por un corredor público, una institución de crédito o perito valuador autorizado por la ley, los cuales en ningún caso podrán tener el carácter de parte o de interesada en juicio;

**II.** En el caso de que algunas de las partes omita exhibir el avalúo dentro del plazo señalado en la fracción anterior se entenderá su conformidad con el avalúo que haya exhibido su contraria;

**III.** En el supuesto de que ninguna de las partes exhiba el avalúo dentro del plazo señalado en la fracción I de este artículo, cualquiera de ellas lo podrá presentar posteriormente, considerándose como base para el remate el primero en tiempo;

**IV.** Si las dos partes exhibieren los avalúos en el plazo a que se refiere la fracción I de este artículo y los valores determinados de cada uno de ellos no coincidieren, se tomará como base para el remate el promedio de ambos avalúos, siempre y cuando no exista un treinta por ciento de diferencia entre el más bajo y el más alto, en cuyo caso el juez ordenará se practique nuevo avalúo por el corredor público o la institución bancaria que al efecto señale;

**V.** La vigencia del valor que se tenga por los avalúos, será de seis meses para que se lleve a cabo la primera almoneda de remate. Si entre ésta y la subsecuente mediara un término mayor de seis meses, se deberán actualizar los valores;

**VI.** Obtenido el valor del avalúo según el caso que corresponda de acuerdo a las fracciones anteriores, se procederá a rematar la finca en los términos del Capítulo IV denominado "De los remates" del Título Noveno de este código, y

**VII.** La resolución que recaiga al remate solo podrá ser apelable en sentido devolutivo.

*Artículo adicionado POE 24-07-2015*

**Artículo 1008 Septies.** Desde el día del emplazamiento, contrae el deudor la obligación de depositario judicial de la finca hipotecada, de sus frutos y de todos los objetos que con arreglo a la escritura y conforme al Código Civil, deban considerarse como

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

inmovilizados y formando parte de la misma finca, de los cuales se formará inventario para agregarlo a los autos, siempre que lo pida el acreedor.

*Artículo adicionado POE 24-07-2015*

## CAPITULO VI
## DE LA JURISDICCION VOLUNTARIA DE INFORMACION AD PERPETUAM

*Capítulo adicionado POE 30-08-2013*

**Artículo 1009.-** La solicitud se presentará por escrito ante la Administración de Gestión Judicial del Juzgado y reunirá los requisitos de los artículos 90, 91 y 264 de este Código y cualquier otro requisito que el Juez de Instrucción considere prudente.

Si no se reúnen las exigencias previstas en el párrafo anterior, el Juez concederá al promovente un término de tres días para completarlas. En caso de que no se cumpla esa prevención, se desechará de plano su solicitud.

*Artículo adicionado POE 30-08-2013*

**Artículo 1010.-** Cumplidas las exigencias, el Juez de Instrucción citará a la audiencia de juicio, previa fecha y hora que proporcione el Administrador de Gestión Judicial, la cual se celebrará ante el Juez Oral dentro del plazo de diez días, citando al promovente y al Ministerio Público, quedando a cargo del interesado la preparación de las pruebas ofrecidas, apercibido que de no hacerlo así, se declararán desiertas las mismas ordenándose el archivo del expediente.

*Artículo adicionado POE 30-08-2013*

**Artículo 1011.-** En la audiencia a que se refiere el artículo anterior, se desahogarán las pruebas que requieran diligencia especial en el orden que el Juez Oral determine, una vez concluido el desahogo de las mismas, si fuere posible se dictará la sentencia. En caso contrario, citará a las partes para dictarla dentro del término de tres días.

*Artículo adicionado POE 30-08-2013*

**Artículo 1012.-** Las diligencias de jurisdicción voluntaria serán apelables. La impugnación se hará valer en el momento de dictarse la correspondiente resolución y los agravios se formularán ante la segunda instancia.

*Artículo adicionado POE 30-08-2013*

## CAPÍTULO VII
## DE LAS TERCERÍAS

*Capítulo adicionado POE 30-08-2013*

**Artículo 1013.-** Las tercerías que surjan dentro del procedimiento oral, se sustanciarán en forma separada, con los mismos trámites y procedimientos de este título.

*Artículo adicionado POE 30-08-2013*

**Artículo 1014.-** En todo lo no previsto regirán las reglas generales de este Código, en cuanto no se opongan a las disposiciones del presente título.

*Artículo adicionado POE 30-08-2013*

## TÍTULO VIGÉSIMO TERCERO

## DE LA ADMINISTRACIÓN DE GESTIÓN JUDICIAL

*Título adicionado POE 30-08-2013*

## CAPÍTULO ÚNICO
## DISPOSICIONES GENERALES

*Capítulo adicionado POE 30-08-2013*

**Artículo 1015.-** La administración de gestión judicial será el área encargada de coadyuvar con las labores operativas de los juzgados y tribunales del Estado, en aquellos distritos que el Consejo de la Judicatura del Poder Judicial designe.

*Artículo adicionado POE 30-08-2013*

**Artículo 1016.-** La administración de gestión judicial contará con un administrador el cual tendrá a su cargo a los fedatarios, los actuarios, secretarios de actas mínimas, encargados de sala y el personal administrativo que el órgano judicial requiera.

*Artículo adicionado POE 30-08-2013*

**Artículo 1017.-** Las copias simples de los documentos que se presenten, cotejadas y autorizadas por el fedatario, correrán en los autos, quedando los originales bajo el resguardo de la administración de gestión judicial, donde podrá verlos la parte contraria, si lo pidiere.

Los interesados pueden presentar una copia simple de sus escritos, a fin de que se les devuelva con la anotación de la fecha y hora de presentación, sellada y firmada por el personal que la reciba en la administración.

Tratándose de los casos señalados en el Artículo 109 Bis de este código, pueden ser remitidos vía electrónica al correo institucional de la administración de gestión judicial.

Para efectos de identificación de la petición correspondiente deberá señalar el juzgado al que va dirigido, el número del expediente, el nombre del solicitante y el nombre de las partes, por lo que el Juez tendrá a su disposición la citada promoción a más tardar al día siguiente, acordando lo conducente en términos de ley.

La promoción a la que se hace alusión en líneas precedentes, únicamente será válida si es remitida a través de la cuenta de correo electrónico proporcionada por el administrador de gestión judicial.

*Artículo adicionado POE 30-08-2013*

**Artículo 1018.-** La demanda deberá presentarse por escrito ante la Administración de Gestión Judicial de los juzgados y reunirá los requisitos establecidos en los artículos 264 y 265 del presente Código.

*Artículo adicionado POE 30-08-2013*

**Artículo 1019.-** Todas las promociones se presentarán ante la Administración de Gestión Judicial, haciéndose constar el día y hora en el que se presenta, dando cuenta al Juez, Juez de instrucción, Juez Oral o Magistrado, según sea el caso.

*Artículo adicionado POE 30-08-2013*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 1020.-** El fedatario será el que realice el cotejo de los documentos que se presentan ante la administración y las certificaciones correspondientes, asimismo auxiliará en las funciones jurídicas de notificación y en el cómputo de los términos judiciales.

*Artículo adicionado POE 30-08-2013*

**Artículo 1021.-** La administración cuidará que los expedientes sean cosidos y exactamente foliados, al agregarse cada una de las hojas y pondrán el sello del juzgado que corresponda en el fondo del cuaderno, de manera que queden debidamente selladas las dos caras.

*Artículo adicionado POE 30-08-2013*

**Artículo 1022.-** Se podrá solicitar, ante la Administración de Gestión Judicial, copia simple de los documentos o resoluciones que obran en autos, o parte de ellos. Así también, los interesados, podrán obtener copias del expediente, valiéndose de cualquier otro medio tecnológico, bastando que lo soliciten verbalmente, sin que se requiera decreto judicial, dejando constancia en autos de su recepción.

Igualmente, podrán solicitar por escrito o por correo electrónico, copia certificada de cualquier documento que obre en juicio y de los medios de registro de las audiencias, que la ley determine o deba darse a las partes en virtud de decreto judicial, las cuales deberán ser certificadas por el fedatario adscrito.

Cuando la parte interesada solicite copia certificada de uno o varios documentos completos, en ningún caso se dará vista a la contraria. Al entregarse las copias certificadas, el que las reciba debe dejar en autos razón y constancia de su recibo.

Lo anterior con excepción de los casos señalados en la Ley de Transparencia y Acceso a la Información Pública del Estado.

*Artículo adicionado POE 30-08-2013*

**Artículo 1023.-** El juez, al recibir los escritos que le fueren turnados por parte del Administrador de Gestión Judicial, realizará el acuerdo correspondiente, que será firmado por él y el Secretario de Acuerdos, con excepción de los procedimientos orales, en cuyo caso será firmado únicamente por el Juez de Instrucción; una vez realizado el acuerdo se remitirá al Administrador de Gestión Judicial para que éste, en caso de ser necesario, lo turne para su notificación al actuario correspondiente.

*Artículo adicionado POE 30-08-2013*

**Artículo 1024.-** Los acuerdos y notificaciones que dicte en audiencia el Juez deberá remitirlas al Administrador de Gestión Judicial para que éste a su vez les dé el trámite correspondiente.

*Artículo adicionado POE 30-08-2013*

**Artículo 1025.-** Los actuarios serán los encargados de llevar a cabo las notificaciones ordenadas por los jueces, jueces de instrucción, Jueces de oralidad o magistrados, según sea el caso.

*Artículo adicionado POE 30-08-2013*

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 1026.-** En cada audiencia el Encargado de la Sala hará constar oralmente la fecha, hora y el lugar de realización, así como el tipo de diligencia que se tratará en la audiencia y los nombres de los servidores públicos jurisdiccionales que la presiden y demás personas que intervendrán, haciéndole saber a las partes, comparecientes y público asistente, el orden, decoro y respeto que deberán observar. Asimismo, les harán saber que, en observancia a la privacidad de las personas que intervienen, se prohíbe ingresar a la sala con cámaras, teléfonos celulares, o cualquier medio electrónico que puedan ser utilizados para grabar una audiencia.

Las partes que no cumplan con lo anterior serán desalojadas, y se les podrá aplicar cualquier corrección disciplinaria o medios de apremio establecidos en este Código.

Corresponde previamente al Encargado de Sala verificar la identidad de los que intervendrán en las audiencias y hará constar la inasistencia de las partes.

*Artículo adicionado POE 30-08-2013*

**Artículo 1027.-** El Administrador de Gestión Judicial será responsable de la custodia de los expedientes que se integren en el juicio, así como de los registros físicos y medios electrónicos que se deriven de las audiencias, ya sean orales o escritas, o cualquier otro medio idóneo que permita garantizar la fidelidad e integridad de la información, la conservación y reproducción de su contenido y el acceso a los mismos a quienes de acuerdo a la ley tuvieren derecho a ello.

Cuando por cualquier causa se dañe el soporte material del registro afectando su contenido, el Juez de Instrucción ordenará reemplazarlo, en todo o en parte, por una copia fiel, que obtendrá de quien la tuviere, si no dispone de ella directamente.

Lo anterior con excepción de los casos en que la Ley de Transparencia y Acceso a la Información Pública del Estado obligue a la autoridad a negar el acceso público a la información.

*Artículo adicionado POE 30-08-2013*

**Artículo 1028.-** El Administrador de Gestión Judicial de los Juzgados será responsable de los aparatos y el personal de auxilio necesarios para tener acceso a los registros del procedimiento, a fin de conocer su contenido, pudiendo tomar apuntes.

Lo anterior con excepción de los casos en que la Ley de Transparencia y Acceso a la Información Pública del Estado, obligue a la autoridad a negar el acceso público a la información.

*Artículo adicionado POE 30-08-2013*

**Artículo 1029.-** Todas las audiencias de desahogo de pruebas y alegatos, así como la inicial y de juicio, serán agendadas por el administrador de gestión judicial a petición del juez o magistrado, según sea el caso.

*Artículo adicionado POE 30-08-2013*

## TITULO ESPECIAL

### De los Juzgados Menores

### De la Justicia de Paz

**Artículo 1o.-** En el Estado de Quintana Roo habrá los Juzgados Menores que determine la Ley Orgánica del Poder Judicial del Estado de Quintana Roo.

**Artículo 2o.-** Conocerán los juzgados menores de los juicios cuya cuantía no exceda de Cincuenta Mil Pesos.

Para estimar el interés del negocio se atenderá a lo que el actor demande. Los réditos, daños y perjuicios no serán tenidos en consideración si son posteriores a la presentación de la demanda, aun cuando se reclamen en ella.

Cuando se trate de arrendamiento o se demande el cumplimiento de una obligación consistente en prestaciones periódicas, se computará el importe de las prestaciones en un año, a no ser que se tratare de prestaciones vencidas, en cuyo caso se estará a lo dispuesto en la primera parte de este artículo

**Artículo 3o.-** Si se dudare del valor de la cosa demandada o del interés del pleito, antes de expedirse la cita para el demandado, el juez oirá el dictamen de un perito que él mismo nombrará a costa del actor.

Aun cuando esto se hubiere hecho, el demandado, en el acto de juicio, podrá pedir que se declare que el negocio no es de la jurisdicción de paz o menor por exceder de Cincuenta Mil Pesos su cuantía y, en tal caso el juez oirá lo que ambas partes expongan y la opinión de los peritos que presenten, resolviendo enseguida. Si declarare ser competente, se continuará la audiencia como lo establecen los artículos 20 al 23.

**Artículo 4o.-** Cuando el Juez, en cualquier estado del negocio, encuentre que éste no es de su competencia por exceder de los límites que se fijan en el artículo 1º o en razón de corresponder a juez de diversa jurisdicción o de otro fuero, suspenderá de plano el procedimiento y remitirá lo actuado al juez competente.

**Artículo 5o.-** Cada juzgado conocerá de los negocios relativos a predios ubicados dentro de su demarcación, cuando se trate de arrendamiento o de acciones reales sobre bienes inmuebles.

Conocerá también de aquellos en que el demandado sea citado en lugar que se encuentre comprendido también en la demarcación.

En caso de duda será competente por razón del territorio el juez de paz o menor que haya prevenido y en ningún caso se dará entrada a cuestión relativa a competencia de jurisdicción por aquel concepto; el hecho de haber conocido indebidamente de casos correspondientes a otras demarcaciones, será motivo de corrección disciplinaria que impondrá el Presidente del Tribunal Superior de Justicia.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 6o.-** Cuando el juez de paz o menor recibiere inhibitoria de otro juzgado en que se promueva competencia por razón de la cuantía y creyere debido sostener la suya, el mismo día lo comunicará así al competidor y remitirá su expediente con el oficio inhibitorio sin necesidad de informe especial al Tribunal Superior de Justicia del Estado.

El Tribunal Superior de Justicia del Estado o el Juez de Primer Instancia, sin otro trámite, decidirán la competencia en una audiencia que se celebrará dentro de los tres días siguientes al recibo de los documentos y a la cual será citado el Ministerio Público sin que sea necesaria su asistencia para que se verifique la vista.

## Emplazamiento y citaciones

**Artículo 7o.-** A petición del actor se citará al demandado para que comparezca dentro del noveno día. En la cita que en presencia del actor será expedida y entregada a la persona que debe llevarla se expresará por lo menos el nombre del actor, lo que demande, la causa de la demanda, la hora que se señale para el juicio y la advertencia de que las pruebas se presentarán en la misma audiencia.

Debe llevarse en los juzgados de paz o menores un libro de registro en que se asentarán por días y meses los nombres de actores y demandados y el objeto de las demandas:

Puede el actor presentar su demanda por escrito.

**Artículo 8o.-** La cita del emplazamiento se enviará al demandado por medio del actuario del juzgado o de algún policía al lugar que el actor designe para ese fin y que podrá ser:

**I.-** La habitación del demandado, su despacho, su establecimiento mercantil o su taller;

**II.-** El lugar en que trabaja u otro que frecuente y en que ha de creerse que se halle al llevarle la cita;

**III.-** La finca o departamento arrendado cuando se trate de desocupación.

**Artículo 9o.-** El actuario o policía que lleve la cita se cercionarán de que el demandado se encuentre en el lugar designado y se le entregará la cita personalmente. Si no lo encontrare y el lugar fuere alguno de los enunciados en las fracciones I o III del artículo anterior, cerciorándose de este hecho, dejará la cita con la persona de mayor confianza que encuentre. Si no se encontrare el demandado y el lugar no fuere de los enumerados en las fracciones I o III no se lo dejará la cita, debiéndose expedir de nuevo cuando lo promueva el actor.

**Artículo 10.-** Cuando no se conociere el lugar en que el demandado viva o tenga el principal asiento de sus negocios o cuando viviendo o trabajando en un lugar se

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

negaren él o las personas requeridas a recibir el emplazamiento, se podrá hacer la notificación en el lugar donde se encuentre.

**Artículo 11.-** El actor tiene el derecho de acompañar al actuario o al policía que lleve la cita para hacerles las indicaciones que faciliten la entrega.

**Artículo 12.-** Las citas se extenderán en esqueletos impresos tomados de libros talonarios. Un duplicado se agregará al expediente respectivo.

**Artículo 13.-** El actuario o policía que entregue la cita recogerá, en una libreta especial, recibo de ella, el cual, si no supiere firmar la persona que debiera hacerlo, será firmado por alguna otra presente en su nombre, asentándose en la libreta a quién se haya hecho la entrega y el motivo.

En el juzgado habrá el número necesario de libretas para que puedan llevar una cada encargado de entregar citas.

**Artículo 14.-** En los casos a que se refiere el artículo 10, el recibo se firmará por la persona a quien se hiciere la citación. Si no supiere firmar o no pudiere, lo hará a su ruego un testigo; si no quisiere firmar o presentar testigos que lo hagan, firmará el testigo requerido al efecto por el notificador. Este testigo no puede negarse bajo multa de un día de salario mínimo.

En la libreta se asentará la razón de lo ocurrido.

**Artículo 15.-** Los peritos, testigos y en general, terceros que no constituyan parte pueden ser citados por correo, telégrafo y aún teléfono, cerciorándose el Secretario previamente de la exactitud de la dirección de la persona citada.

**Identidad de las partes.**

**Artículo 16.-** Cuando se presente como actor o como reo alguien que no sea personalmente conocido por el Juez ni el Secretario, se procederá a su identificación por medio de declaración oral o carta de conocimiento de persona caracterizada y de arraigo, por documento bastante o por cualquier otro medio que fuere suficiente a juicio del Juez.

No será necesaria la identificación aunque se trate de personas desconocidas cuando por la naturaleza o circunstancias del caso no hubiere peligro de suplantación de la persona.

El que se presente como actor o como reo usando nombre de otro para hacerse pasar por él, se considerará como falsario y quedará sujeto a las sanciones que determine el Código Penal.

**Del Juicio**

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 17.-** Si al anunciarse el despacho del negocio no estuviere presente el actor y sí el demandado, se dará por concluido el procedimiento, perdiendo todo el derecho para poder intentar la acción que ejercitó salvo que demostrare el impedimento de caso fortuito o fuerza mayor que no le permitió presentarse a continuar el juicio.

**Artículo 18.-** Si al ser llamado a contestar la demanda no estuviere presente el demandado y constare que fue debidamente citado, se dará por contestada la demanda en sentido afirmativo y se continuará la audiencia. Cuando se presente durante ella el demandado, continuará ésta con su intervención según el estado en que se halle y no se le admitirán pruebas sobre ninguna excepción si no demostrare el impedimento de caso fortuito o fuerza mayor que le impidiere presentarse a contestar la demanda.

**Artículo 19.-** Si al anunciarse el despacho del negocio no estuvieren presentes el actor ni el demandado, se tendrá por no expedida la cita y podrá expedirse de nuevo si el actor lo pidiere. Lo mismo se observará cuando no concurra el demandado y aparezca que no fue citado debidamente.

**Artículo 20.-** Concurriendo al juzgado las partes en virtud de la citación, se abrirá la audiencia y en ella se observarán las siguientes prevenciones:

**I.-** Llevar a cabo la junta de conciliación a que se refiere el artículo 257 del Código de Procedimientos Civiles del Estado;

**II.-** Expondrán oralmente sus pretensiones por su orden, el actor su demanda, y el reo su contestación, y exhibirán los documentos u objetos que estimen conducentes a su defensa y presentarán a los testigos y peritos que pretendan sean oídos;

**III.-** Las partes pueden hacerse mutuamente las preguntas que quieran, interrogar a los testigos y peritos y, en general, presentar todas las pruebas que se puedan rendir;

**IV.-** Todas las acciones y excepciones o defensas se harán valer en el acto mismo de la audiencia, sin sustanciar artículos o incidentes de previo pronunciamiento. Si de lo que expongan o aprueben las partes resultara demostrada la procedencia de una excepción dilatoria, el Juez lo declarará así, desde luego, y dará por terminada la audiencia. Ante los jueces de paz o menores municipales, solo se admitirá reconvención hasta por veinte mil pesos;

**V.-** El juez podrá hacer libremente las preguntas que juzgue oportunas a cuantas personas estuvieren presentes en la audiencia, carear a las partes entre sí o con los testigos y a éstos los unos con los otros, examinar documentos, objetos o lugares y hacerlos reconocer por peritos;

**VI.-** Cuando una de las partes lo pida, la otra deberá ser citada desde el emplazamiento y concurrirá personalmente a la audiencia para contestar las preguntas que se le hagan, a menos de que el juez la exima por causa de enfermedad, ausencia, ocupación urgente y otro motivo fundado. Hecho el llamamiento y desobedecido por el citado, o

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

rehusándose éste a contestar si comparece, el juez podrá tener por ciertas las afirmaciones de la otra parte;

**VII.-** En cualquier estado de la audiencia y en todo caso antes de pronunciar el fallo, el juez exhortará a las partes a una composición amigable, si se lograre la avenencia, se dará por terminado el juicio;

**VIII.-** El juez oirá las alegaciones de las partes, para lo cual concederá hasta diez minutos a cada una, y en seguida, pronunciará, su fallo en presencia de ellas, de una manera clara y sencilla.

**Artículo 21.-** Las sentencias se dictarán a verdad sabida, sin necesidad de sujetarse a las reglas sobre estimación de las pruebas, sino apreciando los hechos según los jueces lo creyeren debido en conciencia.

**Artículo 22.-** Debe el juez observar escrupulosamente lo dispuesto por el artículo 143 de este Código, aún en negocios mercantiles. No se impondrán multas por temeridad. Los gastos de ejecución serán a cargo del condenado.

**Artículo 23.-** Contra las resoluciones pronunciadas por los jueces de paz no se dará recurso alguno.

## Ejecución de las sentencias

**Artículo 24.-** Los jueces de paz o menores municipales tienen obligación de proveer a la eficaz e inmediata ejecución de sus sentencias y a ese efecto dictarán todas las medidas necesarias en la forma y términos que a su juicio fueren procedentes, sin contrariar las siguientes reglas:

**I.-** Si al pronunciarse la sentencia estuvieren presentes ambas partes, el juez las interrogará acerca de la forma que cada una proponga para la ejecución y procurará que lleguen a un avenimiento a ese respecto;

**II.-** El condenado podrá proponer fianza de persona abonada para garantizar el pago, y el juez, con audiencia de la parte que obtuvo, calificará la fianza según su arbitrio y si la aceptare podrá conceder un término hasta de quince días para el cumplimiento y aún mayor tiempo si el que obtuvo estuviere conforme en ellas. Si vencido el plazo el condenado no hubiere cumplido, se procederá de plano contra el fiador, quien no gozará de beneficio alguno;

**III.-** Llegado el caso, el ejecutor, asociado de la parte que obtuvo y sirviendo de mandamiento en forma la sentencia condenatoria, procederá al secuestro de bienes conforme a los artículos que siguen.

**Artículo 25.-** El secuestro podrá recaer en toda clase de muebles, con excepción de los vestidos, muebles de uso común, e instrumentos y útiles de trabajo, en cuanto sean enteramente indispensables a juicio del ejecutor, y de los sueldos y pensiones del

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y
SOBERANO DE QUINTANA ROO**

Erario. El embargo de sueldos o salarios sólo se hará cuando la deuda reclamada fuere por alimentos o por responsabilidad proveniente de delitos, graduándola el ejecutor equitativamente en atención al importe de los sueldos y a las necesidades del ejecutado y su familia.

**Artículo 26.-** La elección de los bienes en que hubiere de recaer el secuestro será hecha por el ejecutor, prefiriendo los más realizables y teniendo en cuenta lo que expongan las partes.

**Artículo 27.-** Si no se hallare el condenado en su habitación, despacho, taller o establecimiento, la diligencia se practicará con la persona que se encuentre, y si no hubiere nadie, con un vecino y el policía del punto.

**Artículo 28.-** En caso necesario, previa orden especial y escrita del juez, se podrán practicar cateos y romper cerraduras en cuanto fuere indispensable para encontrar bienes bastantes.

**Artículo 29.-** Si el secuestro recayere en créditos o rentas, la ejecución consistirá en notificar al que deba de pagarlos que los entregue al juzgado luego que se venzan o sean exigibles. Cualquier fraude o acto malicioso para impedir la eficacia del secuestro, como anticipar el pago o aparecer despedido el empleado o rescindido el contrato, hará personal y directamente responsables al notificado y, en consecuencia, a él se le exigirá el pago de lo sentenciado, a reserva de que a su vez lo exija a la parte condenada.

**Artículo 30.-** El remate de bienes muebles se hará en la forma que determina el artículo 551 del Código de Procedimientos Civiles. Si se tratare de bienes raíces se anunciará el remate por medio de avisos que se fijen en los lugares de costumbre y en los estrados del juzgado, y se hará previa citación de los acreedores que resulten del certificado de gravámenes que expedirá el Registrador Público de la Propiedad. El avalúo se hará por medio de cualquiera clase de pruebas que el Juez podrá allegar de oficio.

**Artículo 31.-** Si atendidas las circunstancias y la naturaleza de los bienes, el juez estimare que deben de pignorarse los muebles antes de venderse, los mandará pignorar en la mayor suma posible, pero que no exceda de la necesaria para cubrir dichos gastos, a cuyo pago se haya condenado y los gastos de traslación. Si la cantidad prestada bastare para cubrir los gastos, se entregará el documento en que conste el empeño al ejecutado y, en caso contrario, el empeño se hará en el concepto de que el objeto salga a remate en la almoneda más próxima y el documento en que conste el mismo se retendrá en el juzgado hasta que el acreedor quede íntegramente pagado o hasta que los objetos pignorados se realicen, entregándose entonces al deudor las demasías que hubiere.

Los gastos de traslación serán pagados desde luego por el ejecutor, tomándose su importe de la cantidad prestada.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 32.-** Todos los actos del ejecutor serán revisables sea de oficio o a petición de parte, por el Juez, quien podrá modificarlos o revocarlos según lo creyere justo.

**Artículo 33.-** Cuando la sentencia condene a entregar cosa determinada, para obtener su cumplimiento se podrán emplear los medios de apremio que autoriza el artículo 89 de este Código, y si fuere necesario el cateo, se podrá autorizar previa orden especial y escrita, que se rompan cerraduras en cuanto fuere posible, para encontrar la cosa.

Si ni aún así se obtuviere la entrega, el juez fijará la cantidad que como reparación se deba entregar a la parte que obtuvo, procediéndose a exigir su pago con arreglo a los artículos 24 a 31.

**Artículo 34.-** Si la sentencia condena a hacer, el juez señalará al que fue condenado, un plazo prudente para el cumplimiento y se estará en todo a lo dispuesto en el artículo 471 de este Código.

Si el hecho consistiere en el otorgamiento de un contrato o la celebración de un acto jurídico, el juez lo ejecutará en rebeldía del condenado.

**Artículo 35.-** El tercero que considere perjudicado sus derechos al ejecutar la sentencia ocurrirá al juez de paz, presentando sus pruebas, y el juez con audiencia inmediata de las partes, resolverá si subsiste o no el secuestro o el acto de ejecución practicado, sin decidir sobre la propiedad del bien ni sobre otros hechos controvertidos.

**Artículo 36.-** Los juicios de desocupación de predios o localidades arrendadas se substanciarán conforme a las reglas establecidas para los demás juicios, sin tener en caso alguno periodo de lanzamiento.

Cuando la sentencia condene a desocupación se concederá para ésta un término de ocho o veinte días, según la importancia de la cosa arrendada, a juicio del juez, pero desde luego se procederá al aseguramiento de bienes suficientes a cubrir el importe de las rentas a cuyo pago se hubiere condenado.

La desocupación de predios rústicos podrá decretarse hasta los sesenta días.

**Incidentes**

**Artículo 37.-** Las cuestiones incidentales que se susciten ante los jueces de paz y menores municipales se resolverán juntamente con la principal, a menos que por naturaleza sea forzoso decidirlas antes, o que se promuevan después de la sentencia pero, en ningún caso se formará artículo, sino que se decidirán de plano.

La conexidad sólo procede cuando se trate de juicios que se sigan ante el juez de paz o menores municipales y se resolverá luego que se promueva, sin necesidad de audiencia especial ni otra actuación. Queda abolida la práctica de promover acumulaciones de autos llevados ante el juzgado de paz o menores municipales diferentes.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Artículo 38.-** Las promociones de nulidad de actuaciones por falta o defecto de citación o notificación, deben ser desechadas de plano.

**Artículo 39.-** Las disposiciones de este título se aplicarán también en los juicios sobre actos mercantiles, sin que a ello obsten las disposiciones que en contrario hay en el Código de Comercio.

**Artículo 40.-** En los negocios de la competencia de los juzgados de paz o menores municipales, únicamente se aplicarán las disposiciones de este Código y de la Ley Orgánica de Tribunales, en lo que fuere indispensable, para complementar las disposiciones de este título y que no se opongan directa ni indirectamente a éstas.

**Artículo 41.-** Ante los jueces de paz o menores municipales no será necesaria la intervención de abogados ni se exigirá ritualidad alguna ni forma determinada en las promociones o alegaciones que se hagan

**Artículo 42.-** Respecto de las actuaciones ante juez de paz o menores municipales no hay días ni horas inhábiles.

**Artículo 43.-** Las audiencias serán públicas. Si en la hora señalada para una audiencia no se hubiere terminado el negocio o negocios anteriores, las personas citadas deberán permanecer hasta que llegue su turno al asunto respectivo, siguiéndose rigurosamente para la vista de los negocios el orden que les corresponda, según la lista del día, que se fijará en los tableros del juzgado desde la víspera.

Cuando fuere necesario esperar a alguna persona a quien se hubiere llamado a la audiencia o conceder tiempo a los peritos para que examinen las cosas, acerca de las que hayan de emitir dictamen u ocurriere algún otro caso que lo exija, a juicio del Juez se suspenderá la audiencia por un término prudente, y si fuere enteramente indispensable, dispondrá el juez la continuación para el día siguiente, a más tardar. La violación de este precepto amerita corrección disciplinaria, que impondrá el superior y será anotada en el expediente que a cada funcionario judicial corresponda.

**Artículo 44.-** Para cada asunto se formará un breve expediente con los documentos relativos a él y, en todo caso, con el acta de la audiencia, en la que muy sucintamente se relatarán los puntos principales y se asentará la sentencia así como lo relativo a su ejecución. Bastará que las actas sean autorizadas por el juez y el secretario o los testigos de asistencia en su caso; pero los interesados tendrán el derecho de firmarlas también, pudiendo sacar copias de ellas, cuya exactitud certificará el secretario previo cotejo si así se pidiere. El condenado que estuviere presente firmará en todo caso el acta, a menos de no saber o estar físicamente impedido; si fuere posible se imprimirán sus huellas digitales.

En los asuntos de menos de trescientos pesos, no se requieren formalidades ni la formación de expediente, bastando con asentar en el libro de gobierno el asunto de la

demanda y la contestación que se diere, sucintamente relatada, y los puntos resolutivos de la sentencia con los preceptos legales que le sirvieren de fundamento.

**Artículo 45.-** Los documentos y objetos presentados por las partes, les serán devueltos al terminar la audiencia, tomándose razón.

**Artículo 46.-** Para la facilidad y rapidez en el despacho, las citas, órdenes, actas y demás documentos necesarios se extenderán en esqueletos impresos que tendrán los huecos que su objeto requiera y los cuales se llenarán haciendo constar en breve extracto lo indispensable para la exactitud y precisión del documento. Cuando por motivos especiales fuere necesario hacer constar más de lo que cupiere en el hueco correspondiente, se escribirá al reverso del documento o en hojas que se agregarán a él.

**Artículo 47.-** Los jueces de paz o menores municipales no son recusables; pero deben excusarse cuando estén impedidos y, en tal caso, el negocio pasará al otro juzgado de la misma demarcación, si lo hubiere, y si no, al que corresponda en el número de demarcación. Si los jueces impedidos no se excusaran, a queja de parte el superior impondrá corrección disciplinaria y hará la anotación en el expediente del funcionario

## T R A N S I T O R I O S

**Artículo 1o.-** Este código comenzará a regir al décimo quinto día siguiente al de su publicación en el Periódico Oficial del Estado.

**Artículo 2o.-** Todos los asuntos que estén tramitándose al comenzar a regir este Código se sujetarán a sus disposiciones si así lo solicitan las partes.

**Artículo 3o.-** Los términos que estén corriendo al comenzar a regir este Código se computarán conforme e las disposiciones del mismo o del anterior, aplicándose las que señalen mayor tiempo.

**Artículo Cuarto.-** Se derogan todas las disposiciones que se opongan a lo dispuesto en el presente Código.

Dado en el Salón de Sesiones de la H. Legislatura Constitucional, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los veintinueve días del mes de octubre de mil novecientos ochenta.

**Diputada Presidente.**                                    **Diputado Secretario.**

Faride Cheluja Pérez.                                    Germán García Padilla.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

### ARTICULOS TRANSITORIOS DE DECRETOS DE REFORMA

**DECRETO 087 DE LA VII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 13 DE ENERO DE 1995.**

### T R A N S I T O R I O S

**ARTICULO PRIMERO.-** El presente decreto entrará en vigor al día siguiente al de su publicación en el Periódico Oficial del Gobierno del Estado de Quintana Roo.

**ARTICULO SEGUNDO.-** Los juicios que actualmente se estén tramitando que tengan por objeto cualquiera de los supuestos previstos en el Artículo 644-A del presente decreto, se seguirán substanciando conforme a las normas establecidas para los juicios en que se iniciaron, hasta su resolución definitiva.

Salón de Sesiones del Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los cinco días del mes de enero de mil novecientos noventa y cinco.

**Diputado Presidente:**                                    **Diputado Secretario:**

Tito Raúl García Aguilar.                                   Margarito Buitrón Hernández.


**DECRETO 060 DE LA VIII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 30 DE ABRIL DE 1997.**

### T R A N S I T O R I O S

**ARTICULO PRIMERO.-** El presente Decreto entrará en vigor el día de su publicación en el Periódico Oficial del Estado.

**ARTICULO SEGUNDO.-** Se abrogan todas aquellas disposiciones que se opongan al presente Decreto.

**ARTICULO TERCERO.-** Todos los juicios hipotecarios que actualmente se siguen, se continuará tramitando conforme al procedimiento iniciado.

Salón de Sesiones del H. Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los diecisiete días del mes de abril de mil novecientos noventa y siete.

**Diputado Presidente:**                                    **Diputado Secretario:**

Gustavo Ortega Joaquín.                                    Jorge M. López Sosa.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

---

**DECRETO 198 DE LA XI LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 28 DE SEPTIEMBRE DE 2007.**

### ARTICULO TRANSITORIO:

**ÚNICO.-** El presente Decreto iniciará su vigencia a partir del día siguiente al de su publicación en el Periódico Oficial del Gobierno del Estado de Quintana Roo.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los veinte días del mes de septiembre del año dos mil siete.

**Diputada Presidenta:**                          **Diputado Secretario:**

C. Inés López Chan                          Lic. Juan Carlos Pallares Bueno.


**DECRETO 201 DE LA XI LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 15 DE OCTUBRE DE 2007.**

### ARTÍCULO TRANSITORIO:

**PRIMERO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Periódico Oficial del Gobierno del Estado de Quintana Roo.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los nueve días del mes de octubre del año dos mil siete.

**La Diputada Presidenta:**                          **El Diputado Secretario:**

C. Inés López Chan.                          Lic. Juan Carlos Pallares Bueno.


**DECRETO 156 DE LA XII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 30 DE JUNIO DE 2009.**

### T R A N S I T O R I O:

**ARTÍCULO ÚNICO.** El presente decreto entrará en vigor al día siguiente al de su publicación en el Periódico Oficial del Estado de Quintana Roo.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los veinticinco días del mes de junio del año dos mil nueve.

**Diputada Presidenta:**                                    **Diputada Secretaria:**

C. Marisol Ávila Lagos.                                    Lic. María Hadad Castillo.

**DECRETO 164 DE LA XII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 18 DE SEPTIEMBRE DE 2009.**

### ARTÍCULO TRANSITORIO:

**ÚNICO.-** Las presentes reformas entrarán en vigor a partir del día siguiente de su publicación en el Periódico Oficial del Estado de Quintana Roo.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los diecisiete días del mes de septiembre del año dos mil nueve.

**Diputado Presidente:**                                    **Diputada Secretaria:**

Lic. Carlos Mario Villanueva Tenorio.                      Lic. María Hadad Castillo.

**DECRETO 173 DE LA XII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 21 DE OCTUBRE DE 2009.**

### T R A N S I T O R I O:

**ÚNICO.-** El presente Decreto entrará en vigor el 31 de Enero del año 2010.

### ARTÍCULO TRANSITORIO:

**ÚNICO.-** Publíquese el presente Decreto en el Periódico Oficial del Estado de Quintana Roo.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los trece días del mes de octubre del año dos mil nueve.

**Diputado Presidente:**                                    **Diputada Secretaria:**

Lic. Carlos M. Villanueva Tenorio.                         Lic. María Hadad Castillo.

**DECRETO 361 DE LA XII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 30 DE NOVIEMBRE DE 2010.**

### ARTÍCULO TRANSITORIO:

**ÚNICO.** El presente decreto entrará en vigor al día siguiente al de su publicación en el Periódico Oficial del Estado de Quintana Roo.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los veintitrés días del mes de noviembre del año dos mil diez.

**Diputada Presidenta:**                          **Diputada Secretaria:**

Lic. Laura Lynn Fernández Piña.                  Lic. María Hadad Castillo.


**DECRETO 374 DE LA XII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 10 DE DICIEMBRE DE 2010.**

### ARTÍCULOS TRANSITORIOS:

**PRIMERO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Periódico Oficial del Estado de Quintana Roo.

**SEGUNDO.-** Se derogan todas las normas que se opongan al presente Decreto.

**TERCERO.-** El Sistema Estatal de Desarrollo Integral de la Familia contará, con 90 días a partir de la entrada en vigor del presente Decreto, para implementar la figura de Oficial de Menores de Edad, dentro del personal con que cuenta para su debida selección y capacitación, para los efectos que la ley señala.

### T R A N S I T O R I O

**ÚNICO.-** Publíquese el presente Decreto en el Periódico Oficial del Estado de Quintana Roo.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los dos días del mes de diciembre del año dos mil diez.

**Diputada Presidenta:**                          **Diputada Secretaria:**

Lic. Laura Lynn Fernández Piña.                  Lic. María Hadad Castillo.

**DECRETO 419 DE LA XII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 10 DE FREBREO DE 2011.**

## ARTÍCULOS TRANSITORIOS:

**PRIMERO.-** Estas reformas al Código de Procedimientos Civiles para el Estado Libre y Soberano de Quintana Roo, comenzarán a regir a los seis meses siguientes al de su publicación en el Periódico Oficial del Estado.

**SEGUNDO.-** El procedimiento oral en materia familiar que prevén las reformas contenidas en el presente Decreto, se aplicará en principio únicamente en el Distrito Judicial de Chetumal. Con respecto a su aplicación en el resto de los Distritos Judiciales de la Entidad, ésta se hará de manera gradual y preferentemente en los siguientes Distritos Judiciales y conforme la siguiente calendarización:

**a)** En el Distrito Judicial de Cozumel, hasta el 16 de agosto del año 2013.

*Inciso reformado POE 30-08-2013*

**b)** En el Distrito Judicial de Felipe Carrillo Puerto, hasta el 16 de agosto de 2015.

**c)** En el resto de los Distritos Judiciales de la entidad, hasta el 16 de agosto de 2017.

Cuando de forma extraordinaria a lo previsto en el calendario antes citado, el Consejo de la Judicatura del Poder Judicial del Estado, considere que existen las condiciones necesarias para la implementación de las reformas en alguno de los distritos judiciales del Estado, en alguna fecha previa a las establecidas en el calendario referido, la Legislatura del Estado o en su caso, la Diputación Permanente, previa comunicación que le formule el Consejo de la Judicatura del Estado, emitirá la Declaratoria, que se publicará en el Periódico Oficial del Estado, en la que se señale expresamente que el procedimiento oral en materia familiar contenido en el presente Decreto, se aplicará en el Distrito o Distritos Judiciales a que se contraiga la comunicación antes referida.

**TERCERO.-** Los asuntos en materia familiar, mismos a los que hace referencia este procedimiento oral, iniciados con anterioridad a la entrada en vigor de esta reforma, y teniendo en cuenta lo establecido en el artículo segundo transitorio, serán concluidos conforme a las disposiciones vigentes con anterioridad a dicho acto.

## T R A N S I T O R I O:

**ÚNICO.-** Publíquese el presente Decreto en el Periódico Oficial del Estado de Quintana Roo.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los dos días del mes de febrero del año dos mil once.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Diputado Presidente:                                    Diputada Secretaria:

Lic. Pedro Pablo Poot Ek.                               C. Marisol Ávila Lagos.

**DECRETO 142 DE LA XIII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 30 DE OCTUBRE DE 2012.**

## ARTÍCULOS TRANSITORIOS:

**PRIMERO.-** El presente Decreto entrará en vigor el día de su publicación en el Periódico Oficial del Estado.

**SEGUNDO.-** Se derogan todas las disposiciones que se opongan a las contenidas en el presente Decreto.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los veintidós días del mes de octubre del año dos mil doce.

Diputado Presidente:                                    Diputada Secretaria:

Lic. José de la Peña Ruíz de Chávez.                    Lic. Alondra Maribell Herrera Pavón.

**DECRETO 161 DE LA XIII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 30 DE NOVIEMBRE DE 2012.**

## T R A N S I T O R I O S

**ARTÍCULO PRIMERO.** El Presente Decreto entrará en vigor al día siguiente al de su publicación en el Periódico Oficial del Estado.

**ARTÍCULO SEGUNDO.-** El procedimiento oral en la materia familiar, que contempla el Código de Procedimientos Civiles, reformado de conformidad al presente Decreto, se aplicará en principio únicamente en el Distrito Judicial de Chetumal. Con respecto a su aplicación en el resto de los Distritos Judiciales de la entidad, se procederá conforme a lo que se previó en el artículo segundo transitorio del Decreto 419, publicado en el Periódico Oficial del Estado en fecha 10 de febrero de 2011, y aprobado por la Décima Segunda Legislatura del Estado.

**ARTÍCULO TERCERO.-** Los asuntos en materia familiar, mismos a los que hace referencia el procedimiento oral, iniciados con anterioridad a la entrada en vigor de este Decreto y de conformidad a lo establecido en el artículo segundo transitorio, serán concluidos conforme a las disposiciones vigentes con anterioridad a dicho acto.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los quince días del mes de noviembre del año dos mil doce.

**Diputado Presidente:**

**Diputada Secretaria:**

Profr. Manuel Jesús Tzab Castro.

Lic. Alondra Maribell Herrera Pavón.

**DECRETO 265 DE LA XIII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 15 DE ABRIL DE 2013.**

## ARTÍCULOS TRANSITORIOS:

**PRIMERO.-** El presente Decreto entrará en vigor el día siguiente de su publicación en el Periódico Oficial del Estado.

**SEGUNDO.-** Sin perjuicio de lo dispuesto en el artículo transitorio precedente, durante los seis meses siguientes a la entrada en vigor del presente decreto, continuará en operación el sistema actual de notificaciones, al término de los cuales operará también el sistema de notificación electrónica.

**TERCERO.-** Se derogan todas las disposiciones que se opongan a las contenidas en el presente Decreto.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los once días del mes de abril de dos mil trece.

**Diputado Presidente:**

**Diputada Secretaria:**

C. Mauricio Morales Beiza

Lic. Alondra Maribell Herrera Pavón

**DECRETO 276 DE LA XIII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 15 DE MAYO DE 2013.**

## ARTÍCULOS TRANSITORIOS:

**PRIMERO.-** El presente Decreto entrará en vigor el día de su publicación en el Periódico Oficial del Estado.

**SEGUNDO.-** La aplicación del presente decreto será únicamente en el Distrito Judicial de Chetumal. Con respecto a su aplicación en el resto de los Distritos Judiciales de la entidad, se procederá conforme a lo que se previó en el artículo segundo transitorio del

Decreto 419, publicado en el Periódico Oficial del Estado en fecha 10 de Febrero del 2011 y aprobado por la Décima Segunda Legislatura del Estado.

**TERCERO.-** Se derogan todas las disposiciones que se opongan a las contenidas en el presente Decreto.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los nueve días del mes de mayo de dos mil trece.

**Diputada Presidenta:**                                    **Diputada Secretaria:**

Lic. Leslie Berenice Baeza Soto                     Lic. Alondra Maribell Herrera Pavón

**DECRETO 304 DE LA XIII LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 30 DE AGOSTO DE 2013.**

# T R A N S I T O R I O S

**Primero.** El presente Decreto entrará en vigor, previa publicación en el Periódico Oficial del Estado de Quintana Roo, cuando inicie su vigencia el Decreto por el que se reforma el párrafo tercero de artículo 98 y se deroga el último párrafo del artículo 101 de la Constitución Política del Estado Libre y Soberano de Quintana Roo.

**Segundo.** Los procedimientos orales en materia familiar establecidos en las fracciones I, II, III, IV, V y X del artículo 892 del Código de Procedimientos Civiles para el Estado Libre y Soberano de Quintana Roo, contenidas en el presente decreto, seguirán rigiéndose conforme a lo que prevé el artículo segundo transitorio del Decreto 419, publicado en el Periódico Oficial del Estado en fecha 10 de Febrero del 2011 y aprobado por la Décima Segunda Legislatura del Estado.

Los procedimientos orales en materia familiar iniciados con antelación a la entrada en vigor de esta reforma, serán concluidos conforme a las disposiciones vigentes con anterioridad a este Decreto.

**Tercero.** Los procedimientos orales en materia civil establecidos en las fracciones VI al IX del artículo 892 del Código de Procedimientos Civiles para el Estado Libre y Soberano de Quintana Roo, que prevé las reformas contenidas en el presente Decreto, entrarán en vigor de manera gradual y preferentemente en los siguientes Distritos Judiciales y conforme a la siguiente calendarización:

**a)** En el Distrito Judicial de Cozumel, hasta el día diecisiete del mes de marzo de 2014.

**b)** En el Distrito Judicial de Solidaridad, hasta el día diecisiete de noviembre de 2014.

**c)** DEROGADO.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

*Inciso derogado POE 24-10-2014*

**d)** En los restantes Distritos Judiciales de la entidad, hasta el diecisiete de marzo de 2016.

Cuando de forma extraordinaria a lo previsto en el calendario antes citado, el Consejo de la Judicatura del Poder Judicial del Estado, considere que existen las condiciones necesarias para la implementación de las reformas en alguno de los distritos judiciales del Estado, en alguna fecha previa a las establecidas en el calendario referido, la Legislatura del Estado o en su caso, la Diputación Permanente, previa comunicación que le formule el Consejo de la Judicatura del Estado, emitirá la Declaratoria, que se publicará en el Periódico Oficial del Estado, en la que se señale expresamente que el procedimiento oral en materia civil contenido en el presente Decreto, se aplicará en el Distrito o Distritos Judiciales a que se contraiga la comunicación antes referida.

**Cuarto.** El título Vigésimo Tercero denominado "De La Administración De Gestión Judicial" del Código de Procedimientos Civiles para el Estado Libre y Soberano de Quintana Roo, únicamente aplicará para los juzgados que el Consejo de la Judicatura determine mediante acuerdo.

**Quinto.** El Consejo de la Judicatura del Estado debe realizar las adecuaciones necesarias en el Reglamento de la Visitaduría Judicial del Consejo de la Judicatura del Poder Judicial del Estado de Quintana Roo."

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los trece días del mes de agosto del año dos mil trece.

**Diputada Presidenta:**                    **Diputada Secretaria:**

Lic. Marilyn Rodríguez Marrufo              Lic. Alondra Maribell Herrera Pavón


**DECRETO 132 DE LA XIV LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 25 DE JULIO DE 2014.**

**T R A N S I T O R I O:**

**ÚNICO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Periódico Oficial del Estado de Quintana Roo.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los veintidós días del mes de julio del año dos mil catorce.

**Diputado Presidente:**                    **Diputado Secretario:**

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

Profr. José Ángel Chacón Arcos          Lic. Jesús de los Ángeles Pool Moo

**DECRETO 147 DE LA XIV LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 24 DE OCTUBRE DE 2014.**

**TRANSITORIO**

**ÚNICO.** El presente Decreto entrará en vigor el día de su publicación en el Periódico Oficial del Estado de Quintana Roo.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los veintiún días del mes de octubre del año dos mil catorce.

**Diputada Presidenta:**                     **Diputado Secretario:**

M. en A. Cora Amalia Castilla Madrid.          Q.F.B. Filiberto Martínez Méndez.

**DECRETO 150 DE LA XIV LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 14 DE NOVIEMBRE DE 2014.**

**TRANSITORIO**

**ÚNICO.** El presente Decreto entrará en vigor el día de su publicación en el Periódico Oficial del Estado de Quintana Roo.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los cuatro días del mes de noviembre del año dos mil catorce.

**Diputado Presidente:**                     **Diputado Secretario:**

C. Pedro José Flota Alcocer.          Q.F.B. Filiberto Martínez Méndez.

**DECRETO 242 DE LA XIV LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 19 DE DICIEMBRE DE 2014.**

**TRANSITORIOS**

**PRIMERO.** El presente Decreto entrará en vigor el día de su publicación en el Periódico Oficial del Estado de Quintana Roo.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**SEGUNDO.** Se derogan todas las disposiciones que se opongan al presente Decreto.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los once días del mes de diciembre del año dos mil catorce.

**Diputado Presidente:**                              **Diputado Secretario:**

C. Mario Machuca Sánchez.                    Q.F.B. Filiberto Martínez Méndez.

**DECRETO 272 DE LA XIV LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 24 DE JULIO DE 2015.**

## TRANSITORIOS

**PRIMERO.** El presente Decreto entrará en vigor el día de su publicación en el Periódico Oficial del Estado de Quintana Roo.

**SEGUNDO.** Se derogan todas las disposiciones que se opongan a las contenidas en el presente Decreto.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los veinte días del mes de julio de dos mil quince.

**Diputado Presidente:**                              **Diputado Secretario:**

Lic. Juan Luis Carrillo Soberanis.             Q.F.B. Filiberto Martínez Méndez.

**DECRETO 069 DE LA XV LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 04 DE JULIO DE 2017.**

## ARTÍCULOS TRANSITORIOS:

**PRIMERO.-** El presente Decreto entrará en vigor el día de su publicación en el Periódico Oficial del Estado.

**SEGUNDO.-** Se derogan todas las disposiciones que se opongan al presente Decreto.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los treinta y un días del mes de mayo del año dos mil diecisiete.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Diputada Presidenta:**

Lic. Mayuli Latifa Martínez Simón

**Diputada Secretaria:**

C. Eugenia Guadalupe Solís Salazar.

**DECRETO 073 DE LA XV LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 04 DE JULIO DE 2017.**

## ARTÍCULOS TRANSITORIOS:

**PRIMERO.** El presente Decreto entrará en vigor al día siguiente de su publicación en el Periódico Oficial del Estado de Quintana Roo.

**SEGUNDO.** Los juicios de divorcio iniciados con anterioridad a la entrada en vigor del presente Decreto, serán concluidos conforme a las disposiciones procesales vigentes al momento de iniciarse dichos procedimientos.

**TERCERO.** Se derogan todas las disposiciones que contravengan al presente decreto.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los treinta y un días del mes de mayo del año dos mil diecisiete.

**Diputada Presidenta:**

Lic. Mayuli Latifa Martínez Simón

**Diputada Secretaria:**

C. Eugenia Guadalupe Solís Salazar.

**DECRETO 332 DE LA XV LEGISLATURA CONSTITUCIONAL PUBLICADO EN EL PERIÓDICO OFICIAL DEL GOBIERNO DEL ESTADO DE QUINTANA ROO EL 14 DE JUNIO DE 2019.**

## T R A N S I T O R I O S

**PRIMERO.** El presente decreto entrará en vigor al día siguiente de su publicación en el Periódico Oficial del Estado de Quintana Roo.

**SEGUNDO.** Los juicios que hubieren iniciado con anterioridad a la entrada en vigor del presente Decreto, continuarán tramitándose según las disposiciones normativas en los que tuvieron su origen.

**TERCERO.** Se derogan todas las normas jurídicas que se opongan al presente.

Salón de Sesiones del Honorable Poder Legislativo, en la ciudad de Chetumal, capital del Estado de Quintana Roo, a los veintidós días del mes de mayo del año dos mil diecinueve.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

**Diputado Presidente:**

Profr. Ramón Javier Padilla Balam.

**Diputada Secretaria:**

Mtra. Adriana del Rosario Chan Canul.

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

---

## HISTORIAL DE DECRETOS DE REFORMA:

## Código de Procedimientos Civiles Para el Estado Libre y Soberano de Quintana Roo

(Ley publicada POE 08-01-1981 Decreto 102)

| Fecha de publicación en el Periódico Oficial del Estado | Decreto y Legislatura | Artículos Reformados: |
|---|---|---|
| 13 de enero de 1995 | Decreto No. 087 VII Legislatura | Se adiciona un Capítulo II al Título Décimo Cuarto, deroga la fracción III del artículo 522 y adiciona un segundo párrafo al artículo 523. |
| 30 de abril de 1997 | Decreto No. 060 VIII Legislatura | **ARTICULO ÚNICO.-** Se reforman los Artículos 644-A, 644-B, ~ 644-C, 644-D, 644-E, 644-F, 644-G, 644-H, 644-I, 644-J, 644-K, 644-L, 644-M, 644-N, 644-0, 644-P del Capítulo II del Título Décimo Cuarto. |
| 28 de septiembre de 2007 | Decreto No. 198 XI Legislatura | **SEGUNDO.-** Se adiciona un segundo párrafo al inciso a) de la fracción VI del artículo 157 . |
| 15 de octubre de 2007 | Decreto No. 201 XI Legislatura | **Artículo Segundo.-** Se reforma el segundo párrafo del inciso "a" de la Fracción VI del Artículo 157. |
| 29 de octubre de 2007 | | **FE DE TEXTO** publicada en el P.O. el 29 de octubre de 2007 no aplica al articulado del Código de Procedimientos Civiles Para el Estado de Quintana Roo. |
| 30 de junio de 2009 | Decreto No. 156 XII Legislatura | **ARTÍCULO QUINTO.-** Se reforman los artículos 864, 866, 867; y se deroga el artículo 855. |
| 18 de septiembre de 2009 | Decreto No. 164 XII Legislatura | **SEGUNDO.-** Se adicionan los artículos 882-bis, 882-ter, los párrafos segundo y tercero al artículo 884, 886-bis, 886-ter; y se reforma el artículo 885. |
| 21 de octubre de 2009 | Decreto No. 173 XII Legislatura | **ÚNICO.-** Se REFORMAN los artículos 4, 34, 47, 69, 80, 87 fracción IV, 89 fracción  IV, 115, 172 tercer párrafo,  173, la numeración del Capítulo Único del Título Sexto, 257, 258, 259, 260, 261, 262, 263, 266, 272, 276 tercer  párrafo, 277, 279 primer párrafo,  292, 469, 481, 554 fracción  II, 593, 594, 595, 596, 597, 598, 599, 600, 601, 602, 603, 604, 605, 606, 607, 608, 609, 610, 611, 612, 613, 614, 615, 616, 617, 618 y 619; Se ADICIONAN los artículos 57 segundo párrafo, el Capítulo Segundo del Título Sexto denominado "De la Depuración Procesal", 261-A, 261-B, 261-C, 261-D, 262-A, 262-B, 262-C, 262-D, 262-E, 262-F, 263-A, 263-B, 263-C, 263-D, 263-E, 263-F y 263-G; y se DEROGAN los artículos 35, 36, 37, 38, 39, 40, 41, 42, 43, 66, 87 fracción III, 273, 274, 620, 621, 622, 623, 624, 625, 626, 627, 628, 629, 630, 631, 632 y 633. |
| 30 de noviembre de 2010 | Decreto No. 361 XII Legislatura | **ARTÍCULO TERCERO.-**  Se adiciona la fracción IX al artículo 440, y se reforman los artículos 488 y 489. |

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

| | | |
|---|---|---|
| **10 de diciembre de 2010** | **Decreto No. 374**<br>**XII Legislatura** | **ARTÍCULO SEGUNDO.-** Se modifican diversos artículos. |
| **13 de diciembre de 2010** | | **FE DE ERRATAS** publicada en el P.O. el 13 de diciembre de 2010 no aplica al articulado del Código de Procedimientos Civiles Para el Estado de Quintana Roo. |
| **10 de febrero de 2011** | **Decreto No. 419**<br>**XII Legislatura** | **ARTÍCULO ÚNICO.-** Se derogan los artículos 254, 255, 256, 645, 646, 647, 648, 649, 650, 651, 652, 653, 654, 655, 856, 857, 858, 859, 860, 861, 862, y 863; se adiciona el título Vigésimoprimero, capítulo I, artículos 892, 893, 894, 895, 896, 897, 898, 899 y 900; capítulo II, artículos 901, 902, 903, 904, 905, 906, 907, 908, 909, 910, 911, 912, 913, 914, 915, 916, 917, 918, 919, 920; capítulo III, artículos 921, 922, 923, 924, 925, 926, 927, 928, 929, 930, 931, 932, 933, 934, 935, 936; capítulo IV, artículos 937, 938 y 939; capítulo V, artículos 940, 941, 942, 943, 944, 945, 946, 947, 948, 949, 950, 951, 952, 953, 954, 955, 956, 957, 958, 959, 960, 961 y 962; capítulo VI, artículos 963, 964, 965, 966, 967, 968, 969 y 970; Sección Segunda, artículos 971, 972, 973, 974, 975, 976 Título Vigésimo Segundo, Capítulo Primero, artículos 977, 978, 979, 980, 981, 982, 983, 984 y 985; Capítulo Segundo, artículos 986, 987, 988, 989, 990, 991, 992, 993, 994, 995, 996 y 997. |
| **30 de octubre de 2012** | **Decreto No. 142**<br>**XIII Legislatura** | **PRIMERO.-** Se reforman los artículos 69 primer párrafo, 89 fracción I; 131; 353 primer párrafo y se adicionan las fracciones II y VI al artículo 89 recorriéndose las demás fracciones y el segundo párrafo al artículo 353. |
| **30 de noviembre de 2012** | **Decreto No. 161**<br>**XIII Legislatura** | **SEGUNDO.** Se reforman los artículos 892 en su fracción IV, 893, 897, 898, 902, 903, 904 en su párrafo quinto, 906, 907, 908, 910, 911, 914, 915, 917, 918, 919, 921, 922, 923, 924, 929 en sus párrafos primero, segundo y cuarto, 930 en su párrafo primero, 931, 932 en su párrafo primero y fracción III, 933, 934, 935, 936, 937, 940, 941, 943, 944, 946,948,949, 950, 951 en su párrafo primero, 953, 955, 958 en su párrafo segundo, 960, 961, 962, 963, 964, 965, 966 en su párrafo primero, 968 en su párrafo tercero, 977, 978, 979 en su párrafo primero, 986, 987, 988 y 992 en su párrafo primero; se adicionan un párrafo segundo al artículo 952 y los artículos 163 Bis, 893 Bis, 893 Ter, 893 Quater, 893 Quintus, 946 Bis, 949 bis, 962 Bis, 962 Ter, 962 Quater, y un Capítulo VI denominado "Apelación" al Título Vigesimoprimero del "Procedimiento Oral" recorriéndose la numeración del capítulo subsecuente; y se derogan los artículos 909, 913, 913, 916, 954. |
| **15 de abril de 2013** | **Decreto No. 265**<br>**XIII Legislatura** | **ARTÍCULO ÚNICO.-** Se reforman los Artículos 57, 63, 64, 69, 106, 107, 108, 115, 116, 118, 119, 120; se adiciona el artículo 109-Bis, y se deroga la fracción III del Artículo 109. |
| **15 de mayo de 2013** | **Decreto No. 276**<br>**XIII Legislatura** | **Único.-** Se Reforman los párrafos primero y tercero del Artículo 962-Quáter; se Deroga la fracción IV del Artículo 892; y se Adicionan la fracción VI del Artículo 892, y los Artículos 985-Bis, 985-Ter, 985-Quáter, 985-Quinquies, 985-Sexties y 985-Septies. |

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

| | | |
|---|---|---|
| **30 de agosto de 2013** | **Decreto No. 304 XIII Legislatura** | **PRIMERO.** Se reforman los artículos 257, 258, 259 y el Título Vigésimo Primero "Del Procedimiento Oral" y se adiciona al Título Vigésimo Segundo "Procedimientos Orales Especiales" el Capítulo III "De los Medios Preparatorios a Juicio Oral", el Capítulo IV "Del Juicio de Desahucio", el Capítulo V "Del Juicio Hipotecario", el Capítulo VI "De la Jurisdicción Voluntaria de Información Ad Perpetuam" y el Capítulo VII "De las Tercerías", y el Título Vigésimo Tercero "De la Administración de Gestión Judicial". <br><br> **TERCERO.-** Se reforma el inciso a) del artículo segundo transitorio del Decreto número 419, expedido por la XII Legislatura del Estado de Quintana Roo, publicado el día 10 del mes de febrero del año 2011 en el Periódico Oficial del Estado. |
| **25 de julio de 2014** | **Decreto No. 132 XIV Legislatura** | **ARTÍCULO ÚNICO.-** Se reforma el primer párrafo del Artículo 112, 131 inciso a) y 163-Bis; y se adiciona un último párrafo al Artículo 112. |
| **24 de octubre de 2014** | **Decreto No. 147 XIV Legislatura** | **PRIMERO.** La H. XIV Legislatura del Estado, determina que los Procedimientos Orales en materia Familiar y Civil previstos en el Código de Procedimientos Civiles para el Estado Libre y Soberano de Quintana Roo, entran en vigor en el Distrito Judicial de Cancún, Quintana Roo, de la siguiente manera: <br><br> **ÚNICO.** Los Procedimientos Orales en materia Familiar y Civil previstos en el Código de Procedimientos Civiles para el Estado Libre y Soberano de Quintana Roo, entran en vigor en el Distrito Judicial de Cancún, con cabecera en la ciudad del mismo nombre, el cual comprende la circunscripción territorial del Municipio de Benito Juárez del Estado de Quintana Roo y la Zona Continental del Municipio de Isla Mujeres del Estado de Quintana Roo, cuando el presente Decreto se publique en el Periódico Oficial del Estado de Quintana Roo. <br><br> **SEGUNDO.** Se deroga el inciso c) del artículo tercero transitorio del Decreto Número 304, expedido por la H. XIII Legislatura del Estado de Quintana Roo, publicado el día treinta de agosto del año dos mil trece en el Periódico Oficial del Estado, para quedar como sigue: |
| **14 de noviembre de 2014** | **Decreto No. 150 XIV Legislatura** | **ÚNICO.** La H. XIV Legislatura del Estado determina que el Procedimiento Oral en materia Civil, previsto en el Código de Procedimientos Civiles para el Estado Libre y Soberano de Quintana Roo, entra en vigor en el Distrito Judicial de Chetumal, Quintana Roo, de la siguiente manera: <br><br> El Procedimiento Oral en materia Civil, previsto en el Código de Procedimientos Civiles para el Estado Libre y Soberano de Quintana Roo, entra en vigor en el Distrito Judicial de Chetumal, con cabecera en la ciudad del mismo nombre, el cual comprende la circunscripción territorial del Municipio de Othón P. Blanco y Bacalar del Estado de Quintana Roo, cuando el presente Decreto se publique en el Periódico Oficial del Estado de Quintana Roo. |

**CÓDIGO DE PROCEDIMIENTOS CIVILES PARA EL ESTADO LIBRE Y SOBERANO DE QUINTANA ROO**

| | | |
|---|---|---|
| **19 de diciembre de 2014** | **Decreto No. 242 XIV Legislatura** | **SEGUNDO: Se** reforma el artículo 157 fracción x; y se derogan los artículos 888 fracción i, 890 primer párrafo y 980. |
| **24 de julio de 2015** | **Decreto No. 272 XIV Legislatura** | **PRIMERO:** Se reforman el segundo párrafo del artículo 62, el primer y segundo párrafo del artículo 89, el artículo 613, las fracciones IV y IX del artículo 892,el primer párrafo del artículo 895, el segundo y tercer párrafos del artículo 906, el segundo párrafo del artículo 907, el artículo 908, el primer párrafo del artículo 918, los artículos 930, 933, 944, la fracción I del artículo 950, los párrafos primero y segundo del artículo 966, el artículo 972, el inciso c) de la fracción III del artículo 985 Ter, el primer párrafo del artículo 985 Quater, el segundo párrafo del artículo 985 Quinquies, el primer párrafo del artículo 985 Sexties, los artículos 985 Septies, 986, 1005, 1006 y 1007; se adicionan los artículos 104 Bis y 104 Ter, los párrafos sexto, séptimo y octavo al artículo 107, los párrafos sexto y séptimo del artículo 112, las fracciones XI y XII al artículo 892, el artículo 948 Bis, los párrafos segundo al cuarto al artículo 962 Septies, los artículos 1008 Bis, 1008 Ter, 1008 Quater, 1008 Quinquies, 1008 Sexties y 1008 Septies; y se deroga el inciso f) de la fracción III del artículo 985 Ter. |
| **04 de julio de 2017** | **Decreto No. 069 XV Legislatura** | **ÚNICO.-** Se reforma la fracción I del Artículo 892. |
| **04 de julio de 2017** | **Decreto No. 073 XV Legislatura** | **SEGUNDO.** Se reforman: la fracción V del artículo 892, la denominación del Capítulo Primero del Título Vigésimo Segundo, el artículo 977, el artículo 978, el artículo 985 Bis, el artículo 985 Ter, el artículo 985 Quater, el artículo 985 Quinquies. se adiciona: la sección primera "Disposiciones Generales", la Sección Segunda "Divorcio por Mutuo Consentimiento" y la Sección Tercera "Divorcio Unilateral" al Capítulo Primero del Título Vigésimo Segundo. se derogan: los artículos 985 Sexties y 985 Septies. |
| **14 de junio de 2019** | **Decreto No. 332 XV Legislatura** | **Único:** Se reforma: el artículo 12, la fracción IX del artículo 892 y los artículos 986, 1003 y 1004; se derogan: los artículos del 634 al 644-t; y se adicionan: el Capítulo VII denominado "De la homologación de las transacciones" al Título Décimo Noveno, conteniendo los artículos 879 Bis, 879 Ter y 879 Quáter, así como los artículos 1004 Bis, 1004 Ter, 1004 Quáter, 1004 Quinquies y 1004 Sexies. |