Exhibit "E"

**ANNEX II**

**CHAPTER FIVE (CIVIL CODE QUINTANA ROO)**

**Of the Domicile**

Article 552.- The domicile of a natural person is the place where he resides for the purpose of establishing himself there; failing this, the place where he has the principal seat of his business; and in the absence of either, the place where it is located.

Article 553.- The purpose of settling in a place is presumed when one resides for more than six months in it. After the aforementioned time has elapsed, whoever does not want the presumption to arise that has just been spoken, shall declare, within a period of fifteen days, both to the municipal authority of his former domicile, and to the municipal authority of his new residence, that he does not wish to lose his old domicile and acquire a new one. The declaration shall have no effect if it is made to the detriment of a third party.

Article 554.- A declaration made by a person of his intention to acquire a particular domicile shall also have no effect if his habitual residence is elsewhere.

**THIRD TITLE OF THE DOMICILE (CODIGO CIVIO FEDERAL)**

Article 29.- The domicile of natural persons is the place where they habitually reside, and in the absence thereof, the place of the principal place of their business; in the absence of these, the place where they simply reside and, failing that, the place where they will be. A person is presumed to habitually reside in a place, when he stays there for more than six months.