Exhibit "F"

**ANNEX III**

**CHAPTER VIII Of the processing of the notary (Code of Civil Procedure of Quintana Roo)**

Article 818.- When all the heirs are of legal age and have been instituted in a public will, the testamentary will may be extrajudicial, with the intervention of a notary, as long as there is no controversy; in accordance with the provisions of the following articles.

Article 819.- The executor, if any, and the heirs exhibiting the death certificate of the author of the inheritance and a testimony of the will, shall appear before a notary to state that they accept the inheritance; Their hereditary rights are recognized and that the executor will proceed to form the inventory of the assets of the inheritance. The notary will make these declarations known by means of two publications, which will be made within ten days in a newspaper of the largest circulation in the State.

Article 820.- Once the inventory has been carried out by the executor and all the heirs are satisfied with it, they will present it to the notary for protocol.

Article 821.- Once formed by the executor with the approval of the heirs the project of partition of the inheritance, they will exhibit it to the notary, who will carry out its protocolization. Whenever there is opposition from an applicant for inheritance or from any creditor, the notary shall suspend his intervention.

Article 822.- When all the heirs are of legal age and have been judicially recognized as such in an intestate, this may continue to be processed with the intervention of a notary, in accordance with the provisions of this Chapter.