Exhibit "A"



John Dolkart, Jr. <jdolkart@gmail.com>

---

## Terrence Hunter and RRIF positions
5 messages

**Robert Johnson** <debtinvestor11@gmail.com>  Mon, Sep 30, 2019 at 12:05 PM
To: Amy Merrill <amy@standardregistrar.com>, Brandy Montalvo <brandy@standardregistrar.com>, "John Dolkart, Jr." <john@dolkartlaw.com>

Hi Amy and Brandy,

I am saddened to inform you of the passing of my dear friend Terry. He was a great man and I'm sure you felt the same.

I have been informed by my securities attorney (John Dolkart) that there have been some attempt(s) to transfer Terry's RRIF positions out of his name. This is illegal and must be halted immediately.

I have attached a copy of the Power of Attorney and the Final Will and Testament and The Death Certificate and the Passport of Mr. Terrence Hunter.

Also attached, is a certified copy of my passport to formally identify myself. (I've dealt with Amy in the past and she's always been very helpful.)

Last, I would like to request a current shareholders list of ALL classes of RRIF stock. If that can't be provided, please advise and I will request it through the company.

Thank you very kindly for your prompt attention to this difficult matter.

Please contact me on my cell 801-735-3267 if you have any further questions or concerns.

Robert.

---

**5 attachments**


**Terry Death Certificate.jpeg**
1709K


**Terry Passport.JPG**
1200K

**Terry WILL and Testament.pdf**
2099K

 **Terry-RRJ Power of Attorney.pdf**
1694K

 **Certified Passport HR.pdf**
8504K

---

**John Dolkart, Jr.** <john@dolkartlaw.com>  Mon, Sep 30, 2019 at 12:09 PM
To: Kurt Schaefer <kurt.schaefer@skmglobal.com>

FYI

[Quoted text hidden]

--
John E. Dolkart, Jr., Esq.
**Dolkart Law PC**
4275 Executive Square Dr. Suite 200
La Jolla, California 92037
Tel:  +1 (619) 501-1083
Fax: +1 (619) 566-4028
john@dolkartlaw.com

The information contained in this communication and its attachment(s) is intended only for the individual or entity to whom or to which it is addressed and contains information that is privileged, confidential, and is strictly prohibited from disclosure. Regardless of whether the reader of this message is or is not the intended recipient, the reader is hereby notified that any dissemination, distribution, or copying of this communication and its attachment(s) is prohibited under any and all applicable law(s).

---

**5 attachments**


**Terry Death Certificate.jpeg**
1709K


**Terry Passport.JPG**
1200K

 **Terry WILL and Testament.pdf**
2099K

 **Terry-RRJ Power of Attorney.pdf**
1694K

 **Certified Passport HR.pdf**
8504K

---

**Amy Merrill** <amy@standardregistrar.com>  Mon, Sep 30, 2019 at 12:08 PM
To: Robert Johnson <debtinvestor11@gmail.com>
Cc: Brandy Montalvo <brandy@standardregistrar.com>, "John Dolkart, Jr." <john@dolkartlaw.com>

Robert,

Thank you for the information. I have submitted to our attorney for review.

Thank you,
Amy Merrill

**Standard Registrar and Transfer Company**

440 East 400 South, Suite 200
Salt Lake City, UT   84111

Phone: 801-571-8844  or  801-596-2150

www.standardtransferco.com

CONFIDENTIALITY NOTICE: The information contained in this email and any attachments may be privileged, confidential, or proprietary. If you are not the intended recipient, you are prohibited from using, copying, relying upon, or disseminating the information, and the sender disclaims any liability for such unauthorized use. Further, if you are not the intended recipient, please notify the sender immediately and delete the message from your computer, thank you.

[Quoted text hidden]

---

**John Dolkart, Jr.** <john@dolkartlaw.com>    Mon, Sep 30, 2019 at 12:12 PM
To: Amy Merrill <amy@standardregistrar.com>
Cc: Brandy Montalvo <brandy@standardregistrar.com>, Robert Johnson <debtinvestor11@gmail.com>

Rob do let Amy know of any stock Terry may have held in corporate names, e.g. Pro Venture Gold Etc. To what extent I am unsure.

[Quoted text hidden]
[Quoted text hidden]

---

**Robert Johnson** <debtinvestor11@gmail.com>    Mon, Sep 30, 2019 at 2:29 PM
To: "John Dolkart, Jr." <john@dolkartlaw.com>

John,
I asked for a shareholder list to verify this. Until I receive that information, I can't be certain.

[Quoted text hidden]