Exhibit "A"



Brandy Montalvo <brandy@standardregistrar.com>

---

## Stock transfer request.

---

th@normex.org <th@normex.org>  Tue, Jun 18, 2019 at 5:13 PM
To: Brandy Montalvo <brandy@standardregistrar.com>

Good morning Brandy,

As per your request, please find attached my authority to act for Tropical II Ventures Ltd.SA The EIN: for Cedar Creek is 83-0695851 and David Sandems Social Security number is 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. Please email me the FedEx tracking numbers for Sandem and Astutia once they are sent.

Thanks in advance,

Terry Hunter

[Quoted text hidden]

---


Authorization Hunter to Act for T-2.pdf
270K

# CORPORATE RESOLUTION
### RESOLUCIÓN CORPORATIVA

## Tropical II Ventures Ltd. SA

"It is hereby resolved that :

1. Terrence Hunter as Agent for the Company do all things necessary for the purchase, sale, transfer and or other dealings with stocks, bonds, debentures, rights, warrants or other securities (hereinafter called "Securities")

2. Any one of the following authorized signatories of the Company be and they are hereby authorized on behalf of the Company to do all acts and things and sign all documents required to operate and deal with the said accounts of the Company.

    a) To give instructions to the third parties either written, verbal or by telephone email or fax to buy or sell or otherwise deal with securities on behalf of the Company and either for immediate or future delivery and to bind the Company in respect of any such transaction.

    (b) To give instructions for the delivery of or to receive delivery of cash and securities from the account of the Company including instructions as to the transfer of any such securities to the name of the Company, to the name of any authorized signatories of the Company or to any other person or Company whatsoever.

    (c) To make payments for the credit of the Company either through transfer of the Company's funds or in any other manner whatsoever; and to receive fund and give receipts for any monies from the account of the Company.

The following are the authorized signatories of the Company:

Name

Terrence (Terry) Hunter          Title / Agent

3. Any and all past transactions heretofore had by the Company or by any of the authorized signatories acting for the Company are hereby ratified and confirmed.

4. All notices and demands upon the Company in relation to the said accounts may be delivered to any of the aforesaid authorized signatories either verbally, in writing or by telephone or fax and if so delivered shall be deemed to have been received by the Company.

5. The aforesaid authorized signatories be and they are hereby authorized to act upon and to carry out the instructions and orders of the said authorized signatories of the Company in relation to the said accounts. /

6. Third parties be and they are hereby authorized to act upon and to carry out the instructions and orders of the said authorized signatories of the company.

And it is further resolved that :

This resolution and all parts thereof shall remain in full force and effect until written notice of revocation of the Resolution or any part thereof has been delivered.

I, Alergria Jaen (1) of Century Tower Building, Floor 4, Office 401 Ave. Ricardo J. Alfaro Panama, Republic of Panama (2) as Secretary, **DO HEREBY CERTIFY THAT** Terrence Hunter (3) is legally entitled to and has taken such steps as are necessary to permit it to establish and operate accounts for the sale, purchase, and or transfer of securities that the foregoing Resolutions were duly passed by the Directors of the Company at a meeting duly convened and held on the 21 day of November, 2015 at which a quorum was present and the said Resolutions are still in full force and effect. DATED at Panama this 6 day of March 2015.

*[signature]*
SECRETARY / Secretario

Alergia Jaen

*2505*

2.
August 19, 2019
Standard register and Transfer Co.
440 East 400 South, Suite 200
Salt Lake City, UT 84111
Attn: Amy/Brandy
By Email: brandy@standardregistrar.com

**RECEIVED AUG 21 2019 STANDARD TRANSFER COMPANY**

Good day Brandy,

I am sending the notarized stock powers for the three transfers below:

1. 540,000 shares of Rainforest Resources Inc. to Astutia Venture Capital AG from shares held as a Book Entry in the name of Tropical II Ventures Ltd. S.A.

Please issue a certificate in the name of Astutia Venture Capital AG for 540,000 shares of Rainforest Resources Inc. and have the certificate sent by FedEx to; Astutia Venture Capital AG, Husenstr. 17, CH-9442 Berneck, Switzerland

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

2. 70,000 of Rainforest Resources Inc. to Astutia Venture Capital AG from shares held as a Book Entry in the name of Terry Hunter.

Please make the above transfer 70,000 shares of Rainforest Resources Inc. to Astutia Venture Capital AG as a book entry. Astutia Venture Capital AG represented by Mr. Michael Tismer will contact you with any further instructions.

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

3. 20,000 of Rainforest Resources Inc. to ProVenture Capital AG from shares held as a Book Entry in the name of Terry Hunter.

Please make the above transfer 20,000 shares of Rainforest Resources Inc. to ProVenture Capital AG as a book entry. ProVenture Capital AG represented by Mr. Frank Pillich will contact you with any further instructions.

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Use my Visa Credit Card # ~~[redacted]~~ for FedEx and Transfer fees.
Should you require the cw # please call me at the number Below and I will give it to you.

Any questions please call + 1 305 432 2249 or email me.


Kind regards


*[signature]*

Terry Hunter

# TRANSFER JOURNAL
## STANDARD REGISTRAR AND TRANSFER COMPANY

RECEIPT NUMBER: 2505
EFFECTIVE: 08/21/2019
TRANSACTION: TRANSFER SECURITIES
SEC METHOD: ROUTINE
TRACKING NUMBER: INTL PRIORITY 776045630796 & BE
ISSUE NAME: RAINFOREST RESOURCES INC. COMMON (75087K103) (RRIF)

630,000 SHARES

RECEIVED: 08/21/2019 PM

**DEBITS:**

TROPICAL II VENTURES LTD SA
CENTURY TOWER BUILDING FLOOR 4.
OFFICE 401 AVE
RICARDO J
UNKNOWN COUNTRY
TAXID: (NOW8)
ACCT#: 7
SHRS: 0
0.000000%
*** BOOK ENTRY ***
540,000

TERRY HUNTER
2019 801 HIPODROMO
GUADALAJARA
MEXICO
TAXID: (NOW8)
ACCT#: 8
SHRS: 37
0.000078%
*** BOOK ENTRY ***
90,000

2 Certificate(s) Cancelled     Total:     630,000

**CREDITS:**

ASTUTIA VENTURE CAPITAL AG
HUSENSTR 17
BERNECK CH9442
SWITZERLAND
TAXID: (NOW8)
ACCT#: 70
SHRS: 620,000
1.301803%
540,000
1 X 540,000     2265
*** BOOK ENTRY ***
70,000

PROVENTURE CAPITAL AG
HUSENSTR 17
BERNECK CH-9442
SWITZERLAND
TAXID: (NOW8)
ACCT#: 72
SHRS: 20,000
0.041994%
*** BOOK ENTRY ***
20,000

3 Certificate(s) Issued     Total:     630,000

Generated by RACHEL SALWAY
On 8/21/19 at 2:37PM MST

1



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

1/4

# IRREVOCABLE STOCK OR BOND POWER

For Value Received, the undersigned does (do) hereby sell, assign and transfer to:

**Astutia Venture Capital AG**
Husenstr. 17, CH-9442 Berneck, Switzerland

IF STOCK, COMPLETE THIS PORTION: (540,000) Five Hundred Forty Thousand shares of the Common stock of Rainforest Resources Inc. being that portion of shares represented by certificate No:, standing as a book entry in the name of the undersigned on books of said Company.

IF BOND, COMPLETE THIS PORTION:
( bondsf _____
(in the principal amount of $ o(s): _____
(              inclusive, standing in the name of the undersigned
(on the books of said Company.
(The undersigned does (do) hereby irrevocably constitute and
(appoint                                    attorney to
Transfer the said bond(s), on the books of said Company, with
Full (power of substitution in the premises).

Dated August 19, 2019        Tropical II Ventures ltd. SA    **CANCELLED**

AUG 21 2019

STANDARD TRANSFER

X _____
Terry Hunter authorized signatory

LIC. AUGUSTIN BARAGAN
NOTARIO PUBLICO NR. 3
X _____
(Notary) MANZANILLO COLIMA

# IRREVOCABLE STOCK OR BOND POWER

For Value Received, the undersigned does (do) hereby sell, assign and transfer to:

**Astutia Venture Capital AG**
Husenstr. 17, CH-9442 Berneck, Switzerland

IF STOCK, COMPLETE THIS PORTION: (70,000) Seventy Thousand shares of the Common stock of Rainforest Resources Inc. being that portion of shares represented by certificate No:, standing as a book entry in the name of the undersigned on books of said Company.

IF BOND, COMPLETE THIS PORTION:
( bondsof __ ~ _____
(in the principal amount of $ No(s): __ ---:-_-:-
(                    inclusive, standing in the name of the undersigned
(on the books of said Company.
(The undersigned does (do) hereby irrevocably constitute and
(appoint                                        attorney to
(transfer the said bond(s), on the books of said Company, with full
(power of substitution in the premises.

Dated August 19, 2019        Terry Hunter

CANCELLED
AUG 21 2019
STANDARD TRANSFER

X _____
(Terry Hunter)

X _____
LIC. AUGUSTIN ZARAGAN
NOTARIO PUBLICO NR. 8
(No. __M-421532-6K4
28200 MANZANILLO COLIMA

# IRREVOCABLE STOCK OR BOND POWER

For Value Received, the undersigned does (do) hereby sell, assign and transfer to:

**ProVenture Capital AG**
Husenstr. 17, CH-9442 Berneck, Switzerland

IF STOCK, COMPLETE THIS PORTION:
(20,000) (Twenty Thousand) shares of the Common stock of Rainforest Resources Inc. represented by certificate No: __ . standing in the name of the undersigned as a Book entry on the books of said company.

IF BOND, COMPLETE THIS PORTION:
( bonds f_—:- _____
(in the principal amount of $ o(s): _____
(              inclusive, standing in the name of the undersigned
(on the books of said Company.
(The undersigned does (do) hereby irrevocably constitute and (appoint                                   attorney to
Transfer the said bond(s), on the books of said Company, with
Full (power of substitution in the premises).

Dated August 19, 2019          Terry Hunter

CANCELLED
AUG 21 2019
STANDARD TRANSFER

X _____
   Terry Hunter

X _____
  (Notary) LIC. AUGUSTIN BARAGAN
  NOTARIO PUBLICO NR. 3
  RQVM-421632-6K4
  28200 MANZANILLO COLIMA

Standard Transfer Company
440 East 400 South Suite 200, Salt Lake City, Utah 84111
Phone (801) 571-8844 Fax: (801) 328-4058

**ACCOUNT STATEMENT**
**RAINFOREST RESOURCES INC.**

Stock Class: COMMON STOCK
CUSIP No.: 75087K103
Ticker: RRIF
T.A. Account #: 8
Statement Date: 08/21/2019

TERRY HUNTER
2019 801 HIPODROMO
GUADALAJARA
MEXICO

## ACCOUNT SUMMARY

| RESTRICTED BOOK SHARES* | BOOK SHARES | CERTIFICATE SHARES | TOTAL SHARES |
|---|---|---|---|
| 0 | 90,000 | 37 | 90,037 |

*Any RESTRICTED book entry shares listed on this statement are subject to the following restrictions: The shares represented by this statement have not been registered under the Securities Act of 1933, as amended. The shares have been acquired for investment and may not be offered, sold or otherwise transferred in the absence of an effective registration statement with respect to the shares or an exemption from the registration requirements of said act that is then applicable to the shares, as to which a prior opinion of counsel will be

## CURRENT ACTIVITY

| Transaction Date | Cert#/Book Transaction Description | Shares Deposited or Withdrawn | Running Balance |
|---|---|---|---|
|  | BEGINNING BALANCE |  | 110,000 |
| 06/21/19 | TRANSFER SECURITIES | -20,000 | 90,000 |

For assistance you may contact Standard Transfer Company | Phone (801) 571-8844 | Fax: (801) 328-4058 |
Website: http://www.standardregistrar.com/

**Standard Transfer Company**
440 East 400 South Suite 200, Salt Lake City, Utah 84111
Phone (801) 571-8844 Fax: (801) 328-4058

**ACCOUNT STATEMENT**
**RAINFOREST RESOURCES INC.**

Stock Class: COMMON STOCK
CUSIP No.: 75087K103
Ticker: RRIF
T.A. Account #: 7
Statement Date: 08/21/2019

**TROPICAL II VENTURES LTD SA**
**CENTURY TOWER BUILDING FLOOR 4 .**
**OFFICE 401 AVE**
**RICARDO J**
**UNKNOWN COUNTRY**

## ACCOUNT SUMMARY

| RESTRICTED BOOK SHARES* | BOOK SHARES | CERTIFICATE SHARES | TOTAL SHARES |
|---|---|---|---|
| 0 | 540,000 | 0 | 540,000 |

*Any RESTRICTED book entry shares listed on this statement are subject to the following restrictions: The shares represented by this statement have not been registered under the Securities Act of 1933, as amended. The shares have been acquired for investment and may not be offered, sold or otherwise transferred in the absence of an effective registration statement with respect to the shares or an exemption from the registration requirements of said act that is then applicable to the shares, as to which a prior opinion of counsel will be

## CURRENT ACTIVITY

| Transaction Date | Cert#/Book Transaction Description | Shares Deposited or Withdrawn | Running Balance |
|---|---|---|---|
|  | BEGINNING BALANCE |  | 550,000 |
| 07/02/19 | TRANSFER SECURITIES | -10,000 | 540,000 |

For assistance you may contact Standard Transfer Company | Phone (801) 571-8844 | Fax: (801) 328-4058 |
Website: http://www.standardregistrar.com/

# STANDARD REGISTRAR & TRANSFER

## Receipt of Payment

**Total 260.00**

### CREDIT CARD INFORMATION

| | |
|---|---|
| Card Holder | TERRY HUNTER |
| Credit Card # | xxxx xxxx xxxx 2649 |
| AVS Result | No AVS response (Typically no AVS data sent or swiped transaction) |
| CVC Result | No response from association |

### DETAIL INFORMATION

| | |
|---|---|
| Date | 08/21/19 11:26 am |
| Reference # | 2352056655 |
| Transaction Key | dnf46x4dnfyhsxw |
| Authorization # | 09238l |
| Invoice | |
| PO # | |
| Merchant | STANDARD REGISTRAR & TRANSFER |
| Type | Auth Only |
| Source | vterm |
| User | std_regtrans |
| Line Items | |

# STANDARD REGISTRAR & TRANSFER

## Receipt of Payment

**Total 275.00**

### CREDIT CARD INFORMATION

| | |
|---|---|
| Card Holder | TERRY HUNTER |
| Credit Card # | xxxx xxxx xxxx 2649 |
| AVS Result | No AVS response (Typically no AVS data sent or swiped transaction) |
| CVC Result | No response from association |

### DETAIL INFORMATION

| | |
|---|---|
| Date | 06/21/19 08:43 am |
| Reference # | 2309722478 |
| Transaction Key | onf5qb5dt0y7px8 |
| Authorization # | 09722I |
| Invoice | |
| PO # | |
| Merchant | STANDARD REGISTRAR & TRANSFER |
| Type | Auth Only |
| Source | vterm |
| User | std_regtrans |
| Line Items | |